# EXHIBIT 25

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

– – –

Gerardo Campos, et al.,      :
                             :
        Plaintiffs,          :
                             :
        vs.                  :    Case No.
                             :    3:12-cv-01529-ADC
Safety-Kleen Systems,        :
Inc., et al.,                :
                             :
        Defendants.          :

– – –

DEPOSITION OF PETER G. SHIELDS, M.D.

– – –

Friday, May 9, 2014
9:19 o'clock a.m.
Crabbe, Brown & James
500 South Front Street
Suite 1200
Columbus, Ohio  43215

– – –

ANN FORD
REGISTERED PROFESSIONAL REPORTER

– – –

99687215-bedc-4ee4-adeb-d7019e51000d

Page 2

```
 1   APPEARANCES:

 2           MICHAEL A. ROBB, Attorney at Law
             (Appearing Telephonically)
 3           Clark, Robb, Mason, Coulombe,
             Buschman & Charbonnet, P.A.
 4           7501 Wiles Road
             Building 3, Suite 207
 5           Coral Springs, Florida  33067
             (954)753-3902
 6           mrobb@clarkrobb.com

 7               On behalf of the Plaintiffs.

 8           HEATHER J. FORGEY, Attorney at Law
             Jones, Carr, McGoldrick
 9           Premier Place
             5910 North Central Expressway
10           Suite 1700
             Dallas, Texas  75206
11           (214)828-9200
             (214)828-9229
12           Heather.Forgey@JCMFirm.com

13               On behalf of the Defendants Safety-Kleen
                 Systems, Inc. and Safety-Kleen
14               Corporation.

15           FRANCISCO COLÓN, Attorney at Law
             (Appearing Telephonically)
16           Colón & Colón, PSC
             173 O'Neill Street
17           San Juan, Puerto Rico  00918-2404
             (787)758-6060
18           (787)753-1656 fax
             fecolon@colonlaw.com
19
                 On behalf of the Defendant Makita
20               U.S.A., Inc.

21
                           - - -
22

23

24

25
```

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

```
 1                         FRIDAY MORNING SESSION
                           May 9, 2014
 2                         9:19 o'clock a.m.

 3                           -  -  -

 4                         STIPULATIONS

 5                           -  -  -

 6              It is stipulated by and between counsel

 7     for the respective parties herein that this

 8     deposition of PETER G. SHIELDS, M.D., a Witness

 9     herein, called by the Plaintiffs under the statute,

10     may be taken at this time and reduced to writing in

11     stenotypy by the Notary, whose notes may thereafter

12     be transcribed out of the presence of the witness;

13     and that proof of the official character and

14     qualifications of the Notary is waived.

15                           -  -  -

16

17

18

19

20

21

22

23

24

25
```

99687215-bedc-4ee4-adeb-d7019e51000d

```
                                                    Page 4

 1                    I N D E X

 2                      - - -
     WITNESS                              PAGE
 3
     PETER G. SHIELDS, M.D.
 4
                    Examination              6
 5                  (By Mr. Robb)

 6                  Examination              123
                    (By Ms. Forgey)
 7
                        - - -
 8

 9   EXHIBITS                            MARKED

10   Exhibit No. 1                          6
     (Cleveland Clinic Website Info on
11   Diseases & Conditions, Leukemia)

12   Exhibit No. 2                          6
     (Johns Hopkins Website Info on
13   Leukemia Risk Factors)

14   Exhibit No. 3                          6
     (Children's Leukemia Research Assoc, Inc.
15   Website Info by Peter H. Wiernick, M.D.)

16   Exhibit No. 4                          6
     (Cancer Council Website Info on Causes
17   of chronic myeloid leukaemia)

18   Exhibit No. 5                          6
     (Montana Cancer Control Section
19   Quarterly Surveillance Report
     Re: Leukemia, Lymphoma, and Myeloma)
20
     Exhibit No. 6                          6
21   (Document on Leukaemia)

22   Exhibit No. 7                          6
     (University of Michigan Document
23   by Dale Bixby, M.D., Ph.D., 2009)

24   Exhibit No. 8                          6
     (Search Health24 Website Info on
25   Leukaemia)
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 5

1                     I N D E X

2                       - - -

3   EXHIBITS                            MARKED

4   Exhibit No. 9                          6
    (UC Davis Comprehensive Cancer Center
5   Website Info on Leukemia)

6   Exhibit No. 10                         6
    (Irish Cancer Society Website Info on
7   Causes and Prevention of
    chronic myeloid leukaemia (CML))
8
    Exhibit No. 11                         6
9   (Cancer Research UK Website Info on
    chronic myeloid leukaemia (CML)
10  risks and causes)

11  Exhibit No. 12                        129
    (Objections by Defendants Safety-Kleen)
12

13                       - - -

14

15

16

17

18

19

20

21

22

23

24

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 6

1                    P R O C E E D I N G S

2                         - - -

3            And, thereupon, Exhibit Nos. 1 through 11

4    were premarked for purposes of identification.

5                         - - -

6                 PETER G. SHIELDS, M.D.,

7    being by me first duly sworn, as hereinafter

8    certified, testifies and says as follows:

9                       EXAMINATION

10   BY MR. ROBB:

11   **Q.        Good morning, Doctor.  Please state your**

12   **name and your professional address, please.**

13   A.        Peter Gary Shields.  My professional

14   address, although not here as part of my professional

15   activities for Ohio State University, is the James

16   Cancer Center, Ohio State University Comprehensive

17   Cancer Center, The Ohio State University, 300 West

18   10th Street, Columbus, Ohio 43210.

19   **Q.        Doctor, do you believe Benzene causes**

20   **leukemia?**

21   A.        Which type of leukemia?

22   **Q.        Does it cause leukemia in general, Doctor?**

23   A.        No.  It causes a specific type of leukemia

24   called acute myelogenous leukemia.

25   **Q.        Okay.  Have you testified in the past in**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 7

1  **cases where Safety-Kleen has retained you in AML**
2  **cases to that very fact?**
3  A.        I don't recall.  I've done work for
4  Safety-Kleen, whether they've gone to testifying or
5  not, I just don't remember either way.
6  **Q.        Okay.  Well, you're aware of the fact**
7  **though, aren't you, from your discussions with**
8  **Safety-Kleen personnel that they take the position**
9  **that their products do not cause any type of**
10 **leukemia; you take issue with that though, correct?**
11 A.        I'm not sure where you're getting that
12 from.
13          MS. FORGEY:  And I'll object to the form.
14 BY MR. ROBB:
15 **Q.        Well, listen to my question, Doctor.**
16          **You believe that Benzene causes AML,**
17 **right?**
18 A.        So I guess you're raising a very good
19 point.  That's correct.  As my report clearly states,
20 it causes AML in specific and sufficient doses.
21 **Q.        Okay.  And in this particular case, you**
22 **agree you're not a chemist, correct?**
23 A.        That's correct, although I had a major in
24 biochemistry.
25 **Q.        I understand.  But you've in the past**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 25

1  subjected to fumes from this product, correct?

2          MS. FORGEY:  Objection.  Form.

3  A.          I'll accept that.

4  Q.          Okay.  All right.  You will concede, will

5  you not, that Safety-Kleen 105 does contain elements

6  of Benzene?

7  A.          It will contain some molecules of Benzene

8  at trivial levels that are unimportant to risk of

9  disease.

10 Q.          Well, again, Doctor, you don't know of any

11 studies that have been done on Safety-Kleen's

12 solvent -- Virgin Solvent 105 that gives you a number

13 as to how much Benzene is in that product, correct?

14          MS. FORGEY:  Objection.  Form.

15 A.          Wait.  I think I have seen documents of

16 testing of Safety-Kleen 105.

17 Q.          I'm talking about Safety-Kleen Virgin

18 Solvent 105 used in the same type of machines that my

19 client was using at Makita and his other workplaces,

20 have you seen one study that mirrors any of that?

21          MS. FORGEY:  Objection.  Form.

22 A.          I'm sorry.  Are you asking me about

23 Safety-Kleen that specifically went to your client's

24 workplace?

25 Q.          Yes, sir.

99687215-bedc-4ee4-adeb-d7019e51000d