# EXHIBIT 1

PETER G. SHIELDS, M.D.

Page 1

1  STATE OF NORTH CAROLINA      IN THE GENERAL

2  NEW HANOVER COUNTY           COURT OF JUSTICE

3                               SUPERIOR COURT

4                               DIVISION

5                               FILE NO. 07CVS 4453

6  CATHY BATTON, Executrix   *

7  of the Estate of Dewey    *

8  Batton, Deceased          *

9        Plaintiff           *

10       vs.                 *

11 CSX TRANSPORTATION, INC. *

12       Defendant           *

13             - - - - - - - - - -

14       Deposition of PETER G. SHIELDS, M.D.,

15 taken on Friday, September 26, 2008, beginning

16 at 9:00 a.m., at Lombardi Comprehensive Cancer

17 Center, Georgetown University Medical Center,

18 3800 Reservoir Road. N.W., Washington, D.C.,

19 before Linda Ann Crockett, a Notary Public.

20

21             - - - - - - - - - -

22

23

24 Reported by:

25   Linda A. Crockett

PETER G. SHIELDS, M.D.

```
                                                        Page 2
 1    APPEARANCES:
 2
 3            SCOTT R. FRIELING, ESQUIRE
              Allen Stewart, P.C.
 4            Republic Center
              325 North St. Paul Street
 5            Suite 2750
              Dallas, Texas 75201
 6            (214) 965-8703
                      On behalf of the Plaintiff
 7
 8
              FRANK GORDON, ESQUIRE
 9            Millberg, Gordon & Stewart
              1101 Haynes Street, Suite 104
10            Raleigh, North Carolina 27604
              (919) 836-0090
11                    On behalf of the Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PETER G. SHIELDS, M.D.

Page 3

1          T H E   P R O C E E D I N G S

2              - - - - - - - - - - - - - -

3                    STIPULATIONS

4    It is stipulated and agreed by and between

5    counsel for the respective parties that the

6    reading and signing of this deposition by the

7    witness is hereby not waived.

8              - - - - - - - - - - - - - -

9              PETER G. SHIELDS, M.D.,

10   first duly sworn to tell the truth, the whole

11   truth, and nothing but the truth, testified as

12   follows:

13             EXAMINATION BY MR. FRIELING:

14       Q.  Good morning.

15       A.  Good morning.

16       Q.  My name is Scott Frieling.  We met off

17   the record.  We have not met before; is that

18   true?

19       A.  That's correct.

20       Q.  Have you been deposed before, Doctor?

21       A.  Yes.

22       Q.  How many times, roughly?

23       A.  Somewhere between 10 and 20.

24       Q.  Just so you know, if you need a break

25   at any time, just let me know.  If you don't

PETER G. SHIELDS, M.D.

1  remember.  I think it's the refractory anemia

2  with ringed sideroblasts, it either does or

3  doesn't.  That's the category standing out in

4  my mind.

5       Q.  Have you reached a conclusion, Doctor,

6  whether benzene can cause all forms of MDS in

7  humans?

8       A.  I'm aware -- I do believe that

9  sufficient exposure to benzene can cause at

10  least some types of MDS, maybe all types of

11  MDS.  I think it just has not been studied well

12  enough to know whether or not there are some

13  types that it doesn't.  But there is certainly

14  some thought that it is the case.

15       Q.  Does benzene cause any forms of

16  leukemia in humans?

17       A.  Yes, benzene can cause AML, acute

18  myologic leukemia as well as chronic myologic

19  leukemia in humans.

20       Q.  AML and CML?

21       A.  That's right.

22       Q.  Do you know what the position is of

23  IARC on whether benzene can cause MDS in

24  humans?

25       A.  IARC usually doesn't take positions of