# EXHIBIT 21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

– – –

Gerardo Campos, et al.,          :
                                 :
        Plaintiffs,              :
                                 :
        vs.                      :    Case No.
                                 :    3:12-cv-01529-ADC
Safety-Kleen Systems,            :
Inc., et al.,                    :
                                 :
        Defendants.              :

– – –

DEPOSITION OF PETER G. SHIELDS, M.D.

– – –

Friday, May 9, 2014
9:19 o'clock a.m.
Crabbe, Brown & James
500 South Front Street
Suite 1200
Columbus, Ohio  43215

– – –

ANN FORD
REGISTERED PROFESSIONAL REPORTER

– – –

99687215-bedc-4ee4-adeb-d7019e51000d

Page 2

```
 1  APPEARANCES:

 2          MICHAEL A. ROBB, Attorney at Law
            (Appearing Telephonically)
 3          Clark, Robb, Mason, Coulombe,
            Buschman & Charbonnet, P.A.
 4          7501 Wiles Road
            Building 3, Suite 207
 5          Coral Springs, Florida  33067
            (954)753-3902
 6          mrobb@clarkrobb.com

 7              On behalf of the Plaintiffs.

 8          HEATHER J. FORGEY, Attorney at Law
            Jones, Carr, McGoldrick
 9          Premier Place
            5910 North Central Expressway
10          Suite 1700
            Dallas, Texas  75206
11          (214)828-9200
            (214)828-9229
12          Heather.Forgey@JCMFirm.com

13              On behalf of the Defendants Safety-Kleen
                Systems, Inc. and Safety-Kleen
14              Corporation.

15          FRANCISCO COLÓN, Attorney at Law
            (Appearing Telephonically)
16          Colón & Colón, PSC
            173 O'Neill Street
17          San Juan, Puerto Rico  00918-2404
            (787)758-6060
18          (787)753-1656 fax
            fecolon@colonlaw.com
19
                On behalf of the Defendant Makita
20              U.S.A., Inc.

21
                        - - -
22

23

24

25
```

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 3

1                           FRIDAY MORNING SESSION
                            May 9, 2014
2                           9:19 o'clock a.m.

3                              – – –

4                       STIPULATIONS

5                              – – –

6            It is stipulated by and between counsel

7    for the respective parties herein that this

8    deposition of PETER G. SHIELDS, M.D., a Witness

9    herein, called by the Plaintiffs under the statute,

10   may be taken at this time and reduced to writing in

11   stenotypy by the Notary, whose notes may thereafter

12   be transcribed out of the presence of the witness;

13   and that proof of the official character and

14   qualifications of the Notary is waived.

15                             – – –

16

17

18

19

20

21

22

23

24

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 4

```
 1              I N D E X

 2                 - - -
   WITNESS                        PAGE
 3
   PETER G. SHIELDS, M.D.
 4
              Examination           6
 5            (By Mr. Robb)

 6            Examination          123
              (By Ms. Forgey)
 7
                 - - -
 8

 9 EXHIBITS                       MARKED

10 Exhibit No. 1                    6
   (Cleveland Clinic Website Info on
11 Diseases & Conditions, Leukemia)

12 Exhibit No. 2                    6
   (Johns Hopkins Website Info on
13 Leukemia Risk Factors)

14 Exhibit No. 3                    6
   (Children's Leukemia Research Assoc, Inc.
15 Website Info by Peter H. Wiernick, M.D.)

16 Exhibit No. 4                    6
   (Cancer Council Website Info on Causes
17 of chronic myeloid leukaemia)

18 Exhibit No. 5                    6
   (Montana Cancer Control Section
19 Quarterly Surveillance Report
   Re: Leukemia, Lymphoma, and Myeloma)
20
   Exhibit No. 6                    6
21 (Document on Leukaemia)

22 Exhibit No. 7                    6
   (University of Michigan Document
23 by Dale Bixby, M.D., Ph.D., 2009)

24 Exhibit No. 8                    6
   (Search Health24 Website Info on
25 Leukaemia)
```

Page 5

1                         I N D E X

2                            – – –

3    EXHIBITS                              MARKED

4    Exhibit No. 9                         6
     (UC Davis Comprehensive Cancer Center
5    Website Info on Leukemia)

6    Exhibit No. 10                        6
     (Irish Cancer Society Website Info on
7    Causes and Prevention of
     chronic myeloid leukaemia (CML))
8
     Exhibit No. 11                        6
9    (Cancer Research UK Website Info on
     chronic myeloid leukaemia (CML)
10   risks and causes)

11   Exhibit No. 12                        129
     (Objections by Defendants Safety–Kleen)
12

13
                             – – –
14

15

16

17

18

19

20

21

22

23

24

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 6

1                    P R O C E E D I N G S

2                         - - -

3              And, thereupon, Exhibit Nos. 1 through 11

4    were premarked for purposes of identification.

5                         - - -

6                  PETER G. SHIELDS, M.D.,

7    being by me first duly sworn, as hereinafter

8    certified, testifies and says as follows:

9                      EXAMINATION

10   BY MR. ROBB:

11   Q.        **Good morning, Doctor.  Please state your**

12   **name and your professional address, please.**

13   A.        Peter Gary Shields.  My professional

14   address, although not here as part of my professional

15   activities for Ohio State University, is the James

16   Cancer Center, Ohio State University Comprehensive

17   Cancer Center, The Ohio State University, 300 West

18   10th Street, Columbus, Ohio 43210.

19   Q.        **Doctor, do you believe Benzene causes**

20   **leukemia?**

21   A.        Which type of leukemia?

22   Q.        **Does it cause leukemia in general, Doctor?**

23   A.        No.  It causes a specific type of leukemia

24   called acute myelogenous leukemia.

25   Q.        **Okay.  Have you testified in the past in**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 14

1   Q.          Okay.   Doctor, you'll agree that there are

2   studies that do statistically link Benzene exposure

3   to CML?

4   A.          Rare studies.

5   Q.          But you do agree there are studies that

6   support the plaintiff's position in this particular

7   case that Benzene can cause the CML that he has in

8   this particular case?

9               MR. COLÓN:  Objection to form.

10  BY MR. ROBB:

11  Q.          Right?

12  A.          Among the dozens of studies that address

13  the question, there's maybe one or one-and-a-half

14  that will support their contention.

15  Q.          And those are specifically relevant

16  studies, are they not?

17  A.          Well --

18              MR. COLÓN:  Objection as to form.

19  A.          -- relevant is a different question.

20              The answer is no.

21  Q.          They are statistically valid studies,

22  aren't they, Doctor?

23              MR. COLÓN:  Same objection.

24  A.          They're using acceptable statistical

25  analysis if that's what you're asking me.

United Reporting, Inc.
(954) 525-2221

Page 15

1  Q.          That's what I'm asking you, Doctor.  The

2  studies that show a link between CML and Benzene

3  exposure are based on sound statistical principles,

4  correct?

5              MR. COLÓN:  Objection as to form.

6              MS. FORGEY:  Objection to form.

7              Mr. Robb, can we have an agreement that an

8  objection by one is good for both defendants?

9              MR. ROBB:  Absolutely.  I don't want our

10 court reporter to run out of the room screaming.

11 A.          So I'm talking specifically about two

12 studies.

13 Q.          Doctor, there's more than two studies that

14 link CML to Benzene exposure, you would agree with

15 that?

16 A.          No, I don't.

17             MS. FORGEY:  Objection.  Form.

18 A.          I don't agree with that.

19 Q.          Okay.  What two studies -- what are the

20 only two studies in the world, according to you, that

21 link CML to Benzene exposure?

22             MS. FORGEY:  Objection.  Form.

23 A.          So there's one by Atigoke --

24 Q.          Yes, sir.

25 A.          -- which has a lot of issues.

99687215-bedc-4ee4-adeb-d7019e51000d

1              And the other one, when I said a half, is

2   because there's a study by -- wait -- so it's the

3   Glass study or Vlaanderen.  I think it's the Glass

4   study -- I would have to look at it -- where at lower

5   levels -- or intermediate levels, I should say, there

6   was a statistical relationship, and at a higher

7   level, there was not a statistical relationship.

8   **Q.        Okay.  And that last study you just talked**

9   **about, the statistical relationship in the mid-level**

10  **was three times what somebody that was unexposed to**

11  **the chemical would experience, correct?**

12  A.         I'm pulling the papers so we're talking

13  exactly.  Well, actually, that's not correct.  So at

14  the mid-level exposure -- now I'm referring to Glass,

15  2014 --

16  **Q.        Yes, sir.**

17  A.         -- it's at levels of greater than

18  2.933 ppm -- I'm sorry -- at levels between .348 and

19  2.93 ppm, the risk which was statistically

20  significant was 5.04; but at the higher level, the

21  risk drops and is no longer statistically

22  significant, and the trend test was not

23  significant -- was not significant.

24  **Q.        5.04 is a solid statistical relative risk**

25  **to establish a connection, correct?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 17

1  A.          I guess I don't understand that question.

2  **Q.          Well, 2.0 would mean that there's a --**

3  **well, 1.0 is a statistical -- well, strike that.**

4  **          Let me ask this.  You would agree that**

5  **there are studies where the relative risk of Benzene**

6  **and CML being associated are greater than 2.0?**

7            MS. FORGEY:  Objection.  Form.

8  A.          So I just gave you the two studies,

9  correct?

10 **Q.          Okay.  And you, in fact, yourself believe**

11 **that CML can be caused by Benzene exposure, correct?**

12           MR. COLÓN:  Objection as to form.

13 A.          Say that again.

14 **Q.          You yourself believe that Benzene can**

15 **cause CML, do you not?**

16 A.          No.  I don't believe that.

17 **Q.          You've never believed that, right?**

18 A.          No.

19 **Q.          Okay.  Well, you know, I didn't ask that**

20 **very well.  That was like a double negative.**

21 A.          Yeah.

22 **Q.          Have you ever believed that Benzene causes**

23 **CML?**

24 A.          Not that I can recall.

25 **Q.          Doctor, in order to determine what causes**

99687215-bedc-4ee4-adeb-d7019e51000d