# EXHIBIT 1

PETER G. SHIELDS, M.D.

Page 1

| STATE OF NORTH CAROLINA | IN THE GENERAL |
| NEW HANOVER COUNTY | COURT OF JUSTICE |
| | SUPERIOR COURT |
| | DIVISION |
| | FILE NO. 07CVS 4453 |

CATHY BATTON, Executrix  *
of the Estate of Dewey  *
Batton, Deceased  *
    Plaintiff  *
    vs.  *
CSX TRANSPORTATION, INC.  *
    Defendant  *

- - - - - - - - -

    Deposition of PETER G. SHIELDS, M.D., taken on Friday, September 26, 2008, beginning at 9:00 a.m., at Lombardi Comprehensive Cancer Center, Georgetown University Medical Center, 3800 Reservoir Road. N.W., Washington, D.C., before Linda Ann Crockett, a Notary Public.

- - - - - - - - -

Reported by:
  Linda A. Crockett

PETER G. SHIELDS, M.D.

1  APPEARANCES:

2

3        SCOTT R. FRIELING, ESQUIRE
         Allen Stewart, P.C.
4        Republic Center
         325 North St. Paul Street
5        Suite 2750
         Dallas, Texas 75201
6        (214) 965-8703
                 On behalf of the Plaintiff
7

8
         FRANK GORDON, ESQUIRE
9        Millberg, Gordon & Stewart
         1101 Haynes Street, Suite 104
10       Raleigh, North Carolina 27604
         (919) 836-0090
11               On behalf of the Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                      Page 3
 1              T H E   P R O C E E D I N G S
 2              - - - - - - - - - - - - - -
 3                       STIPULATIONS
 4  It is stipulated and agreed by and between
 5  counsel for the respective parties that the
 6  reading and signing of this deposition by the
 7  witness is hereby not waived.
 8              - - - - - - - - - - - - - -
 9              PETER G. SHIELDS, M.D.,
10  first duly sworn to tell the truth, the whole
11  truth, and nothing but the truth, testified as
12  follows:
13              EXAMINATION BY MR. FRIELING:
14       Q.   Good morning.
15       A.   Good morning.
16       Q.   My name is Scott Frieling.  We met off
17  the record.  We have not met before; is that
18  true?
19       A.   That's correct.
20       Q.   Have you been deposed before, Doctor?
21       A.   Yes.
22       Q.   How many times, roughly?
23       A.   Somewhere between 10 and 20.
24       Q.   Just so you know, if you need a break
25  at any time, just let me know.  If you don't
```



PETER G. SHIELDS, M.D.

Page 39

1  remember.  I think it's the refractory anemia
2  with ringed sideroblasts, it either does or
3  doesn't.  That's the category standing out in
4  my mind.
5       Q.  Have you reached a conclusion, Doctor,
6  whether benzene can cause all forms of MDS in
7  humans?
8       A.  I'm aware -- I do believe that
9  sufficient exposure to benzene can cause at
10 least some types of MDS, maybe all types of
11 MDS.  I think it just has not been studied well
12 enough to know whether or not there are some
13 types that it doesn't.  But there is certainly
14 some thought that it is the case.
15      Q.  Does benzene cause any forms of
16 leukemia in humans?
17      A.  Yes, benzene can cause AML, acute
18 myologic leukemia as well as chronic myologic
19 leukemia in humans.
20      Q.  AML and CML?
21      A.  That's right.
22      Q.  Do you know what the position is of
23 IARC on whether benzene can cause MDS in
24 humans?
25      A.  IARC usually doesn't take positions of