# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

- - -

Gerardo Campos, et al.,          :
                                 :
        Plaintiffs,              :
                                 :
        vs.                      :    Case No.
                                 :    3:12-cv-01529-ADC
Safety-Kleen Systems,            :
Inc., et al.,                    :
                                 :
        Defendants.              :

- - -

DEPOSITION OF PETER G. SHIELDS, M.D.

- - -

Friday, May 9, 2014
9:19 o'clock a.m.
Crabbe, Brown & James
500 South Front Street
Suite 1200
Columbus, Ohio  43215

- - -

ANN FORD
REGISTERED PROFESSIONAL REPORTER

- - -

**CERTIFIED
COPY**

99687215-bedc-4ee4-adeb-d7019e51000d

```
                                                      Page 2
 1   APPEARANCES:

 2           MICHAEL A. ROBB, Attorney at Law
             (Appearing Telephonically)
 3           Clark, Robb, Mason, Coulombe,
             Buschman & Charbonnet, P.A.
 4           7501 Wiles Road
             Building 3, Suite 207
 5           Coral Springs, Florida   33067
             (954)753-3902
 6           mrobb@clarkrobb.com

 7               On behalf of the Plaintiffs.

 8           HEATHER J. FORGEY, Attorney at Law
             Jones, Carr, McGoldrick
 9           Premier Place
             5910 North Central Expressway
10           Suite 1700
             Dallas, Texas   75206
11           (214)828-9200
             (214)828-9229
12           Heather.Forgey@JCMFirm.com

13               On behalf of the Defendants Safety-Kleen
                 Systems, Inc. and Safety-Kleen
14               Corporation.

15           FRANCISCO COLÓN, Attorney at Law
             (Appearing Telephonically)
16           Colón & Colón, PSC
             173 O'Neill Street
17           San Juan, Puerto Rico   00918-2404
             (787)758-6060
18           (787)753-1656 fax
             fecolon@colonlaw.com

19
                 On behalf of the Defendant Makita
20               U.S.A., Inc.

21
                          -  -  -
22

23

24

25
```

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 3

1        FRIDAY MORNING SESSION
         May 9, 2014
2        9:19 o'clock a.m.

3                     -  -  -

4              STIPULATIONS

5                     -  -  -

6        It is stipulated by and between counsel

7   for the respective parties herein that this

8   deposition of PETER G. SHIELDS, M.D., a Witness

9   herein, called by the Plaintiffs under the statute,

10  may be taken at this time and reduced to writing in

11  stenotypy by the Notary, whose notes may thereafter

12  be transcribed out of the presence of the witness;

13  and that proof of the official character and

14  qualifications of the Notary is waived.

15                    -  -  -

16

17

18

19

20

21

22

23

24

25

99687215-bedc-4ee4-adeb-d7019e51000d

1                    P R O C E E D I N G S

2                         - - -

3           And, thereupon, Exhibit Nos. 1 through 11

4    were premarked for purposes of identification.

5                         - - -

6              PETER G. SHIELDS, M.D.,

7    being by me first duly sworn, as hereinafter

8    certified, testifies and says as follows:

9                    EXAMINATION

10   BY MR. ROBB:

11   Q.        Good morning, Doctor.  Please state your

12   name and your professional address, please.

13   A.         Peter Gary Shields.  My professional

14   address, although not here as part of my professional

15   activities for Ohio State University, is the James

16   Cancer Center, Ohio State University Comprehensive

17   Cancer Center, The Ohio State University, 300 West

18   10th Street, Columbus, Ohio 43210.

19   Q.        Doctor, do you believe Benzene causes

20   leukemia?

21   A.         Which type of leukemia?

22   Q.        Does it cause leukemia in general, Doctor?

23   A.         No.  It causes a specific type of leukemia

24   called acute myelogenous leukemia.

25   Q.        Okay.  Have you testified in the past in

99687215-bedc-4ee4-adeb-d7019e51000d

1 come here to talk about.

2             MR. ROBB:  Excuse me, counselor.  Anything

3 he's reviewed is fair game.  Okay.  So please just

4 make objections to the form.  Okay?

5 A.          Okay.  So let me try and make this a

6 little bit quicker for you and answer your question.

7 So Mark Nicas wrote a report to respond to the

8 reports of Panko and Spencer.  Panko and Spencer are

9 criticizing Kopstein, and that's why I recalled it

10 the way I did.

11 Q.          **All right.  And you agree that both Panko**

12 **and Spencer used the technique or study that**

13 **Dr. Nicas -- or Mark Nicas developed, correct?**

14 A.          I don't have expertise in that area.

15             MS. FORGEY:  And I'll object to the form.

16 BY MR. ROBB:

17 Q.          **Okay.  Well, then, if you read their**

18 **reports, you know that Dr. Nicas is involved in**

19 **the -- or developed a study that was mentioned and**

20 **used by both Dr. Panko and Dr. Spencer in doing their**

21 **exposure assessments, right?**

22             MS. FORGEY:  Objection.  Form.

23             MR. COLÓN:  Join.

24 A.          I don't recall that.  I would have to go

25 back to their reports.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 14

1   Q.        Okay.  Doctor, you'll agree that there are

2   studies that do statistically link Benzene exposure

3   to CML?

4   A.        Rare studies.

5   Q.        But you do agree there are studies that

6   support the plaintiff's position in this particular

7   case that Benzene can cause the CML that he has in

8   this particular case?

9             MR. COLÓN:  Objection to form.

10  BY MR. ROBB:

11  Q.        Right?

12  A.        Among the dozens of studies that address

13  the question, there's maybe one or one-and-a-half

14  that will support their contention.

15  Q.        And those are specifically relevant

16  studies, are they not?

17  A.        Well --

18            MR. COLÓN:  Objection as to form.

19  A.        -- relevant is a different question.

20            The answer is no.

21  Q.        They are statistically valid studies,

22  aren't they, Doctor?

23            MR. COLÓN:  Same objection.

24  A.        They're using acceptable statistical

25  analysis if that's what you're asking me.

99687215-bedc-4ee4-adeb-d7019e51000d

1  Q.        That's what I'm asking you, Doctor.  The

2  studies that show a link between CML and Benzene

3  exposure are based on sound statistical principles,

4  correct?

5            MR. COLÓN:  Objection as to form.

6            MS. FORGEY:  Objection to form.

7            Mr. Robb, can we have an agreement that an

8  objection by one is good for both defendants?

9            MR. ROBB:  Absolutely.  I don't want our

10 court reporter to run out of the room screaming.

11 A.        So I'm talking specifically about two

12 studies.

13 Q.        Doctor, there's more than two studies that

14 link CML to Benzene exposure, you would agree with

15 that?

16 A.        No, I don't.

17           MS. FORGEY:  Objection.  Form.

18 A.        I don't agree with that.

19 Q.        Okay.  What two studies -- what are the

20 only two studies in the world, according to you, that

21 link CML to Benzene exposure?

22           MS. FORGEY:  Objection.  Form.

23 A.        So there's one by Atigoke --

24 Q.        Yes, sir.

25 A.        -- which has a lot of issues.

99687215-bedc-4ee4-adeb-d7019e51000d

1        And the other one, when I said a half, is

2   because there's a study by -- wait -- so it's the

3   Glass study or Vlaanderen.  I think it's the Glass

4   study -- I would have to look at it -- where at lower

5   levels -- or intermediate levels, I should say, there

6   was a statistical relationship, and at a higher

7   level, there was not a statistical relationship.

8   Q.        Okay.  And that last study you just talked

9   about, the statistical relationship in the mid-level

10  was three times what somebody that was unexposed to

11  the chemical would experience, correct?

12  A.        I'm pulling the papers so we're talking

13  exactly.  Well, actually, that's not correct.  So at

14  the mid-level exposure -- now I'm referring to Glass,

15  2014 --

16  Q.        Yes, sir.

17  A.        -- it's at levels of greater than

18  2.933 ppm -- I'm sorry -- at levels between .348 and

19  2.93 ppm, the risk which was statistically

20  significant was 5.04; but at the higher level, the

21  risk drops and is no longer statistically

22  significant, and the trend test was not

23  significant -- was not significant.

24  Q.        5.04 is a solid statistical relative risk

25  to establish a connection, correct?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 17

1   A.          I guess I don't understand that question.

2   Q.          Well, 2.0 would mean that there's a --

3   well, 1.0 is a statistical -- well, strike that.

4               Let me ask this.  You would agree that

5   there are studies where the relative risk of Benzene

6   and CML being associated are greater than 2.0?

7               MS. FORGEY:  Objection.  Form.

8   A.          So I just gave you the two studies,

9   correct?

10  Q.          Okay.  And you, in fact, yourself believe

11  that CML can be caused by Benzene exposure, correct?

12              MR. COLÓN:  Objection as to form.

13  A.          Say that again.

14  Q.          You yourself believe that Benzene can

15  cause CML, do you not?

16  A.          No.  I don't believe that.

17  Q.          You've never believed that, right?

18  A.          No.

19  Q.          Okay.  Well, you know, I didn't ask that

20  very well.  That was like a double negative.

21  A.          Yeah.

22  Q.          Have you ever believed that Benzene causes

23  CML?

24  A.          Not that I can recall.

25  Q.          Doctor, in order to determine what causes

99687215-bedc-4ee4-adeb-d7019e51000d

1  reviewing the literature.

2  Q.          Okay.  You would agree with me -- while

3  she's pulling that out -- that there are institutions

4  around the world that recognize that Benzene causes

5  CML?  You recognize that, don't you?

6  A.          Well, I guess I have to ask you which

7  institutions?

8  Q.          Well, let me ask you this.  You're at Ohio

9  State, right?

10 A.          That's correct.

11 Q.          Okay.  The premier medical facility in the

12 State of Ohio, would you agree, is the Cleveland

13 Clinic?

14 A.          Seriously, you didn't just ask that, did

15 you?

16             Which metric are you talking about?

17 Q.          Are you saying that the Cleveland Clinic

18 is not considered to be a leading institution of

19 medicine in the world?

20 A.          No, I didn't say that.  That wasn't your

21 question.

22 Q.          Well, let me reask it then.

23             Would you agree that the Cleveland Clinic

24 is recognized as a leading medical institution

25 throughout the world?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 22

1   A.          Yes, I would.

2   Q.          Okay.  And in front of you -- or the court

3   reporter should have a number of exhibits -- and the

4   first exhibit is information from the Cleveland

5   Clinic regarding CML.

6   A.          Okay.

7   Q.          All right.  And let's turn to page 2 of

8   that Exhibit 1 and "What causes leukemia?"  Do you

9   see that?

10  A.          I do.

11  Q.          All right.  And it says, "For example" --

12  this is in the second paragraph -- "very high doses

13  of radiation."

14              We don't have that, right, in this case,

15  you would agree with me on that?  Mr. Campos wasn't

16  exposed to high doses of radiation; is that fair?

17  A.          Correct.

18  Q.          Okay.  "Exposure to the chemical Benzene."

19  We do have that in this particular case, correct?

20  He's been exposed to Benzene, you don't dispute that?

21  A.          Well, you know, that's a whole other

22  discussion, but I'm not going to just admit the

23  question the way you just asked it.  No.

24  Q.          Doctor, are you saying that he was not

25  exposed to any level of Benzene whatsoever while

99687215-bedc-4ee4-adeb-d7019e51000d

1  Solvent 105.  If you say that on the record --

2           MS. FORGEY:  That's not the case,

3  Mr. Robb.

4           MR. ROBB:  Then just be quiet, and I'll

5  continue with my questions.

6           THE WITNESS:  Mr. Robb, maybe you should

7  ask me what is it that I'm going to say about

8  exposure, that might help you a lot?

9  BY MR. ROBB:

10 Q.        Doctor, again, you know, I know you've

11 been down this road before, and you're here on behalf

12 of Safety-Kleen, but I'm here on behalf of my client,

13 and I'll ask the questions I think I need answers to.

14           MS. FORGEY:  Object to the sidebar.

15 BY MR. ROBB:

16 Q.        Well, Doctor, go back to the Cleveland

17 Clinic exhibit that we were talking about.  All

18 right.  We established my client hasn't been exposed

19 to radiation.  We haven't established that he's been

20 exposed to Benzene.  The next thing we talk about is

21 exposure to certain chemotherapy drugs.  We know that

22 that's not the case with my client, correct?  And he

23 hasn't been exposed to chemotherapy, you would agree

24 with that, right, Doctor?

25 A.        That's correct.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 43

1  Q.        All right.  And the paragraph goes on and

2  says, "That may increase the risk of developing AML,

3  ALL, or CML," correct?

4  A.        I'm just trying to find where you're

5  reading.

6  Q.        Okay.  I'm on page 2, "What causes

7  leukemia," paragraph 2 under that says "Although the

8  exact cause of the DNA mutation," you see that?

9  A.        Yes.

10 Q.        All right.  And so let me just read this

11 sentence.  "For example, very high doses of

12 radiation, exposure to the chemical Benzene, and

13 exposure to certain chemotherapy drugs may increase

14 the risk of developing AML, ALL, or CML."  Did I read

15 that correctly?

16 A.        You did.

17 Q.        Okay.  Let's go to my next exhibit, which

18 is Johns Hopkins.

19 A.        Okay.  Yep.

20 Q.        And you'll agree that Johns Hopkins is a

21 leading medical institution in this country?

22 A.        I agree.

23 Q.        All right.  You're familiar with the Johns

24 Hopkins Kimmel -- K-i-m-m-e-l for our court

25 reporter -- Cancer Center?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 44

1   A.        Yep.

2   Q.        All right.   Very respected cancer center

3   in the northeast?

4   A.        Yep.

5   Q.        All right.   And you see the "Leukemia risk

6   factors," correct?

7   A.        That's right.

8   Q.        All right.   And it says under Benzene, it

9   says, "Exposure to the chemical compound Benzene in

10  the workplace can cause acute myeloid leukemia and

11  chronic myeloid leukemia," right?

12  A.        Are you asking me whether you read that

13  correctly?

14  Q.        That's what Johns Hopkins Kimmel Cancer

15  Center recognizes as being a potential cause of the

16  very leukemia that my client has, correct?

17  A.        That's what they wrote.

18  Q.        All right.   Let's go to No. 3, Exhibit 3,

19  the Children's Leukemia Research Association, do you

20  know Dr. Peter Wiernik?

21            For our court reporter, that's

22  W-i-e-r-n-i-k.

23  A.        I don't.

24  Q.        Okay.   You haven't read any of his

25  textbooks regarding neoplastic diseases and leukemia?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 45

1  A.        I don't read textbooks.

2  Q.        **You don't read -- do you teach?**

3            MS. FORGEY:  Objection.  Form.

4  A.        I sometimes teach.

5  Q.        **Okay.  And you'll agree that on his --**

6  **well, he's an oncologist like yourself, correct?**

7  A.        I don't know that.

8  Q.        **Okay.  I want you to assume that he is an**

9  **oncologist.  All right.  That's the type of work you**

10 **do, right?**

11 A.        I am an oncologist by training.  My

12 expertise is in cancer causation.

13 Q.        **Okay.  Most of your work, though, would**

14 **you agree, has been in lung cancers and breast**

15 **cancers; is that fair?**

16 A.        My primary research area, yes.

17 Q.        **Okay.  Did you -- as far as breast cancer,**

18 **did you ever make the connection between hormone**

19 **therapy and women getting breast cancer?**

20 A.        I don't think I have in my research.

21 Q.        **Okay.  But you do recognize that is an**

22 **area of contention among physicians also that Prempro**

23 **or hormone replacement drugs could cause breast**

24 **cancer in women?**

25 A.        No.  That's not contentious at all.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 46

1  Q.        You think it's an established fact?

2  A.        Yeah.  No one disputes that.  Some people

3  will still want to prescribe the drugs, but everyone

4  understands that it increases the risk of breast

5  cancer.

6  Q.        Okay.  On page 2 of this Children Leukemia

7  Research Association document that you have in front

8  of you, you see where it says "Chronic" -- I can't

9  say the word -- "myelocytic leukemia (CML)."  Do you

10 see that, Doctor?

11 A.        I see that section.

12 Q.        All right.  And it says, I'll read it,

13 "The etiology of CML is unknown for most patients,

14 although it is clear that exposure to ionizing

15 radiation and some chemicals (Benzene) can cause the

16 disease."  Right?

17 A.        That's what it says.

18 Q.        All right.  So there's a physician that

19 feels that there's a link between Benzene and CML,

20 and there's two hospitals, you agree, that feel that

21 there's a connection.  Let's go to page -- Exhibit 4.

22 A.        I'm sorry.  Was there a question?

23           MS. FORGEY:  Object to the sidebar.

24 BY MR. ROBB:

25 Q.        I'm done.  Now I'm on to No. 4, and it's

99687215-bedc-4ee4-adeb-d7019e51000d

Page 47

1  titled "Cancer Council," and that's from New South

2  Wales.   I'll represent to you that's NSW, that's what

3  that stands for.

4  A.        So that's Australia?

5  Q.        I believe it is.

6  A.        So we're going to Australia.

7  Q.        And you cited in your references that you

8  have in your bibliography, or appendix to your

9  report, you cite studies from all over the world,

10 correct?

11 A.        That's correct.

12 Q.        All right.  There's nothing wrong with

13 studies from Australia or China or Africa or any

14 other area of the country -- I'm sorry -- of the

15 world, is there?

16 A.        I guess you're asking me whether geography

17 makes a study particularly unreliable?  No.   There

18 are studies that are reliable and unreliable around

19 the world.

20 Q.        Okay.  And the title of that -- of this

21 paper, No. 4, is "Causes of Chronic Myeloid

22 Leukemia."  Again, that's the leukemia my client has,

23 correct?

24 A.        That's right.

25 Q.        And it says, "Exposure to the chemical

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 48

1   Benzene or high doses of radiation may cause CML,"

2   right?  And it says, in fairness, "However, this

3   doesn't explain the majority of cases," right?

4   A.        You read that correctly.

5   Q.        And then below it, you would agree, that

6   it's been reviewed, the information that's on that

7   particular website, has been reviewed by a bone

8   marrow transplant physician, associate professors, a

9   cancer council, you see all the names there, right, a

10  hematologist?

11  A.        Well, I'm not recognizing any name there

12  or title of anyone that would have a particular

13  expertise in leukemia causation.

14  Q.        Well, sir, what is the -- CML, the -- is

15  bone marrow transplant one way of treating CML?

16  A.        That's right.

17  Q.        All right.  And one of the people that are

18  cited here is a hematologist and a bone marrow

19  transplant physician, correct?

20  A.        Right, which would make it unlikely for

21  that person to have an expertise in cancer causation.

22  Q.        He's a hematologist.  That would certainly

23  give him an expertise in leukemia, would it not?

24  A.        In leukemia, it would; not causation.

25  Q.        All right.  Well, regardless of the fact,

99687215-bedc-4ee4-adeb-d7019e51000d

1   you do agree that on this particular page, there's

2   somebody else, or a group of people, that disagree

3   with your opinion that you've given here today that

4   CML is caused by exposure to Benzene, correct?

5   A.          Well, I'm not disputing what they wrote.

6   I would like to know what their methodology is for

7   coming to that conclusion before I would dispute it.

8   Q.          Now, No. 5 is the "Montana Cancer Control

9   Section," which is a division of the State of

10  Montana.   You're aware of the fact, aren't you, that

11  various states have cancer councils or agencies,

12  right?

13  A.          That's right.

14  Q.          Okay.  In Ohio, do they have a state

15  cancer registry or society of some sort?

16  A.          Well, those are two very different things.

17  So I guess you have to tell me what you mean by

18  "sort."

19  Q.          Okay.  Well, I'll tell you what, let's

20  just go to page 4 of this report.  Tell me when you

21  get there.

22  A.          Okay.

23  Q.          On the last paragraph where it starts with

24  "There," do you see where I'm at?

25  A.          Yep.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 50

1  Q.         -- "have been many studies."

2  A.         Yep.

3  Q.         I want you to go down, and I'm going to

4  read this to you.  It says, "The only well-documented

5  association is increased risk of AML or CML with

6  occupational exposure to Benzene."  Do you see that?

7  A.         I do.

8  Q.         All right.  And, again, the words used

9  aren't "there may be; there's possibly."  It says,

10 "There's a well-documented association of an

11 increased risk of AML or CML with occupational

12 exposure to Benzene," correct?

13 A.         So you actually -- so that's what they

14 wrote, but you didn't finish because they cite in

15 footnote 5, which is a website for ATSDR, and I would

16 like to see what ATSDR says for their tox profiles.

17 I don't think ATSDR recognizes Benzene as a

18 well-documented exposure to CML.  So they may have

19 their footnote incorrect.

20 Q.         Okay.  All right.  Let's go to No. 6, and

21 the title of that is "Leukaemia."  Have you ever

22 gotten any funding from the Rockefeller Foundation?

23 A.         No.

24 Q.         You're aware of the Rockefeller

25 Foundation?

99687215-bedc-4ee4-adeb-d7019e51000d

1   A.        Sure.

2   Q.        All right.  You recognize that they fund

3   medical research and other -- well, you understand

4   they fund medical research around the world?

5   A.        Yes.

6   Q.        Okay.  Have you ever applied for funding

7   with the Rockefeller Foundation?

8   A.        No.

9   Q.        Okay.  Has The Ohio State University

10  physicians ever applied for funding with the

11  Rockefeller Foundation?

12  A.        I have no idea.  As far as I know, there's

13  no one in our cancer center currently with their

14  funding.

15  Q.        Okay.  But you have been in facilities

16  where they funded those studies, I would assume,

17  given your long, illustrious career and the places

18  you have worked?

19  A.        I don't know that.  You're actually asking

20  an interesting question because I don't know what

21  they fund.  They may not fund cancer research at all.

22  Q.        Okay.  Well, you agree that the title of

23  this paper of No. 6 is called "Leukaemia," correct?

24  A.        That's right.

25  Q.        All right.  And going over to the top

99687215-bedc-4ee4-adeb-d7019e51000d

Page 52

1   right-hand part of that page, it says "Benzene," do

2   you see that?

3   A.        Yes.

4   Q.        And it says, "Exposure to Benzene in the

5   workplace can cause acute myeloid leukaemia, and it

6   may also cause chronic myeloid leukaemia, or acute

7   lymphatic leukaemia," do you see that?

8   A.        It's -- yes.  It's "lymphocytic

9   leukaemia."  I do see that.

10  Q.        I apologize.  And if you turn to page 2,

11  that is a publication of the Africa Cancer

12  Foundation, right?

13  A.        I guess so.  It's not really clear.

14  Q.        All right.  Well, what do you mean it's

15  not clear?  Can you not look at the bottom on the far

16  right side of the second page, it says "Funded by the

17  Rockefeller Foundation, the Africa Cancer

18  Foundation."

19  A.        And I do see now that it says "A

20  publication of the Africa Cancer Foundation."

21  Q.        Okay.  Now, No. 7, I'm going to apologize

22  to you because I know it's going to hurt you because

23  of the fact that you're an Ohio State guy, and this

24  is a Michigan -- University of Michigan professor.

25            Let me ask you, do you know Dale Bixby?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 53

1    A.        I don't.

2    Q.        All right.  He's the Assistant Program

3    Director of the Division of Hematology and Oncology

4    at the Department of Internal Medicine at the

5    University of Michigan.  Right.  All those areas

6    would be dealing with cancer causation, you would

7    agree, right?

8    A.        No.  I totally disagree.  And by the way,

9    he's a clinical assistant professor, but very few of

10   the people in our division of hematology and oncology

11   deal with causation.  They're usually in cancer

12   prevention and control programs.

13   Q.        What's the specialist that -- well, you're

14   an oncologist, right?

15   A.        That's right.

16   Q.        All right.  And you say you're -- you do

17   cancer causation determinations, correct?

18   A.        That's correct.

19   Q.        All right.  And not only is he an

20   assistant professor, he's also the assistant program

21   director at the University of Michigan, correct?

22   A.        That's what it says.

23   Q.        All right.  Now, let's go to -- it's

24   probably page 9 because that's how I got my poor

25   court reporter all mixed up earlier.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 54

1          MR. COLÓN:  Mike, excuse the interruption.

2    I don't mean to interrupt your questions or your

3    deposition, just a quick logistical matter.

4          MR. ROBB:  Yes, sir.

5          MR. COLÓN:  What time are you thinking of

6    breaking for lunch?  I need to schedule -- try to

7    schedule other matters as well during whatever break,

8    whenever you plan on breaking.

9          MR. ROBB:  Francisco, I plan on being done

10   probably in an hour.

11         MR. COLÓN:  Okay.  All right.  Sorry.

12         MR. ROBB:  If I feel like I'm going to go

13   longer, I'll let you know, but I'm really not going

14   to be all that much longer, I don't think.

15         MR. COLÓN:  Thank you for that, Mike.

16         MR. ROBB:  Sure.

17         THE WITNESS:  So we've been going for an

18   hour, so whenever you're ready, we can take a break.

19         MR. ROBB:  That's fine.  If you need a

20   break, Doctor, I can get some more water.  We can

21   take a five-minute break.  That's fine by me.

22         THE WITNESS:  Okay.  Great.

23         (Recess taken.)

24   BY MR. ROBB:

25   Q.        **We were talking about the University of**

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 55

1   Michigan.  Are you on page 9 of that?  It says,

2   "Epidemiology."

3   A.          Yes.

4   Q.          All right.  And, again, it says, "Risk

5   factors include exposure to certain organic solvents

6   (Benzene)," right?

7   A.          That's what it says.

8   Q.          So there's another physician that

9   disagrees with your opinion that CML and Benzene have

10  no relation, correct?

11  A.          That's what he wrote.

12  Q.          And that's a direct contrast to what you

13  believe, correct?

14  A.          That's correct.  I never heard of Dale

15  Bixby.  I don't know what expertise he has, but

16  unlikely that he has expertise in cancer causation

17  because I've never heard of him.

18  Q.          Because you have expertise in cancer

19  causation, what you tell us under oath then we can

20  believe, correct?

21  A.          Sure.

22  Q.          Okay.  Let's go to my next one, which

23  is -- which number is that?  I'm all messed up here.

24  No. 7 -- I'm sorry.  We just did 7.

25              No. 8, do you see that, it's titled,

99687215-bedc-4ee4-adeb-d7019e51000d

1 again, "Leukaemia, February 22, 2011." This is a

2 publication from the South Africa -- let me see

3 here -- I've got it somewhere. It's from the South

4 Africa's Health Information website. Do you have

5 that?

6 A.         So I have No. 8. I can't tell where it's

7 from.

8 Q.         Well, yeah. I just told you where it's on

9 the back, but that's not here nor there. Go to

10 page 2 of that.

11 A.         Okay.

12 Q.         See where it says, "Cause"?

13 A.         Yeah.

14 Q.         And skip down to bullet points, it talks

15 about radiation, chemotherapy, some previous blood

16 disorders, and then the next one is "Benzene exposure

17 is associated with CML," correct?

18 A.         That's what it says.

19 Q.         All right. And this -- if you go to --

20 and when it says something is associated with it,

21 that means there is a link, correct?

22              MS. FORGEY: Objection. Form.

23 A.         Well, you know, we're getting into jargon,

24 right? So association statistically means that two

25 things are related to each other. If it's

99687215-bedc-4ee4-adeb-d7019e51000d

Page 57

1    statistically significant, you make an assumption

2    that it's not due to chance, although it still could

3    be, but association, just to be really clear, is not

4    the same thing as causation.

5    Q.        All right.  But in this one, if you go to

6    page -- if you look in the bottom right-hand corner

7    of these pages as you flip through them, there's a

8    number, you know, they're numbered 1 through 9, I

9    believe.

10   A.        Okay.

11   Q.        Go to page 7.  Do you see that?

12   A.        I'm sorry.  See what?

13   Q.        Page 7 down here, it says 7/9.  Can you

14   get to that page?

15   A.        79?

16   Q.        No.  It says 7, and then there's a slash,

17   9.  It's page 7 of the 9 pages.  That's what I'm

18   trying to get you to.

19   A.        I'm not seeing 1 of 9, 2 of 9, 7 of 9.

20   Q.        Of this Leukaemia thing I just gave to

21   you -- or, I'm sorry, do you have it in front of you?

22   A.        Oh, I see.  I see 7 of 9 looked to me like

23   it was 79.

24   Q.        That's fine.  And this information was

25   reviewed by a hematologist, correct?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 58

1  A.        That's what it says.  It says a --

2  Q.        Hematologists are the type of physicians

3  who deal with leukemia day in and day out, right,

4  that's their primary --

5  A.        That's correct.  This is reviewed by a

6  clinical hematologist, which, again, are usually not

7  the people who are experts in causation.

8  Q.        Clinical hematologists are ones that are

9  actually treating these people that have these

10 horrible diseases, correct?

11           MS. FORGEY:  Objection.  Form.

12 A.        As have I.  That's correct.

13 Q.        All right.  Well, you would agree that CML

14 is not -- is a horrible disease, correct?

15           MS. FORGEY:  Objection.  Form.

16 A.        Boy, that's a tough question because I

17 have patients, you know, who are alive 10 years on

18 Gleevec with absolutely normal lives, so I'm not sure

19 that they would say that it's horrible.

20 Q.        They would say that it's good to have CML?

21 A.        Oh, that's -- please don't twist my words

22 like that.

23           MS. FORGEY:  Objection to form.

24 BY MR. ROBB:

25 Q.        Well, that's what you're saying, Doctor.

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 59

1    You're trying to say that it's --

2            MR. COLÓN:  Objection to form.

3            MR. ROBB:  I'll rephrase.  I'll move on.

4    BY MR. ROBB:

5    Q.        Doctor, you have the next one is No. 9,

6    University of California Davis Comprehensive Cancer

7    Center.

8    A.        I have that.

9    Q.        You're familiar with that facility?

10   A.        Yes.

11   Q.        Okay.  Another respected facility in the

12   United States for people to go to get cancer care and

13   leukemia care, correct?

14   A.        That's correct.

15   Q.        All right.  Let's go to page 2 of 9 -- or

16   29, as you like to call it.  That's a joke.

17   A.        Yeah.  My eyesight is not as good as it

18   used to be.

19   Q.        Join the club.  Are you with me?

20   A.        Yeah.

21   Q.        See "Risk factors," and you go down, and

22   the third bullet point is, "Exposure to Benzene in

23   the workplace can cause acute myeloid leukemia," and

24   then the next paragraph is, "It may also cause

25   chronic myeloid leukemia," correct, I read that

99687215-bedc-4ee4-adeb-d7019e51000d

Page 60

1  right?

2  A.        You did.

3  Q.        All right.  So here's another leading

4  medical institution that recognizes the connection

5  between Benzene and CML, correct?

6  A.        Well, so "may" is a pretty weak term.  So

7  that statement was neither correct nor incorrect.

8  Q.        It doesn't say it's not related, does it,

9  Doctor?

10  A.        It does not say that it's not related.

11  Q.        So anybody reading that can infer that

12  there is some association between Benzene and CML

13  according to the doctors at the University of

14  California Davis, correct?

15            MR. COLÓN:  Objection as to form.

16            MS. FORGEY:  Objection.  Form.

17  A.        I think the word "may" means may, everyone

18  understands that, which means maybe, maybe not.

19  Q.        Okay.  The next one is No. 10.  It's from

20  the Irish Cancer Society.  Do you have that?

21  A.        I do.

22  Q.        All right.  And, again, it's talking about

23  CML, and it says, "Exposure to chemicals.  Long-time

24  exposure to the chemical Benzene can increase your

25  risk," right?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 61

1   A.        That's what it says.

2   Q.        All right.  Do you believe that any

3   exposure to Benzene increases the risk of getting

4   CML, or there's just no risk at all between Benzene

5   and CML?

6   A.        Well, I think the studies pretty clearly

7   show that at high risk -- I'm sorry -- at high levels

8   of exposure does not increase the risk of CML.  So if

9   high risk -- sorry -- let me say that again.

10           So if high levels can't establish an

11  increased risk through multiple studies, then it's

12  reasonable to assume that lower exposures would not

13  increase the risk of CML.

14  Q.        So your opinion today is that there's

15  absolutely no exposure level to Benzene that would

16  cause you to develop CML; is that fair?

17  A.        Well, what I'm saying is that there's no

18  studies to support that statement.  There's

19  insufficient study to support that statement.  As we

20  talked about, there's one or two studies that

21  provides statistically significant association at

22  higher levels of exposure, although the vast majority

23  of the studies, almost all of them, don't provide

24  statistical associations.

25  Q.        Okay.  Now, then, let's go to No. 11, and

99687215-bedc-4ee4-adeb-d7019e51000d

Page 62

1  that's the Cancer Research of the United Kingdom or

2  Great Britain.  That's their cancer society.  Okay.

3  Do you have that?

4  A.          I have that.

5  Q.          All right.  And that talks about CML, the

6  risk and causes.  Do you see that?

7  A.          You're looking at the section -- yes.

8  Q.          All right.  And then you go to the second

9  page, and there's a subheading for Benzene.

10  A.          Yes.

11  Q.          And it says, "Contact with a chemical

12  called Benzene for some years may increase your CML

13  risk."  Do you see that?

14  A.          That's what it says.

15  Q.          Okay.  Doesn't talk about the amount of

16  the exposure but just simply working with the

17  chemical may cause CML.  Do you agree that's what it

18  says?

19              MR. COLÓN:  Objection as to form.

20  A.          I'm sorry.  I'm just looking at the

21  document.

22  Q.          That's fine.

23  A.          Yeah.  So right.  I was just reading the

24  paragraph here which says -- you know, which you read

25  correctly -- some -- "For some years may increase CML

99687215-bedc-4ee4-adeb-d7019e51000d

1   risk."  But you actually didn't give us the last

2   sentence in that same paragraph, which says, "But

3   most people in U.K. wouldn't come in contact with

4   enough Benzene for it to increase their risk at all."

5   So that specifically speaks to the fact that they are

6   referring to dose.

7   Q.        Well, there they're talking about -- and

8   if you want to be fair, read the paragraph before

9   it -- they're talking about petro or gasoline fumes,

10   correct?

11   A.        That's right.  That's in the middle.

12   Q.        Yeah.  Okay.  And you would agree that

13   Mr. Campos's exposure to Benzene is more than, say,

14   you or I that sit in offices -- or, well, you

15   probably move around a little more than I do, going

16   in and out of hospitals.

17             But you would agree that Mr. Campos is

18   exposed to Benzene -- or was exposed to Benzene on a

19   more regular basis than normal working people that

20   aren't involved in parts cleaning and things like

21   that?

22             MS. FORGEY:  Objection.  Form.

23   A.        So I haven't seen any evidence that

24   Mr. Campos is exposed above background.  There's a

25   wide range of background in the population.  It's

99687215-bedc-4ee4-adeb-d7019e51000d

1  different for smokers and nonsmokers.  So, you know,

2  I wouldn't necessarily agree with that.  It depends

3  on the person and depends on where they live, and it

4  depends on their lifestyle.

5  Q.        **Well, did you read the report of**

6  **Dr. Kopstein?**

7  A.        Yes.

8  Q.        **All right.  So you are aware of the fact**

9  **that he was exposed at a much higher level than**

10 **background, according to Dr. Kopstein, you just don't**

11 **agree with it?**

12             MR. COLÓN:  Objection as to form.

13 A.        Right.  So I'm aware that Dr. Kopstein

14 claims that, but that the overwhelming scientific

15 literature disputes what Dr. Kopstein has to say.

16 Q.        **Well, but Dr. Kopstein actually talked to**

17 **my client about his exposure, right?**

18 A.        If you represent that to me, I don't

19 recall that either way, but talking to Mr. Campos

20 will not tell you what level of exposure he actually

21 has.  All it could do is tell you what workplace

22 activities Mr. Campos describes.

23 Q.        **Well, the worker is going to be able to**

24 **tell you approximately how long he's exposed to this**

25 **particular chemical, right?  That's a valid source of**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 130

1   State of Ohio      :

                      SS:

2   County of Franklin:

3            I, PETER G. SHIELDS, M.D., do hereby

4   certify that I have read the foregoing transcript of

5   my deposition given on May 9, 2014; that together

6   with the correction page attached hereto noting

7   changes in form or substance, if any, it is true and

8   correct.

9

10  _____

         PETER G. SHIELDS, M.D.

11

12           I do hereby certify that the foregoing

13  transcript of the deposition of PETER G. SHIELDS,

14  M.D., was submitted to the witness for reading and

15  signing; that after he had stated to the undersigned

16  Notary Public that he had read and examined his

17  deposition, he signed the same in my presence on the

18  _12_   day of ___JUNe_____, _2014___.

19

20           _____

                   Notary Public

21  My commission expires ___11-09-2014___

22

23

24

25

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

```
1                          CERTIFICATE

2    State of Ohio       :
                            SS:
3    County of Knox       :

4              I, Ann Ford, Notary Public in and for the

5    State of Ohio, duly commissioned and qualified,

6    certify that the within named witness was by me duly

7    sworn to testify to the whole truth in the cause

8    aforesaid; that the testimony was taken down by me in

9    stenotypy in the presence of said witness, afterwards

10   transcribed upon a computer; that the foregoing is a

11   true and correct transcript of the testimony given by

12   said witness taken at the time and place in the

13   foregoing caption specified.

14             I certify that I am not a relative,

15   employee, or attorney of any of the parties hereto,

16   or of any attorney or counsel employed by the

17   parties, or financially interested in the action.

18             IN WITNESS WHEREOF, I have set my hand and

19   affixed my seal of office at Columbus, Ohio, on this

20   ____ day of _____, ____ .

21   _____
                             ANN FORD, Notary Public
22                           in and for the State of Ohio
                             and Registered Professional
23                           Reporter

24   My Commission expires:  April 18, 2016
```