UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| GERARDO CAMPOS, et al | : | |
| | : | |
| Plaintiffs | : | CASE NO. 3:12-cv-01529-PAD –(BJM) |
| | : | |
| vs. | : | |
| | : | |
| SAFETY-KLEEN SYSTEMS, INC., et al | : | |
| | : | |
| Defendants | : | |

**NOTICE OF FILING DEPOSITION TRANSCRIPT OF DR. PETER SHIELDS**

COMES NOW the Plaintiffs, GERARDO CAMPOS et al., by and through the undersigned counsel and pursuant to Local Rule 26C, hereby files this the entire transcript of Defendants' Expert, Dr. Peter Shields along with the court reporter's verification page.   The purpose of the filing of this transcript of Dr. Shields is that he gave prior sworn testimony that CML is caused by Benzene exposure.  Dr. Shields' deposition testimony in the attached transcript was referenced in the Plaintiffs' Responses to Defendant' Motions to Strike Dr. Arthur Frank and Dr. David F. Goldsmith in this matter.

Dated:  June 26, 2014

                                                        Respectfully submitted,

                                                        /s/ Lillian E. Menodoza-Toro
                                                        **Lillian E. Mendoza-Toro**
                                                        New San Juan Cond.
                                                        Apt. 701
                                                        Isla Verde Ave. 6471
                                                        Carolina, PR 00979
                                                       Tel/fax 787-772-3589
                                                       Cell 787-502-1089
                                                      Email: mendozatorolaw@aol.com

                                                       and

/s/_Leah Charbonnet
**Leah Charbonnet**
Florida Bar No.  34613
Clark, Robb, Mason,
Coulombe & Buschman, P.A.
7501 Wiles Road
Suite 207
Coral Springs, Florida 33067
Tel:  954-753-3902
Fax:  954-753-3903
E-mail:  lcharbonnet@clarkrobb.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

That on November 2, 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Puerto Rico, using the electronic case filing system of the court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,

/s/ Lillian E. Menodoza-Toro
**Lillian E. Mendoza-Toro**
New San Juan Cond.
Apt. 701
Isla Verde Ave. 6471
Carolina, PR 00979
Tel/fax 787-772-3589
Cell 787-502-1089
Email: mendozatorolaw@aol.com

and

/s/_ Leah Charbonnet
**Leah Charbonnet**
Florida Bar No.  34613
Clark, Robb, Mason,
Coulombe & Buschman, P.A.
7501 Wiles Road
Suite 207
Coral Springs, Florida 33067
Tel:  954-753-3902
Fax:  954-753-3903
E-mail:  lcharbonnet@clarkrobb.com

**PLAINTIFFS' COUNSEL**

Case 3:12-cv-01529-PAD   Document 132   Filed 06/25/14   Page 4 of 4