The best partner a law firm could have.

February 3, 2009

Scott Frieling
Allen Stewart, P.C.
325 N. St. Paul St., Ste. 2750
Republic Center
Dallas, TX 75201

Re: Deposition of Peter G. Shields, M.D.
Deposition Date: 09/26/2008
Cathy Batton, Executrix of Estate of Dewey Batton v. CSX Transportation, Inc.
Cause No.: 07 CVS 4453

Dear Mr. Frieling:

Enclosed for filing, please find the Court Reporter Affidavit pages to the Oral Deposition referenced above.

As of today's date we have not received the Original Deposition in our office.

If we can be further assistance to you, please do not hesitate to contact our office.

Respectfully yours,

Amanda Reyes
HG LITIGATION SERVICES, L.P.

DH/jw
Enclosure
Frank J. Gordon

HG LITIGATION SERVICES, L.P.
2501 OAK LAWN AVENUE 600 OAK LAWN PLAZA DALLAS, TEXAS 75219
PHONE: 1-888-656-DEPO (3376) | FAX: 1-888-656-3275
WEB: www.hglitigation.com | EMAIL: info@hglitigation.com
DALLAS   HOUSTON   LOS ANGELES   AUSTIN   BATON ROUGE   DELAWARE   JACKSON   SAN FRANCISCO

 The best partner a law firm could have.

October 7, 2008

Frank J. Gordon
Millberg, Gordon & Stewart, PLLC
1101 Haynes Street, Suite 104
Raleigh, NC  27604

**Certified Article Number**
7160 3901 9845 9433 6824
**SENDERS RECORD**

**Certified Article Number**
7160 3901 9845 9433 6831
**SENDERS RECORD**

Re:   Deposition of Peter G. Shields, M.D.
      Deposition Date: 09/26/2008
      Cathy Batton, Executrix of Estate of Dewey Batton v. CSX Transportation, Inc.
      Cause No.: 07 CVS 4453

Dear Frank Gordon

Please have your client read and sign the attached Oral Deposition, making any necessary changes on the Corrigendum page that is provided.

Please return the Original Read and Sign Deposition to this office within twenty (20) days or before <u>October 27, 2008</u> for filing, as agreed by the parties.

If we can be further assistance to you, please do not hesitate to contact our office.

Respectfully yours,

Matt Lehocky
HG Litigation Services, L.P.
1-888-656-DEPO

DH/ml
Enclosure

93178

PETER G. SHIELDS, M.D.

Page 121

1  STATE OF MARYLAND
   COUNTY OF BALTIMORE
2

3          I, Linda A. Crockett, a Notary Public
   of the State of Maryland, do hereby certify
4  that the within named, PETER G. SHIELDS, M.D.,
   was deposed at the time and place herein set
5  out, and after having been duly sworn by me,
   was interrogated by counsel.
6
           I further certify that the examination
7  was recorded stenographically by me, and this
   transcript is a true record of the proceedings.
8
           I further certify that the
9  stipulations made herein were entered into by
   counsel in my presence.
10
           I further certify that I am not of
11 counsel to any of the parties, nor an employee
   of counsel, nor related to any of the parties,
12 nor in any way interested in the outcome of
   this action.
13
           As witness my hand and notarial seal
14 this 2nd day of October, 2008.

15 My commission expires:  December 1, 2008

16

17              [signature: Linda A. Crockett]
                    Notary Public
18

19

20

21              **Firm No. Dallas: 69 Houston: 373**

22

23

24

25