PETER G. SHIELDS, M.D.

Page 1

STATE OF NORTH CAROLINA          IN THE GENERAL

NEW HANOVER COUNTY               COURT OF JUSTICE

                                 SUPERIOR COURT

                                 DIVISION

                                 FILE NO. 07CVS 4453

CATHY BATTON, Executrix    *

of the Estate of Dewey     *

Batton, Deceased           *

        Plaintiff          *

        vs.                *

CSX TRANSPORTATION, INC.   *

        Defendant          *

                - - - - - - - - -

        Deposition of PETER G. SHIELDS, M.D.,
taken on Friday, September 26, 2008, beginning
at 9:00 a.m., at Lombardi Comprehensive Cancer
Center, Georgetown University Medical Center,
3800 Reservoir Road. N.W., Washington, D.C.,
before Linda Ann Crockett, a Notary Public.


                - - - - - - - - -




Reported by:

  Linda A. Crockett

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 2

1  APPEARANCES:

2

3        SCOTT R. FRIELING, ESQUIRE
         Allen Stewart, P.C.
4        Republic Center
         325 North St. Paul Street
5        Suite 2750
         Dallas, Texas 75201
6        (214) 965-8703
                 On behalf of the Plaintiff
7

8

         FRANK GORDON, ESQUIRE
9        Millberg, Gordon & Stewart
         1101 Haynes Street, Suite 104
10       Raleigh, North Carolina 27604
         (919) 836-0090
11               On behalf of the Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 3

1          T H E   P R O C E E D I N G S

2          - - - - - - - - - - - - -

3                    STIPULATIONS

4 It is stipulated and agreed by and between

5 counsel for the respective parties that the

6 reading and signing of this deposition by the

7 witness is hereby not waived.

8          - - - - - - - - - - - - -

9               PETER G. SHIELDS, M.D.,

10 first duly sworn to tell the truth, the whole

11 truth, and nothing but the truth, testified as

12 follows:

13          EXAMINATION BY MR. FRIELING:

14     Q.  **Good morning.**

15     A.  Good morning.

16     Q.  **My name is Scott Frieling.  We met off**

17 **the record.  We have not met before; is that**

18 **true?**

19     A.  That's correct.

20     Q.  **Have you been deposed before, Doctor?**

21     A.  Yes.

22     Q.  **How many times, roughly?**

23     A.  Somewhere between 10 and 20.

24     Q.  **Just so you know, if you need a break**

25 **at any time, just let me know.  If you don't**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 4

1 understand my question, just ask me to rephrase

2 it and I'll do so.  Okay?

3     A.  Okay.

4     Q.  What did you bring with you today?

5     A.  I have a copy of my report.  I have

6 some research articles.  I have Dr. Omalu,

7 O-M-A-L-U, his report.  I have a two-page

8 exposure history summary provided to me by

9 Mr. Gordon, a pathology report by Dr. Banks.

10    Q.  I can attach all of these, I assume?

11    A.  Yes, you can attach every one.

12        MR. FRIELING:  I brought a copy of the

13 report to attach as Exhibit 1.

14        (Whereupon, Shields Deposition Exhibit

15 No. 1, report of Dr. Shields; No. 2,

16 medico-legal report from Dr. Omalu; No. 3,

17 surgical pathology report; No. 4, exposure

18 history summary; and No. 5, stack of medical

19 articles, marked.)

20        MR. FRIELING:  Exhibit 4 is going to

21 be the exposure history.  That's the title of

22 the document.  I just want to let the court

23 reporter know that it is double-sided, and

24 therefore, should be copied accordingly.  It's

25 okay if the exhibit is not double-sided.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 5

1 Actually, several of these exhibits are

2 double-sided.

3        Exhibit 5 is a stack of medical

4 articles produced by Dr. Shields today.  I'm

5 going to attach them collectively.

6 BY MR. FRIELING:

7    Q.  So Exhibit Number 1, that's a copy of

8 your report in this case?

9    A.  Yes, it is.

10    Q.  And there's some handwriting in the

11 top right-hand corner; is that your

12 handwriting?

13    A.  That's my handwriting.

14    Q.  What does it say?

15    A.  Dewey Batton depo, Banks report, Huitt

16 report, either Albans or Albers report; I'm not

17 good with my own handwriting sometimes.  Cathy

18 Batton depo and the Omalu depo.

19    Q.  What are those notations?

20    A.  Other things that I have reviewed

21 relevant to this case.

22    Q.  Exhibit 2, tell us what that is?

23    A.  The July 14, 2008 report from

24 Dr. Bennet Omalu.

25    Q.  Have you also reviewed his autopsy

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 6

1 findings?

2       A.  Yes, I have.

3       Q.  You don't have a copy of that report?

4       A.  Not with me.

5       Q.  Exhibit Number 3, tell us what that

6  is, sir?

7       A.  This is the report from Dr. Banks,

8  date of service was 7-29-08 and the date

9  reported was 8-27-08.

10      Q.  And Exhibit 4, can you tell me what

11 that is, please?

12      A.  This is a summary of several

13 depositions that provide testimony regarding

14 the potential exposures for Dewey Batton.

15      Q.  And Exhibit 5 -- let's stay with

16 Exhibit 4 for a second.  This was provided to

17 you by CSX attorneys?

18      A.  Mr. Gordon.

19      Q.  And Mr. Gordon is a CSX lawyer?

20      A.  I think that's true.

21      Q.  Did you have any input into the

22 creation of that document there?

23      A.  No.

24      Q.  Did you read those depositions that

25 are cited in this?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 7

1      A.   Some of them.

2      Q.   **Tell me which ones, please.**

3      A.   Actually, I read the one from Dewey

4  Batton.

5      Q.   **So you read Dewey Batton's deposition**

6  **in this case?**

7      A.   That's correct.

8      Q.   **Any others?**

9      A.   I read one other, which I neglected to

10 put on the top of my report.  At this point

11 some of the details are coming together.  So I

12 would only be guessing at which one I read.

13     Q.   **So you believe you read another -- was**

14 **it a co-worker deposition?**

15     A.   It was a co-worker deposition,

16 correct.

17     Q.   **You believe you read another co-worker**

18 **deposition, but you don't remember whose it**

19 **was?**

20     A.   That's correct.

21     Q.   **And the summary that's in front of you**

22 **right now provided to you does not refresh your**

23 **recollection which one it was?**

24     A.   No.  Some of the details are coming

25 together for me.  But I don't want to guess.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 8

1      Q.  What do you mean when you say some of
2  the details are coming together for you?
3      A.  In terms of what he did while working
4  for CSX and what the testimony was across the
5  different depositions.
6      Q.  Do I understand you to be saying that
7  some of these things kind of overlap and you
8  just can't remember which person said what?
9      A.  That's correct.
10      Q.  Exhibit 5 is a stack, as we mentioned,
11  the medical articles?
12      A.  Yes, these are scientific
13  publications.
14      Q.  Are these articles cited in your
15  report?
16      A.  I believe every one is cited in my
17  report, correct.
18      Q.  Did the defense lawyers in this case
19  provide you with any of those articles?
20      A.  No.  I did all of my own primary
21  research.
22      Q.  Did they tell you to look for any
23  specific articles?
24      A.  No.  There were a list of articles
25  that were provided by Dr. Omalu, as well as a

PETER G. SHIELDS, M.D.

Page 9

1  list of articles that the attorneys thought you

2  all believed were relevant to this case.  But I

3  had had virtually all of those articles that

4  were primary research.

5      Q.  If I understand you correctly, all of

6  the research that's included in your reference

7  list was your own work, true?

8      A.  Yes.

9      Q.  You said you've been deposed 10 to 20

10  times.  Can you tell me what kind of cases

11  those were?

12      A.  They're pretty much all related to

13  cancer, although some of them will have

14  additional themes around cancer, but my

15  involvement in the cases were all cancer-

16  focused.  They are all involved in the toxic

17  tort or chemical/carcinogen exposure category.

18  They are for both defense and plaintiffs, and

19  they represent a variety of settings, ranging

20  from railroad exposures for workers,

21  environmental exposures in communities.  I have

22  been involved in a number of tobacco company

23  cases, looking at the toxicity, toxicology and

24  carcinogenicity, as well as behavior for

25  tobacco products.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 10

1    Q.  That's a good summary.  Have you
2 testified in trial?
3    A.  Yes.
4    Q.  How many times have you done that?
5    A.  I believe four times.
6    Q.  What type of cases were those?
7    A.  Two of them were defense; two of them
8 were plaintiff.  One was an asbestos and
9 mesothelioma case.  One was a class action suit
10 against the Philip Morris tobacco company.
11 Another was a case of a woman who was afraid of
12 getting cancer following alleged exposure to
13 PCBs.  And the fourth case was relating to an
14 alleged environmental exposure down in Texas
15 for a woman who developed gastric cancer.
16    Q.  So am I correct, the two plaintiffs
17 that you testified on behalf of were the
18 mesothelioma case, yes?
19    A.  That's one of them.
20    Q.  And the other would be the tobacco
21 plaintiff case?
22    A.  That's correct.
23    Q.  And so the two defense cases would
24 have been the PCB case and the gastric cancer,
25 I think is what you said?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 11

1     A.   Yes.

2     Q.   **Do PCBs cause cancer in humans?**

3     A.   We don't have any measurable and
4  sufficient evidence for that.

5     Q.   **So in your opinion today PCBs, there's**
6  **not sufficient evidence to conclude that PCBs**
7  **cause cancer in humans, true?**

8     A.   That's correct.

9     Q.   **What is IARC's positions on whether**
10 **PCBs cause cancer in humans?**

11    A.   They list that as probably human
12 carcinogens, one or two grades below known
13 carcinogens.

14    Q.   **Is it one or two?**

15    A.   I don't remember offhand.

16    Q.   **Do you agree that PCBs are probably a**
17 **carcinogen?**

18    A.   It depends on the framework that
19 you're referring to.

20    Q.   **You can't answer my question?**

21    A.   Not the way you phrase it.

22    Q.   **What's the National Toxicology**
23 **Program's view about PCBs?**

24    A.   I don't remember the designation
25 offhand, but it is something similar to IARC's

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 12

1  designation.

2      Q.  **Do you agree with NTP's position?**

3      A.  Again, it depends on the context of

4  the question that you're asking.

5      Q.  **What do you mean by that?**

6      A.  If you're talking about from a

7  regulatory and risk assessment perspective,

8  that's one way to look at it.  If you're

9  talking about whether it's really causing

10 cancer in people, that's a different issue.

11     Q.  **Is NTP a regulatory?**

12     A.  NTP collects data for use in

13 regulatory studies, yes.

14     Q.  **So is NTP a regulatory?**

15     A.  I don't think so, no.

16     Q.  **Is IARC a regulatory?**

17     A.  No, it's not.

18     Q.  **You've testified for the railroad**

19 **before this case?**

20     A.  Yes.

21     Q.  **Tell me about that.**

22     A.  In depositions, as --

23     Q.  **Can I stop you?**

24     A.  Sure.  I've testified as an expert

25 witness in a few cases on behalf of the

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 13

1  railroad and also the trial that I testified

2  for for the gastric cancer was also on behalf

3  of one of the railroads.

4      Q.  Have you worked for Mr. Gordon's

5  office before?

6      A.  I don't believe so.

7      Q.  What did the other railroad cases that

8  you were deposed in, what were the allegations

9  in those cases?

10     A.  Well, they were all cancer

11  allegations.  And the types of cancers run the

12  gamut from hematologic cancers, I believe a

13  couple of solid cancers as well.

14     Q.  Including this case, in how many cases

15  have you testified on behalf of the railroad

16  before?

17     A.  I would be guessing.  Certainly more

18  than five.  Maybe ten.

19     Q.  Some of them were blood cancers?

20     A.  Hematologic.

21     Q.  What kind of hematologic?

22     A.  Multi-myeloma, leukemia, lymphomas.

23     Q.  Do you recall how many multiple

24  myelomas?

25     A.  Not offhand.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 14

1    Q.   How about leukemias?

2    A.   That I would be just guessing.

3    Q.   The same with lymphoma?

4    A.   Yes.

5    Q.   Have you ever come to the conclusion

6 that a railroad worker in one of those cases

7 had some occupational exposure that caused or

8 contributed to their disease?

9    A.   I believe my testimony for all of them

10 was that their cancers were not work-related.

11    Q.   We talked about your trial testimony a

12 moment ago.  Do you recall that?

13    A.   Yes.

14    Q.   You mentioned a couple cases that you

15 did on behalf of plaintiffs.  What other cases

16 have you done on behalf of plaintiffs that you

17 were deposed on, if any?

18    A.   Yes, there were.  I have been deposed

19 in a consumer fraud case against RJ Reynolds.

20 I have been deposed in another class action

21 suit against RJ Reynolds.  I was deposed in a

22 civil RICO case.  In that case I had the

23 opportunity to be deposed by the attorneys of

24 all five major tobacco companies at the same

25 time.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 15

1    Q.  So you've been deposed in some tobacco

2 cases that you've testified on behalf of

3 plaintiffs, true?

4    A.  That's correct.

5    Q.  Any other chemical of interest besides

6 tobacco that you provided testimony on behalf

7 of plaintiffs, and I understand you did testify

8 in an asbestos case, true?

9    A.  Yes, that's correct.

10    Q.  Any others?

11    A.  Not that I'm recalling.

12    Q.  How many times do you think, an

13 estimate is fine, that you've testified on

14 behalf of plaintiffs in tobacco cases?

15    A.  Well, I think the list I just gave you

16 is complete.  So we'd have to count.

17    Q.  I had four down.  Four plus the one at

18 trial.

19    A.  That sounds about right.

20    Q.  Did you give a deposition in that

21 asbestos case?

22    A.  I don't believe so.

23    Q.  What was your testimony?

24    A.  That chrysotile asbestos contributed

25 to the plaintiff's mesothelioma.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 16

1     Q.  Do you believe chrysotile causes

2 mesothelioma in humans?

3     A.  I believe it can.

4     Q.  Have you provided testimony in cases

5 where a plaintiff has alleged benzene exposure

6 caused their illness?

7     A.  Yes.

8     Q.  How many times?

9     A.  I'd say about a handful.

10     Q.  Is that four?

11     A.  More or less.  Four, maybe six.

12     Q.  In each of those cases did you

13 conclude that the person's exposure did not

14 cause their disease or illness?

15     A.  Well, every one of those cases lacked

16 evidence of benzene exposure, if I remember

17 correctly.  And in every one of those cases I

18 did testify that I did not believe their

19 cancers were work-related.

20     Q.  So in each one of those cases where

21 someone alleged benzene exposure and that

22 benzene exposure resulted in some illness, you

23 concluded otherwise, true?

24     A.  Well, the claim was that benzene was

25 part of an exposure contained in diesel exhaust

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 17

1 or some solids, or something like that.  And in
2 those cases I provided opinions similar to what
3 I'll be providing here, which is that you have
4 to look at what they were exposed to, not what
5 you theoretically are guessing what they were
6 exposed to.
7        MR. FRIELING:  I'm going to object to
8 the nonresponsive portion.
9     Q.  But in each of those cases you
10 concluded that benzene did not contribute to
11 the disease parameters, true?
12     A.  In each of those cases I said there
13 was no documentation of exposure to benzene, so
14 it was hard to make an opinion either way.
15     Q.  So in each case where someone's
16 alleged benzene exposure that you've testified
17 in, you've concluded that there was no
18 sufficient evidence that they were exposed to
19 benzene, true?
20     A.  That's correct.
21     Q.  I want to attach next a copy of your
22 CV, at least the one that I have.  Tell me if
23 that's current?
24        (Whereupon, Shields Deposition Exhibit
25 No. 6, curriculum vitae, marked.)

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 18

1    A.   It's not current.   This gets updated
2  maybe every two or four weeks.
3          MR. FRIELING:   Frank, can I get a
4  current one?
5          MR. GORDON:   Sure.   Do you want it
6  right now?
7          MR. FRIELING:   If you've got one.
8  This one is dated July 25.
9          MR. GORDON:   That's the one I have.
10         MR. FRIELING:   Can we get one from the
11 doctor?
12         MR. GORDON:   Now or later?
13         MR. FRIELING:   Later.
14         MR. GORDON:   Yes.
15 BY MR. FRIELING:
16    Q.   **I want to talk about your practice**
17 **currently, and I want to do that kind of in**
18 **conjunction with looking through your CV.   Is**
19 **that a correct copy of your CV as of July 25,**
20 **2008?**
21    A.   It has 36 pages without flipping
22 through to make sure that every page is here --
23    Q.   **I can tell you that's what was**
24 **produced to us.**
25    A.   It looks like it's complete.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 19

 1     Q.  **As of July 25, 2008, true?**
 2     A.  That's correct.
 3     Q.  **So tell me what a typical week is for**
 4 **you, Doctor?**
 5     A.  I'm chuckling.  A typical week
 6 probably includes at least 50, maybe 80 hours
 7 of work, in addition to family time.  So I see
 8 patients; I supervise a large laboratory staff;
 9 I provide research administrative management
10 and mentoring; I serve on a number of
11 committees for both the university as well as
12 outside organizations; I'm involved in some
13 administrative roles here.
14     Q.  **So I guess what I'm looking for is,**
15 **you get up in the morning and you come here,**
16 **about what time is it?**
17     A.  If I could rephrase your question.  I
18 get up in the morning around 4:00 and I'll work
19 for several hours and then I'll come in.
20     Q.  **Do you work at home?**
21     A.  Yes, I tend to work equal the amount
22 at home as I do here.
23     Q.  **So you work a couple hours when you**
24 **get up.  What do you do during that time**
25 **period?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 20

1      A.  I work at least a couple of hours when

2  I get up, or I'm up late the night before.

3  It's usually one or the other.  I'm doing

4  research; I'm reviewing research articles,

5  writing papers, writing grants, reviewing

6  litigation cases, such as this one.  I'll spend

7  an hour or two answering e-mails and giving

8  thought to them, helping other people do their

9  research.

10      **Q.  Then you come into work at some point?**

11      A.  That's correct.

12      **Q.  What do you do?**

13      A.  It depends on the day.  Typically my

14  days have meetings or activities every 30 to 60

15  minutes.  They could be on a Monday I start off

16  meeting with some of the faculty and the

17  medical residents and review all of the medical

18  cases from over the weekend.  Then I actually

19  have a half hour break.  And then I have a

20  conference call with other investigators, the

21  National Cancer Institute and the tobacco

22  companies grants we have.

23          After that I'm meeting with the

24  post-doctoral and pre-doctoral fellows, meeting

25  with collaborators up in Buffalo for breast

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 21

1  cancer, or a basic science team here where we

2  have a synergy meeting.  Noon on Mondays I

3  think are generally free.  They may get filled

4  up with something.

5         Then at 1:00 I meet with the chief of

6  staff at the hospital, as well as one of the

7  chief administrators and the chief of service

8  for the department of medicine.  It usually

9  goes until about 2:30.  If I'm lucky I have a

10  half hour break.  At 3:00 still a break.  At

11  3:30 I have a conference call with a breast

12  cancer screening clinic that I run.  At 4:00 or

13  4:30 there's a meeting either with other senior

14  leaders here at the cancer center, or there's a

15  conference call.  That's Mondays.

16         Tuesdays are mostly patient days or

17  clinic days, from about 9:00 until 1:00 or so.

18  Clinical team of investigators who are doing

19  clinical trials.  At 2:15 it's either free or

20  the other weeks I have a conference call with

21  investigators on tobacco studies.  And then the

22  afternoon is regularly scheduled meetings,

23  depending on who needs to see me.  That's

24  Tuesdays.

25      Q.  How often in your week do you see

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 22

1 **patients?**

2    A.  At least every Tuesday.  And then it

3 depends on whether I need to see a patient for

4 some reason other than that.  It also depends

5 on when I'm on hospital service.  I do that

6 several months a year.  For example, in October

7 in that schedule I have to add an additional 2

8 or 3 hours a day so I can round at the

9 hospital.

10    **Q.  In what capacity do you see patients?**

11    A.  I guess I'm not sure what that

12 question is.  I'm their physician.

13    **Q.  Are you their primary treating**

14 **oncologist?**

15    A.  More often it's hematology.  And then

16 the answer would be yes.  In the hospital

17 service then we also do consultations for

18 patients that may not be minor, they may be

19 patients of other hematologists or oncologists

20 in our department.  We have a division of about

21 20-some-odd hematologists, oncologists.

22    **Q.  Are you board certified in hematology?**

23    A.  Actually, I'm not any longer board

24 certified in hematology.  I'm board certified

25 in oncology.  I was board certified in

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 23

1  hematology.  I never got around to redoing the

2  boards.  They expire after ten years.

3      Q.  So you took board exam when?

4      A.  I think the hematology board I

5  believe -- well, it's on my CV.

6      Q.  Feel free to look at it, please.

7      A.  I was board certified in oncology in

8  1989 and in hematology in 1990.

9      Q.  And you're looking at Page 2 there?

10     A.  That's correct.

11     Q.  Are you board certified in forensic

12  pathology?

13     A.  No.

14     Q.  Do you know what that is?

15     A.  I know conceptually what it is, yes.

16     Q.  What is it?

17     A.  It's -- did you say forensic

18  pathology?

19     Q.  Yes.

20     A.  So it's a specialty that looks at

21  tissues from people and makes a diagnosis.

22     Q.  And you're not board certified in

23  pathology, true?

24     A.  That's correct.

25     Q.  Have you ever sat for either of those

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 24

1  exams?

2      A.  No.

3      Q.  Have you ever sat for any other board

4  exams other than oncology, hematology, and of

5  course, internal medicine?

6      A.  That's right.

7      Q.  That's it?

8      A.  That's right.

9      Q.  What is pathology, more generally?

10     A.  Pathology is the study of tissues and

11  fluids to make diagnoses.

12     Q.  And that's not your area of expertise?

13     A.  I am not a board certified

14  pathologist, no.

15     Q.  Is there a board certification

16  available for occupational medicine?

17     A.  I believe there is.

18     Q.  You haven't taken that, have you?

19     A.  No.

20     Q.  And what is occupational medicine?

21     A.  It's a specialty that looks at

22  diseases in workers.

23     Q.  Workers who may be exposed to

24  different things while doing their job, yes?

25     A.  That would include that, and there are

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 25

1 other aspects of the occupational medicine

2 practice as well.

3    Q.  Workers who may have joint or muscle

4 problems from repetition in their job?

5    A.  That's right, that's an example.

6    Q.  I reviewed your CV, obviously, you

7 seem to have -- you don't seem to, you have a

8 strong background in molecular epidemiology,

9 true?

10    A.  That's correct.

11    Q.  Have you done any original research in

12 epidemiology as opposed to molecular -- human

13 epidemiology studies?

14    A.  I don't understand that question.

15    Q.  As a lawyer who has been doing this

16 for a long time, I think of epidemiology in

17 terms of cohort studies, workers who have been

18 exposed to certain substances, statistical

19 things to determine incident rates, that kind

20 of thing.  Have you done any of that type of

21 work as opposed to molecular?

22    A.  I guess I still don't understand that.

23 Maybe you don't understand the difference

24 between epidemiology and molecular

25 epidemiology.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 26

1      Q.  That's certainly possible.  Why don't
2 you tell me what molecular epidemiology is.
3      A.  What you just described for
4 epidemiology is more like epidemiology.  I
5 mean, where we are today, I think what you're
6 trying to refer to is the old way we used to do
7 epidemiology which was sort of black box
8 associations.  Most researching epidemiologists
9 today understand that they have the tools
10 available to understand biological hypotheses
11 in epidemiology.  That's what we do now,
12 whether it's a cohort study or a case control
13 study.  We're investigating biological
14 hypotheses usually with some sort of biomarker.
15 So the jargon over time has been called
16 molecular epidemiology but in fact, in many
17 cases we just dropped that qualifier of
18 molecular.  We just call ourselves
19 epidemiologists.
20      Q.  Have you studied a worker cohort or
21 something like that to determine whether they
22 were at risk for anything based on exposures?
23      A.  I have done that, yes.
24      Q.  Can you tell me where?  Take a look at
25 your CV and let me know.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 27

1 A. Obviously, there have been studies
2 where the workers, we actually did not publish
3 the paper. So there will be studies that will
4 be in addition to the CV.
5 **Q. While you're looking, do you have a**
6 **degree in epidemiology?**
7 A. No, I don't. So there's a number of
8 lung cancer studies that we've done, and I can
9 give you the numbers, where it's one study that
10 we've looked at a number of different
11 biomarkers. In that study we routinely look at
12 the work histories provided to us by
13 questionnaires.
14 **Q. Are those studies of occupational**
15 **exposures to tobacco smoke?**
16 A. No.
17 **Q. I'm asking about occupational**
18 **exposures?**
19 A. Yes, and my answer was about that.
20 **Q. I don't understand. What do you mean?**
21 A. Well, we have and we continue to
22 publish from a large lung cancer study that was
23 conducted in Baltimore and as part of that
24 study we collected data on the study subjects'
25 work histories, and depending on the biomarker

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 28

1 and the research question we have, we will look
2 at that occupational data as well.
3     Q.  **So are you saying that in the**
4 **Baltimore lung cancer study you're looking for**
5 **occupational causes of lung cancer, at least**
6 **potentially?**
7     A.  In that study, that's correct.
8     Q.  **Like what?**
9     A.  Like which occupations?
10     Q.  **Like what types of exposures.**
11     A.  The questionnaire is about an hour,
12 hour and a half, and it has probably ten
13 minutes worth of questions like were you
14 exposed to this or that or what's your usual
15 work title and industry, what did you do before
16 that?  There's a lot of data that's actually
17 collected.
18     Q.  **You're going to examine their work**
19 **history information in order to determine**
20 **whether there are any associations between that**
21 **work history and lung cancer?**
22     A.  That's right.
23     Q.  **And what was that on your CV, Doctor?**
24     A.  Any of the papers -- not all of the
25 papers would have necessarily indicated data

PETER G. SHIELDS, M.D.

Page 29

1  that was collected and analyzed related to the

2  worker data.  You were asking about studies.

3  In that --

4      Q.  Let's talk about publications.  Can

5  you just pinpoint those for me.  I'm interested

6  in peer-reviewed publications.

7      A.  Did you limit it to epidemiology

8  studies?

9      Q.  That's right.

10     A.  Because there are other publications

11  obviously in medicine journals.

12        So there's a number of papers that

13  deal with environmental exposures and also

14  several review papers on here that deal with

15  the occupational setting in particular.  And I

16  was also mentioning before the lung cancer

17  study.  We also have a breast cancer study in

18  upstate New York where we're looking at the

19  environment as well as occupational data as

20  well.  In both of those studies I don't recall

21  whether the occupational data analysis had

22  actually gotten into peer-reviewed papers.

23     Q.  The question is I'm looking for

24  peer-reviewed papers, publications, that

25  involve the epidemiology of occupationally

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 30

1  exposed persons?

2      A.  So we have -- there's a paper on the

3  medical surveillance in PCB-exposed persons.

4      Q.  Can you give me the number?

5      A.  Number 2, which if I recall correctly

6  was a peer-reviewed paper.

7      Q.  What page?

8      A.  24.

9      Q.  In your bibliography, which starts on

10 Page 12, it starts peer-reviewed papers?

11     A.  Yes.  That's interesting.  Because

12 it's not actually labeled correctly, because it

13 should be peer-reviewed research publications.

14 Because if you look at -- I have to change

15 that.  If you look on Page 24 it actually says

16 review papers, editorials and book chapters,

17 including peer-reviewed papers.

18     Q.  Let's start on Page 12.  You have the

19 question in mind.  I'm looking for

20 peer-reviewed research publications involving

21 epidemiology of occupationally exposed persons?

22     A.  So, as I mentioned for both the lung

23 cancer study that we've done as well as the

24 breast cancer study, we have looked at a number

25 of occupational-related hypotheses.  Whether

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 31

1 they have gotten into any of these papers or

2 not, I can't recall offhand.

3     Q.  You can't point me to one specific

4 paper that deals with these issues?

5     A.  Some of these papers were published

6 10, 15 years ago.  Not offhand, no.

7     Q.  Did you say page 24?

8     A.  That's right.

9     Q.  Let's go to Page 24.  There's a title

10 here "review papers, editorials and book

11 chapters."

12     A.  That's right.

13     Q.  Now, is this titled correctly?

14     A.  Yes.

15     Q.  Now, is there anything under here in

16 this section that would qualify as a

17 peer-reviewed paper that deals with

18 epidemiology of occupationally exposed persons?

19     A.  Number 2, quite frankly, I think was

20 peer-reviewed.  But it may not have been.

21 Number 4 I'd have to go back and look.  The

22 title is environmental cancer, but I think we

23 also brought up occupational exposures there as

24 well.  That was definitely peer-reviewed.  That

25 was in the Journal of the American Medical

PETER G. SHIELDS, M.D.

Page 32

1 Association.  I would have to go back both to

2 the primary articles as well as the review

3 articles that deals with polycyclic aromatic

4 hydrocarbons that's present in tobacco smoke.

5 It's also an environmental exposure.

6     **Q.  Do PAHs cause cancer in people?**

7     A.  At sufficient exposures.

8     **Q.  Lung cancer?**

9     A.  That's correct.

10     **Q.  Anything else?**

11     A.  And skin cancer.

12     **Q.  Any others here that you can identify**

13 **today?**

14     A.  Number 17 I'm pretty sure was

15 peer-reviewed.  Again, some of these were

16 published more than ten years ago.  So I'd have

17 to look to see if they have specific occupation

18 sections on them.  I think they do, so that's

19 why I'm giving them to you.  Maybe number 20,

20 number 24, number 29.  Number 29 may not have

21 been peer-reviewed; I'm not sure about that.

22        So some of the book chapters that I

23 wrote certainly had peer reviews, and we got

24 editorial comments back, but that would be by

25 the editor.  So I've published in several

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 33

1  editions in the textbook called Cancer

2  Principles and Practice of Oncology, and I've

3  been coauthoring the paper with Stuart Yuspa on

4  the principles of carcinogenesis, and those

5  routinely deal with occupational --

6      **Q.  Were you looking at a specific number**

7  **there or --**

8      A.  There are several.  I'm looking at 18,

9  for example.  But we have published in

10 subsequent editions.

11     **Q.  These are book chapters?**

12     A.  That's right.  And we get extensive

13 edits back from the editor.

14     **Q.  That's the peer-reviewed process in**

15 **that situation?**

16     A.  Yes.  It depends on how you want to

17 define peer review, of course, because we know

18 who is giving us the comments.  It's not a

19 blinded peer review.  And 33 goes into that

20 category as well.

21     **Q.  And that would have epidemiology**

22 **regarding occupationally exposed people?**

23     A.  Yes.  Number 40, I don't recall either

24 way whether that was peer-reviewed.  That's a

25 workshop summary.  So sometimes they're not

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 34

1  peer-reviewed.  It was for applying

2  biotechnologies to the study of occupational

3  cancer.  Number 48.  Number 49 was an editorial

4  that I wrote and the senior editor gave

5  extensive comments, so that was peer-reviewed,

6  but not blinded.  And Number 42 was the book

7  chapter.

8       Q.  I'm not interested in the

9  presentations.

10      A.  Right.  I was looking at the book

11 editor.  I was an editor in the book

12 "Carcinogens in the Workplace," as well as

13 "Cancer Risk Assessment", and "Molecular

14 Epidemiology of Cancer."  There were chapters

15 in those books on occupational risks as well.

16      Q.  What I'd like for you to do is go back

17 to page 12 and tell me if you published

18 anything regarding the epidemiology of

19 benzene-exposed populations.  I notice, I think

20 there was one here, and it involved heated

21 cooking oil vapors, I guess that volatilized

22 benzene in some way?

23      A.  That's correct.

24      Q.  I don't remember what number it was.

25 Any others?

PETER G. SHIELDS, M.D.

Page 35

1      A.  Well, there were at least two
2  publications related to that study.  But that
3  was not occupational.  That was a study of
4  women in the homes in China who were pretty
5  substantially exposed to these heated cooking
6  oil vapors.
7      Q.  **What cancer did that look at, that**
8  **study?**
9      A.  We were actually looking at
10 documenting the exposures and what were the
11 effects on short-term biomarkers.  We were
12 involved in a larger study of lung cancer, but
13 that data never got published.
14     Q.  **Does benzene cause lung cancer in**
15 **humans?**
16     A.  I don't think we have the evidence to
17 make that conclusion.
18     Q.  **So any other -- and I'm interested in**
19 **occupational exposures.  And Doctor, I want to**
20 **do the same thing with solvents and mineral**
21 **spirits.  So if you can do that collectively.**
22     A.  I'll have to go back to Page 12.  So
23 you're talking benzene, solvents and mineral
24 spirits?
25     Q.  Correct.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 36

1      A.   For the first group of papers while I

2  was involved in some studies related to benzene

3  exposures including some of the Chinese

4  studies, I don't think any of them ever got

5  mature enough to reach scientific publication,

6  so I can't see any offhand.

7      Q.   So no papers that have been -- let me

8  rephrase that.  No peer-reviewed research

9  publications regarding occupational exposures

10 of benzene, mineral spirits or solvents, true?

11     A.   I believe that's correct.

12     Q.   How about the review papers,

13 editorials and book chapters?

14     A.   For sure the book chapters that I've

15 written with Stuart Yuspa in the DeVita

16 textbook, which is one of the most widely read

17 textbooks on cancer, in the last one we had a

18 specific section on benzene.

19     Q.   Which one is that?

20     A.   I think 42.

21     Q.   The cancer risk assessment?

22     A.   You're good at finding the word

23 processing problems in this document.  The top

24 of 28 is the first 42.

25     Q.   42 you believe has a section on

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 37

1  benzene, correct?

2      A.  Yes.  I'm sure that the other chapters

3  in that series also discuss benzene.

4      Q.  Did you write the part about benzene?

5      A.  Yes.

6      Q.  Did you write the chapter on benzene?

7      A.  The whole chapter is on benzene.  The

8  chapter is on chemical carcinogenesis.  Each

9  time we do that we decide to highlight a

10  specific exposure.  I believe this time it was

11  benzene's turn.

12      Q.  That would be in the 7th edition?

13      A.  I believe so, unless it was in the one

14  before that, but I think it was this time we

15  did that.

16      Q.  Anything else?

17      A.  On Page 27, Number 44 -- I'm sorry,

18  you wanted peer-reviewed, correct?

19      Q.  Why don't you tell me what you've got?

20      A.  A book chapter that I wrote in a book

21  that I edited.  So I edited it myself, Number

22  44.  So I don't think calling myself would be

23  peer-reviewed.  At any rate, that's about how

24  do you assess cancer in an individual.  I

25  assume that I brought up benzene or solvent

PETER G. SHIELDS, M.D.

Page 38

1  exposure.  But we'd have to look.

2     Q.  You're not sure about that, right?

3     A.  That's correct.

4     Q.  The one you're sure about at this

5  point is the first 42 at the top of Page 28?

6     A.  That's correct.

7     Q.  None others in that section, right?

8     A.  That's correct.

9     Q.  How about --

10    A.  I'm sorry.  I'm not done in the review

11  article section yet.  I believe that's it.

12    Q.  Do you have a master's degree?

13    A.  No.

14       MR. FRIELING:  Let's take a break.

15       (Recess.)

16  BY MR. FRIELING:

17    Q.  Dr. Shields, we're back after a short

18  break.  Is it your opinion that benzene can

19  cause MDS in humans?

20    A.  At sufficient doses benzene can cause

21  MDS, at least some types of MDS.

22    Q.  What types?

23    A.  There have been some studies that,

24  when examined, indicate that it may not cause

25  all types of MDS.  Which types, I don't

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 39

1   remember.  I think it's the refractory anemia

2   with ringed sideroblasts, it either does or

3   doesn't.  That's the category standing out in

4   my mind.

5       Q.  **Have you reached a conclusion, Doctor,**

6   **whether benzene can cause all forms of MDS in**

7   **humans?**

8       A.  I'm aware -- I do believe that

9   sufficient exposure to benzene can cause at

10  least some types of MDS, maybe all types of

11  MDS.  I think it just has not been studied well

12  enough to know whether or not there are some

13  types that it doesn't.  But there is certainly

14  some thought that it is the case.

15      Q.  **Does benzene cause any forms of**

16  **leukemia in humans?**

17      A.  Yes, benzene can cause AML, acute

18  myologic leukemia as well as chronic myologic

19  leukemia in humans.

20      Q.  **AML and CML?**

21      A.  That's right.

22      Q.  **Do you know what the position is of**

23  **IARC on whether benzene can cause MDS in**

24  **humans?**

25      A.  IARC usually doesn't take positions of

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 40

1 a chemical causing a particular type of cancer.

2 They usually classify a carcinogen in their

3 final conclusions as either a known, probable,

4 and I forget the third category type of

5 carcinogens.  They usually don't make

6 statements that benzene is the cause of this or

7 that.  They do that in their reviews, but they

8 don't make a final conclusion in that area.

9     Q.  **Do you know whether IARC has stated**

10 **whether benzene can cause MDS in humans?**

11     A.  I think you just asked me that and I

12 think I just answered.

13     Q.  **Do you know if they have or haven't?**

14     A.  I have not looked at the IARC reviews

15 on benzene at some time.  I'm sure they

16 discussed MDS.  But generally they don't make a

17 final conclusion about particular cancer end

18 points.

19     Q.  **How about NTP, has NTP stated that**

20 **benzene can cause MDS?**

21     A.  I don't know either way.

22     Q.  **Has NTP stated that benzene can cause**

23 **leukemia in humans?**

24     A.  I know that NTP classifies benzene as

25 a human carcinogen.  Again, whether they

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 41

1 specify that this is the type of cancer that

2 can cause, I don't recall if they do that.

3      Q.  **Is NTP a well-respected organization**

4 **in your field?**

5      A.  Well, the National Toxicology Program

6 is part of The National Institute of

7 Environmental -- Environmental Health Sciences.

8 And sure, they're respected.

9      Q.  **Is IARC respected?**

10     A.  Sure.

11     Q.  **Now, you actively treat patients with**

12 **MDS?**

13     A.  Correct.

14     Q.  **How many a year do you estimate?**

15     A.  I'm trying to think about how to

16 answer that question, because obviously MDS can

17 go on for a long time; that's the good news.

18 So I have MDS patients that I'm seeing every

19 week or every other week and then some I only

20 see every two to three months.

21     Q.  **How about new cases per year, just an**

22 **estimate?**

23     A.  Where I'm the primary hematologist

24 it's probably about maybe as much as one a

25 month.  Then on the hospital service it could

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 42

1  be several.  And then there's those that we

2  care for as a group; there's many more of that.

3       Q.  Now, do you make a diagnosis of MDS in

4  your patients?

5       A.  Sure, with the examining pathologist.

6       Q.  So do you make a pathological

7  diagnosis in your patients?

8       A.  I will review bone marrow slides,

9  discuss them with the pathologist.  But I

10  myself do not provide a pathological diagnosis.

11       Q.  Have you ever concluded that one of

12  your patients had some type of chemical

13  exposure that resulted in their MDS?

14       A.  Not that I recall.

15       Q.  How about leukemia patients, I assume

16  you treat leukemia in patients?

17       A.  Yes.

18       Q.  Have you ever concluded that one of

19  your leukemia patients had their disease from

20  occupational exposure or any chemical exposure?

21       A.  In the Washington area we're not

22  heavily industrialized.  So it would not be

23  common in this area to do that.  I don't recall

24  if we have or not.  Certainly I recall

25  conversations with both patients and medical

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 43

1  students and residents about it.  But I don't

2  recall anyone where we came to that conclusion.

3      Q.  Is that in your career?

4      A.  I've been in practice since `87.  It's

5  a little hard to remember.  I don't recall any

6  offhand.

7      Q.  Do you do autopsies?

8      A.  No.

9      Q.  Have you ever done autopsies?

10     A.  I have been present at autopsies.

11     Q.  Have you done autopsies yourself?

12     A.  No.

13     Q.  Do you look at pathology from people

14  who have been embalmed?

15     A.  Doing autopsies on people who are

16  embalmed is a very unusual practice.

17     Q.  My question was, do you look at

18  pathology of people who have been embalmed?

19     A.  It's very unusual.  I have never done

20  it.

21     Q.  You did it in this case, right?

22     A.  I looked at the microscope slides from

23  this case, that's correct.

24     Q.  That's pathology, yes?

25     A.  That's right.  I thought you were

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 44

1   referring to my clinical practice.

2        Q.  I was originally.  Just to make sure,

3   in your clinical practice have you ever looked

4   at pathology slides from tissue that's been

5   embalmed?

6        A.  No.  We take care of live people.

7        Q.  So I added up your testimony.  Would

8   you say about one in five you're testifying on

9   behalf of the plaintiff, four out of five

10  defendant?

11       A.  In depositions or trials?

12       Q.  Depositions.

13       A.  Maybe.  You could be off by one.

14       Q.  That's about right?

15       A.  Between one and two, yes.

16       Q.  How much do you charge right now for

17  your time in this case?

18       A.  $490 an hour.

19       Q.  Is that for deposition time or is that

20  for trial time, or research?

21       A.  That's for non-testimony time.

22       Q.  How about testimony time; how much do

23  you charge for testimony time, like today?

24       A.  There's a rate for a half day versus

25  the whole day.  The whole day is $5,500.  I

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 45

1 don't recall what the half day is.  But it's
2 something more than half of that.
3     Q.  **For a full day of testimony it would**
4 **be $5,500?**
5     A.  That's correct.
6     Q.  **More than half of that for a half day;**
7 **is that true?**
8     A.  That's right.
9     Q.  **How much time have you put into this**
10 **case?**
11     A.  I'm not sure I can estimate.  I
12 haven't looked at the hours.
13     Q.  **I get to know.  So you're going to**
14 **have to just do your best.**
15     A.  You want me to guess?
16     Q.  **I want you to give me your best**
17 **estimate.**
18     A.  I'd have to give you my best guess.
19     Q.  **Okay.  Do that.**
20     A.  I'll guess at 40 to 50.
21     Q.  **Who would know the answer to that**
22 **question?**
23     A.  Well, I could know the answer to that
24 question if I look at the invoices and counted
25 up the hours.

PETER G. SHIELDS, M.D.

```
                                              Page 46

 1      Q.   Have you already sent bills in this
 2 case?
 3      A.   Yes, I have.
 4      Q.   How many?
 5      A.   I don't know.  A couple.
 6      Q.   Are those included in your file for
 7 this case?
 8      A.   My file at home?
 9      Q.   Wherever you keep your file for this
10 case.
11      A.   Yes, I have copies of the invoices.
12           MR. FRIELING:  Frank, I'd like to see
13 those, please?
14           MR. GORDON:  Right now?
15           MR. FRIELING:  He doesn't have them
16 right now.  I don't think that's possible.
17           MR. GORDON:  I'll trade you invoices.
18 You give me all your experts and I'll give you
19 all mine.
20           MR. FRIELING:  All I'm asking for is
21 an estimate of how much time he's got in this
22 case.
23           MR. GORDON:  He just gave you that.
24           MR. FRIELING:  He told me it was a
25 guess.
```

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 47

1        MR. GORDON:  I'll be glad to trade
2 with you.
3        MR. FRIELING:  Sure.  We'll see about
4 that.
5 BY MR. FRIELING:
6     Q.  **Your best guess is 40 to 50 hours?**
7     A.  Sure.
8     Q.  **At $490 an hour?**
9     A.  That's right.
10     Q.  **Let's take a look at the report.  I**
11 **think it's Exhibit 1.  You brought that with**
12 **you today, correct?**
13     A.  That's correct.
14     Q.  **Now, the first paragraph here**
15 **describes some of the materials that you have,**
16 **right?**
17     A.  That's right.
18     Q.  **But it seems incomplete to me.  And**
19 **I'm not saying it was meant to be a complete**
20 **list.  But that's not all the materials you**
21 **had, correct?**
22     A.  Well, I've added the materials that
23 I've handwritten at the top of the page.
24     Q.  **The Dewey Batton deposition, right?**
25     A.  That's right.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 48

1        Q.   The Banks report, yes?

2        A.   Well, the Banks report, as well as the

3   Huitt and Albers report would have come after

4   this was written.

5        Q.   The Banks report, yes?

6        A.   I have reviewed that, yes.

7        Q.   The Huitt report?

8        A.   Yes.

9        Q.   And the Albers report?

10       A.   I reviewed that.

11       Q.   And then on the right it says Cathy

12   Batton depo?

13       A.   That's correct.

14       Q.   And Omalu report?

15       A.   Depo.

16       Q.   You did have the Omalu deposition

17   before you wrote this report?

18       A.   Yes.  And, in fact, on Page 24 where I

19   provide a critique of Dr. Omalu, it cites that

20   I have a deposition for that as well.

21       Q.   And you also had some other materials.

22   You had an affidavit for Mr. Batton, yes?

23       A.   That's correct.

24       Q.   Do you have everything --

25       A.   And I have that cited here on Page 3.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 49

1     Q.  Do you have everything that you looked
2 at in one place at your house?
3     A.  I have -- everything is electronic on
4 my computer in a folder.
5     Q.  And that's everything that was
6 provided to you?
7     A.  There are things that I would have
8 looked at that are not necessarily in that
9 folder.  But everything that's been provided
10 for me in the Batton case ends up in that
11 computer folder.
12        MR. FRIELING:  We'll probably make a
13 request for that.
14     Q.  But nonetheless, this paragraph here
15 on the first page, that's not complete,
16 correct?
17     A.  Right.  I mean, it doesn't claim that
18 it's complete.  But nonetheless, that's right.
19     Q.  Did you review Dr. Baker's deposition?
20     A.  No, I have not.
21     Q.  Do you know who he is?
22     A.  I believe he is one of the plaintiff
23 experts in this case.
24     Q.  So you don't have any specific
25 disagreements with anything he said in his

PETER G. SHIELDS, M.D.

Page 50

1  deposition, right, because you haven't reviewed
2  it?
3      A.  Right, I have not reviewed it.
4      Q.  What I'd like to know here is how this
5  report was generated.  First off, did you write
6  this entire report?
7      A.  Yes.
8      Q.  By your own hand?
9      A.  I typed it.
10      Q.  You typed it yourself?
11      A.  Yes.
12      Q.  Good for you.  Now, did any lawyers
13  for the defendants contribute anything in this
14  report?
15      A.  There was no contribution.  I believe
16  Mr. Gordon picked up some of the typos in here
17  and we had those corrected.
18      Q.  Did he contribute anything
19  substantive, any changes; did he mention there
20  should be changes, anything?
21      A.  I don't think so.
22      Q.  For each section, then, it's
23  completely your own?
24      A.  Yes.
25      Q.  We'll go through that, then.  If you

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 51

1  go to Page 3, please.  As you said, you looked

2  at Mr. Batton's affidavit, true?

3      A.  That's right.

4      Q.  And you read his deposition, yes?

5      A.  That's right.

6      Q.  Scope of opinions.  In this first

7  paragraph here the last sentence that starts

8  with "organic solvents," do you see that?

9      A.  Yes.

10     Q.  Do you know how many cleaners were

11 available out at the Hamlet Yard where he

12 worked in the `70s, early `80s?

13     A.  Firsthand, no.

14     Q.  I'm just asking if you reviewed that

15 or had that in mind or took that into

16 consideration when you wrote this?

17     A.  The ones that were in the yard itself.

18     Q.  The ones that were available to use?

19         MR. GORDON:  Objection.

20     A.  I have some general knowledge of what

21 was used by railroads, and in particular, CSX

22 over some of the years.  I won't have a

23 comprehensive or complete knowledge what would

24 be available to him at that yard in particular,

25 I would have no idea.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 52

1     Q.   You understand, then, there are
2 different cleaners for different purposes, yes?
3     A.   Yes.
4     Q.   And you understand that some of these
5 cleaners are stored in 55-gallon drums, yes?
6     A.   That is my understanding, correct.
7     Q.   And that's from reading some of the
8 depositions in this case you got that
9 understanding?
10     A.   And also what I've observed myself.
11     Q.   Have you been out to the Hamlet Yard
12 before?
13     A.   No.
14     Q.   What yard have you been out to?
15     A.   A yard just outside -- the Cumberland
16 Yard, Hagerstown, somewhere in Maryland.
17     Q.   Was that a CSX yard?
18     A.   Yes.
19     Q.   Was that at the request of an
20 attorney?
21     A.   It was years ago.  It may have been my
22 request or a joint idea.
23     Q.   And it was in preparation for
24 litigation, I assume?
25     A.   Broadly, I'm not sure we had a

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

... 

Page 53

1 specific case, we had either a just finished

2 case or a case coming up.  But I thought it

3 would be worthwhile to go and get some

4 firsthand knowledge of what's going on in the

5 railroad yards.

6      Q.  Why is that?

7      A.  I felt it would be helpful for me to

8 understand work titles, work activities and

9 potential exposures.

10     Q.  This was the Cumberland Yard, you

11 said?

12     A.  I think I'm remembering that

13 correctly.

14     Q.  So you've personally observed some

15 55-gallon drums, true?

16     A.  I believe that's true.

17     Q.  Who did you go with?

18     A.  A lawyer named -- two lawyers, Jim

19 Turner and Beth Kramer.

20     Q.  These are lawyers that represent CSX?

21     A.  I believe that's the case.

22     Q.  Do you know how Mr. Gordon found you,

23 came to contact you?

24     A.  I don't know specifically how he was

25 referred to me, no.

HG LITIGATION SERVICES
HGLITIGATION.COM

PETER G. SHIELDS, M.D.

Page 54

1      Q.  But he called you up one day; is that
2  right?
3      A.  Or shot me an e-mail, something like
4  that.
5      Q.  Was it a call or an e-mail the first
6  time?
7      A.  I don't remember.
8      Q.  What did the e-mail say, if it was an
9  e-mail?
10     A.  I don't remember.  So I don't know
11 what the content of the e-mail would be.
12     Q.  Do you remember what he asked you the
13 first time he talked to you, what that
14 conversation was about?
15     A.  I don't remember the specifics.  I'm
16 sure he described the case.  I get a fair
17 amount of these calls.  I usually don't take
18 notes.  My first question is usually what's the
19 time frame.
20     Q.  Did you take notes this time?
21     A.  No.
22     Q.  Going back to my original question, do
23 you know what types of cleaners were available
24 in 55-gallon drums at the Hamlet Yard in the
25 early `70s?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 55

1      A.   Not offhand.   Let's put it this way,
2  not that I have seen documents or other
3  evidence either way.
4      Q.   So the answer is no?
5      A.   The answer is I don't know all the
6  cleaners that were used at that particular
7  yard, that's correct.
8      Q.   I'm going to reask it, because that's
9  not what I asked you.   Do you know what
10  cleaners were available in 55-gallon drums at
11  the Hamlet Yard in the 1970s?
12      A.   I don't know all of the cleaners that
13  were available in that yard in 55-gallon drums,
14  no.
15      Q.   Do you know which cleaners were
16  labeled as solvents in 55-gallon drums?
17      A.   I would assume that the drums wouldn't
18  be labeled solvents.   They would have a
19  particular chemical name on them.
20      Q.   Why would you make that assumption?
21      A.   You don't buy solvents.   You buy a
22  particular product.
23      Q.   You don't have any knowledge whether
24  the word solvent was the label on any of these
25  drums?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 56

1      A.   I don't have any knowledge of that
2 particular label either way.
3      Q.   You don't know if the mineral spirits
4 that were stored out there were kept in drums
5 that were labeled solvent?
6      A.   I wouldn't know either way.
7      Q.   Further down in this second paragraph
8 under scope of opinions on Page 3 it appears
9 you did some PubMed searches; is that right?
10     A.   That's right.
11     Q.   And it lists some terms that you used;
12 is that true?
13     A.   That's right.
14     Q.   Did you use the term benzene?
15     A.   It's possible.  I don't remember
16 either way.
17     Q.   But benzene is not listed here, true?
18     A.   Benzene is not listed here, that's
19 correct.
20     Q.   This is intended to write down what
21 you searched for?
22     A.   It was intended to show you the scope
23 of the search.
24     Q.   It doesn't include benzene, at least
25 listed here?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 57

1      A.   That's correct.  I believe I do
2  specifically discuss benzene in the report,
3  though.
4      Q.   **Could you turn to Page 8, please?  Can**
5  **I see that, please?  Our copy didn't get the**
6  **graphs, the copy that was produced to us.**
7      A.   Let me have that back for a second.  I
8  noticed too that my copy didn't print well.  So
9  I printed out an extra page.
10     Q.   **You have a section in here of**
11 **Dr. Omalu's autopsy report?**
12     A.   That's correct.
13     Q.   **I'm going to ask you if you agree or**
14 **disagree with A through J?  Do you agree with**
15 **A?**
16     A.   No.
17     Q.   **Why is that?**
18     A.   It's a mildly hypercellular marrow.
19 And he states for age, I'm not aware that
20 there's any criteria reference ranges in
21 hypercellularity by age.
22     Q.   **How about B?**
23     A.   I agree that all of the hematopoietic
24 lineages are present.
25     Q.   **C?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 58

1     A.  I agree that there was some increased
2 numbers of megakaryocytes.
3     Q.  D?
4     A.  I agree that there was some mild
5 atypical megakaryocytes, yes.
6     Q.  E?
7     A.  I didn't see any hypolobulated
8 megakaryocytes.
9     Q.  Did Dr. Banks?
10    A.  I'd have to go back to the report, but
11 I don't think so.
12    Q.  And you're reviewing Dr. Banks' report
13 right now, true?
14    A.  That's correct.
15    Q.  Have you reviewed his deposition?
16    A.  No.  He didn't note hypolobulated
17 megakaryocytes.
18    Q.  Do you know if he saw them?
19    A.  It's not in his report.  That's all I
20 know.
21    Q.  But you don't agree with E, true?
22    A.  I didn't see these, no.
23    Q.  Again, you're not a pathologist,
24 right?
25    A.  That's correct.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 59

1      Q.   F, do you agree with that?

2      A.   I did not see any

3 micro-megakaryocytes.

4      Q.   Do you know if Dr. Banks did?

5      A.   It's not in his report.

6      Q.   How about G?

7      A.   Yes, there was definitely maturation

8 of myeloid lineage to segmented neutrophils.

9      Q.   How about H?

10      A.   I would agree that there was some

11 increased myeloid-erythroid cell ratio.  I'm

12 hedging on this.  I specifically didn't comment

13 on that because I think that's a very difficult

14 interpretation to make from a biopsy.  It's not

15 the way that I would be comfortable doing it.

16 I guess I would answer I don't agree or

17 disagree with that.

18      Q.   How about I?

19      A.   It's actually the same answer as H.  I

20 don't think you really can make that call from

21 a biopsy.

22      Q.   Do you know if Dr. Banks agreed or

23 disagreed with that?

24      A.   He doesn't have it in his report.

25      Q.   So you don't know?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 60

1      A.  It's not in his report.  That's all I
2  know.
3      Q.  How about J?
4      A.  I think that's something you can't
5  make from a -- at least from this biopsy.  But
6  I don't agree with it.
7      Q.  I'm sorry?
8      A.  I don't agree with it.  I don't think
9  you can make that diagnosis from this biopsy.
10         MR. FRIELING:  Let's take a break.
11         (Recess.)
12  BY MR. FRIELING:
13      Q.  Doctor, did you ask the attorneys at
14  CSX if you could talk to some of the co-workers
15  in this case, figure out about the exposure?
16      A.  No, I didn't.
17      Q.  You just relied on what they had sent
18  you and that summary?
19      A.  Actually, I relied on what Mr. Batton
20  testified to.
21      Q.  You're not relying on Exhibit 4 at
22  all?
23      A.  I am assuming that what Mr. Batton is
24  reporting is accurate for the sake of my
25  opinions.  I understand that there is a dispute

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 61

1 about what the actual exposure occurs.  I felt

2 like it was prudent for me to assume the worst

3 case, which is what Mr. Batton reported.

4     Q.  **My question is you're not relying on**

5 **Exhibit 4 at all for your opinions in this**

6 **case?**

7     A.  That's correct.

8     Q.  **Are you relying on Dr. Banks' report**

9 **at all in this case?**

10     A.  Not really.  It's always helpful to

11 know that a pathologist is concurring with what

12 I've seen.  But I'm not relying on it directly,

13 no.

14     Q.  **Did you rule out MDS based on your**

15 **pathological review?**

16     A.  Well, I ruled out MDS based on the

17 pathological review, as well as the clinical

18 course.

19     Q.  **I'm just talking about the**

20 **pathological.  Were you able to rule out MDS**

21 **based on your review of the pathology?**

22     A.  I think my review of the pathology

23 made it unlikely that this was MDS.  But MDS,

24 on the basis of a biopsy, which at best would

25 be subtle here, is a very difficult diagnosis

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 62

1  to make.  Looking at the immunohistochemistry
2  stains did help to rule out MDS.  But again, to
3  rule out MDS, you have to look at both
4  pathology as well as the clinical course.
5       **Q.  I didn't understand that.  Let me ask**
6  **it a different way.  Is it true or not true,**
7  **sir, that the pathology does not rule out MDS**
8  **diagnosis?**
9       A.  The pathology makes it unlikely to
10 have this as MDS.  There are some cases where
11 people have a clinical course consistent with
12 MDS and we suspect that the bone marrow is not
13 sufficient to make the diagnosis at that time.
14 If we're correct, the test of time tells us
15 whether we're correct or not.  Bone marrows can
16 never a hundred percent rule out
17 myelodysplasia.  But they can make it pretty
18 unlikely that it's myelodysplasia.
19      **Q.  At least in this case the bone marrow**
20 **did not one hundred percent rule out MDS in**
21 **your opinion?**
22      A.  There's almost no features here of MDS
23 to make the diagnosis.  As I said, it's always
24 possible that someone could have MDS without
25 sufficient pathological features.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 63

1    Q.   Let me talk about that.   Just from
2 your understanding of pathology and MDS, what
3 would be required in a biopsy like this to
4 diagnose it pathologically?
5    A.   First of all, you'd have to look at
6 the aspirate.   You would include
7 immunohistochemistry stains and you would
8 include cyber-genetics to make the diagnosis.
9    Q.   With the information that you had
10 available to you, the tissue, I should say,
11 could you even make a diagnosis of MDS?
12    A.   If there were severe MDS you could
13 probably do it from a biopsy alone.   Although I
14 think most pathologists would be uncomfortable
15 doing that.   But in severe cases, yes, you
16 probably could.
17    Q.   What would a severe case of MDS show
18 that would be convincing?
19    A.   Well, you would have substantial
20 hypocellularity; you would have dysplasia of
21 all cell lines.   Could you see -- frequently
22 you'll see ringed sideroblasts and you'll also
23 see an increase in myeloid blasts.
24    Q.   And is -- I know you mentioned the WHO
25 classification system.   Is there a method to

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 64

1  diagnosis?

2      A.  I didn't mention the World Health

3  Organization.

4      Q.  **You mention it in your report.**

5      A.  So yes, you can use -- there's

6  different classification schemes all aimed at

7  trying to improve the way we do prediction,

8  response and prognosis.  One is by the World

9  Health Organization, and the other one is the

10 FAB classification of the French-American-

11 British classification.

12     Q.  **Going back to your report on Page 8,**

13 **the part that says "bone marrow and pathology**

14 **review."  Do you see that?**

15     A.  Yes.

16     Q.  **You're relying on your own review of**

17 **the pathology in this case and not relying on**

18 **Dr. Banks, true?**

19     A.  I'm not relying on Dr. Banks.

20     Q.  **I was a little confused here.  There's**

21 **a sentence that starts the CD34 and CD113.  Do**

22 **you see that?**

23     A.  Yes.

24     Q.  **Did you mean CD117?**

25     A.  That's correct.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 65

1    Q.   What's 113?

2    A.   I meant 117.

3    Q.   How often would you have an increased

4 CD34 and CD113 immunohistochemistry stain in an

5 MDS; do you know?

6    A.   It helps to make the diagnosis.  The

7 sensitivity of the staining I would have to

8 look up because I don't know offhand.

9    Q.   If Dr. Banks said it was about half

10 the time, coin-flip type deal, would that be

11 consistent with your understanding?

12    A.   Well, I certainly know it's not a

13 hundred percent, so it's not a requirement.

14 Whether it's 50 percent or 30 percent of the

15 time that it's positive, I don't recall

16 offhand.  But 50/50 possible.

17    Q.   But you just don't know?

18    A.   That's the type of thing I would look

19 up.  Or I would be relying on the pathologist.

20    Q.   And then you have CD31 here.  That's

21 the next one you list, correct?

22    A.   That's right.

23    Q.   Did the stains you saw for that show

24 an increase in the percentage of

25 megakaryocytes?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 66

1     A.  It did not look like it was increased
2 to me.  That's a fairly subtle read.
3     Q.  If Dr. Banks said it was, you'd
4 disagree with him on that point, the
5 pathologist?
6     A.  No, I wouldn't necessarily disagree
7 with him.  The way I practice is I usually sit
8 down with the pathologist and they say here's
9 what you see, and I'll agree or disagree.
10     Q.  So the way you typically do things is
11 you sit down and consult with the pathologist?
12     A.  That's correct.
13     Q.  You didn't do that here?
14     A.  I did take the slide over to our
15 pathologist here to review it.
16     Q.  But you didn't do it with the ones
17 that had been retained in the case by the
18 defendants?
19     A.  That's correct.
20     Q.  I don't remember the answer to this.
21 You would disagree with Dr. Banks when he said
22 there was an increase in the percentage of
23 megakaryocytes, as reflected in the results
24 from the CD31?
25     A.  I didn't notice that.  But I wouldn't

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 67

1  disagree with him if he showed me what he was

2  talking about.  If I recall correctly about the

3  CD31, it's not a strong stain.  So it's subtle

4  to call it increased.  But he would certainly

5  have more experience than I do on that.

6      Q.  **So you'd defer to him on that?**

7      A.  I would defer to him.

8      Q.  **I don't know how to pronounce this**

9  **word, you list a myeloperoxidase stain?**

10     A.  That's right.

11     Q.  **Is that the same thing as the Factor**

12 **VIII stain?**

13     A.  I don't think so.

14     Q.  **Do you know what a Factor VIII stain**

15 **is?**

16     A.  Not offhand.

17     Q.  **Is it listed in his report, and that's**

18 **Dr. Banks' report?**

19     A.  I'm holding Dr. Banks' report.  He has

20 a Factor VIII stain listed here.

21     Q.  **Do you know what that is, or how it**

22 **relates to MDS or the diagnosis of that**

23 **disease?**

24     A.  Not offhand, no.  The answer is no,

25 I'm not sure.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 68

1     Q.   Do you know in Mr. Batton's case
2  whether that showed some consistency with the
3  diagnosis of MDS?
4     A.   I don't know either way.  The slide
5  that was sent to me was a CD31, CD34, CD117,
6  and the MPO.
7     Q.   Did you say MP --
8     A.   Yes, the myeloperoxidase.
9     Q.   What was the acronym?
10    A.   MPO.
11    Q.   I want to know the short way to say it
12  too.  You say here -- what is the MPO stain
13  measuring?
14    A.   It's one of the markers that we use
15  for looking for acute leukemia to see if it's
16  increased.
17    Q.   To see if acute --
18    A.   You look at the MPO staining as a way
19  of supporting the diagnosis of leukemia.
20    Q.   What does it look for?
21    A.   Myeloperoxidase is an enzyme.  That's
22  what it's looking for in cells that are
23  expressing MPO, and you'd have an increased
24  number of cells.
25    Q.   Did it show an increased number of

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 69

1  cells in this case?

2      A.  I don't think so.

3      Q.  Do you know what Dr. Banks has to say

4  about that?

5      A.  Don't see him reporting on the MPO

6  here.

7      Q.  You say it's essentially normal.  To a

8  lawyer that means it's abnormal.  What does

9  that mean?

10     A.  It's difficult to call from a -- from

11 bone marrow biopsy, as I mentioned.  It may

12 have been a little hypercellular, there may

13 have been a little megakaryocytic, hyperplasia

14 and dysplasia, from my reading.  That's not

15 entirely normal.  But in the clinical context,

16 or even looking at that bone marrow, it's hard

17 to know if there are any clinical consequences

18 at all from those findings.

19         The other thing I'll mention is that

20 what was not provided to me which Dr. Banks did

21 have, and I want to stand corrected, what I am

22 relying upon is his interpretation of the iron

23 stain, because I didn't have those slides.

24     Q.  Let's just clean that up.  You just

25 reviewed Dr. Banks' report again and you

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 70

1  recalled that with respect to the iron stain,

2  you are relying on his interpretation of that?

3      A.  That's right, because I didn't have

4  those slides.

5      Q.  You didn't have those slides to

6  review?

7      A.  That's right.

8      Q.  Do you do staining yourself?

9      A.  Actually, I have done staining myself.

10 I have technicians who regularly do

11 immunohistochemistry staining that I supervise.

12     Q.  But you don't do it in this case?

13     A.  No.

14     Q.  Do you know if -- I want to talk about

15 the iron staining just for a minute.  You

16 understand that Dr. Banks said that there was a

17 complete absence of iron in the tissues that he

18 stained?

19     A.  That's right.

20     Q.  Had those tissues been decalcified?

21     A.  Presumably.  That's the routine

22 processing of the blocks.

23     Q.  You said it's the routine processing

24 of the blocks, what do you mean by that, in

25 what situation?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 71

1      A.  Well, biopsies get fixed and then put

2  into paraffin so you can slice them.  During

3  that processing that is one of the treatments.

4      Q.  **What's the impact of decalcified**

5  **tissue on the iron in the tissue?**

6      A.  It could make the iron level go down.

7      Q.  **Significantly?**

8      A.  I would assume not to zero.  It

9  doesn't go from normal to zero.  It might go

10  from normal to something less than normal.  It

11  might go from very low to zero.  But not from

12  normal to zero, no.

13      Q.  **Doctor, I just want to ask, do you**

14  **think that you're capable of giving expert**

15  **opinions based on pathological review?**

16      A.  I'm not a pathologist.  I am certainly

17  capable of providing diagnosis based on

18  pathological reviews.

19      Q.  **What's the difference in those two**

20  **things?**

21      A.  As a person who treats people,

22  pathology is one of the tools that I use to

23  make diagnoses.

24      Q.  **In consultation with a pathologist?**

25      A.  Correct.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 72

1      Q.   Now, I think you mentioned a moment
2 ago that you showed the slides to somebody; is
3 that right?
4      A.   That's right, I reviewed those slides
5 with one of our pathologists.
6      Q.   Who is that?
7      A.   His name is Bascal Khallakuri.
8      Q.   Is it Dr. Khallakuri?
9      A.   Yes.
10     Q.   What did he have to say?
11     A.   We reviewed them together.  I brought
12 it to him.  I said what do you think?  He
13 basically said this was essentially a normal
14 marrow, so one could not make the diagnosis of
15 MDS from this marrow.
16     Q.   Are you relying on his opinions in
17 this case?
18     A.   Not really.  I mean, I looked at them
19 myself.  As I said, just like with Dr. Banks,
20 it's comforting to know that what I'm seeing is
21 concurred with by a pathologist.
22     Q.   Now, in a clinical sense when you're
23 making a diagnosis in one of your patients,
24 would you ever make a diagnosis pathologically
25 without relying on another pathologist?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 73

1    A.  No.  I make clinical diagnoses.

2    **Q.  The next page, on Page 9 at the top,**

3 **it's true that Banks' report said there was no**

4 **cirrhosis, true?**

5    A.  Well, what he said there was chronic

6 liver disease with stage 3 bridging fibrosis.

7 That is an acronym for cirrhosis.  I can't

8 interpret that for you.  I guess you should ask

9 him.

10    **Q.  Did you read this closely?**

11    A.  I believe I read it closely.

12    **Q.  Did you read the comments at the**

13 **bottom?**

14    A.  I have read them, yes.  The liver

15 shows moderately advanced scarring with

16 bridging fibrosis but without definite

17 cirrhosis.  As I said before, my understanding

18 is that fibrosis is part of cirrhosis.  So he's

19 not saying that there's not cirrhosis there.

20 He's saying that there's not definite

21 cirrhosis.

22    **Q.  Let me make sure I heard that right.**

23 **You're saying Dr. Banks' opinion is he's not**

24 **saying there isn't cirrhosis; he's just saying**

25 **there's no definite cirrhosis?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 74

1      A.   I'll quote what he's saying.  He says
2 but without definite fibrosis.  Bridging
3 fibrosis is usually a component of cirrhosis.
4 What I'm interpreting it as is he didn't see
5 enough criteria to call it cirrhosis.  So he
6 said it was without definite cirrhosis.
7      Q.   **Do you know if stage 3 fibrosis is**
8 **actually cirrhosis?**
9      A.   I don't know.
10      Q.   **You're not an expert in staging**
11 **cirrhosis, true?**
12      A.   That's correct.
13      Q.   **And with respect to Mr. Batton, you**
14 **don't know if he had cirrhosis or not?**
15      A.   He had an earlier pathology report
16 from when he had his gallbladder taken out
17 saying that he had cirrhosis.
18      Q.   **Did he have cirrhosis or not?**
19      A.   According to the pathologist who
20 looked at his liver around the time of his
21 gallbladder, he was diagnosed with cirrhosis of
22 the liver.
23          MR. FRIELING:  Object to the
24 non-responsive portion.
25      Q.   **Doctor, in your opinion did he have**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 75

1  cirrhosis or not?

2       A.  He had a pathological diagnosis of

3  cirrhosis.

4       Q.  Do you know?

5       A.  Pathologically he was diagnosed with

6  cirrhosis.

7       Q.  But what's your opinion?

8       A.  I did not go through looking at the

9  records close enough to decide whether he had

10 clinical cirrhosis or not.

11      Q.  You don't know if Mr. Batton had

12 clinical cirrhosis or not, true?

13      A.  I know he had a pathological diagnosis

14 of cirrhosis.  I don't know whether he had

15 clinical cirrhosis.

16      Q.  It's your opinion that he had a

17 pathological diagnosis of cirrhosis?

18      A.  It's my opinion that he had a

19 pathologist who reported that he had cirrhosis.

20      Q.  But do you know if he had a

21 pathological diagnosis of cirrhosis?

22      A.  You asked me that.  I'm answering he

23 was given the pathological diagnosis of

24 cirrhosis at the time he had his gallbladder

25 out.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 76

1     Q.  You didn't reaffirm that or assess
2  that in this case?
3     A.  I reviewed only the medical records
4  regarding the liver.
5        MR. FRIELING:  Objection.
6  Non-responsive.
7     Q.  Did you confirm the pathological
8  diagnosis of cirrhosis in Mr. Batton or not?
9     A.  I reviewed only the medical records.
10    Q.  Is that a yes or no?
11    A.  I confirmed it in the medical records.
12    Q.  You confirmed you read it in the
13 medical records?
14    A.  That's correct.
15    Q.  Based on your own independent review,
16 did you confirm or not confirm that there was a
17 diagnosis of pathological cirrhosis?
18    A.  I'm not sure how to answer that.  I
19 confirmed that I read it in the medical
20 records.
21    Q.  My question is:  By looking at any
22 pathology, Doctor, did you confirm it?
23    A.  I did not have slides of the liver
24 that I looked at, no.
25    Q.  So you did not confirm in this case by

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 77

1  looking at pathology yourself that Mr. Batton

2  had cirrhosis?

3      A.  I relied on two biopsies, one saying

4  cirrhosis one other showing liver disease.

5          MR. FRIELING:  Objection.

6  Non-responsive.

7      Q.  You did not confirm by looking at

8  pathology yourself --

9      A.  As you asked me before.  I did not

10  look at the slides.

11     Q.  I have to finish my question before

12  you respond.  That's how this works.

13         MR. GORDON:  The way it doesn't work

14  is asking the witness the same question for 15

15  minutes.  If you're going to ask him the same

16  question again, he ain't going to answer it.

17         MR. FRIELING:  Let's make sure it's on

18  the record.

19         MR. GORDON:  Let's make sure we

20  understand how it works since we're giving

21  lectures of how it works.

22         MR. FRIELING:  Let's make sure it's on

23  the record.

24         MR. GORDON:  It's on the record five

25  times.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 78

1          BY MR. FRIELING:

2      Q.  **You did not confirm by looking at**

3  **pathology itself whether Mr. Batton had**

4  **cirrhosis when he died?**

5      A.  As you've asked me several times, I'll

6  answer again.  I did not look at his liver

7  slides.

8      Q.  **Do you look for cirrhosis in patients**

9  **in your clinical practice, pathologically?**

10     A.  There will be times when I review

11 liver biopsies with pathologists in my

12 patients.

13     Q.  **But do you diagnose cirrhosis**

14 **pathologically yourself in your patients?**

15     A.  No, I'm not a pathologist.

16     Q.  **Family history, was there anything in**

17 **Mr. Batton's family history that put him at an**

18 **increased risk for MDS?**

19     A.  Not that I was aware of.

20     Q.  **Social history, anything in his social**

21 **history that put him at an increased risk for**

22 **MDS?**

23     A.  Notwithstanding the fact that I don't

24 think he had MDS, his smoking history certainly

25 would put him at risk of MDS.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 79

1     Q.  Does smoking cause MDS in humans?

2     A.  There's a number of epidemiologic

3 studies that report that association.

4     Q.  I'm just looking for a yes or no.

5 Does smoking cause MDS in humans?

6     A.  There's a number of epidemiologic

7 studies that report that association.

8     Q.  Are you capable of answering that

9 question yes or no?

10    A.  It's such a broad question that it

11 depends on the data.

12    Q.  I'm just asking in general causation

13 terms can smoking -- tobacco smoking cause MDS

14 in any specific person?

15    A.  Well, epidemiology studies don't

16 provide information about specific people.  So

17 I didn't understand the question.

18    Q.  Can smoking, tobacco smoking cause MDS

19 in a person?

20    A.  I'll answer it the same way I answered

21 it before.  The epidemiologic studies show that

22 smoking causes MDS.

23    Q.  That's different than you answered

24 before.  How about alcohol consumption; can

25 alcohol consumption cause MDS in humans?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 80

1      A.   There are certainly epidemiologic
2  studies that say that.   I don't think there's
3  sufficient evidence to make that conclusion.
4      Q.   **Any other things from his social**
5  **history that would give him an increased risk**
6  **for MDS?**
7      A.   No, not other than the smoking.
8      Q.   **I want to talk about the clinical**
9  **course and I think I understand just from what**
10 **you've written here on Page 10, if you could go**
11 **to Page 10 in your discussion.   You state that**
12 **his clinical course is inconsistent with MDS,**
13 **and then you explain some of those reasons,**
14 **true?**
15     A.   That's correct.
16     Q.   **Can you give me in your terms why his**
17 **clinical course up until his time of death was**
18 **inconsistent with MDS?**
19     A.   He was known to have some mild anemia
20 before he came into the hospital around
21 September 2007.   In 2007 he came in with -- he
22 was pretty sick.   He had shortness of breath
23 and other complaints and was found to be
24 severely anemic.   Then over several days his
25 platelet count as well as his white count went

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 81

1  down as well.

2       So first of all, in someone who is

3  followed as closely as he is and was at the

4  time, MDS usually doesn't present that acutely.

5  It usually develops more slowly over time.  But

6  nonetheless, that could happen.  And it was

7  reasonable to think at the time that within the

8  differential would be a mild dysplasia

9  syndrome.

10      They never made a diagnosis.  They

11  never made a bone marrow test.  So then he was

12  discharged -- let me go back.  He was given six

13  units of blood.  They essentially corrected the

14  anemia.  His platelet count went down very

15  well, possibly due to the six units of blood

16  that he got.  His white count went down, which

17  was never clearly explained.  But when people

18  get into that extremis, it's not uncommon for

19  blood counts to become abnormal and then as

20  they get better, they get better.

21      He was given some medication to help

22  boost up his white count.  But then way after

23  that it would have worn off, way after the

24  blood that he was given would be out of his

25  body.  Now we're fast forwarding to January.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 82

1 His counts were pretty good.  His white count

2 was fine; his platelet count was fine.  He only

3 had a mild anemia.  MDS doesn't get better like

4 that.

5     Q.  You said that was January?

6     A.  That's right.  So MDS doesn't get

7 better like that.  Then he continued on for

8 several more months.  If he had the severe

9 pancytopenia, the way Dr. Omalu claimed, and

10 progressive or profound bone marrow failure, he

11 would have known it.

12         But nonetheless, in January his counts

13 got pretty good, and that's not what MDS does.

14 That would be consistent with the bone marrow

15 that we ultimately saw in April.

16     Q.  Anything to explain -- let me ask it

17 this way:  There's been several references and

18 medical records and I know in your report it

19 talks about these vitamin deficiencies.  You

20 recall those, yes?

21     A.  Yes.

22     Q.  Can you explain how that plays into

23 your opinion?

24     A.  Well, he clearly had a nutrition

25 issue.  He had documented low levels of vitamin

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 83

1  A, copper, vitamin B-12 and I think vitamin E,

2  if I'm remembering correctly.   Certainly the

3  iron and the copper and the B-12 deficiencies

4  can result in depressed blood counts.

5       Q.  **Was he taking supplements?**

6       A.  When they discovered those as issues

7  he was taking -- at least he was prescribed

8  supplements.   And I assume that he was taking

9  them.   At some point they stopped his B-12

10 shots some time around January.   So that was

11 stopped.   But as far as I know he was taking

12 other supplements.

13      Q.  **Iron supplements, yes?**

14      A.  It was prescribed for him.

15      Q.  **Do you know if he took those?**

16      A.  I don't know either way.

17      Q.  **Do you know if Cathy Batton, his wife,**

18 **said he took them?**

19      A.  I don't recall either way.

20      Q.  **If he was taking them, why didn't his**

21 **iron counts get better?**

22      A.  It's not uncommon that people have

23 absorption of iron problem.   We have to replete

24 them with intravenous iron.

25      Q.  **Why would he be having an absorption**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 84

1  of iron problem?

2      A.  Some people just do.  And we never

3  really explain the reason.  Other people have

4  specific gastrointestinal problems that

5  preclude the absorption.

6      Q.  Did Mr. Batton have any

7  gastrointestinal problems that precluded the

8  absorption?

9      A.  I'm not an expert in vitamin

10  absorption.  When you start getting multiple

11  vitamins like this, then you trigger other

12  malabsorption issues.  That might be a possible

13  explanation.  At the end of the day what I do

14  know is he documented vitamin deficiencies, the

15  ones I listed.

16      Q.  Do you mean when he died?

17      A.  When he died.  I don't think he had a

18  recent copper level or B-12 level or vitamin A

19  level to document whether, A, he was actually

20  taking the medication, and B, whether he was

21  absorbing it.  But we do know when he died he

22  was iron deficient.

23      Q.  Do you have any evidence that he

24  wasn't taking his supplements?

25      A.  I would say clinically given that his

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 85

1 counts got better at least through January, I'm

2 assuming he did take his supplements.  After

3 that I don't know either way.

4      Q.  And if the evidence is that he was

5 taking his supplements, do you have any

6 explanation for why his counts didn't get

7 better?

8         MR. GORDON:  Other than the one he

9 just gave?

10      Q.  Go ahead.

11      A.  I'm confused by the question.  I said

12 all his counts got better and he was left with

13 just the mild anemia.

14      Q.  But we're left with tissue at the end

15 of the day that's showing iron deficiency,

16 correct?

17      A.  That's right.

18      Q.  In your opinion?

19      A.  Well, in Dr. Banks' opinion.

20      Q.  It's your opinion that his tissue is

21 showing some iron deficiency, yes?

22      A.  Based on Dr. Banks' report, yes.

23      Q.  Okay.  Understood.  And that would

24 indicate, at least from January to his death,

25 that his iron counts were not normal, right?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 86

1      A.   The iron in his bone marrow was not

2  normal, that's correct.

3      Q.   **If he was taking supplements during**

4  **that time period, as he was prescribed, do you**

5  **know of a reason why he wouldn't be absorbing**

6  **that iron through his bone marrow?**

7      A.   Well, he was still pretty sick.  I

8  don't know whether he had an absorption issue

9  or whether it was decreased intake that caused

10  him originally to have the problem.  After

11  January we didn't have all of the blood counts.

12  So for all I know, he may or may not have been

13  copper deficient, vitamin A deficient and

14  vitamin B-12 deficient in addition to the iron

15  deficiency.

16      Q.   **If I understand what you're saying,**

17  **you're saying that the other deficiencies could**

18  **cause the iron deficiency?**

19      A.   Again, I'm not a vitamin expert.  My

20  recollection is that some of these vitamin

21  deficiencies could potentially trigger the

22  absorption of other ones.  These specific ones,

23  I don't recall.  You asked me before about why

24  he would have some nutrition issues.  There

25  were a couple things going on with him that we

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 87

1 didn't explain.  We know that he had some

2 abnormality in his liver.  Before you asked me

3 whether this was cirrhosis.  We know he at

4 least had fibrosis.

5          He had some other medical issues that

6 were going on and it's possible that that could

7 be an explanation for a problem with

8 absorption, in addition to or instead of a

9 decreased intake issue.

10     Q.  Do you know if Mr. Batton had any

11 symptoms from his liver disease?

12     A.  I know he was having problems with

13 nausea.  That's sometimes a symptom of liver

14 disease.  Whether that was related to his liver

15 disease, I don't know.

16     Q.  Anything else?

17     A.  He had weight loss.  I'm assuming that

18 was due to nutritional issues.  But liver can

19 do that as well.

20     Q.  Anything else?  I'm looking for

21 symptoms from his liver disease?

22     A.  That's all I can think of offhand.

23     Q.  So it could be the weight loss.  But

24 we don't know?

25     A.  He had a lot of reasons for weight

PETER G. SHIELDS, M.D.

Page 88

1  loss.

2      Q.  Liver could have been one, may not

3  have been one.  You can't say for sure?

4      A.  That's correct.

5      Q.  The other was --

6      A.  Nausea.

7      Q.  Nausea?

8      A.  There are a number of reasons why he

9  could have had nausea.

10     Q.  But we don't know if one of them was

11 liver?

12     A.  Right.  And then he had issues with

13 vomiting as well.  And I sort of link that with

14 the nausea.

15     Q.  Understood.  You note here -- going

16 back to the deficiencies.  I want to make sure

17 I understand.  If he was taking his

18 supplements, his iron supplements, we really

19 don't know why he was still iron deficient if

20 he was taking his supplements?

21     A.  Well, I have patients who are taking

22 their iron supplements and I believe they are

23 taking the supplements, and I still document a

24 low iron level, then I know it's an absorption

25 issue.  Although I don't know why it's an

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 89

1  absorption issue.  By the way, one of the

2  things I don't recall either way was what dose

3  of iron he was prescribed.  Maybe he was not

4  taking enough of it to replete his iron.  I

5  would have to look at that.

6      **Q.  Do you know how long he was prescribed**

7  **iron supplements?**

8      A.  In January he was still taking one

9  iron tablet per day, which by the way, would be

10 an insufficient dose for someone who is

11 documented with iron deficiency.  He should be

12 taking at least three a day.  What happened

13 after January for any of these, I don't know,

14 because we don't have any further follow-ups

15 with Dr. Paustenbach to document what medicines

16 he was prescribing or stopping.

17     **Q.  Let me ask it this way:  It is true**

18 **that if he was having an absorption problem,**

19 **you don't really -- you don't have an opinion**

20 **as to why, true?**

21     A.  Most of the time we don't know why.

22     **Q.  And in this case you don't have an**

23 **opinion as to why?**

24         MR. GORDON:  Other than the ones he's

25 already expressed.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 90

1      A.   Sometimes there are interactions with
2 these nutrients or other ones.  He was
3 obviously having a substantial problem with
4 nutrition.  So it may very well be that he was
5 having an absorption problem because of a
6 nutrition condition.
7      Q.   Dr. Shields, all I'm looking for are
8 your opinions in this case.  Do you have an
9 opinion on whether he had an absorption
10 problem?
11      A.   He had an absorption problem.
12      Q.   Have you reached an opinion based on
13 reasonable medical probability as to what
14 caused the absorption problem?
15      A.   In most cases we don't have that.  In
16 him we have some explanations.  Whether they're
17 the causes or not, I can't tell you for
18 certain.
19      Q.   Moving down here in the second
20 paragraph on Page 10.  Again, this is your
21 report.  The last sentence says,
22 "immunophenotyping is an important method for
23 confirming the diagnosis of MDS, such as
24 positive staining for CD34 and CD117."  Did I
25 read that right?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 91

1      A.  Yes.

2      Q.  **Now, there are different types of --**

3 **or classifications of MDS according to WHO,**

4 **correct, the World Health Organization?**

5      A.  Yes.  We usually call it WHO.

6      Q.  **There are different classifications of**

7 **MDS according to WHO?**

8      A.  Yes.

9      Q.  **And those are what?**

10     A.  What are the classifications?

11     Q.  **Yes.**

12     A.  Well, they're all derivatives -- I

13 think I've got a table in here with the actual

14 classification.  So I can give them to you

15 exactly.

16     Q.  **I can't read the one that's in my**

17 **copy.**

18     A.  I thought I printed out another one

19 for you.

20     Q.  **You can just tell me what they are?**

21     A.  There's -- do you want me to give you

22 the initials?

23     Q.  **Yes.**

24     A.  There's a PRA, which is a refractory

25 anemia; there's an RCMD, which is a refractory

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 92

1 cytopenia with multilineage dysplasia.  There
2 is a PSA, which is a sideroblastic anemia.  And
3 there is an RSCMD, which is a refractory
4 sideroblastic cytopenia with multilineage
5 dysplasia.  There's a 5Q minus syndrome.  And
6 there's two types of RAEB, which is refractory
7 anemia with excess blasts.
8     Q.  According to WHO, when is
9 immunohistochemistry staining relevant?
10     A.  In all of them.
11     Q.  Based on your understanding of the WHO
12 classification system, you believe that the
13 immunohistochemical staining -- I'm looking at
14 CD34 and CD117 -- is relevant to all of those
15 classifications?
16     A.  Sure.  I mean, immunohistochemistry
17 staining as a diagnosis of MDS is a routine
18 clinical practice.
19     Q.  I know you mention this in here, but
20 is benzene a constituent or contaminant of
21 mineral spirits?
22     A.  Benzene has been reported to be
23 present in mineral spirits at trace levels.
24     Q.  I saw you had some citations or
25 references, you referenced I think Paustenbach

PETER G. SHIELDS, M.D.

Page 93

1  article.   Do you know Dr. Paustenbach?

2      A.  I've talked to him on the phone

3  before.   I might even have published with him.

4      Q.  What did you publish with him?

5      A.  I'd have to go back to my CV.  I think

6  we were working on a paper at one point.   It

7  would either be in my CV or not.  If it's not

8  there, then it's not published.

9      Q.  What was the paper about?

10     A.  I don't remember either way.

11     Q.  Was it funded by industry?

12     A.  I don't think I was -- you're really

13 pushing my memory.  Whether he was funded or

14 not, I have no idea.

15     Q.  How long ago was it, if you recall?

16     A.  It would be several years ago.  I may

17 be mixing him up entirely in terms of that

18 paper.  But I have talked to him on the phone

19 at least once before.

20     Q.  What did you talk to him about?

21     A.  It was a litigation case.

22     Q.  Were you both experts in the same

23 case?

24     A.  I was an expert in the case.  I don't

25 recall whether he was or wasn't.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 94

1     Q.  What was the case about?

2     A.  I don't remember.

3     Q.  You don't remember the constituent or

4 anything like that or the disease?

5     A.  No.

6     Q.  Have you ever heard that

7 Dr. Paustenbach has an industry bias in his

8 publications?

9     A.  I have read his publications before.

10 I would not necessarily classify him as an

11 industry bias.

12     Q.  I'm just asking if you've heard that

13 he has an industry bias reputation, from

14 anybody?

15     A.  I certainly haven't heard that from my

16 peers, no.

17     Q.  Have you heard it from anybody?

18     A.  Not that I recall.  I guess I have

19 now.

20     Q.  I didn't say that.  I just asked if

21 you had heard it.  Have you asked your peers

22 about Dr. Paustenbach's reputation?

23     A.  Not that I recall, no.

24     Q.  Do you know if he's ever had any

25 studies pulled from publications because of

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 95

1  improper ghost writing?

2     A.  I don't know either way, no.

3     Q.  Did you do an extensive literature

4  review on how much benzene would be in mineral

5  spirits?

6     A.  I pulled a couple of papers on it.  I

7  wouldn't necessarily call it an extensive

8  review, but the documents that I looked at were

9  consistent with each other, so I relied on

10 them.

11    Q.  Are those listed in your references?

12    A.  Yes.

13    Q.  You didn't do an extensive literature

14 review of how much benzene is in mineral

15 spirits?

16    A.  No.  My understanding was that the

17 amount of benzene in mineral spirits were

18 controlled since at least the `70s to extremely

19 low levels.

20    Q.  Have you read Dr. Kopstein's

21 deposition?

22    A.  No.

23    Q.  Do you know who he is?

24    A.  I understand he's one of the plaintiff

25 experts in this case.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 96

1     Q.  Do you know if he's given a deposition
2  in this case?
3     A.  No.
4     Q.  Do you know what his opinions are in
5  this case?
6     A.  No.
7     Q.  Do you know if he's published how much
8  benzene has been in mineral spirits
9  historically?
10     A.  I believe there was a paper by him in
11  the list of papers that the plaintiffs are
12  relying on.  It was given to me by Mr. Gordon.
13  I don't even recall the title or the subject of
14  the paper.  But I'm assuming that that has some
15  relevance to this.
16     Q.  My question is do you know if he's
17  published in the area of benzene levels in
18  mineral spirits?
19     A.  What I know is that paper, which may
20  or may not be the subject of what you're
21  talking about.
22     Q.  So you don't know the subject matter
23  of that paper?
24     A.  I'm vaguely picturing the title, and I
25  think it was.  But I may be wrong.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 97

1    Q.  Did you read that paper?

2    A.  No.

3    Q.  Why not?

4    A.  I just didn't.

5    Q.  Wouldn't that provide some information

6 for you on benzene levels historically in

7 mineral spirits?

8    A.  I don't know what's in the paper.  So

9 I can't answer that question.

10    Q.  I'm sorry.  I thought you said the

11 title indicated to you that it might have

12 some --

13    A.  I'm vaguely recollecting that the

14 title was -- I don't remember.  For some reason

15 it didn't appear that I needed to read that for

16 this.

17    Q.  So you didn't consider his testimony

18 or his opinions at all?

19    A.  That's correct.

20    Q.  On Page 11 you say here "importantly,

21 there is no evidence that Mr. Batton was

22 exposed to benzene."  Did you write that?

23    A.  Yes.

24    Q.  Did that come from any lawyer or

25 anything like that, to your recollection?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 98

1     A.  No, I didn't see any evidence in this
2 case that he was exposed to benzene.
3     Q.  **If he was exposed to mineral spirits,**
4 **would that expose him to benzene?**
5     A.  To trace levels of benzene.
6     Q.  **So it would be benzene, it would be**
7 **trace levels of benzene if he was exposed to**
8 **mineral spirits?**
9     A.  If he was using mineral spirits, there
10 is a possibly that he would be exposed to trace
11 levels of benzene.
12     Q.  **Why would it only be a possibility?**
13     A.  The levels are so small, who knows
14 whether any of it would have gotten into his
15 body.
16     Q.  **What are the levels?**
17     A.  We can refer to some of the articles.
18 But it's .01 percent or something like that.
19     Q.  **In the `70s?**
20     A.  I believe it was controlled back to
21 the `70s.  There's are some papers there that I
22 can refer to.
23     Q.  **Yes.  Why don't you take a look?  I**
24 **want to know which article specifically you're**
25 **relying on for that proposition.**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 99

1      A.   So this is a 2008 paper that was just

2 recently published by Amoruso.

3      **Q.   Is that the ChemRisk, the Paustenbach**

4 **article?**

5      A.   No, Paustenbach is not an author on

6 this paper.  And this was cited in my report.

7 It says here the specification for benzene

8 content in mineral spirits is usually less than

9 .1 percent, but in practice benzene levels are

10 typically below 0.005 percent due to refining

11 and distillation techniques.  It goes on to say

12 there have been several publications dealing

13 with current and historical information on

14 benzene levels and mineral spirits, and he

15 cites Carpenter 1975, which has levels at .1

16 percent, another paper by Carpenter in `77, a

17 study by Patel working for the Consumer Product

18 Safety Commission that said that in `77 typical

19 levels of benzene in mineral spirits were in

20 the range of 0.01 percent to 0.03 percent.  And

21 then it goes on.

22      **Q.   And this one is in International**

23 **Journal of Toxicology, yes?**

24      A.   That's correct, 2008.

25      **Q.   And paid for by Exxon, right?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 100

1       A.  Well, some of the authors are cited as
2 working for Exxon.  Whether they paid for it or
3 not --
4       Q.  **Have you looked at it to find out?**
5       A.  Actually, no, it was not funded by
6 Exxon.  It was funded by the American Chemistry
7 Council Hydrocarbon Solvents panel, whose
8 members include several companies, including
9 Exxon.  But it was actually funded by the
10 American Chemistry Council Hydrocarbon Solvents
11 panel.
12      Q.  **Do you know who the American Chemistry**
13 **Council is?**
14      A.  I believe that's an association.
15      Q.  **Of companies --**
16      A.  Presumably, yes.
17      Q.  **-- that make products that contain**
18 **benzene?**
19      A.  That's correct.
20      Q.  **Did you consider that at all in how**
21 **reliable that paper was or was not?**
22      A.  The paper is citing -- often I will
23 look at what review papers conclude and decide
24 whether I agree or disagree with them.  But I'm
25 more interested to see what literature they

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 101

1 cite.  Here they are citing papers that have

2 been funded by the federal government, U.S.

3 Consumer Product Safety Commission.  So I would

4 find that more relevant.

5      Q.  Do you consider if a paper is funded

6 by an interested party whether the conclusions

7 are reliable when you read something like that?

8      A.  Not really.  I'm more interested to

9 look at the data and make a conclusion whether

10 or not the conclusions follow the data.  And

11 that could be -- I could agree or disagree no

12 matter who the funding party is.

13      Q.  Is it safe to say that you're not an

14 expert in the historical concentration of

15 benzene in mineral spirits, but you're relying

16 on these papers for that part of your opinion?

17      A.  That's correct.  I'm not a chemist.

18      Q.  Can you turn to Page 12, please?

19      A.  Yes.

20      Q.  You talk about alcohol drinking and

21 vitamin A deficiency here, is that correct, and

22 that relationship?

23      A.  Are you talking about the last

24 sentence?

25      Q.  I'm talking about the paragraph that

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 102

1 starts vitamin A is a dietary nutrient?

2    A.  Yes, there's some discussion of

3 alcohol consumption.

4    Q.  Is it your opinion that Mr. Batton's

5 alcohol drinking that ended approximately ten

6 years before his death in any way contributed

7 to his vitamin A deficiency?

8    A.  No, I don't think so.

9    Q.  The next part talks about copper

10 deficiency.  Do you see that?

11    A.  Yes.

12    Q.  Was he on supplements for copper?

13    A.  After he was diagnosed with a copper

14 deficiency, yes.

15    Q.  And if he took those supplements --

16 strike that.  Do you know if he died copper

17 deficient?

18    A.  I don't know either way.

19    Q.  And vitamin B-12, do you know if he

20 died B-12 deficient?

21    A.  I know that he stopped his shots some

22 time around January.  Vitamin B-12 actually

23 stays in the body for a very long time.  But by

24 April I can't tell you either way.  He probably

25 had -- actually I don't know either way.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 103

1      Q.   The next part is methodological
2  approaches to individual risk assessment.   Did
3  I read that right?
4      A.   That's right.
5      Q.   Correct me if I'm wrong, but my belief
6  is this isn't the first time this has been used
7  in a litigation case, is that true, this
8  section?
9      A.   Well, it certainly was revised for
10 this.   This section has been or derivatives of
11 it have been used in litigation as well as
12 publications.
13     Q.   I assume that went all of the way
14 through here to Page 21 where it talks about
15 railroad work.
16     A.   I'm sorry.   What's your question?
17     Q.   My question is all of this
18 information -- strike that.   That's a good
19 point.   Let's do it this way, starting on Page
20 12 at the bottom where it has the title
21 through -- let's stop on Page 15.   I want you
22 to tell me what was changed from the previous
23 report.   I know I see Mr. Batton's name a few
24 times.
25     A.   I don't think I can tell you what's

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 104

1 been changed.

2     Q.  So let's do it this way, then:  The

3 first paragraph under that title on Page 12, it

4 goes through about half of Page 13, the last

5 sentence in that paragraph says in this case,

6 right?

7     A.  I see that.

8     Q.  And then it says what it says.  Did

9 you add this sentence to this paragraph?  Let

10 me ask it better.  Have you used any part of

11 this first paragraph before in a different

12 report?

13     A.  Yes.

14     Q.  How much of that first paragraph did

15 you use in a different report?

16     A.  The concepts are certainly in probably

17 every case that I'm dealing with specific

18 causation.  How much of the paragraph is

19 different versus the same, I can't answer you.

20     Q.  So did you retype all of this when you

21 started Mr. Batton's report?

22     A.  No.  Generally I will cut and paste it

23 from some other report and revise it.

24     Q.  Do you know which part you cut and

25 pasted out of here and -- cut out of a

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 105

1 different report and pasted it into

2 Mr. Batton's report?

3     A.  I would cut out the section and then

4 revise it as appropriate to this case.

5     Q.  So you cut out, I assume starting with

6 the title on Page 12 to some point.  Do you

7 know what point it ended?

8     A.  No.

9     Q.  What kind of case did you take it out

10 of?

11     A.  I don't remember which case I took

12 this out of.

13     Q.  Was it another railroad case?

14     A.  I don't know.

15     Q.  On Page 15 you see the part that says

16 target organ specificity?

17     A.  Yes.

18     Q.  Did you take that from a different

19 case?

20     A.  That's often an issue in other cases.

21 So the concepts certainly come up in other

22 cases and I would have started off cutting and

23 pasting and tailoring it specifically to this

24 case.

25     Q.  Is that relevant for this case?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 106

1      A.  Absolutely.

2      Q.  **The last sentence says, for any of the**

3  **chemicals at issue in this case, as listed**

4  **below, there's insufficient evidence to**

5  **indicate that these are multi-organ**

6  **carcinogens, and almost all lack sufficient**

7  **evidence for cancer risk in humans.  What**

8  **chemicals were you talking about in**

9  **Mr. Batton's case?**

10     A.  Mineral spirits, which is composed of

11  a number of different chemicals, benzene.  So

12  solvents, mineral spirits and benzene.

13     Q.  **Are you aware of any allegations that**

14  **this multi-organ carcinogen, what any of them**

15  **would be?**

16     A.  I noticed on Dr. Omalu's list of

17  references that he provided, some of them had

18  absolutely nothing to do with hematologic

19  malignancies.  So I was anticipating an

20  allegation on his part that every chemical

21  could cause cancer anywhere in one organ, then

22  it can cause cancer in any organ.

23     Q.  **Are you aware of that opinion being**

24  **made?**

25     A.  I don't recall whether Dr. Omalu

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 107

1  ultimately did or didn't.

2      Q.  So the inclusion of that sentence

3  wasn't a mistake on your part.  You were

4  actually thinking it was relevant to the issues

5  in this case?

6      A.  Absolutely.

7      Q.  On Page 17, I think you start some

8  discussion about lung cancer.  The third

9  paragraph there, the last sentence says this is

10  thought; do you see that?

11      A.  Yes.

12      Q.  There's a cutoff.  I assume again that

13  you took this piece from another case, true?

14      A.  Yes, that's true.  And it was tailored

15  to Mr. Batton's case.

16      Q.  Let's go to the first paragraph, if we

17  could.  The third sentence starts, it is

18  instructive to consider the scientific data for

19  smoking and lung cancer, to place into context

20  the allegation made by plaintiff's expert.  Did

21  I read that right?

22      A.  Yes.

23      Q.  Did you type that for this case or was

24  that already in there?

25      A.  Again, I would have cut and pasted it

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 108

1  and then revised it.  So I don't think I can

2  answer your question.

3      Q.  But you still have what you cut and

4  pasted it from on your computer at home, true?

5      A.  That's correct, if I could figure out

6  which one it was, yes.

7      Q.  So going back to the third paragraph,

8  you saw the cutoff part there?

9      A.  Yes.

10     Q.  What happened there?

11     A.  It was probably as I was tailoring it

12  I didn't cut off the whole sentence, or maybe

13  it looks more like I accidentally cut off the

14  rest of the sentence.

15     Q.  When you were in the process of

16  cutting and pasting and tailoring, something

17  got cut off?

18     A.  Yes.  I was in the process of editing

19  it.

20     Q.  At the top of Page 17 you talk about

21  latency?

22     A.  Yes.

23     Q.  I'm going to give you a hypothetical.

24  If Mr. Batton was exposed to benzene at

25  sufficient levels to cause MDS in the `70s and

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 109

1 **early `80s and was diagnosed with MDS in 2007,**

2 **would that be a sufficient latent period for**

3 **that disease?**

4        MR. GORDON:  Objection to both parts

5 of the hypothetical question.

6     A.  So given that he is alleged to have

7 been exposed to benzene between about `73 and

8 `83.

9     Q.  **Right.**

10     A.  And you're asking me to assume without

11 evidence, so it's a hypothetical, that he was

12 exposed to some substantial amounts of benzene

13 that could cause some types of MDS, is the

14 latency period from `73 to `83 and he gets

15 diagnosed in 2008 with MDS.

16     Q.  **Right.**

17     A.  Is that a plausible latency period?

18        MR. GORDON:  The assumption is someone

19 in 2007 diagnosed him with MDS.

20     A.  The hypothetical is that latency

21 period from `73 to `83 with exposure to

22 substantial benzene, is it reasonable to have a

23 latency period such as one gets diagnosed in

24 2007, the answer is no.

25     Q.  **Is it too long or too short?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 110

1     A.  I would expect that someone with
2 substantial exposure to benzene would have been
3 diagnosed earlier.
4     **Q.  What is the appropriate range of**
5 **latency for somebody who is exposed to enough**
6 **benzene to cause MDS?**
7     A.  I don't think we know that for MDS
8 from the benzene studies.
9     **Q.  So how can you say that it's an**
10 **inappropriate --**
11     A.  Actually, I'm basing it on leukemia
12 studies.
13     **Q.  So then is it your opinion that you**
14 **don't know what the appropriate latency period**
15 **would be for benzene and MDS, true?**
16     A.  We don't know specifically for MDS.
17 In general we know that hematologic
18 malignancies after exposure, for example, to
19 some chemotherapies or radiation, the latencies
20 tend to be shorter, and I would think from a
21 `73 start date to 2008 would be a long time,
22 even for leukemia, but I do stand corrected
23 from before, for MDS we don't have that data
24 either way.
25     **Q.  So you don't have an opinion on what**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 111

1 **the appropriate latency period would be for**

2 **benzene exposure causing MDS, true?**

3      A.   I'm making an assumption that it's

4 somewhat similar to leukemias, but in fact,

5 MDSs are much more slowly progressive.  So it

6 may be that my assumptions are incorrect.

7      Q.   **What is it for leukemia?**

8      A.   I would have to go back to the papers,

9 look at the Pliofilm cohort or Askoy's shoe

10 workers to give you exact ranges.  I don't

11 recall offhand.

12      Q.   **But you think it's shorter than 35**

13 **years?**

14      A.   I recall that most people are

15 diagnosed within 35 years.  But it really gets

16 very difficult because in an individual study

17 you don't really know who got their leukemia

18 related to a substantial exposure to benzene or

19 not.  So it's very difficult to say for an

20 individual whether you have a latency period

21 consistent with the literature or not.  It just

22 seems long to me for Mr. Batton, assuming that

23 he had MDS, which I don't think he did.

24      Q.   **In this case for your opinions did you**

25 **assume that Mr. Batton's testimony was accurate**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 112

1  as far as his exposure goes?

2      A.  Yes.

3      Q.  In your report there's nothing here

4  about the etiology of his neurological illness.

5  Are you giving opinions on either the form or

6  etiology of Mr. Batton's neurological illness

7  in this case?

8      A.  Mr. Gordon didn't ask me to comment on

9  his neurological illness.  Of course I can't

10 control what you will ask me.

11     Q.  You were not asked to form opinions on

12 that?

13     A.  That's right.  I was not asked by

14 Mr. Gordon to form opinions on that.

15         MR. FRIELING:  Let's take a short

16 break.

17         (Recess.)

18 BY MR. FRIELING:

19     Q.  Doctor, I just want to make sure I've

20 got a clear picture of what it is you've

21 reviewed in the case.  Your report alludes to

22 some CSX records?

23     A.  That's right.  I had Mr. Batton's CSX

24 records.  That included medical reports.

25     Q.  So his personnel records?

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 113

1      A.  Yes.

2      Q.  **To the extent you know.  Do you know**

3  **if you had any documents that would have shown**

4  **what materials he used or was exposed to?**

5      A.  I don't have documents --

6      Q.  **CSX documents?**

7      A.  Yes, I don't have any CSX documents

8  that say that he was exposed to anything.

9          MR. GORDON:  Are you asking about

10  surveys?

11         MR. FRIELING:  No.

12     Q.  **I'm asking if you were given any**

13  **specifications on the different types of**

14  **cleaners that were available for use?**

15     A.  No, I don't have any documents that

16  show that he was working with any cleaners.

17     Q.  **That's not what I asked you.  My**

18  **question was did you receive any documents that**

19  **were specifications of the different kinds of**

20  **cleaners?**

21     A.  Of any type of cleaners at all?

22     Q.  **Yes, that he may have used?**

23     A.  It's my understanding from them that

24  he didn't use cleaners.

25     Q.  **From whom?**

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 114

1     A.  From Mr. Gordon.

2     Q.  Mr. Gordon told you that Mr. Batton

3 didn't use any cleaners in his job?

4     A.  If I understood him correctly, that is

5 the case.

6     Q.  Let's talk about that.  Did he tell

7 you that Mr. Batton was lying in his

8 deposition?

9     A.  Actually, I didn't ask either way.

10     Q.  What was your response to Mr. Gordon

11 when he told you that he didn't believe

12 Mr. Batton used cleaners in his job?

13     A.  My response to him was the same

14 response that I gave to you.  I'm relying on

15 Mr. Batton's testimony.

16     Q.  So my original question was did you

17 receive any specification of any cleaners that

18 Mr. Batton identified in his deposition?

19     A.  Meaning mineral spirits?

20     Q.  Any.

21     MR. GORDON:  He didn't identify any in

22 his deposition.

23     MR. FRIELING:  I think he did.  Didn't

24 he say solvents?

25     MR. GORDON:  No.  He said something

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 115

1 that smelled like gasoline and was yellow.

2     Q.  Let me ask you a different question.

3 We talked earlier in this deposition about

4 different cleaners that were used at the

5 railroad?

6     A.  You asked me whether I knew what was

7 used at that particular yard and I said I

8 didn't know.

9     Q.  Did you see any specifications for

10 mineral spirits at the Hamlet Yard?

11     A.  No.

12     Q.  How about alkaline cleaner?

13     A.  No.

14     Q.  Was any of that provided to you?

15     A.  No.

16     Q.  We talked about the depositions that

17 you read.  Were you provided any depositions

18 that you did not read?

19     A.  I don't think so.

20     Q.  Do you know?

21     A.  I just said I don't think so.

22     Q.  Do you know for sure?

23     A.  I don't think so.

24     Q.  And you were provided the little

25 summary sheet that the lawyers created, yes, of

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 116

1  exposure; that's Exhibit 4, right?

2      A.  Yes.

3      Q.  And you're not relying on that for any

4  reason, right?

5      A.  Right.

6      Q.  And then you were provided with some

7  expert reports and I think we went over that.

8  You were provided with Mr. Batton's affidavit,

9  right?

10     A.  That's correct.

11     Q.  And you were provided with his medical

12  records, true?

13     A.  That's right.

14     Q.  Anything else?

15     A.  I was provided with a medical report

16  summary.

17     Q.  Is that here?

18     A.  No.  And I think that's it.

19     Q.  And then I had a question concerning

20  benzene exposure and MDS and benzene exposure

21  and leukemia.  I want to know what your opinion

22  is, what dose is required of benzene to cause

23  MDS?

24     A.  I mean, it's hard for me to quantitate

25  it.  Certainly there are estimates in the

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 117

1  literature of the doses that are needed.

2  Usually not for MDS.  Usually specific for

3  leukemia and people tend to lump them together.

4         From my perspective, when I approach a

5  case like this, I look at the type of work that

6  people do, as studied in the literature, and

7  compare it to what is being done in the

8  individual such as Mr. Batton.  When I look at

9  studies like Pliofilm workers or shoe

10 manufacturers in Turkey and that sort of thing,

11 and when I look at those exposures when they

12 were working with products that were either

13 benzene or 30 percent benzene and I compare it

14 to the worst allegation here which is mineral

15 spirits, which is something much less than one

16 percent, then I know that we've got a huge gap

17 in exposure levels, such that it makes it

18 unlikely that Mr. Batton would have had

19 sufficient exposure to benzene.  Plus I'm able

20 to look at literature about mineral spirits and

21 the types of work that he was doing to form

22 opinions.  When you talk about specific doses

23 it gets pretty tricky to provide those

24 estimates.

25         MR. FRIELING:  Objection.

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 118

1  Non-responsive.

2      Q.  I just want to know if you have --

3  we'll do it quantitatively.  Do you have a

4  quantitative dose that Dr. Shields requires

5  before you'll link benzene exposure to an MDS?

6      A.  I think it's difficult to do it that

7  way.  But offhand, no.

8      Q.  The same for leukemia?

9      A.  That's correct.

10      MR. FRIELING:  I'm going to request

11  the doctor's file, and pursuant to receiving

12  and reviewing that, I don't have any further

13  questions.

14      MR. GORDON:  Do you have another copy

15  of his medical records?  You all have that

16  summary of your client's medical records.

17      MR. FRIELING:  I want to know

18  specifically when it was sent.  That's what I

19  want to know.  If you want to send me a list of

20  these are all the documents Bates labeled that

21  he was sent, I can tell you what I want.  My

22  problem is he was sent some CSX documents.  I

23  want to know which ones.

24      MR. GORDON:  He's covered it with you.

25  But if you have more questions, I'll get with

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 119

1  you and tell you exactly what they are.  I

2  can't sit here and tell you that.

3          MR. FRIELING:  I'm just saying I get

4  to know what he was sent.

5          MR. GORDON:  That's fine.  If you need

6  to talk to him more about it, we'll get him on

7  the phone.

8          MR. FRIELING:  I don't know that I

9  will.  But pursuant to that, we're through.

10         THE WITNESS:  I'll sign it.

11         THE REPORTER:  What would you like?

12         MR. FRIELING:  Original and condensed.

13         MR. GORDON:  That's fine.

14         (Whereupon, the deposition was concluded

15  at 12:15 p.m.)

16                  *        *        *

17

18

19

20

21

22

23

24

25

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 120

1                CERTIFICATE OF DEPONENT

2

3      I hereby certify that I have read and

4 examined the within transcript, and the same is

5 a true and accurate record of the testimony

6 given by me.

7      Any additions or corrections that I feel

8 are necessary, I will write on a separate sheet

9 of paper to the original transcript.

10

11

12

13

14        _____

15          PETER G. SHIELDS, M.D.

16

17

18

19

20

21

22

23

24

25

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 121

1   STATE OF MARYLAND
    COUNTY OF BALTIMORE

2

3       I, Linda A. Crockett, a Notary Public
    of the State of Maryland, do hereby certify
4   that the within named, PETER G. SHIELDS, M.D.,
    was deposed at the time and place herein set
5   out, and after having been duly sworn by me,
    was interrogated by counsel.

6

7       I further certify that the examination
    was recorded stenographically by me, and this
    transcript is a true record of the proceedings.

8

9       I further certify that the
    stipulations made herein were entered into by
    counsel in my presence.

10

11      I further certify that I am not of
    counsel to any of the parties, nor an employee
    of counsel, nor related to any of the parties,
12  nor in any way interested in the outcome of
    this action.

13

        As witness my hand and notarial seal
14  this 2nd day of October, 2008.

15  My commission expires:  December 1, 2008

16

17  _____
                Notary Public

18

19

20

21

22

23

24

25

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 122

1                    INDEX OF WITNESSES

2   WITNESS                                      PAGE

3   PETER G. SHIELDS, M.D.

4     EXAMINATION BY MR. FRIELING              3

5

6

7

8                      E X H I B I T S

9                      (Attached.)

10  EXHIBIT NUMBER:                             PAGE

11    No. 1, report of Dr. Shields; No. 2,    4

12    medico-legal report from Dr. Omalu;

13    No. 3, surgical pathology report; No.

14    4, exposure history summary; and No.

15    5, stack of medical articles

16    No. 6, curriculum vitae                  17

17

18

19

20

21

22

23

24

25

ddb9e3eb-4898-43ac-8b9c-4ab56e467bb8

PETER G. SHIELDS, M.D.

Page 123

## A

**able** 61:20 117:19
**abnormal** 69:8 81:19
**abnormality** 87:2
**absence** 70:17
**absolutely** 106:1,18
  107:6
**absorbing** 84:21 86:5
**absorption** 83:23,25
  84:5,8,10 86:8,22
  87:8 88:24 89:1,18
  90:5,9,11,14
**accidentally** 108:13
**accurate** 60:24
  111:25 120:5
**acronym** 68:9 73:7
**action** 10:9 14:20
  121:12
**actively** 41:11
**activities** 20:14 53:8
**actual** 61:1 91:13
**acute** 39:17 68:15,17
**acutely** 81:4
**add** 22:7 104:9
**added** 44:7 47:22
**addition** 19:7 27:4
  86:14 87:8
**additional** 9:14 22:7
**additions** 120:7
**administrative** 19:9
  19:13
**administrators** 21:7
**advanced** 73:15
**affidavit** 48:22 51:2
  116:8
**afraid** 10:11
**afternoon** 21:22
**age** 57:19,21
**ago** 14:12 31:6 32:16
  52:21 72:2 93:15
  93:16
**agree** 11:16 12:2
  57:13,14,23 58:1,4
  58:21 59:1,10,16
  60:6,8 66:9 100:24
  101:11
**agreed** 3:4 59:22
**ahead** 85:10
**aimed** 64:6
**aint** 77:16

**albans** 5:16
**albers** 5:16 48:3,9
**alcohol** 79:24,25
  101:20 102:3,5
**alkaline** 115:12
**allegation** 106:20
  107:20 117:14
**allegations** 13:8,11
  106:13
**alleged** 10:12,14 16:5
  16:21 17:16 109:6
**allen** 2:3
**alludes** 112:21
**american** 31:25
  100:6,10,12
**aml** 39:17,20
**amoruso** 99:2
**amount** 19:21 54:17
  95:17
**amounts** 109:12
**analysis** 29:21
**analyzed** 29:1
**anemia** 91 80:19
  81:14 82:3 85:13
  91:25 92:2,7
**anemic** 80:24
**ann** 1:19
**answer** 11:20 22:16
  27:19 41:16 45:21
  45:23 55:4,5 59:16
  59:19 66:20 67:24
  76:18 77:16 78:6
  79:20 97:9 104:19
  108:2 109:24
**answered** 40:12
  79:20,23
**answering** 20:7
  75:22 79:8
**anticipating** 106:19
**anybody** 94:14,17
**appear** 97:15
**appearances** 2:1
**appears** 56:8
**applying** 34:1
**approach** 117:4
**approaches** 103:2
**appropriate** 105:4
  110:4,14 111:1
**approximately** 102:5
**april** 82:15 102:24

**area** 24:12 40:8
  42:21,23 96:17
**aromatic** 32:3
**article** 38:11 93:1
  98:24 99:4
**articles** 4:6,19 5:4
  8:11,14,19,23,24
  9:1,3 20:4 32:2,3
  98:17 122:15
**asbestos** 10:8 15:8,21
  15:24
**asked** 40:11 54:12
  55:9 75:22 77:9
  78:5 86:23 87:2
  94:20,21 112:11,13
  113:17 115:6
**asking** 12:4 27:17
  29:2 46:20 51:14
  77:14 79:12 94:12
  109:10 113:9,12
**askoys** 111:9
**aspects** 25:1
**aspirate** 63:6
**assess** 37:24 76:1
**assessment** 12:7
  34:13 36:21 103:2
**association** 32:1 79:3
  79:7 100:14
**associations** 26:8
  28:20
**assume** 4:10 37:25
  42:15 52:24 55:17
  61:2 71:8 83:8
  103:13 105:5
  107:12 109:10
  111:25
**assuming** 60:23 85:2
  87:17 96:14 111:22
**assumption** 55:20
  109:18 111:3
**assumptions** 111:6
**attach** 4:10,11,13 5:5
  17:21
**attached** 122:9
**attorney** 52:20
**attorneys** 6:17 9:1
  14:23 60:13
**atypical** 58:5
**author** 99:5
**authors** 100:1

**autopsies** 43:7,9,10
  43:11,15
**autopsy** 5:25 57:11
**available** 24:16 26:10
  51:11,18,24 54:23
  55:10,13 63:10
  113:14
**aware** 39:8 57:19
  78:19 106:13,23

## B

**b** 57:22 84:20 122:8
**b12** 83:1,3,9 84:18
  86:14 102:19,20,22
**back** 31:21 32:1,24
  33:13 34:16 35:22
  38:17 54:22 57:7
  58:10 64:12 81:12
  88:16 93:5 98:20
  108:7 111:8
**background** 25:8
**bakers** 49:19
**baltimore** 27:23 28:4
  121:1
**banks** 4:9 5:15 6:7
  48:1,2,5 58:9,12
  59:4,22 61:8 64:18
  64:19 65:9 66:3,21
  67:18,19 69:3,20
  69:25 70:16 72:19
  73:3,23 85:19,22
**bascal** 72:7
**based** 26:22 61:14,16
  61:21 71:15,17
  76:15 85:22 90:12
  92:11
**basic** 21:1
**basically** 72:13
**basing** 110:11
**basis** 61:24
**bates** 118:20
**batton** 1:6,8 5:15,18
  6:14 7:4 47:24
  48:12,22 49:10
  60:19,23 61:3
  74:13 75:11 76:8
  77:1 78:3 83:17
  84:6 87:10 97:21
  108:24 111:22
  114:2,7,12,18

117:8,18
**battons** 7:5 51:2 68:1
  78:17 102:4 103:23
  104:21 105:2 106:9
  107:15 111:25
  112:6,23 114:15
  116:8
**beginning** 1:15
**behalf** 2:6,11 10:17
  12:25 13:2,15
  14:15,16 15:2,6,14
  44:9
**behavior** 9:24
**belief** 103:5
**believe** 7:13,17 8:16
  10:5 13:6,12 14:9
  15:22 16:1,3,18
  23:5 24:17 36:11
  36:25 37:10,13
  38:11 39:8 49:22
  50:15 53:16,21
  57:1 73:11 88:22
  92:12 96:10 98:20
  100:14 114:11
**believed** 9:2
**bennet** 5:24
**benzene** 16:5,16,21
  16:22,24 17:10,13
  17:16,19 34:22
  35:14,23 36:2,10
  36:18 37:1,3,4,6,7
  37:25 38:18,20
  39:6,9,15,17,23
  40:6,10,15,20,22
  40:24 56:14,17,18
  56:24 57:2 92:20
  92:22 95:4,14,17
  96:8,17 97:6,22
  98:2,4,5,6,7,11
  99:7,9,14,19
  100:18 101:15
  106:11,12 108:24
  109:7,12,22 110:2
  110:6,8,15 111:2
  111:18 116:20,20
  116:22 117:13,13
  117:19 118:5
**benzeneexposed**
  34:19
**benzenes** 37:11

PETER G. SHIELDS, M.D.

best 45:14,16,18 47:6
  61:24
beth 53:19
better 81:20,20 82:3
  82:7 83:21 85:1,7
  85:12 104:10
bias 94:7,11,13
bibliography 30:9
bills 46:1
biological 26:10,13
biomarker 26:14
  27:25
biomarkers 27:11
  35:11
biopsies 71:1 77:3
  78:11
biopsy 59:14,21 60:5
  60:9 61:24 63:3,13
  69:11
biotechnologies 34:2
black 26:7
blasts 63:23 92:7
blinded 33:19 34:6
blocks 70:22,24
blood 13:19 81:13,15
  81:19,24 83:4
  86:11
board 22:22,23,24,25
  23:3,4,7,11,22 24:3
  24:13,15
boards 23:2
body 81:25 98:15
  102:23
bone 42:8 62:12,15
  62:19 64:13 69:11
  69:16 81:11 82:10
  82:14 86:1,6
book 30:16 31:10
  32:22 33:11 34:6
  34:10,11 36:13,14
  37:20,20
books 34:15
boost 81:22
bottom 73:13 103:20
box 26:7
break 3:24 20:19
  21:10,10 38:14,18
  60:10 112:16
breast 20:25 21:11
  29:17 30:24

breath 80:22
bridging 73:6,16
  74:2
bring 4:4
british 64:11
broad 79:10
broadly 52:25
brought 4:12 31:23
  37:25 47:11 72:11
buffalo 20:25
buy 55:21,21

C

c 1:18 2:3 3:1 57:25
call 20:20 21:11,15
  21:20 26:18 54:5
  59:20 67:4 69:10
  74:5 91:5 95:7
called 26:15 33:1
  54:1
calling 37:22
calls 54:17
cancer 1:16 9:13,14
  9:15 10:12,15,24
  11:2,7,10 12:10
  13:2,10 20:21 21:1
  21:12,14 27:8,22
  28:4,5,21 29:16,17
  30:23,24 31:22
  32:6,8,11 33:1 34:3
  34:13,14 35:7,12
  35:14 36:17,21
  37:24 40:1,17 41:1
  106:7,21,22 107:8
  107:19
cancers 13:11,12,13
  13:19 14:10 16:19
cant 8:8 11:20 31:2,3
  36:6 60:4 73:7 88:3
  90:17 91:16 97:9
  102:24 104:19
  112:9 119:2
capable 71:14,17
  79:8
capacity 22:10
carcinogen 9:17
  11:17 40:2,25
  106:14
carcinogenesis 33:4
  37:8

carcinogenicity 9:24
carcinogens 11:12,13
  34:12 40:5 106:6
care 42:2 44:6
career 43:3
carolina 1:1 2:10
carpenter 99:15,16
case 5:8,21 7:6 8:18
  9:2 10:9,11,13,18
  10:21,24 12:19
  13:14 14:19,22,22
  15:8,21 17:15
  26:12 39:14 43:21
  43:23 44:17 45:10
  46:2,7,10,22 49:10
  49:23 52:8 53:1,2,2
  53:21 54:16 60:15
  61:3,6,9 62:19
  63:17 64:17 66:17
  68:1 69:1 70:12
  72:17 76:2,25
  89:22 90:8 93:21
  93:23,24 94:1
  95:25 96:2,5 98:2
  103:7 104:5,17
  105:4,9,11,13,19
  105:24,25 106:3,9
  107:5,13,15,23
  111:24 112:7,21
  114:5 117:5
cases 9:10,15,23 10:6
  10:23 12:25 13:7,9
  13:14 14:6,14,15
  15:2,14 16:4,12,15
  16:17,20 17:2,9,12
  20:6,18 26:17
  41:21 62:10 63:15
  90:15 105:20,22
category 9:17 33:20
  39:3 40:4
cathy 1:6 5:17 48:11
  83:17
causation 79:12
  104:18
cause 11:2,7,10 16:14
  32:6 35:14 38:19
  38:20,24 39:6,9,15
  39:17,23 40:6,10
  40:20,22 41:2 79:1
  79:5,13,18,25

86:18 106:21,22
  108:25 109:13
  110:6 116:22
caused 14:7 16:6
  86:9 90:14
causes 16:1 28:5
  79:22 90:17
causing 12:9 40:1
  111:2
cd113 64:21 65:4
cd117 64:24 68:5
  90:24 92:14
cd31 65:20 66:24
  67:3 68:5
cd34 64:21 65:4 68:5
  90:24 92:14
cell 59:11 63:21
cells 68:22,24 69:1
center 1:17,17 2:4
  21:14
certain 25:18 90:18
certainly 13:17 26:1
  32:23 39:13 42:24
  65:12 67:4 71:16
  78:24 80:1 83:2
  94:15 103:9 104:16
  105:21 116:25
certificate 120:1
certification 24:15
certified 22:22,24,24
  22:25 23:7,11,22
  24:13
certify 120:3 121:3,6
  121:8,10
change 30:14
changed 103:22
  104:1
changes 50:19,20
chapter 34:7 37:6,7,8
  37:20
chapters 30:16 31:11
  32:22 33:11 34:14
  36:13,14 37:2
charge 44:16,23
chemical 9:17 15:5
  37:8 40:1 42:12,20
  55:19 106:20
chemicals 106:3,8,11
chemist 101:17
chemistry 100:6,10

100:12
chemotherapies
  110:19
chemrisk 99:3
chief 21:5,7,7
china 35:4
chinese 36:3
chronic 39:18 73:5
chrysotile 15:24 16:1
chuckling 19:5
cirrhosis 73:4,7,17
  73:18,19,21,24,25
  74:3,5,6,8,11,14,17
  74:18,21 75:1,3,6
  75:10,12,14,15,17
  75:19,21,24 76:8
  76:17 77:2,4 78:4,8
  78:13 87:3
citations 92:24
cite 101:1
cited 6:25 8:14,16
  48:25 99:6 100:1
cites 48:19 99:15
citing 100:22 101:1
civil 14:22
claim 16:24 49:17
claimed 82:9
class 10:9 14:20
classification 63:25
  64:6,10,11 91:14
  92:12
classifications 91:3,6
  91:10 92:15
classifies 40:24
classify 40:2 94:10
clean 69:24
cleaner 115:12
cleaners 51:10 52:2,5
  54:23 55:6,10,12
  55:15 113:14,16,20
  113:21,24 114:3,12
  114:17 115:4
clear 112:20
clearly 81:17 82:24
clients 118:16
clinic 21:12,17
clinical 21:18,19 44:1
  44:3 61:17 62:4,11
  69:15,17 72:22
  73:1 75:10,12,15

PETER G. SHIELDS, M.D.

Page 125

78:9 80:8,12,17
92:18
clinically 84:25
close 75:9
closely 73:10,11 81:3
cml 39:20
coauthoring 33:3
cohort 25:17 26:12
26:20 111:9
coinflip 65:10
collaborators 20:25
collected 27:24 28:17
29:1
collectively 5:5 35:21
collects 12:12
come 14:5 19:15,19
20:10 48:3 97:24
105:21
comfortable 59:15
comforting 75:2
coming 7:11,24 8:2
53:2
comment 59:12
112:8
comments 32:24
33:18 34:5 73:12
commission 99:18
101:3 121:15
committees 19:11
common 42:23
communities 9:21
companies 14:24
20:22 100:8,15
company 9:22 10:10
compare 117:7,13
complaints 80:23
complete 15:16 18:25
47:19 49:15,18
51:23 70:17
completely 50:23
component 74:3
composed 106:10
comprehensive 1:16
51:23
computer 49:4,11
108:4
concentration 101:14
concepts 104:16
105:21
conceptually 23:15

concerning 116:19
conclude 11:6 16:13
100:23
concluded 16:23
17:10,17 42:11,18
119:14
conclusion 14:5
35:17 39:5 40:8,17
43:2 80:3 101:9
conclusions 40:3
101:6,10
concurred 72:21
concurring 61:11
condensed 119:12
condition 90:6
conducted 27:23
conference 20:20
21:11,15,20
confirm 76:7,16,16
76:22,25 77:7 78:2
confirmed 76:11,12
76:19
confirming 90:23
confused 64:20 85:11
conjunction 18:18
consequences 69:17
consider 97:17
100:20 101:5
107:18
consideration 51:16
consistency 68:2
consistent 62:11
65:11 82:14 95:9
111:21
constituent 92:20
94:3
consult 66:11
consultation 71:24
consultations 22:17
consumer 14:19
99:17 101:3
consumption 79:24
79:25 102:3
contact 53:23
contain 100:17
contained 16:25
contaminant 92:20
content 54:11 99:8
context 12:3 69:15
107:19

continue 27:21
continued 82:7
contribute 17:10
50:13,18
contributed 14:8
15:24 102:6
contribution 50:15
control 26:12 112:10
controlled 95:18
98:20
conversation 54:14
conversations 42:25
convincing 63:18
cooking 34:21 35:5
copied 4:24
copies 46:11
copper 83:1,3 84:18
86:13 102:9,12,13
102:16
copy 4:5,12 5:7 6:3
17:21 18:19 57:5,6
57:8 91:17 118:14
corner 5:11
correct 3:19 7:7,16
7:20 8:9,17 10:16
10:22 11:8 15:4,9
17:20 18:19 19:2
20:11 23:10,24
25:10 28:7 32:9
34:23 35:25 36:11
37:1,18 38:3,6,8
41:13 43:23 45:5
47:12,13,21 48:13
48:23 49:16 52:6
55:7 56:19 57:1,12
58:14,25 61:7
62:14,15 64:25
65:21 66:12,19
71:25 74:12 76:14
80:15 85:16 86:2
88:4 91:4 97:19
99:24 100:19
101:17,21 103:5
108:5 116:10 118:9
corrected 50:17
69:21 81:13 110:22
corrections 120:7
correctly 9:5 16:17
30:5,12 31:13
53:13 67:2 83:2

114:4
council 100:7,10,13
counsel 3:5 121:5,9
121:11,11
count 15:16 80:25,25
81:14,16,22 82:1,2
counted 45:24
counts 81:19 82:1,12
83:4,21 85:1,6,12
85:25 86:11
county 1:2 121:1
couple 13:13 14:14
19:23 20:1 46:5
86:25 95:6
course 24:5 33:17
61:18 62:4,11 80:9
80:12,17 112:9
court 1:2,3 4:22
covered 118:24
coworker 7:14,15,17
coworkers 60:14
created 115:25
creation 6:22
criteria 57:20 74:5
critique 48:19
crockett 1:19,25
121:3
csx 1:11 6:17,19 8:4
51:21 52:17 53:20
60:14 112:22,23
113:6,7 118:22
cumberland 52:15
53:10
current 17:23 18:1,4
99:13
currently 18:17
curriculum 17:25
122:16
cut 104:22,24,25
105:3,5 107:25
108:3,12,13,17
cutoff 107:12 108:8
cutting 105:22
108:16
cv 17:22 18:18,19
23:5 25:6 26:25
27:4 28:23 93:5,7
cybergenetics 63:8
cytopenia 92:1,4

**D**
d 1:14,18 3:1,9 58:3
120:15 121:4 122:3
dallas 2:5
data 12:12 27:24
28:2,16,25 29:2,19
29:21 35:13 79:11
101:9,10 107:18
110:23
date 6:8,8 110:21
dated 18:8
day 20:13 22:8 44:24
44:25,25 45:1,3,6
54:1 84:13 85:15
89:9,12 121:14
days 20:14 21:16,17
80:24
deal 29:13,14 33:5
65:10
dealing 99:12 104:17
deals 31:4,17 32:3
death 80:17 85:24
102:6
decalcified 70:20
71:4
deceased 1:8
december 121:15
decide 37:9 75:9
100:23
decreased 86:9 87:9
defendant 1:12 2:11
44:10
defendants 50:13
66:18
defense 8:18 9:18
10:7,23
defer 67:6,7
deficiencies 82:19
83:3 84:14 86:17
86:21 88:16
deficiency 85:15,21
86:15,18 89:11
101:21 102:7,10,14
deficient 84:22 86:13
86:13,14 88:19
102:17,20
define 33:17
definite 73:16,20,25
74:2,6
definitely 31:24 59:7

PETER G. SHIELDS, M.D.

**degree** 27:6 38:12
**department** 21:8
  22:20
**depending** 21:23
  27:25
**depends** 11:18 12:3
  20:13 22:3,4 33:16
  79:11
**depo** 5:15,18,18
  48:12,15
**deponent** 120:1
**deposed** 3:20 9:9
  13:8 14:17,18,20
  14:21,23 15:1
  121:4
**deposition** 1:14 3:6
  4:14 7:5,14,15,18
  15:20 17:24 44:19
  47:24 48:16,20
  49:19 50:1 51:4
  58:15 95:21 96:1
  114:8,18,22 115:3
  119:14
**depositions** 6:13,24
  8:5 12:22 44:11,12
  52:8 115:16,17
**depressed** 83:4
**derivatives** 91:12
  103:10
**described** 26:3 54:16
**describes** 47:15
**designation** 11:24
  12:1
**details** 7:11,24 8:2
**determine** 25:19
  26:21 28:19
**developed** 10:15
**develops** 81:5
**devita** 36:15
**dewey** 1:7 5:15 6:14
  7:3,5 47:24
**diagnose** 63:4 78:13
**diagnosed** 74:21 75:5
  102:13 109:1,15,19
  109:23 110:3
  111:15
**diagnoses** 24:11
  71:23 73:1
**diagnosis** 23:21 42:3
  42:7,10 60:9 61:25

62:8,13,23 63:8,11
64:1 65:6 67:22
68:3,19 71:17
72:14,23,24 75:2
75:13,17,21,23
76:8,17 81:10
90:23 92:17
**didnt** 57:5,8 58:7,16
  58:22 59:12 60:16
  62:5 64:2 66:13,16
  66:25 69:23 70:3,5
  74:4 76:1 79:17
  83:20 85:6 86:11
  87:1 94:20 95:13
  97:4,15,17 98:1
  107:1 108:12 112:8
  113:24 114:3,9,11
  114:21,23 115:8
**died** 78:4 84:16,17,21
  102:16,20
**diesel** 16:25
**dietary** 102:1
**difference** 25:23
  71:19
**different** 8:5 12:10
  24:24 27:10 52:2,2
  62:6 64:6 79:23
  91:2,6 104:11,15
  104:19 105:1,18
  106:11 113:13,19
  115:2,4
**differential** 81:8
**difficult** 59:13 61:25
  69:10 111:16,19
  118:6
**directly** 61:12
**disagree** 57:14 59:17
  66:4,6,9,21 67:1
  100:24 101:11
**disagreed** 59:23
**disagreements** 49:25
**discharged** 81:12
**discovered** 83:6
**discuss** 37:3 42:9
  57:2
**discussed** 40:16
**discussion** 80:11
  102:2 107:8
**disease** 14:8 16:14
  17:11 42:19 67:23

73:6 77:4 87:11,14
87:15,21 94:4
109:3
**diseases** 24:22
**dispute** 60:25
**distillation** 99:11
**division** 1:4 22:20
**doctor** 3:20 18:11
  19:4 28:23 35:19
  39:5 60:13 71:13
  74:25 76:22 112:19
**doctors** 118:11
**document** 4:22 6:22
  36:23 84:19 88:23
  89:15
**documentation** 17:13
**documented** 82:25
  84:14 89:11
**documenting** 35:10
**documents** 55:2 95:8
  113:3,5,6,7,15,18
  118:20,22
**doesnt** 39:3,13,25
  46:15 49:17 56:24
  59:24 71:9 77:13
  81:4 82:3,6
**doing** 20:3 21:18
  24:24 25:15 43:15
  59:15 63:15 117:21
**dont** 3:25 6:3 7:18,25
  11:3,15,24 12:15
  13:6 15:22 25:7,14
  25:22,23 26:1 27:7
  27:20 29:20 33:23
  34:24 35:16 36:4
  37:19,22 38:25
  40:5,8,16,21 41:2
  42:23 43:1,5 45:1
  46:5,16 49:24
  50:21 53:24 54:7
  54:10,10,15,17
  55:5,12,21,23 56:1
  56:3,15 58:11,21
  59:16,20,25 60:6,8
  60:8 65:8,15,17
  66:20 67:8,13 68:4
  69:2,5 70:12 74:9
  74:14 75:11,14
  78:23 79:15 80:2
  83:16,19 84:17

85:3 86:8,23 87:15
87:24 88:10,19,25
89:2,13,14,19,19
89:21,22 90:15
93:10,12,24 94:2,3
95:2 96:13,22 97:8
97:14 98:23 102:8
102:18,25 103:25
105:11,14 106:25
108:1 110:7,14,16
110:23,25 111:10
111:17,23 113:5,7
113:15 115:19,21
115:23 118:12
119:8
**dose** 89:2,10 116:22
  118:4
**doses** 38:20 117:1,22
  5:2
**doublesided** 4:23,25
**dr** 4:6,9,15,16 5:4,24
  6:7 8:25 38:17
  48:19 49:19 57:11
  58:9,12 59:4,22
  61:8 64:18,19 65:9
  66:3,21 67:18,19
  69:3,20,25 70:16
  72:8,19 73:23 82:9
  85:19,22 89:15
  90:7 93:1 94:7,22
  95:20 106:16,25
  118:4 122:11,12
**drinking** 101:20
  102:5
**dropped** 26:17
**drums** 52:5 53:15
  54:24 55:10,13,16
  55:17,25 56:4
**due** 81:15 87:18
  99:10
**duly** 3:10 121:5
**dysplasia** 63:20
  69:14 81:8 92:1,5

                E

**e** 3:1,1,1 58:6,21 83:1
  122:8
**earlier** 74:15 110:3
  115:3
**early** 51:12 54:25

109:1
**edited** 37:21,21
**editing** 108:18
**edition** 37:12
**editions** 33:1,10
**editor** 32:25 33:13
  34:4,11,11
**editorial** 32:24 34:3
**editorials** 30:16
  31:10 36:13
**edits** 33:13
**effects** 35:11
**either** 5:16 17:14
  21:13,19 23:25
  33:23 39:2 40:3,21
  53:1 55:3 56:2,6,15
  68:4 83:16,19 85:3
  89:2 93:7,10 95:2
  102:18,24,25
  110:24 112:5 114:9
  117:12
**electronic** 49:3
**email** 54:3,5,8,9,11
**emails** 20:7
**embalmed** 43:14,16
  43:18 44:5
**employee** 121:11
**ended** 102:5 105:7
**ends** 49:10
**entered** 121:9
**entire** 50:6
**entirely** 69:15 93:17
**environment** 29:19
**environmental** 9:21
  10:14 29:13 31:22
  32:5 41:7,7
**enzyme** 68:21
**epidemiologic** 79:2,6
  79:21 80:1
**epidemiologists** 26:6
  26:19
**epidemiology** 25:8
  25:12,13,16,24,25
  26:2,4,4,7,11,16
  27:6 29:7,25 30:21
  31:18 33:21 34:14
  34:18 79:15
**equal** 19:21
**esquire** 2:3,8
**essentially** 69:7 72:13

PETER G. SHIELDS, M.D.

Page 127

81:13
estate 1:7
estimate 15:13 41:14
  41:22 45:11,17
  46:21
estimates 116:25
  117:24
etiology 112:4,6
evidence 11:4,6
  16:16 17:18 35:16
  55:3 80:3 84:23
  85:4 97:21 98:1
  106:4,7 109:11
exact 111:10
exactly 91:15 119:1
exam 23:3
examination 3:13
  121:6 122:4
examine 28:18
examined 38:24
  120:4
examining 42:5
example 22:6 25:5
  33:9 110:18
exams 24:1,4
excess 92:7
executrix 1:6
exhaust 16:25
exhibit 4:13,14,20,25
  5:3,7,22 6:5,10,15
  6:16 8:10 17:24
  47:11 60:21 61:5
  116:1 122:10
exhibits 5:1
expect 110:1
experience 67:5
expert 12:24 71:14
  74:10 84:9 86:19
  93:24 101:14
  107:20 116:7
expertise 24:12
experts 46:18 49:23
  93:22 95:25
expire 23:2
expires 121:15
explain 80:13 82:16
  82:22 84:3 87:1
explained 81:17
explanation 84:13
  85:6 87:7

explanations 90:16
expose 98:4
exposed 17:4,6,18
  24:23 25:18 28:14
  30:1,21 31:18
  33:22 35:5 97:22
  98:2,3,7,10 108:24
  109:7,12 110:5
  113:4,8
exposure 4:8,17,21
  9:17 10:12,14 14:7
  16:5,13,16,21,22
  16:25 17:13,16
  32:5 37:10 38:1
  39:9 42:13,20,20
  60:15 61:1 109:21
  110:2,18 111:2,18
  112:1 116:1,20,20
  117:17,19 118:5
  122:14
exposures 6:14 9:20
  9:21 26:22 27:15
  27:18 28:10 29:13
  31:23 32:7 35:10
  35:19 36:3,9 53:9
  117:11
expressed 89:25
expressing 68:23
extensive 33:12 34:5
  95:3,7,13
extent 113:2
extra 57:9
extremely 95:18
extremis 81:18
exxon 99:25 100:2,6
  100:9

**F**

f 59:1
fab 64:10
fact 26:16 48:18
  78:23 111:4
factor 67:11,14,20
faculty 20:16
failure 82:10
fair 54:16
fairly 66:2
family 19:7 78:16,17
far 83:11 112:1
fast 81:25

features 62:22,25
federal 101:2
feel 23:6 120:7
fellows 20:24
felt 53:7 61:1
fibrosis 73:6,16,18
  74:2,3,7 87:4
field 41:4
figure 60:15 108:5
file 1:5 46:6,8,9
  118:11
filled 21:3
final 40:3,8,17
find 100:4 101:4
finding 36:22
findings 6:1 69:18
fine 15:13 82:2,2
  119:5,13
finish 77:11
finished 53:1
first 3:10 36:1,24
  38:5 47:14 49:15
  50:5 51:6 54:5,13
  54:18 63:5 81:2
  103:6 104:3,11,14
  107:16
firsthand 51:13 53:4
five 13:18 14:24 44:8
  44:9 77:24
fixed 71:1
flipping 18:21
fluids 24:11
focused 9:16
folder 49:4,9,11
follow 101:10
followed 81:3
following 10:12
follows 3:12
followups 89:14
forensic 23:11,17
forget 40:4
form 112:5,11,14
  117:21
forms 39:6,15
forwarding 81:25
found 53:22 80:23
four 10:5 15:17,17
  16:10,11 18:2 44:9
fourth 10:13
frame 54:19

framework 11:18
frank 2:8 18:3 46:12
frankly 31:19
fraud 14:19
free 21:3,19 23:6
frenchamerican
  64:10
frequently 63:21
friday 1:15
frieling 2:3 3:13,16
  4:12,20 5:6 17:7
  18:3,7,10,13,15
  38:14,16 46:12,15
  46:20,24 47:3,5
  49:12 60:10,12
  74:23 76:5 77:5,17
  77:22 78:1 112:15
  112:18 113:11
  114:23 117:25
  118:10,17 119:3,8
  119:12 122:4
front 7:21
full 45:3
funded 93:11,13
  100:5,6,9 101:2,5
funding 101:12
further 56:7 89:14
  118:12 121:6,8,10

**G**

g 1:14 3:1,9 59:6
  120:15 121:4 122:3
gallbladder 74:16,21
  75:24
gamut 13:12
gap 117:16
gasoline 115:1
gastric 10:15,24 13:2
gastrointestinal 84:4
  84:7
general 1:1 51:20
  79:12 110:17
generally 21:3 24:9
  40:16 104:22
generated 50:5
georgetown 1:17
getting 10:12 84:10
ghost 95:1
give 15:20 27:9 30:4
  45:16,18 46:18,18

80:5,16 91:14,21
  108:23 111:10
given 75:23 81:12,21
  81:24 84:25 96:1
  96:12 109:6 113:12
  120:6
giving 20:7 32:19
  33:18 71:14 77:20
  112:5
glad 47:1
go 31:9,21 32:1 34:16
  35:22 41:17 50:25
  51:1 53:3,17 58:10
  71:6,9,9,11 75:8
  80:10 81:12 85:10
  93:5 107:16 111:8
goes 21:9 33:19
  99:11,21 104:4
  112:1
going 4:20 5:5 17:7
  28:18 45:13 53:4
  54:22 55:8 57:13
  64:12 77:15,16
  86:25 87:6 88:15
  108:7,23 118:10
good 3:14,15 5:17
  10:1 36:22 41:17
  50:12 82:1,13
  103:18
gordon 2:8,9 4:9 6:18
  6:19 18:5,9,12,14
  46:14,17,23 47:1
  50:16 51:19 53:22
  77:13,19,24 85:8
  89:24 96:12 109:4
  109:18 112:8,14
  113:9 114:1,2,10
  114:21,25 118:14
  118:24 119:5,13
gordons 13:4
gotten 29:22 31:1
  98:14
government 101:2
grades 11:12
grants 20:5,22
graphs 57:6
group 36:1 42:2
guess 7:25 19:14
  22:11 25:22 34:21
  45:15,18,20 46:25

PETER G. SHIELDS, M.D.

47:6 59:16 73:8
94:18
**guessing** 7:12 13:17
14:2 17:5

## H

**h** 3:1 59:9,19 122:8
**hagerstown** 52:16
**half** 20:19 21:10
28:12 44:24 45:1,2
45:6,6 65:9 104:4
**hamlet** 51:11 52:11
54:24 55:11 115:10
**hand** 50:8 121:13
**handful** 16:9
**handwriting** 5:10,12
5:13,17
**handwritten** 47:23
**hanover** 1:2
**happen** 81:6
**happened** 89:12
108:10
**hard** 17:14 43:5
69:16 116:24
**havent** 24:18 40:13
45:12 50:1 94:15
**haynes** 2:9
**health** 41:7 64:2,9
91:4
**heard** 73:22 94:6,12
94:15,17,21
**heated** 34:20 35:5
**heavily** 42:22
**hedging** 59:12
**help** 62:2 81:21
**helpful** 53:7 61:10
**helping** 20:8
**helps** 65:6
**hematologic** 13:12
13:20,21 106:18
110:17
**hematologist** 41:23
**hematologists** 22:19
22:21
**hematology** 22:15,22
22:24 23:1,4,8 24:4
**hematopoietic** 57:23
**heres** 66:8
**hes** 46:21 73:18,20
73:23,24 74:1

89:24 94:24 95:24
96:1,7,16 118:24
**highlight** 37:9
**historical** 99:13
101:14
**historically** 96:9 97:6
**histories** 27:12,25
**history** 4:8,18,21
28:19,21 78:16,17
78:20,21,24 80:5
122:14
**holding** 67:19
**home** 19:20,22 46:8
108:4
**homes** 35:4
**hospital** 21:6 22:5,9
22:16 41:25 80:20
**hour** 20:7,19 21:10
28:11,12 44:18
47:8
**hours** 19:6,19,23
20:1 22:8 45:12,25
47:6
**house** 49:2
**huge** 117:16
**huitt** 5:15 48:3,7
**human** 11:11 25:12
40:25
**humans** 11:2,7,10
16:2 35:15 38:19
39:7,16,19,24
40:10,23 79:1,5,25
106:7
**hundred** 62:16,20
65:13
**hydrocarbon** 100:7
100:10
**hydrocarbons** 32:4
**hypercellular** 57:18
69:12
**hypercellularity**
57:21
**hyperplasia** 69:13
**hypocellularity**
63:20
**hypolobulated** 58:7
58:16
**hypotheses** 26:10,14
30:25
**hypothetical** 108:23

109:5,11,20

## I

**iarc** 12:16 39:23,25
40:9,14 41:9
**iarcs** 11:9,25
**id** 16:9 31:21 32:16
34:16 45:18 46:12
50:4 58:10 93:5
**idea** 51:25 52:22
93:14
**identified** 114:18
**identify** 32:12 114:21
**ill** 4:2 17:3 19:18,19
20:6 35:22 45:20
46:17,18 47:1 66:9
69:19 74:1 78:5
79:20 118:25
119:10
**illness** 16:6,14,22
112:4,6,9
**im** 5:4,16 15:11 17:7
19:5,12,14 20:2,3,4
20:23 21:9 22:5,11
22:12,23,24 27:17
29:5,23 30:19
32:14,19,21 33:8
34:8 35:18 37:2,17
38:10,10 39:8
40:15 41:15,18,23
45:11 46:20 47:19
51:14 52:25 53:12
54:15 55:8 57:13
57:19 59:11 60:7
61:12,19 64:19
67:19,25 71:16
72:20 74:4 75:22
76:18 78:15 79:4
79:12 83:2 84:9
85:1,11 86:19
87:17,20 90:7
92:13 94:12 96:14
96:24 97:10,13
100:24 101:8,17,25
103:5,16 104:17
108:23 110:11
111:3 113:12
114:14 117:19
118:10 119:3
**immunohistochem...**

92:13
**immunohistochem...**
62:1 63:7 65:4
70:11 92:9,16
**immunophenotypi...**
90:22
**impact** 71:4
**important** 90:22
**importantly** 97:20
**improper** 95:1
**improve** 64:7
**inappropriate**
110:10
**incident** 25:19
**include** 24:25 56:24
63:6,8 100:8
**included** 9:6 46:6
112:24
**includes** 19:6
**including** 13:14
30:17 36:3 100:8
**inclusion** 107:2
**incomplete** 47:18
**inconsistent** 80:12,18
**incorrect** 111:6
**increase** 63:23 65:24
66:22
**increased** 58:1 59:11
65:3 66:1 67:4
68:16,23,25 78:18
78:21 80:5
**independent** 76:15
**index** 122:1
**indicate** 38:24 85:24
106:5
**indicated** 28:25
97:11
**individual** 37:24
103:2 111:16,20
117:8
**industrialized** 42:22
**industry** 28:15 93:11
94:7,11,13
**information** 28:19
63:9 79:16 97:5
99:13 103:18
**initials** 91:22
**input** 6:21
**institute** 20:21 41:6
**instructive** 107:18

**insufficient** 89:10
106:4
**intake** 86:9 87:9
**intended** 56:20,22
**interactions** 90:1
**interest** 15:5
**interested** 29:5 34:8
35:18 100:25 101:6
101:8 121:12
**interesting** 30:11
**internal** 24:5
**international** 99:22
**interpret** 73:8
**interpretation** 59:14
69:22 70:2
**interpreting** 74:4
**interrogated** 121:5
**intravenous** 83:24
**investigating** 26:13
**investigators** 20:20
21:18,21
**invoices** 45:24 46:11
46:17
**involve** 29:25
**involved** 9:16,22
19:12 34:20 35:12
36:2
**involvement** 9:15
**involving** 30:20
**iron** 69:22 70:1,15,17
71:5,6 83:3,13,21
83:23,24 84:1,22
85:15,21,25 86:1,6
86:14,18 88:18,19
88:22,24 89:3,4,7,9
89:11
**isnt** 73:24 103:6
**issue** 12:10 82:25
86:8 87:9 88:25
89:1 105:20 106:3
**issues** 31:4 83:6
84:12 86:24 87:5
87:18 88:12 107:4
**ive** 12:24 32:25 33:2
36:14 43:4 47:22
47:23 52:10 61:12
91:13 93:2 112:19

## J

**j** 57:14 60:3

PETER G. SHIELDS, M.D.

january 81:25 82:5
  82:12 83:10 85:1
  85:24 86:11 89:8
  89:13 102:22
jargon 26:15
jim 53:18
job 24:24 25:4 114:3
  114:12
joint 25:3 52:22
journal 31:25 99:23
journals 29:11
july 5:23 18:8,19
  19:1
justice 1:2

**K**

keep 46:9
kept 56:4
khallakuri 72:7,8
kind 8:7 9:10 13:21
  18:17 25:19 105:9
kinds 113:19
knew 115:6
know 3:24,25 4:23
  23:14,15 26:25
  33:17 39:12,22
  40:9,13,21,24
  45:13,21,23 46:5
  49:21 50:4 51:10
  53:22,24 54:10,23
  55:5,9,12,15 56:3,6
  58:18,20 59:4,22
  59:25 60:2 61:11
  63:24 65:5,8,12,17
  67:8,14,21 68:1,4
  68:11 69:3,17
  70:14 72:20 74:7,9
  74:14 75:4,11,13
  75:14,20 82:18
  83:11,15,16,17
  84:14,21 85:3 86:5
  86:8,12 87:1,3,10
  87:12,15,24 88:10
  88:19,24,25 89:6
  89:13,21 92:19
  93:1 94:24 95:2,23
  96:1,4,7,16,19,22
  97:8 98:24 100:12
  102:16,18,19,21,25
  103:23 104:24

105:7,14 110:7,14
  110:16,17 111:17
  113:2,2 115:8,20
  115:22 116:21
  117:16 118:2,17,19
  118:23 119:4,8
knowledge 51:20,23
  53:4 55:23 56:1
known 11:12 40:3
  80:19 82:11
knows 98:13
kopsteins 95:20
kramer 53:19

**L**

label 55:24 56:2
labeled 30:12 55:16
  55:18 56:5 118:20
laboratory 19:8
lack 106:6
lacked 16:15
large 19:8 27:22
larger 35:12
late 20:2
latencies 110:19
latency 108:21
  109:14,17,20,23
  110:5,14 111:1,20
latent 109:2
lawyer 6:19 25:15
  53:18 69:8 97:24
lawyers 8:18 50:12
  53:18,20 115:25
leaders 21:14
lectures 77:21
left 85:12,14
leukemia 13:22
  39:16,18,19 40:23
  42:15,16,19 68:15
  68:19 110:11,22
  111:7,17 116:21
  117:3 118:8
leukemias 14:1 111:4
level 71:6 84:18,18
  84:19 88:24
levels 82:25 92:23
  95:19 96:17 97:6
  98:5,7,11,13,16
  99:9,14,15,19
  108:25 117:17

limit 29:7
linda 1:19,25 121:3
lineage 59:8
lineages 57:24
lines 63:21
link 88:13 118:5
list 8:24 9:1,7 11:11
  15:15 47:20 65:21
  67:9 96:11 106:16
  118:17,19
listed 56:17,18,25
  67:17,20 84:15
  95:11 106:3
lists 56:11
literature 95:3,13
  100:25 111:21
  117:1,6,20
litigation 20:6 52:24
  93:21 103:7,11
little 43:5 64:20
  69:12,13 115:24
live 44:6
liver 73:6,14 74:20
  74:22 76:4,23 77:4
  78:6,11 87:2,11,13
  87:14,18,21 88:2
  88:11
lombardi 1:16
long 25:16 41:17
  89:6 93:15 102:23
  109:25 110:21
  111:22
longer 22:23
look 8:22 12:8 17:4
  23:6 26:24 27:11
  28:1 30:14,15
  31:21 32:17 35:7
  38:1 43:13,17
  45:24 47:10 62:3
  63:5 65:8,18 66:1
  68:18,20 77:10
  78:6,8 89:5 98:23
  100:23 101:9 111:9
  117:5,8,11,20
looked 27:10 30:24
  40:14 43:22 44:3
  45:12 49:1,8 51:1
  72:18 74:20 76:24
  95:8 100:4
looking 9:23 18:18

19:14 23:9 27:5
  28:4 29:18,23
  30:19 33:6,8 34:10
  35:9 62:1 68:15,22
  69:16 75:8 76:21
  77:1,7 78:2 79:4
  87:20 90:7 92:13
looks 18:25 23:20
  24:21 108:13
loss 87:17,23 88:1
lot 28:16 87:25
low 71:11 82:25
  88:24 95:19
lucky 21:9
lump 117:3
lung 27:8,22 28:4,5
  28:21 29:16 30:22
  32:8 35:12,14
  107:8,19
lying 114:7
lymphoma 14:3
lymphomas 13:22

**M**

m 1:14,16 3:9 119:15
  120:15 121:4 122:3
major 14:24
making 72:23 111:3
malabsorption 84:12
malignancies 106:19
  110:18
management 19:9
manufacturers
  117:10
marked 4:19 17:25
markers 68:14
marrow 42:8 57:18
  62:12,19 64:13
  69:11,16 72:14,15
  81:11 82:10,14
  86:1,6
marrows 62:15
maryland 52:16
  121:1,3
masters 38:12
materials 47:15,20
  47:22 48:21 113:4
matter 96:22 101:12
maturation 59:7
mature 36:5

mds 38:19,21,21,25
  39:6,10,11,23
  40:10,16,20 41:12
  41:16,18 42:3,13
  61:14,16,20,23,23
  62:2,3,7,10,12,20
  62:22,24 63:2,11
  63:12,17 65:5
  67:22 68:3 72:15
  78:18,22,24,25
  79:1,5,13,18,22,25
  80:6,12,18 81:4
  82:3,6,13 90:23
  91:3,7 92:17
  108:25 109:1,13,15
  109:19 110:6,7,15
  110:16,23 111:2,23
  116:20,23 117:2
  118:5
mdss 111:5
mean 8:1 12:5 26:5
  27:20 49:17 64:24
  69:9 70:24 72:18
  84:16 92:16 116:24
meaning 114:19
means 69:8
meant 47:19 65:2
measurable 11:3
measuring 68:13
medical 1:17 4:18 5:3
  8:11 20:17,17 30:3
  31:25 42:25 76:3,9
  76:11,13,19 82:18
  87:5 90:13 112:24
  116:11,15 118:15
  118:16 122:15
medication 81:21
  84:20
medicine 21:8 24:5
  24:16,20 25:1
  29:11
medicines 89:15
medicolegal 4:16
  122:12
meet 21:5
meeting 20:16,23,24
  21:2,13
meetings 20:14 21:22
megakaryocytes 58:2
  58:5,8,17 65:25

66:23
**megakaryocytic**
69:13
**members** 100:8
**memory** 93:13
**mention** 50:19 64:2,4
69:19 92:19
**mentioned** 8:10
14:14 30:22 63:24
69:11 72:1
**mentioning** 29:16
**mentoring** 19:10
**mesothelioma** 10:9
10:18 15:25 16:2
**met** 3:16,17
**method** 63:25 90:22
**methodological**
103:1
**micromegakaryoc...**
59:3
**microscope** 43:22
**mild** 58:4 80:19 81:8
82:3 85:13
**mildly** 57:18
**millberg** 2:9
**mind** 30:19 39:4
51:15
**mine** 46:19
**mineral** 35:20,23
36:10 56:3 92:21
92:23 95:4,14,17
96:8,18 97:7 98:3,8
98:9 99:8,14,19
101:15 106:10,12
114:19 115:10
117:14,20
**minor** 22:18
**minus** 92:5
**minute** 70:15
**minutes** 20:15 28:13
77:15
**mistake** 107:3
**mixing** 93:17
**moderately** 73:15
**molecular** 25:8,12,21
25:24 26:2,16,18
34:13
**moment** 14:12 72:1
**monday** 20:15
**mondays** 21:2,15

**month** 41:25
**months** 22:6 41:20
82:8
**morning** 3:14,15
19:15,18
**morris** 10:10
**moving** 90:19
**mp** 68:7
**mpo** 68:6,10,12,18
68:23 69:5
**multilineage** 92:1,4
**multimyeloma** 13:22
**multiorgan** 106:5,14
**multiple** 13:23 84:10
**muscle** 25:3
**myelodysplasia**
62:17,18
**myeloid** 59:8 63:23
**myeloiderythroid**
59:11
**myelomas** 13:24
**myeloperoxidase**
67:9 68:8,21
**myologic** 39:18,18

**N**

**n** 1:18 3:1
**name** 3:16 55:19
72:7 103:23
**named** 53:18 121:4
**national** 11:22 20:21
41:5,6
**nausea** 87:13 88:6,7
88:9,14
**necessarily** 28:25
49:8 66:6 94:10
95:7
**necessary** 120:8
**need** 3:24 22:3 119:5
**needed** 97:15 117:1
**needs** 21:23
**neglected** 7:9
**neurological** 112:4,6
112:9
**neutrophils** 59:8
**never** 23:1 35:13
43:19 62:16 81:10
81:11,17 84:2
**new** 1:2 29:18 41:21
**news** 41:17

**night** 20:2
**nonresponsive** 17:8
74:24 76:6 77:6
118:1
**nontestimony** 44:21
**noon** 21:2
**normal** 69:7,15 71:9
71:10,10,12 72:13
85:25 86:2
**north** 1:1 2:4,10
**notarial** 121:13
**notary** 1:19 121:3,17
**notations** 5:19
**note** 58:16 88:15
**notes** 54:18,20
**notice** 34:19 66:25
**noticed** 57:8 106:16
**notwithstanding**
78:23
**ntp** 12:11,12,14
40:19,19,22,24
41:3
**ntps** 12:2
**number** 5:7 6:5 9:22
19:10 27:7,10
29:12 30:4,5,24
31:19,21 32:14,19
32:20,20,20 33:6
33:23 34:3,3,6,24
37:17,21 68:24,25
79:2,6 88:8 106:11
122:10
**numbers** 27:9 58:2
**nutrient** 102:1
**nutrients** 90:2
**nutrition** 82:24 86:24
90:4,6
**nutritional** 87:18

**O**

**o** 3:1
**object** 17:7 74:23
**objection** 51:19 76:5
77:5 109:4 117:25
**observed** 52:10 53:14
**obviously** 25:6 27:1
29:11 41:16 90:3
**occupation** 32:17
**occupational** 14:7
24:16,20 25:1

27:14,17 28:2,5
29:15,19,21 31:23
33:5 34:2,15 35:3
35:19 36:9 42:20
**occupationally** 29:25
30:21 31:18 33:22
**occupationalrelated**
30:25
**occupations** 28:9
**occurs** 61:1
**october** 22:6 121:14
**offhand** 11:15,25
13:25 31:2,6 36:6
43:6 55:1 65:8,16
67:16,24 87:22
111:11 118:7
**office** 13:5
**oil** 34:21 35:6
**okay** 4:2,3,25 45:19
85:23
**old** 26:6
**omalu** 4:6,7,16 5:18
5:24 8:25 48:14,16
48:19 82:9 106:25
122:12
**omalus** 57:11 106:16
**once** 93:19
**oncologist** 22:14
**oncologists** 22:19,21
**oncology** 22:25 23:7
24:4 33:2
**ones** 7:2 51:17,18
66:16 84:15 86:22
86:22 89:24 90:2
118:23
**opinion** 11:5 17:14
38:18 62:21 73:23
74:25 75:7,16,18
82:23 85:18,19,20
89:19,23 90:9,12
101:16 102:4
106:23 110:13,25
116:21
**opinions** 17:2 51:6
56:8 60:25 61:5
71:15 72:16 90:8
96:4 97:18 111:24
112:5,11,14 117:22
**opportunity** 14:23
**opposed** 25:12,21

**order** 28:19
**organ** 105:16 106:21
106:22
**organic** 51:8
**organization** 41:3
64:3,9 91:4
**organizations** 19:12
**original** 25:11 54:22
114:16 119:12
120:9
**originally** 44:2 86:10
**outcome** 121:12
**outside** 19:12 52:15
**overlap** 8:7

**P**

**p** 2:3 3:1 119:15
**page** 18:22 23:9 30:7
30:10,15,18 31:7,9
34:17 35:22 37:17
38:5 47:23 48:18
48:25 49:15 51:1
56:8 57:4,9 64:12
73:2,2 80:10,11
90:20 97:20 101:18
103:14,19,21 104:3
104:4 105:6,15
107:7 108:20 122:2
122:10
**pages** 18:21
**pahs** 32:6
**paid** 99:25 100:2
**pancytopenia** 82:9
**panel** 100:7,11
**paper** 27:3 30:2,6
31:4,17 33:3 93:6,9
93:18 96:10,14,19
96:23 97:1,8 99:1,6
99:16 100:21,22
101:5 120:9
**papers** 20:5 28:24,25
29:12,14,22,24
30:10,16,17 31:1,5
31:10 36:1,7,12
95:6 96:11 98:21
100:23 101:1,16
111:8
**paraffin** 71:2
**paragraph** 47:14
49:14 51:7 56:7

PETER G. SHIELDS, M.D.

Page 131

90:20 101:25 104:3 104:5,9,11,14,18 107:9,16 108:7
**parameters** 17:11
**part** 16:25 27:23 37:4 41:6 64:13 73:18 101:16 102:9 103:1 104:10,24 105:15 106:20 107:3 108:8
**particular** 29:15 40:1 40:17 51:21,24 55:6,19,22 56:2 115:7
**parties** 3:5 121:11,11
**parts** 109:4
**party** 101:6,12
**paste** 104:22
**pasted** 104:25 105:1 107:25 108:4
**pasting** 105:23 108:16
**patel** 99:17
**pathological** 42:6,10 61:15,17,20 62:25 71:15,18 75:2,13 75:17,21,23 76:7 76:17
**pathologically** 63:4 72:24 75:5 78:9,14
**pathologist** 24:14 42:5,9 58:23 61:11 65:19 66:5,8,11,15 71:16,24 72:21,25 74:19 75:19 78:15
**pathologists** 63:14 72:5 78:11
**pathology** 4:9,17 23:12,18,23 24:9 24:10 43:13,18,24 44:4 61:21,22 62:4 62:7,9 63:2 64:13 64:17 71:22 74:15 76:22 77:1,8 78:3 122:13
**patient** 21:16 22:3
**patients** 19:8 22:1,10 22:18,19 41:11,18 42:4,7,12,15,16,19 42:25 72:23 78:8

78:12,14 88:21
**paul** 2:4
**paustenbach** 89:15 92:25 93:1 94:7 99:3,5
**paustenbachs** 94:22
**pcb** 10:24
**pcbexposed** 30:3
**pcbs** 10:13 11:2,5,6 11:10,16,23
**peer** 32:23 33:17,19
**peerreviewed** 29:6 29:22,24 30:6,10 30:13,17,20 31:17 31:20,24 32:15,21 33:14,24 34:1,5 36:8 37:18,23
**peers** 94:16,21
**people** 12:10 20:8 23:21 32:6 33:22 43:13,15,18 44:6 62:11 71:21 79:16 81:17 83:22 84:2,3 111:14 117:3,6
**percent** 62:16,20 65:13,14,14 98:18 99:9,10,16,20,20 117:13,16
**percentage** 65:24 66:22
**period** 19:25 86:4 109:2,14,17,21,23 110:14 111:1,20
**person** 8:8 71:21 79:14,19
**personally** 53:14
**personnel** 112:25
**persons** 16:13 30:1,3 30:21 31:18
**perspective** 12:7 117:4
**peter** 1:14 3:9 120:15 121:4 122:3
**philip** 10:10
**phone** 93:2,18 119:7
**phrase** 11:21
**physician** 22:12
**picked** 50:16
**picture** 112:20
**picturing** 96:24

**piece** 107:13
**pinpoint** 29:5
**place** 49:2 107:19 121:4
**plaintiff** 1:9 2:6 10:8 10:21 16:5 44:9 49:22 95:24
**plaintiffs** 9:18 10:16 14:15,16 15:3,7,14 15:25 96:11 107:20
**platelet** 80:25 81:14 82:2
**plausible** 109:17
**plays** 82:22
**please** 6:11 7:2 23:6 46:13 51:1 57:4,5 101:18
**pliofilm** 111:9 117:9
**plus** 15:17 117:19
**point** 7:10 20:10 31:3 38:5 66:4 83:9 93:6 103:19 105:6,7
**points** 40:18
**polycyclic** 32:3
**populations** 34:19
**portion** 17:8 74:24
**position** 12:2 39:22
**positions** 11:9 39:25
**positive** 65:15 90:24
**possibility** 98:12
**possible** 26:1 46:16 56:15 62:24 65:16 84:12 87:6
**possibly** 81:15 98:10
**postdoctoral** 20:24
**potential** 6:14 53:9
**potentially** 28:6 86:21
**pra** 91:24
**practice** 18:16 25:2 33:2 43:4,16 44:1,3 66:7 78:9 92:18 99:9
**preclude** 84:5
**precluded** 84:7
**prediction** 64:7
**predoctoral** 20:24
**preparation** 52:23
**prescribed** 83:7,14 86:4 89:3,6

**prescribing** 89:16
**presence** 121:9
**present** 32:4 43:10 57:24 81:4 92:23
**presentations** 34:9
**presumably** 70:21 100:16
**pretty** 9:12 32:14 35:4 62:17 80:22 82:1,13 86:7 117:23
**previous** 103:22
**primary** 8:20 9:4 22:13 32:2 41:23
**principles** 33:2,4
**print** 57:8
**printed** 57:9 91:18
**probability** 90:13
**probable** 40:3
**probably** 11:11,16 19:6 28:12 41:24 49:12 63:13,16 102:24 104:16 108:11
**problem** 83:23 84:1 86:10 87:7 89:18 90:3,5,10,11,14 118:22
**problems** 25:4 36:23 84:4,7 87:12
**proceedings** 121:7
**process** 33:14 108:15 108:18
**processing** 36:23 70:22,23 71:3
**produced** 5:4 18:24 57:6
**product** 55:22 99:17 101:3
**products** 9:25 100:17 117:12
**profound** 82:10
**prognosis** 64:8
**program** 41:5
**programs** 11:23
**progressive** 82:10 111:5
**pronounce** 67:8
**proposition** 98:25
**provide** 6:13 8:19

19:9 42:10 48:19 79:16 97:5 117:23
**provided** 4:8 6:16 7:22 8:25 15:6 16:4 17:2 27:12 49:6,9 69:20 106:17 115:14,17,24 116:6 116:8,11,15
**providing** 17:3 71:17
**prudent** 61:2
**psa** 92:2
**public** 1:19 121:3,17
**publication** 36:5
**publications** 8:13 29:4,6,10,24 30:13 30:20 35:2 36:9 94:8,9,25 99:12 103:12
**publish** 27:2,22 93:4
**published** 31:5 32:16 32:25 33:9 34:17 35:13 93:3,8 96:7 96:17 99:2
**pubmed** 56:9
**pulled** 94:25 95:6
**purposes** 52:2
**pursuant** 118:11 119:9
**pushing** 93:13
**put** 7:10 45:9 55:1 71:1 78:17,21,25

**Q**

**qualifier** 26:17
**qualify** 31:16
**quantitate** 116:24
**quantitative** 118:4
**quantitatively** 118:3
**question** 4:1 11:20 12:4 19:17 22:12 25:14 28:1 29:23 30:19 41:16 43:17 45:22,24 54:18,22 61:4 76:21 77:11 77:14,16 79:9,10 79:17 85:11 96:16 97:9 103:16,17 108:2 109:5 113:18 114:16 115:2 116:19

PETER G. SHIELDS, M.D.

Page 132

**questionnaire** 28:11
**questionnaires** 27:13
**questions** 28:13
 118:13,25
**quite** 31:19
**quote** 74:1

**R**

**r** 2:3 3:1
**radiation** 110:19
**raeb** 92:6
**railroad** 9:20 12:18
 13:1,7,15 14:6 53:5
 103:15 105:13
 115:5
**railroads** 13:3 51:21
**raleigh** 2:10
**range** 99:20 110:4
**ranges** 57:20 111:10
**ranging** 9:19
**rate** 37:23 44:24
**rates** 25:19
**ratio** 59:11
**rcmd** 91:25
**reach** 36:5
**reached** 39:5 90:12
**read** 6:24 7:3,5,9,12
 7:13,17 36:16 51:4
 66:2 73:10,11,12
 73:14 76:12,19
 90:25 91:16 94:9
 95:20 97:1,15
 101:7 103:3 107:21
 115:17,18 120:3
**reading** 3:6 52:7
 69:14
**reaffirm** 76:1
**really** 12:9 59:20
 61:10 72:18 84:3
 88:18 89:19 93:12
 101:8 111:15,17
**reask** 55:8
**reason** 22:4 84:3 86:5
 97:14 116:4
**reasonable** 81:7
 90:13 109:22
**reasons** 80:13 87:25
 88:8
**recall** 13:23 14:12
 29:20 30:5 31:2

33:23 41:2 42:14
 42:23,24 43:2,5
 45:1 65:15 67:2
 82:20 83:19 86:23
 89:2 93:15,25
 94:18,23 96:13
 106:25 111:11,14
**recalled** 70:1
**recalling** 15:11
**receive** 113:18
 114:17
**receiving** 118:11
**recess** 38:15 60:11
 112:17
**recollecting** 97:13
**recollection** 7:23
 86:20 97:25
**record** 3:17 77:18,23
 77:24 120:5 121:7
**recorded** 121:7
**records** 75:9 76:3,9
 76:11,13,20 82:18
 112:22,24,25
 116:12 118:15,16
**redoing** 23:1
**refer** 26:6 98:17,22
**reference** 9:6 57:20
**referenced** 92:25
**references** 82:17
 92:25 95:11 106:17
**referred** 53:25
**referring** 11:19 44:1
**refining** 99:10
**reflected** 66:23
**refractory** 39:1
 91:24,25 92:3,6
**refresh** 7:22
**regarding** 6:13 33:22
 34:18 36:9 76:4
**regularly** 21:22
 70:10
**regulatory** 12:7,11
 12:13,14,16
**related** 9:12 29:1
 35:2 36:2 87:14
 111:18 121:11
**relates** 67:22
**relating** 10:13
**relationship** 101:22
**relevance** 96:15

**relevant** 5:21 9:2
 92:9,14 101:4
 105:25 107:4
**reliable** 100:21 101:7
**relied** 60:17,19 77:3
 95:9
**relying** 60:21 61:4,8
 61:12 64:16,17,19
 65:19 69:22 70:2
 72:16,25 96:12
 98:25 101:15
 114:14 116:3
**remember** 7:18 8:8
 11:15,24 16:16
 34:24 39:1 43:5
 54:7,10,12,15
 56:15 66:20 93:10
 94:2,3 97:14
 105:11
**remembering** 53:12
 83:2
**repetition** 25:4
**rephrase** 4:1 19:17
 36:8
**replete** 83:23 89:4
**report** 4:5,7,9,13,15
 4:16,17 5:8,15,16
 5:16,23 6:3,7 7:10
 8:15,17 47:10 48:1
 48:2,3,5,7,9,14,17
 50:5,6,14 57:2,11
 58:10,12,19 59:5
 59:24 60:1 61:8
 64:4,12 67:17,18
 67:19 69:25 73:3
 74:15 79:3,7 82:18
 85:22 90:21 99:6
 103:23 104:12,15
 104:21,23 105:1,2
 112:3,21 116:15
 122:11,12,13
**reported** 1:24 6:9
 61:3 75:19 92:22
**reporter** 4:23 119:11
**reporting** 60:24 69:5
**reports** 112:24 116:7
**represent** 9:19 53:20
**republic** 2:4
**reputation** 94:13,22
**request** 49:13 52:19

52:22 118:10
**required** 63:3 116:22
**requirement** 65:13
**requires** 118:4
**research** 4:6 8:21 9:4
 9:6 19:9 20:4,4,9
 25:11 28:1 30:13
 30:20 36:8 44:20
**researching** 26:8
**reservoir** 1:18
**residents** 20:17 43:1
**respect** 70:1 74:13
**respected** 41:8,9
**respective** 3:5
**respond** 77:12
**response** 64:8 114:10
 114:13,14
**rest** 108:14
**result** 83:4
**resulted** 16:22 42:13
**results** 66:23
**retained** 66:17
**retype** 104:20
**review** 20:17 29:14
 30:16 31:10 32:2
 33:17,19 36:12
 38:10 42:8 49:19
 61:15,17,21,22
 64:14,16 66:15
 70:6 71:15 76:15
 78:10 95:4,8,14
 100:23
**reviewed** 5:20,25
 25:6 48:6,10 50:1,3
 51:14 58:15 69:25
 72:4,11 76:3,9
 112:21
**reviewing** 20:4,5
 58:12 118:12
**reviews** 32:23 40:7
 40:14 71:18
**revise** 104:23 105:4
**revised** 103:9 108:1
**reynolds** 14:19,21
**rico** 14:22
**right** 7:22 15:19 18:6
 24:6,8 25:5 28:22
 29:9 31:8,12 33:12
 34:10 38:2,7 39:21
 43:21,25 44:14,16

45:8 46:14,16 47:9
 47:16,17,24,25
 48:11 49:17,18
 50:1,3 51:3,5 54:2
 56:9,10,13 58:13
 58:24 65:22 67:10
 70:3,7,19 72:3,4
 73:22 82:6 85:17
 85:25 88:12 90:25
 99:25 103:3,4
 104:6 107:21 109:9
 109:16 112:13,23
 116:1,4,5,9,13
**righthand** 5:11
**ringed** 39:2 63:22
**risk** 12:7 26:22 34:13
 36:21 78:18,21,25
 80:5 103:2 106:7
**risks** 34:15
**rj** 14:19,21
**road** 1:18
**roles** 19:13
**roughly** 3:22
**round** 22:8
**routine** 70:21,23
 92:17
**routinely** 27:11 33:5
**rscmd** 92:3
**rule** 61:14,20 62:2,3
 62:7,16,20
**ruled** 61:16
**run** 13:11 21:12

**S**

**s** 3:1 101:2 122:8
**safe** 101:13
**safety** 99:18 101:3
**sake** 60:24
**sat** 23:25 24:3
**saw** 58:18 65:23
 82:15 92:24 108:8
**saying** 8:6 28:3 47:19
 73:19,20,23,24,24
 74:1,17 77:3 86:16
 86:17 119:3
**says** 30:15 48:11
 64:13 74:1 90:21
 99:7 104:5,8,8
 105:15 106:2 107:9
**scarring** 73:15

PETER G. SHIELDS, M.D.

schedule 22:7
scheduled 21:22
schemes 64:6
science 21:1
sciences 41:7
scientific 8:12 36:5
  107:18
scope 51:6 56:8,22
scott 2:3 3:16
screening 21:12
seal 121:13
search 56:23
searched 56:21
searches 56:9
second 6:16 56:7
  57:7 90:19
section 31:16 36:18
  36:25 38:7,11
  50:22 57:10 103:8
  103:10 105:3
sections 32:18
see 19:7 21:23,25
  22:3,10 32:17 36:6
  41:20 46:12 47:3
  51:8 57:5 58:7,22
  59:2 63:21,22,23
  64:14,22 66:9
  68:15,17 69:5 74:4
  98:1 100:25 102:10
  103:23 104:7
  105:15 107:10
  115:9
seeing 41:18 72:20
seen 55:2 61:12
segmented 59:8
send 118:19
senior 21:13 34:4
sense 72:22
sensitivity 65:7
sent 46:1 60:17 68:5
  118:18,21,22 119:4
sentence 51:7 64:21
  90:21 101:24 104:5
  104:9 106:2 107:2
  107:9,17 108:12,14
separate 120:8
september 1:15
  80:21
series 37:3
serve 19:10

service 6:8 21:7 22:5
  22:17 41:25
set 121:4
setting 29:15
settings 9:19
severe 63:12,15,17
  82:8
severely 80:24
sheet 115:25 120:8
shields 1:14 3:9 4:14
  4:15 5:4 17:24
  38:17 90:7 118:4
  120:15 121:4 122:3
  122:11
shoe 111:9 117:9
short 38:17 68:11
  109:25 112:15
shorter 110:20
  111:12
shortness 80:22
shortterm 35:11
shot 54:3
shots 83:10 102:21
show 56:22 63:17
  65:23 68:25 79:21
  113:16
showed 67:1 68:2
  72:2
showing 77:4 85:15
  85:21
shown 113:3
shows 73:15
sick 80:22 86:7
sideroblastic 92:2,4
sideroblasts 39:2
  63:22
sign 119:10
significantly 71:7
signing 3:6
similar 11:25 17:2
  111:4
sir 6:6 62:7
sit 66:7,11 119:2
situation 33:15 70:25
six 16:11 81:12,15
skin 32:11
slice 71:2
slide 66:14 68:4
slides 42:8 43:22 44:4
  69:23 70:4,5 72:2,4

76:23 77:10 78:7
slowly 81:5 111:5
small 98:13
smelled 115:1
smoke 27:15 32:4
smoking 78:24 79:1
  79:5,13,13,18,18
  79:22 80:7 107:19
social 78:20,20 80:4
solid 13:13
solids 17:1
solvent 37:25 55:24
  56:5
solvents 35:20,23
  36:10 51:8 55:16
  55:18,21 100:7,10
  106:12 114:24
somebody 72:2 110:5
someones 17:15
somewhat 111:4
sorry 37:17 38:10
  60:7 97:10 103:16
sort 26:7,14 88:13
  117:10
sounds 15:19
specialty 23:20 24:21
specific 8:23 31:3
  32:17 33:6 36:18
  37:10 49:24 53:1
  79:14,16 84:4
  86:22 104:17 117:2
  117:22
specifically 53:24
  57:2 59:12 98:24
  105:23 110:16
  118:18
specification 99:7
  114:17
specifications 113:13
  113:19 115:9
specificity 105:16
specifics 54:15
specify 41:1
spend 20:6
spirits 35:21,24
  36:10 56:3 92:21
  92:23 95:5,15,17
  96:8,18 97:7 98:3,8
  98:9 99:8,14,19
  101:15 106:10,12

114:19 115:10
  117:15,20
st 2:4
stack 4:18 5:3 8:10
  122:15
staff 19:8 21:6
stage 73:6 74:7
staging 74:10
stain 65:4 67:3,9,12
  67:14,20 68:12
  69:23 70:1
stained 70:18
staining 65:7 68:18
  70:8,9,11,15 90:24
  92:9,13,17
stains 62:2 63:7
  65:23
stand 69:21 110:22
standing 39:3
start 20:15 30:18
  84:10 107:7 110:21
started 104:21
  105:22
starting 103:19 105:5
starts 30:9,10 51:7
  64:21 102:1 107:17
state 1:1 80:11 121:1
  121:3
stated 40:9,19,22
statements 40:6
states 57:19
statistical 25:18
stay 6:15
stays 102:23
stenographically
  121:7
stewart 2:3,9
stipulated 3:4
stipulations 3:3
  121:9
stop 12:23 103:21
stopped 83:9,11
  102:21
stopping 89:16
stored 52:5 56:4
street 2:4,9
strike 102:16 103:18
strong 25:8 67:3
stuart 33:3 36:15
students 43:1

studied 26:20 39:11
  117:6
studies 12:13 21:21
  25:13,17 27:1,3,8
  27:14 29:2,8,20
  36:2,4 38:23 79:3,7
  79:15,21 80:2
  94:25 110:8,12
  117:9
study 24:10 26:12,13
  27:9,11,22,24,24
  28:4,7 29:17,17
  30:23,24 34:2 35:2
  35:3,8,12 99:17
  111:16
subject 96:13,20,22
subjects 27:24
subsequent 33:10
substances 25:18
substantial 63:19
  90:3 109:12,22
  110:2 111:18
substantially 35:5
substantive 50:19
subtle 61:25 66:2
  67:3
sufficient 11:4,6
  17:18 32:7 38:20
  39:9 62:13,25 80:3
  106:6 108:25 109:2
  117:19
suit 10:9 14:21
suite 2:5,9
summary 4:8,18 6:12
  7:21 10:1 33:25
  60:18 115:25
  116:16 118:16
  122:14
superior 1:3
supervise 19:8 70:11
supplements 83:5,8
  83:12,13 84:24
  85:2,5 86:3 88:18
  88:18,20,22,23
  89:7 102:12,15
supporting 68:19
sure 12:24 18:5,22
  22:11 32:14,21
  36:14 37:2 38:2,4
  40:15 41:8,10 42:5

PETER G. SHIELDS, M.D.

44:2 45:11 47:3,7
52:25 54:16 67:25
73:22 76:18 77:17
77:19,22 88:3,16
92:16 112:19
115:22
surgical 4:17 122:13
surveillance 30:3
surveys 113:10
suspect 62:12
sworn 3:10 121:5
symptom 87:13
symptoms 87:11,21
syndrome 81:9 92:5
synergy 21:2
system 63:25 92:12

**T**
t 3:1 122:8
table 91:13
tablet 89:9
tailored 107:14
tailoring 105:23
  108:11,16
take 26:24 38:14
  39:25 44:6 47:10
  54:17,20 60:10
  66:14 85:2 98:23
  105:9,18 112:15
taken 1:15 24:18
  74:16
talk 18:16 29:4 60:14
  63:1 70:14 80:8
  93:20 101:20
  108:20 114:6
  117:22 119:6
talked 14:11 54:13
  93:2,18 115:3,16
talking 12:6,9 35:23
  61:19 67:2 96:21
  101:23,25 106:8
talks 82:19 102:9
  103:14
target 105:16
team 21:1,18
technicians 70:10
techniques 99:11
tell 3:10 5:22 6:5,10
  7:2 8:22 9:10 12:21
  17:22 18:23 19:3

26:2,24 34:17
37:19 90:17 91:20
102:24 103:22,25
114:6 118:21 119:1
119:2
tells 62:14
ten 13:18 23:2 28:12
  32:16 102:5
tend 19:21 110:20
  117:3
term 56:14
terms 8:3 25:17
  56:11 79:13 80:16
  93:17
test 62:14 81:11
testified 3:11 10:2,17
  12:18,24 13:1,15
  15:2,13 17:16
  60:20
testify 15:7 16:18
testifying 44:8
testimony 6:13 8:4
  14:9,11 15:6,23
  16:4 44:7,22,23
  45:3 97:17 111:25
  114:15 120:5
texas 2:5 10:14
textbook 33:1 36:16
textbooks 36:17
thats 3:19 4:21 5:7
  5:13 6:20 7:7,20,21
  8:9 9:6 10:1,19,22
  11:8 12:8,10 15:4,9
  17:20,23 18:9,23
  19:2 20:11 21:15
  21:23 23:10,24
  24:6,7,8,12 25:5,5
  25:10 26:1,11 28:7
  28:16,22 29:9
  30:11 31:8,12 32:4
  32:9,18 33:12,14
  33:24 34:23 36:11
  37:23 38:3,6,8,11
  39:3,21 41:17
  43:23,24,25 44:4
  44:14,21 45:5,8
  46:16 47:9,13,17
  47:20,25 48:13,23
  49:5,9,15,18 51:3,5
  52:7 53:16,21 55:7

55:8 56:10,13,18
57:1,12 58:14,19
58:25 59:13 60:1,4
61:7 64:25 65:18
65:20,22 66:2,12
66:19 67:10,17
68:21 69:14 70:3,7
70:19,21 72:4
74:12 76:14 77:12
79:23 80:15 82:6
82:13 85:15,17
86:2 87:13,22 88:4
91:16 97:19 99:24
100:14,19 101:17
103:4,18 105:20
107:14 108:5
112:13,23 113:17
116:1,10,13,18
118:9,18 119:5,13
themes 9:14
theoretically 17:5
theres 5:10 11:5
  21:13,14 27:7
  28:16 29:12 30:2
  31:9 42:1,2 44:24
  57:20 62:22 64:5
  64:20 73:19,20,25
  79:2,6 80:2 82:17
  91:21,24,25 92:5,6
  98:21 102:2 106:4
  107:12 112:3
theyre 9:12 33:25
  41:8 90:16 91:12
thing 25:20 35:20
  65:18 67:11 69:19
  117:10
things 5:20 8:7 24:24
  25:19 49:7 66:10
  71:20 80:4 86:25
  89:2
think 6:20 10:25
  12:15 15:12,15
  21:3 23:4 25:16
  26:5 31:19,22
  32:18 34:19 35:16
  36:4,20 37:14,22
  39:1,11 40:11,12
  41:15 46:16 47:11
  50:21 53:12 58:11
  59:13,20 60:4,8

61:22 63:14 67:13
69:2 71:14 72:1,12
78:24 80:2,9 81:7
83:1 84:17 87:22
91:13 92:25 93:5
93:12 96:25 102:8
103:25 107:7 108:1
110:7,20 111:12,23
114:23 115:19,21
115:23 116:7,18
118:6
thinking 107:4
third 40:4 107:8,17
  108:7
thought 9:1 20:8
  39:14 43:25 53:2
  91:18 97:10 107:10
three 41:20 89:12
time 3:25 14:25 19:7
  19:16,24 25:16
  26:15 37:9,10,14
  40:15 41:17 44:17
  44:19,20,21,22,23
  45:9 46:21 54:6,13
  54:19,20 62:13,14
  65:10,15 74:20
  75:24 80:17 81:4,5
  81:7 83:10 86:4
  89:21 102:22,23
  103:6 110:21 121:4
times 3:22 9:10 10:4
  10:5 15:12 16:8
  77:25 78:5,10
  103:24
tissue 44:4 63:10
  71:5,5 85:14,20
tissues 23:21 24:10
  70:17,20
title 4:21 28:15 31:9
  31:22 96:13,24
  97:11,14 103:20
  104:3 105:6
titled 31:13
titles 53:8
tobacco 9:22,25
  10:10,20 14:24
  15:1,6,14 20:21
  21:21 27:15 32:4
  79:13,18
today 4:4 5:4 11:5

26:5,9 32:13 44:23
47:12
told 46:24 114:2,11
tools 26:9 71:22
top 5:11 7:10 36:23
  38:5 47:23 73:2
  108:20
tort 9:17
toxic 9:16
toxicity 9:23
toxicology 9:23 11:22
  41:5 99:23
trace 92:23 98:5,7,10
trade 46:17 47:1
transcript 120:4,9
  121:7
transportation 1:11
treat 41:11 42:16
treating 22:13
treatments 71:3
treats 71:21
trial 10:2 13:1 14:11
  15:18 44:20
trials 21:19 44:11
tricky 117:23
trigger 84:11 86:21
true 3:18 6:20 9:7
  11:7 15:3,8 16:23
  17:11,19 19:1
  23:23 25:9 36:10
  45:7 51:2 53:15,16
  56:12,17 58:13,21
  62:6,6 64:18 73:3,4
  74:11 75:12 80:14
  89:17,20 103:7
  107:13,14 108:4
  110:15 111:2
  116:12 120:5 121:7
truth 3:10,11,11
trying 26:6 41:15
  64:7
tuesday 22:2
tuesdays 21:16,24
turkey 117:10
turn 37:11 57:4
  101:18
turner 53:19
two 10:7,7,16,23
  11:12,14 18:2 20:7
  35:1 41:20 44:15

PETER G. SHIELDS, M.D.

53:18 71:19 77:3
92:6
**twopage** 4:7
**type** 10:6 25:20 40:1
40:4 41:1 42:12
65:10,18 107:23
113:21 117:5
**typed** 50:9,10
**types** 13:11 28:10
38:21,22,25,25
39:10,10,13 54:23
91:2 92:6 109:13
113:13 117:21
**typical** 19:3,5 99:18
**typically** 20:13 66:10
99:10
**typos** 50:16

**U**

**u** 101:2
**ultimately** 82:15
107:1
**uncomfortable** 63:14
**uncommon** 81:18
83:22
**understand** 4:1 8:6
9:5 15:7 25:14,22
25:23 26:9,10
27:20 52:1,4 53:8
60:25 62:5 70:16
77:20 79:17 80:9
86:16 88:17 95:24
**understanding** 52:6
52:9 63:2 65:11
73:17 92:11 95:16
113:23
**understood** 85:23
88:15 114:4
**units** 81:13,15
**university** 1:17 19:11
**unusual** 43:16,19
**updated** 18:1
**upstate** 29:18
**use** 12:12 51:18
56:14 64:5 68:14
71:22 104:15
113:14,24 114:3
**usual** 28:14
**usually** 20:3 21:8
26:14 39:25 40:2,5

54:17,18 66:7 74:3
81:4,5 91:5 99:8
117:2,2

**V**

**vaguely** 96:24 97:13
**vapors** 34:21 35:6
**variety** 9:19
**versus** 44:24 104:19
**view** 11:23
**viii** 67:12,14,20
**virtually** 9:3
**vitae** 17:25 122:16
**vitamin** 82:19,25
83:1,1 84:9,14,18
86:13,14,19,20
101:21 102:1,7,19
102:22
**vitamins** 84:11
**volatilized** 34:21
**vomiting** 88:13
**vs** 1:10

**W**

**w** 1:18
**waived** 3:7
**want** 4:22 7:25 17:21
18:5,16,17 33:16
35:19 45:15,16
68:11 69:21 70:14
71:13 80:8 88:16
91:21 98:24 103:21
112:19 116:21
118:2,17,19,19,21
118:23
**wanted** 37:18
**washington** 1:18
42:21
**wasnt** 84:24 93:25
107:3
**way** 11:21 12:8 17:14
26:6 33:24 34:22
40:21 55:1,3 56:2,6
56:16 59:15 62:6
64:7 66:7,10 68:4
68:11,18 77:13
79:20 81:22,23
82:9,17 83:16,19
85:3 89:1,2,9,17
93:10 95:2 102:6

102:18,24,25
103:13,19 104:2
110:24 114:9 118:7
121:12
**wed** 15:16 38:1
**week** 19:3,5 21:25
41:19,19
**weekend** 20:18
**weeks** 18:2 21:20
**weight** 87:17,23,25
**wellrespected** 41:3
**went** 80:25 81:14,16
103:13 116:7
**weve** 27:8,10 30:23
117:16
**whats** 11:22 28:14
53:4 54:18 65:1
71:4,19 75:7 97:8
103:16,25
**white** 80:25 81:16,22
82:1
**widely** 36:16
**wife** 83:17
**witness** 3:7 12:25
77:14 119:10
121:13 122:2
**witnesses** 122:1
**woman** 10:11,15
**women** 35:4
**wont** 51:22
**word** 36:22 55:24
67:9
**work** 9:7 19:7,18,20
19:21,23 20:1,10
25:21 27:12,25
28:15,18,21 53:8,8
77:13 103:15 117:5
117:21
**worked** 13:4 51:12
**worker** 14:6 26:20
29:2
**workers** 9:20 24:22
24:23 25:3,17 27:2
111:10 117:9
**working** 8:3 93:6
99:17 100:2 113:16
117:12
**workplace** 34:12
**workrelated** 14:10
16:19

**works** 77:12,20,21
**workshop** 33:25
**world** 64:2,8 91:4
**worn** 81:23
**worst** 61:2 117:14
**worth** 28:13
**worthwhile** 53:3
**wouldnt** 55:17 56:6
66:6,25 86:5 95:7
97:5
**write** 37:4,6 50:5
56:20 97:22 120:8
**writing** 20:5,5 95:1
**written** 36:15 48:4
80:10
**wrong** 96:25 103:5
**wrote** 32:23 34:4
37:20 48:17 51:16

**X**

**x** 122:8

**Y**

**yard** 51:11,17,24
52:11,14,15,16,17
53:10 54:24 55:7
55:11,13 115:7,10
**yards** 53:5
**year** 22:6 41:14,21
**years** 23:2 31:6 32:16
51:22 52:21 93:16
102:6 111:13,15
**yellow** 115:1
**york** 29:18
**youd** 63:5 66:3 67:6
68:23
**youll** 63:22,22 118:5
**youre** 11:19 12:4,6,8
23:9,22 26:5 27:5
28:4,18 35:23
36:22 38:2,4 44:8
45:13 58:12,23
60:21 61:4 64:16
71:14 72:22 73:23
74:10 77:15 86:16
86:17 93:12 96:20
98:24 101:13,15
109:10 116:3
**youve** 9:9 12:18 15:1
15:2,13 17:16,17

18:7 37:19 53:14
78:5 80:10 94:12
112:20
**yuspa** 33:3 36:15

**Z**

**zero** 71:8,9,11,12

**0**

**0** 99:10,20,20
**00** 1:16 19:18 21:5,10
21:12,17,17
**005** 99:10
**01** 98:18 99:20
**03** 99:20
**07cvs** 1:5

**1**

**1** 4:13,15 5:7 21:5,17
47:11 99:9,15
121:15 122:11
**10** 3:23 9:9 31:6
80:10,11 90:20
**104** 2:9
**11** 97:20
**1101** 2:9
**113** 65:1
**117** 65:2
**12** 30:10,18 34:17
35:22 101:18
103:20 104:3 105:6
119:15
**13** 104:4
**14** 5:23
**15** 21:19 31:6 77:14
103:21 105:15
119:15
**17** 32:14 107:7
120:22 116:
**18** 33:8
**1970s** 55:11
**1975** 99:15
**1989** 23:8
**1990** 23:8

**2**

**2** 4:15 5:22 21:9,19
22:7 23:9 30:5
31:19 122:11
**20** 3:23 9:9 32:19

PETER G. SHIELDS, M.D.

**2007** 80:21,21 109:1
  109:19,24
**2008** 1:15 5:23 18:20
  19:1 99:1,24
  109:15 110:21
  121:14,15
**20someodd** 22:21
**21** 103:14
**214** 2:6
**24** 30:8,15 31:7,9
  32:20 48:18
**25** 18:8,19 19:1
**26** 1:15
**27** 37:17
**2750** 2:5
**27604** 2:10
**28** 36:24 38:5
**29** 32:20,20
**2nd** 121:14

---

**3**

**3** 4:16 6:5 21:10,11
  22:8 48:25 51:1
  56:8 73:6 74:7
  122:4,13
**30** 20:14 21:9,11,13
  65:14 117:13
**325** 2:4
**33** 33:19
**35** 111:12,15
**36** 18:21
**3800** 1:18

---

**4**

**4** 4:17,20 6:10,16
  19:18 21:12,13
  31:21 60:21 61:5
  116:1 122:11,14
**40** 33:23 45:20 47:6
**42** 34:6 36:20,24,25
  38:5
**44** 37:17,22
**4453** 1:5
**48** 34:3
**49** 34:3
**490** 44:18 47:8

---

**5**

**5** 4:18 5:3 6:15 8:10
  44:25 45:4 122:15

**50** 19:6 45:20 47:6
  65:14,16,16
**500** 44:25 45:4
**55gallon** 52:5 53:15
  54:24 55:10,13,16
**5q** 92:5

---

**6**

**6** 17:25 122:16
**60** 20:14

---

**7**

**70s** 51:12 54:25
  95:18 98:19,21
  108:25
**72908** 6:8
**73** 109:7,14,21
  110:21
**75201** 2:5
**77** 99:16,18
**7th** 37:12

---

**8**

**8** 57:4 64:12
**80** 19:6
**80s** 51:12 109:1
**82708** 6:9
**83** 109:8,14,21
**8360090** 2:10
**87** 43:4

---

**9**

**9** 1:16 21:17 73:2
**919** 2:10
**9658703** 2:6