# EXHIBIT "C"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

- - -

Gerardo Campos, et al.,    :
                           :
     Plaintiffs,           :
                           :
     vs.                   :   Case No.
                           :   3:12-cv-01529-ADC
Safety-Kleen Systems,      :
Inc., et al.,              :
                           :
     Defendants.           :

- - -

DEPOSITION OF PETER G. SHIELDS, M.D.

- - -

Friday, May 9, 2014
9:19 o'clock a.m.
Crabbe, Brown & James
500 South Front Street
Suite 1200
Columbus, Ohio  43215

- - -

ANN FORD
REGISTERED PROFESSIONAL REPORTER

- - -

**CERTIFIED COPY**

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

```
 1  APPEARANCES:
 2          MICHAEL A. ROBB, Attorney at Law
            (Appearing Telephonically)
 3          Clark, Robb, Mason, Coulombe,
            Buschman & Charbonnet, P.A.
 4          7501 Wiles Road
            Building 3, Suite 207
 5          Coral Springs, Florida  33067
            (954)753-3902
 6          mrobb@clarkrobb.com

 7              On behalf of the Plaintiffs.

 8          HEATHER J. FORGEY, Attorney at Law
            Jones, Carr, McGoldrick
 9          Premier Place
            5910 North Central Expressway
10          Suite 1700
            Dallas, Texas  75206
11          (214)828-9200
            (214)828-9229
12          Heather.Forgey@JCMFirm.com

13              On behalf of the Defendants Safety-Kleen
                Systems, Inc. and Safety-Kleen
14              Corporation.

15          FRANCISCO COLÓN, Attorney at Law
            (Appearing Telephonically)
16          Colón & Colón, PSC
            173 O'Neill Street
17          San Juan, Puerto Rico  00918-2404
            (787)758-6060
18          (787)753-1656 fax
            fecolon@colonlaw.com
19
                On behalf of the Defendant Makita
20              U.S.A., Inc.

21
                        - - -
22

23

24

25
```

1  Q.          Okay.  Doctor, you'll agree that there are
2  studies that do statistically link Benzene exposure
3  to CML?
4  A.          Rare studies.
5  Q.          But you do agree there are studies that
6  support the plaintiff's position in this particular
7  case that Benzene can cause the CML that he has in
8  this particular case?
9              MR. COLÓN:  Objection to form.
10 BY MR. ROBB:
11 Q.          Right?
12 A.          Among the dozens of studies that address
13 the question, there's maybe one or one-and-a-half
14 that will support their contention.
15 Q.          And those are specifically relevant
16 studies, are they not?
17 A.          Well --
18             MR. COLÓN:  Objection as to form.
19 A.          -- relevant is a different question.
20             The answer is no.
21 Q.          They are statistically valid studies,
22 aren't they, Doctor?
23             MR. COLÓN:  Same objection.
24 A.          They're using acceptable statistical
25 analysis if that's what you're asking me.

Page 15

1  Q.          That's what I'm asking you, Doctor.  The
2  studies that show a link between CML and Benzene
3  exposure are based on sound statistical principles,
4  correct?
5          MR. COLÓN:  Objection as to form.
6          MS. FORGEY:  Objection to form.
7          Mr. Robb, can we have an agreement that an
8  objection by one is good for both defendants?
9          MR. ROBB:  Absolutely.  I don't want our
10 court reporter to run out of the room screaming.
11 A.          So I'm talking specifically about two
12 studies.
13 Q.          Doctor, there's more than two studies that
14 link CML to Benzene exposure, you would agree with
15 that?
16 A.          No, I don't.
17         MS. FORGEY:  Objection.  Form.
18 A.          I don't agree with that.
19 Q.          Okay.  What two studies -- what are the
20 only two studies in the world, according to you, that
21 link CML to Benzene exposure?
22         MS. FORGEY:  Objection.  Form.
23 A.          So there's one by Atigoke --
24 Q.          Yes, sir.
25 A.          -- which has a lot of issues.