Page 83

1  A.         I was.  I just let them lapse because I'm,
2  obviously, a pretty busy guy and didn't bother to
3  retake the test.
4  **Q.         So the answer is, no, you're not board**
5  **certified?**
6  A.         Well, I think the term is board eligible.
7  **Q.         Okay.  As far as Dr. Goldsmith, what did**
8  **he do wrong in his evaluation of this case?**
9  A.         Boy, you got 20 minutes?  Do you want me
10 to go through all the issues?
11 **Q.         Yeah.  I want you to tell me why a jury**
12 **should believe you over him.**
13             MR. COLÓN:  That's a different question.
14 BY MR. ROBB:
15 **Q.         Well, there's the question.  Why should a**
16 **jury believe you over Dr. Goldsmith?**
17             MS. FORGEY:  Objection.  Form.
18 A.         Well, Dr. Goldsmith is an epidemiologist.
19 I don't see his qualifications or research experience
20 for understanding the causes of cancer generally,
21 which would then apply to the causes of leukemia.
22             I've spent my life in a laboratory and
23 actually conducting the epidemiology studies,
24 Dr. Goldsmith hasn't.
25             And so the types of things I've done is

Page 84

1  the experiments in people to look at what might cause
2  cancer, what the cancer mechanisms are.  I have an
3  understanding of dose response relationship that I
4  don't see from either of your experts, Dr. Frank or
5  Dr. Goldsmith.
6             I understand the differences in risks and
7  how they actually apply to people.  I have looked at
8  patients in the eye and actually explained to them
9  what are the causes of cancer when they ask.  I've
10 done extensive occupational histories of probably
11 thousands of patients.
12            And I think I could probably look at my CV
13 and talk about even more, but I don't know that
14 Dr. Goldsmith has ever been on an NIH study section
15 panel that looks at grant reviews for people asking
16 for money to study the causes of cancer.  I actually
17 don't see any publications, but maybe he's got one or
18 two on his CV, but certainly nothing recently.  And
19 so I can go on from there, but I think that's a
20 pretty good overview.
21 **Q.        Well, he did work for the National**
22 **Institutes of Health, correct?**
23 A.         Which institute?
24 **Q.        National Institutes of Health.**
25 A.         So which institute?

```
                                                       Page 130
 1   State of Ohio      :
                            SS:
 2   County of Franklin:

 3              I, PETER G. SHIELDS, M.D., do hereby

 4   certify that I have read the foregoing transcript of

 5   my deposition given on May 9, 2014; that together

 6   with the correction page attached hereto noting

 7   changes in form or substance, if any, it is true and

 8   correct.

 9

10                     _____
                            PETER G. SHIELDS, M.D.
11

12              I do hereby certify that the foregoing

13   transcript of the deposition of PETER G. SHIELDS,

14   M.D., was submitted to the witness for reading and

15   signing; that after he had stated to the undersigned

16   Notary Public that he had read and examined his

17   deposition, he signed the same in my presence on the

18   _____   day of _____, _____.

19

20                     _____
                            Notary Public
21   My commission expires _____
                                  - - -
22

23

24

25
```

United Reporting, Inc.
(954) 525-2221

```
 1                          CERTIFICATE
 2      State of Ohio       :
                             SS:
 3      County of Knox      :
 4              I, Ann Ford, Notary Public in and for the
 5      State of Ohio, duly commissioned and qualified,
 6      certify that the within named witness was by me duly
 7      sworn to testify to the whole truth in the cause
 8      aforesaid; that the testimony was taken down by me in
 9      stenotypy in the presence of said witness, afterwards
10      transcribed upon a computer; that the foregoing is a
11      true and correct transcript of the testimony given by
12      said witness taken at the time and place in the
13      foregoing caption specified.
14              I certify that I am not a relative,
15      employee, or attorney of any of the parties hereto,
16      or of any attorney or counsel employed by the
17      parties, or financially interested in the action.
18              IN WITNESS WHEREOF, I have set my hand and
19      affixed my seal of office at Columbus, Ohio, on this
20      14th day of May, 2014.
21      _____
                ANN FORD, Notary Public
22              in and for the State of Ohio
                and Registered Professional
23              Reporter
24      My Commission expires:  April 18, 2016.
```