UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| GERARDO CAMPOS, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CASE NO. 3:12-cv-01529-ADC-BJM |
| | : | |
| v. | : | |
| | : | |
| SAFETY-KLEEN SYSTEMS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT SAFETY-KLEEN SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT SAFETY-KLEEN SYSTEMS, INC.'S, MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

COMES NOW, DEFENDANT SAFETY-KLEEN SYSTEMS, INC. ("Safety-Kleen"), through the undersigned attorneys, and respectfully requests leave to file its Reply to Plaintiffs' Response in Opposition to Defendant Safety-Kleen Systems, Inc.'s Motion for Summary Judgment, filed simultaneously herewith, and states as follows:

1. On June 14, 2014, Safety-Kleen filed its Motion for Summary Judgment. (E.C.F. Doc. 113; hereinafter, "Motion for Summary Judgment").

2. On July 16, 2014, Plaintiffs filed an Opposition to Safety-Kleen's Motion for Summary Judgment (E.C.F. Doc. 135), which sets forth arguments requiring clarification and rebuttal. In order to ensure a full and accurate record, Safety-Kleen hereby requests leave to file a Reply to Plaintiffs' Opposition.

WHEREFORE, for the reasons states herein, Safety-Kleen respectfully requests that leave be granted to file a Reply to Plaintiffs' Opposition to Safety-Kleen's Motion for Summary Judgment, and for all just and other relief this Court deems necessary.

**RESPECTFULLY SUBMITTED**, this 23rd day of July, 2014.

Respectfully submitted,

JONES CARR M<sup>c</sup>GOLDRICK, L.L.P.

/s/ Amanda M. Koch
James J. M<sup>c</sup> Goldrick
Texas State Bar No. 00797044
Jeffrey F. Wood
Texas State Bar No. 24025725
Amanda M. Koch
Texas State Bar No. 24051089
Heather J. Forgey
Texas State Bar No. 24048628
5910 N. Central Expy., Ste. 1700
Dallas, TX  75206
Phone:  (214) 828-9200
Fax:     (214) 828-9229
James.mcgoldrick@jcmfirm.com
Jeff.wood@jcmfirm.com
Amanda.koch@jcmfirm.com
Heather.forgey@jcmfirm.com

and

Giancarlo Font-García
RIVERA-CARRASQUILLO, MARTÍNEZ & FONT
P.O. Box 9024081
San Juan, PR 00902-4081
Phone:  (787) 622-6999

ATTORNEYS FOR DEFENDANT
SAFETY-KLEEN SYSTEMS, INC.

## CERTIFICATE OF SERVICE

On July 23, 2014, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Puerto Rico, using the ECF system. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By:    */s/ Amanda M. Koch*
       **Amanda M. Koch**