UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| GERARDO CAMPOS, et al | : | |
| | : | |
| Plaintiffs | : | CASE NO. 3:12-cv-01529-PAD –(BJM) |
| | : | |
| vs. | : | |
| | : | |
| SAFETY-KLEEN SYSTEMS, INC., et al | : | |
| | : | |
| Defendants | : | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SAFETY-KLEEN, INC.'S OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT/OBJECTION TO MOTION TO STRIKE DR. PETER SHIELDS UNDER FEDERAL RULE 702 AND *DAUBERT***

COMES NOW the Plaintiffs, GERARDO CAMPOS, YADIRA D. VEGUILLA ROSARIO, and CAMILLA A. CAMPOS VEGUILLA (hereinafter "Plaintiffs"), by and through the undersigned counsel, file this their Motion for an Extension of Time to Respond to Defendant, Safety-Kleen Systems Inc.'s Objections to Evidence and Motion to Strike Evidence in Support of Plaintiffs' Motion for Summary Judgment/Objection to Motion to Strike Dr. Peter Shields under Federal Rule of Evidence 702 and *Daubert* and in support thereof states the following:

1. This is a products liability lawsuit where the Plaintiff asserts that he developed chronic myelgenous leukemia (CML) as a result of his exposure to the Defendant, Safety-Kleen's parts washing solvent SK 105, while working, in part, at Makita.

2. This case is a complex products liability case regarding Benzene exposure and the levels of Plaintiff's exposure where the Defendants contest exposure levels, general and case specific causation.

3. On July 16, 2014, Defendant Safety-Kleen, Inc. filed their Objections to Evidence and Motion to Strike Evidence in Support of Plaintiffs' Motion for Summary Judgment/Objection to

1

Motion to Strike Dr. Peter Shields under Federal Rule of Evidence 702 and *Daubert*. The response to which is due on August 4, 2014.

4. This response requires significant briefing in order to prepare an adequate response to the challenges raised. Plaintiffs' lead counsel and lead writer, Mr. James Clark, is ill and will be unable to complete his response prior to the August 4th, 2014 due date and requests a short extension until August 11, 2014 to file a response to same.

5. In addition, Mrs. Charbonnet, lead counsel in this matter is currently on maternity leave and Mr. Robb, lead counsel in this matter is also on a scheduled vacation.

6. No prejudice will result to any parties with the granting of this motion.

WHEREFORE, the parties seek an Order granting the Motion for Extension of Time for Plaintiffs to Respond to Defendant, Safety Kleen, Inc.'s Objections to Evidence and Motion to Strike Evidence in Support of Plaintiffs' Motion for Summary Judgment/Objection to Motion to Strike Dr. Peter Shields under Federal Rule of Evidence 702 and *Daubert* (DE.139).

Dated:   August 1, 2014.

Respectfully submitted,

/s/  Leah F.  Charbonnet_____
**Leah F. Charbonnet**
Florida Bar No.  34613
Clark, Robb, Mason,
Coulombe Buschman &
Charbonnet, P.A.
7501 Wiles Road, Suite 207
Coral Springs, Florida 33067
Tel:  954-753-3902/Fax:  954-753-3903
E-mail:  lcharbonnet@clarkrobb.com

And

**Lilliam E. Mendoza-Toro**
1564 Tamesis
Urb. El Paraiso
San Juan, PR 00926
Tel:  787-772-3589 Fax: 787-502-1089
Email: mendozatorolaw@aol.com

**COUNSEL FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I certify that on this day, August 1, 2014, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Puerto Rico, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    Respectfully submitted,

/s/_Leah F. Charbonnet____
**Leah F. Charbonnet**
Florida Bar No. 34613
Clark, Robb, Mason,
Coulombe Buschman
& Charbonnet, P.A.
7501 Wiles Road
Suite 207
Coral Springs, Florida 33067
Tel: 954-753-3902
Fax: 954-753-3903
E-mail: lcharbonnet@clarkrobb.com