# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

- - -

Gerardo Campos, et al.,       :
                              :
        Plaintiffs,           :
                              :
        vs.                   :    Case No.
                              :    3:12-cv-01529-ADC
Safety-Kleen Systems,         :
Inc., et al.,                 :
                              :
        Defendants.           :

- - -

DEPOSITION OF PETER G. SHIELDS, M.D.

- - -

Friday, May 9, 2014
9:19 o'clock a.m.
Crabbe, Brown & James
500 South Front Street
Suite 1200
Columbus, Ohio  43215

- - -

ANN FORD
REGISTERED PROFESSIONAL REPORTER

- - -

Page 2

```
 1   APPEARANCES:

 2          MICHAEL A. ROBB, Attorney at Law
            (Appearing Telephonically)
 3          Clark, Robb, Mason, Coulombe,
            Buschman & Charbonnet, P.A.
 4          7501 Wiles Road
            Building 3, Suite 207
 5          Coral Springs, Florida  33067
            (954)753-3902
 6          mrobb@clarkrobb.com

 7              On behalf of the Plaintiffs.

 8          HEATHER J. FORGEY, Attorney at Law
            Jones, Carr, McGoldrick
 9          Premier Place
            5910 North Central Expressway
10          Suite 1700
            Dallas, Texas  75206
11          (214)828-9200
            (214)828-9229
12          Heather.Forgey@JCMFirm.com

13              On behalf of the Defendants Safety-Kleen
                Systems, Inc. and Safety-Kleen
14              Corporation.

15          FRANCISCO COLÓN, Attorney at Law
            (Appearing Telephonically)
16          Colón & Colón, PSC
            173 O'Neill Street
17          San Juan, Puerto Rico  00918-2404
            (787)758-6060
18          (787)753-1656 fax
            fecolon@colonlaw.com
19
                On behalf of the Defendant Makita
20              U.S.A., Inc.

21
                        - - -
22

23

24

25
```

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 3

1                                  FRIDAY MORNING SESSION
                                   May 9, 2014
2                                  9:19 o'clock a.m.

3                                  – – –

4                          STIPULATIONS

5                                  – – –

6              It is stipulated by and between counsel

7    for the respective parties herein that this

8    deposition of PETER G. SHIELDS, M.D., a Witness

9    herein, called by the Plaintiffs under the statute,

10   may be taken at this time and reduced to writing in

11   stenotypy by the Notary, whose notes may thereafter

12   be transcribed out of the presence of the witness;

13   and that proof of the official character and

14   qualifications of the Notary is waived.

15                                 – – –

16

17

18

19

20

21

22

23

24

25

United Reporting, Inc.
(954) 525-2221

Page 4

1                    I N D E X

2                      — — —

WITNESS                                    PAGE

3

PETER G. SHIELDS, M.D.

4

               Examination                 6
5              (By Mr. Robb)

6              Examination                 123
               (By Ms. Forgey)

7
                      — — —

8

9  EXHIBITS                              MARKED

10 Exhibit No. 1                          6
   (Cleveland Clinic Website Info on
11 Diseases & Conditions, Leukemia)

12 Exhibit No. 2                          6
   (Johns Hopkins Website Info on
13 Leukemia Risk Factors)

14 Exhibit No. 3                          6
   (Children's Leukemia Research Assoc, Inc.
15 Website Info by Peter H. Wiernick, M.D.)

16 Exhibit No. 4                          6
   (Cancer Council Website Info on Causes
17 of chronic myeloid leukaemia)

18 Exhibit No. 5                          6
   (Montana Cancer Control Section
19 Quarterly Surveillance Report
   Re: Leukemia, Lymphoma, and Myeloma)
20
   Exhibit No. 6                          6
21 (Document on Leukaemia)

22 Exhibit No. 7                          6
   (University of Michigan Document
23 by Dale Bixby, M.D., Ph.D., 2009)

24 Exhibit No. 8                          6
   (Search Health24 Website Info on
25 Leukaemia)

99687215-bedc-4ee4-adeb-d7019e51000d

Page 5

1                       I N D E X

2                         - - -

3  EXHIBITS                              MARKED

4  Exhibit No. 9                           6
   (UC Davis Comprehensive Cancer Center
5  Website Info on Leukemia)

6  Exhibit No. 10                          6
   (Irish Cancer Society Website Info on
7  Causes and Prevention of
   chronic myeloid leukaemia (CML))

8
   Exhibit No. 11                          6
9  (Cancer Research UK Website Info on
   chronic myeloid leukaemia (CML)
10 risks and causes)

11 Exhibit No. 12                        129
   (Objections by Defendants Safety-Kleen)
12

13
                         - - -
14

15

16

17

18

19

20

21

22

23

24

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 6

1                    P R O C E E D I N G S

2                           - - -

3            And, thereupon, Exhibit Nos. 1 through 11

4    were premarked for purposes of identification.

5                           - - -

6                    PETER G. SHIELDS, M.D.,

7    being by me first duly sworn, as hereinafter

8    certified, testifies and says as follows:

9                         EXAMINATION

10   BY MR. ROBB:

11   **Q.          Good morning, Doctor.  Please state your**

12   **name and your professional address, please.**

13   A.          Peter Gary Shields.  My professional

14   address, although not here as part of my professional

15   activities for Ohio State University, is the James

16   Cancer Center, Ohio State University Comprehensive

17   Cancer Center, The Ohio State University, 300 West

18   10th Street, Columbus, Ohio 43210.

19   **Q.          Doctor, do you believe Benzene causes**

20   **leukemia?**

21   A.          Which type of leukemia?

22   **Q.          Does it cause leukemia in general, Doctor?**

23   A.          No.  It causes a specific type of leukemia

24   called acute myelogenous leukemia.

25   **Q.          Okay.  Have you testified in the past in**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 7

1  **cases where Safety-Kleen has retained you in AML**

2  **cases to that very fact?**

3  A.        I don't recall.  I've done work for

4  Safety-Kleen, whether they've gone to testifying or

5  not, I just don't remember either way.

6  **Q.        Okay.  Well, you're aware of the fact**

7  **though, aren't you, from your discussions with**

8  **Safety-Kleen personnel that they take the position**

9  **that their products do not cause any type of**

10  **leukemia; you take issue with that though, correct?**

11  A.        I'm not sure where you're getting that

12  from.

13            MS. FORGEY:  And I'll object to the form.

14  BY MR. ROBB:

15  **Q.        Well, listen to my question, Doctor.**

16            **You believe that Benzene causes AML,**

17  **right?**

18  A.        So I guess you're raising a very good

19  point.  That's correct.  As my report clearly states,

20  it causes AML in specific and sufficient doses.

21  **Q.        Okay.  And in this particular case, you**

22  **agree you're not a chemist, correct?**

23  A.        That's correct, although I had a major in

24  biochemistry.

25  **Q.        I understand.  But you've in the past**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 8

1   **testified that you do not hold yourself out to be an**

2   **expert in chemistry, correct?**

3   A.          I don't recall either way, but I would

4   tell you sitting here today that I would not hold

5   myself out as an expert in chemistry.

6   **Q.          Okay.  You do not hold yourself out as an**

7   **expert in dose response and exposure ratios, correct?**

8   A.          Can you clarify that?

9   **Q.          Doctor, you don't consider yourself an**

10  **expert in this particular case on the issues of the**

11  **exposure that my client had to this product, correct?**

12  A.          No.   That's not correct.

13  **Q.          So you're an expert on exposure?**

14  A.          Yes.

15  **Q.          And you're an expert on causation?**

16  A.          Yes.

17  **Q.          And you're an expert on epidemiology?**

18  A.          Correct.

19  **Q.          And you're an expert in oncology?**

20  A.          Correct.

21  **Q.          Are you an expert in hematology?**

22  A.          Yep.

23  **Q.          And you're all of those in this particular**

24  **case?**

25  A.          That's correct.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 9

1   Q.          Do you know why Safety-Kleen hired experts

2   in all those other areas --

3   A.          I can't --

4   Q.          -- in spite of having you?

5   A.          I can't speak for them.

6               MR. COLÓN:  Objection as to form.

7   BY MR. ROBB:

8   Q.          Do you have the reports of Dr. Panko?

9   A.          I have to look.

10  Q.          Well, take a second and see if you got the

11  report of Dr. Panko who they hired in this case to do

12  an exposure assessment.

13  A.          I actually do not have -- oh, wait.  I

14  spelled it wrong.

15  Q.          That's P-a-n-k-o for our court reporter.

16  A.          So I do.

17  Q.          Okay.  And did you read her report?

18  A.          I believe I did.

19  Q.          Okay.  And you understand -- do you

20  understand what her role in this case is?

21  A.          Yep.

22  Q.          All right.  And she's the exposure expert

23  in this particular case, right?

24  A.          I think you probably don't understand

25  exposure.  So why don't you clarify --

United Reporting, Inc.
(954) 525-2221

1  Q.        What is her role then in --

2  A.        Excuse me.  I'm talking.

3            Why don't you clarify it, and then I could

4  probably answer your question very specifically

5  because it's a very vague question.

6            MS. FORGEY:  I think the term exposure is

7  vague, Mike.

8  BY MR. ROBB:

9  Q.        Well, Doctor, you read Doctor -- you read

10 Ms. Panko's report, correct?

11 A.        Correct.

12 Q.        Do you know any of her qualifications?

13 A.        I would have to look at her report.  I

14 don't remember them offhand.

15 Q.        Okay.  What is her role in this case based

16 on what you read?

17 A.        She's estimating exposure through the

18 products that has been used by Mr. Campos.

19 Q.        Okay.  And are you going to do that also

20 in this case?

21 A.        I'm not going to do what she did.

22 Q.        Okay.  Obviously, you never asked our

23 permission to speak with Mr. Campos, correct?

24 A.        That's correct.

25 Q.        Have you reviewed his deposition?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 11

1  A.        Yes.

2  Q.        **Have you reviewed Dr. Nicas's report in**

3  **this particular case?**

4  A.        Yes.

5  Q.        **All right.  And do you have any criticisms**

6  **of his report?**

7  A.        I would have to pull it out, but my

8  recollection is that his was a response as a

9  rebuttal, and he commented on a few specific things

10 to try to support Dr. Kopstein.  And so I don't have

11 specific criticisms, per se, except to say that

12 Dr. Kopstein's approach and Dr. Nicas's supplement

13 doesn't really affect my opinion either way or my

14 opinion about exposures.

15         MS. FORGEY:  Well, and, Mike, let me just

16 interject an objection.

17         To the extent that Dr. Nicas has not been

18 deposed yet, he can't comment on his deposition.

19         MR. ROBB:  Please just object to the form

20 of the question.  That's all you're allowed to do.

21 Okay?  No speaking objections.

22 BY MR. ROBB:

23 Q.        **Doctor, you just testified that Mr. Nicas**

24 **was defending the exposure assessments of**

25 **Dr. Kopstein, but he didn't do that, did he?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 12

```
 1  A.          I would have to open up the report to see.
 2  Q.          Well, in his report, he specifically says
 3  that he's not commenting on anything that
 4  Dr. Kopstein did, yet you just told us under oath
 5  that, in fact, that's what he did in his report.
 6              MR. COLÓN:  Objection as to form.
 7  Misstates testimony.
 8  BY MR. ROBB:
 9  Q.          Right?
10  A.          I'm looking at the report.
11  Q.          Well, did you not just testify that
12  Dr. Nicas's report that you looked at was to address
13  things that Dr. Kopstein had said in his report;
14  didn't you, in fact, say that?
15  A.          Well, I guess that's what the record will
16  show.  We could have the record read back.
17  Q.          Well, I'm just asking you, sir.  You made
18  a comment under oath that Dr. Nicas's involvement in
19  this case was to rebut some things and to basically
20  support Dr. Kopstein's assessments, yet did you even
21  read his report?
22              MR. COLÓN:  Objection as to form.
23  Misstates testimony.
24              MS. FORGEY:  Mr. Robb, we're going far
25  afield of the causation issues that Dr. Shields has
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 13

1  come here to talk about.

2           MR. ROBB:  Excuse me, counselor.  Anything

3  he's reviewed is fair game.  Okay.  So please just

4  make objections to the form.  Okay?

5  A.        Okay.  So let me try and make this a

6  little bit quicker for you and answer your question.

7  So Mark Nicas wrote a report to respond to the

8  reports of Panko and Spencer.  Panko and Spencer are

9  criticizing Kopstein, and that's why I recalled it

10 the way I did.

11 **Q.        All right.  And you agree that both Panko**

12 **and Spencer used the technique or study that**

13 **Dr. Nicas -- or Mark Nicas developed, correct?**

14 A.        I don't have expertise in that area.

15           MS. FORGEY:  And I'll object to the form.

16 BY MR. ROBB:

17 **Q.        Okay.  Well, then, if you read their**

18 **reports, you know that Dr. Nicas is involved in**

19 **the -- or developed a study that was mentioned and**

20 **used by both Dr. Panko and Dr. Spencer in doing their**

21 **exposure assessments, right?**

22           MS. FORGEY:  Objection.  Form.

23           MR. COLÓN:  Join.

24 A.        I don't recall that.  I would have to go

25 back to their reports.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 14

1    Q.          Okay.  Doctor, you'll agree that there are

2    studies that do statistically link Benzene exposure

3    to CML?

4    A.          Rare studies.

5    Q.          But you do agree there are studies that

6    support the plaintiff's position in this particular

7    case that Benzene can cause the CML that he has in

8    this particular case?

9              MR. COLÓN:  Objection to form.

10   BY MR. ROBB:

11   Q.          Right?

12   A.          Among the dozens of studies that address

13   the question, there's maybe one or one-and-a-half

14   that will support their contention.

15   Q.          And those are specifically relevant

16   studies, are they not?

17   A.          Well --

18              MR. COLÓN:  Objection as to form.

19   A.          -- relevant is a different question.

20              The answer is no.

21   Q.          They are statistically valid studies,

22   aren't they, Doctor?

23              MR. COLÓN:  Same objection.

24   A.          They're using acceptable statistical

25   analysis if that's what you're asking me.

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 15

1  Q.        That's what I'm asking you, Doctor.   The

2  studies that show a link between CML and Benzene

3  exposure are based on sound statistical principles,

4  correct?

5            MR. COLÓN:  Objection as to form.

6            MS. FORGEY:  Objection to form.

7            Mr. Robb, can we have an agreement that an

8  objection by one is good for both defendants?

9            MR. ROBB:  Absolutely.  I don't want our

10  court reporter to run out of the room screaming.

11 A.        So I'm talking specifically about two

12 studies.

13 Q.        Doctor, there's more than two studies that

14 link CML to Benzene exposure, you would agree with

15 that?

16 A.        No, I don't.

17            MS. FORGEY:  Objection.  Form.

18 A.        I don't agree with that.

19 Q.        Okay.  What two studies -- what are the

20 only two studies in the world, according to you, that

21 link CML to Benzene exposure?

22            MS. FORGEY:  Objection.  Form.

23 A.        So there's one by Atigoke --

24 Q.        Yes, sir.

25 A.        -- which has a lot of issues.

99687215-bedc-4ee4-adeb-d7019e51000d

1            And the other one, when I said a half, is

2    because there's a study by -- wait -- so it's the

3    Glass study or Vlaanderen.  I think it's the Glass

4    study -- I would have to look at it -- where at lower

5    levels -- or intermediate levels, I should say, there

6    was a statistical relationship, and at a higher

7    level, there was not a statistical relationship.

8    **Q.        Okay.  And that last study you just talked**

9    **about, the statistical relationship in the mid-level**

10   **was three times what somebody that was unexposed to**

11   **the chemical would experience, correct?**

12   A.        I'm pulling the papers so we're talking

13   exactly.  Well, actually, that's not correct.  So at

14   the mid-level exposure -- now I'm referring to Glass,

15   2014 --

16   **Q.        Yes, sir.**

17   A.        -- it's at levels of greater than

18   2.933 ppm -- I'm sorry -- at levels between .348 and

19   2.93 ppm, the risk which was statistically

20   significant was 5.04; but at the higher level, the

21   risk drops and is no longer statistically

22   significant, and the trend test was not

23   significant -- was not significant.

24   **Q.        5.04 is a solid statistical relative risk**

25   **to establish a connection, correct?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 17

1   A.         I guess I don't understand that question.

2   Q.         **Well, 2.0 would mean that there's a --**

3   **well, 1.0 is a statistical -- well, strike that.**

4              **Let me ask this.  You would agree that**

5   **there are studies where the relative risk of Benzene**

6   **and CML being associated are greater than 2.0?**

7              MS. FORGEY:  Objection.  Form.

8   A.         So I just gave you the two studies,

9   correct?

10  Q.         **Okay.  And you, in fact, yourself believe**

11  **that CML can be caused by Benzene exposure, correct?**

12             MR. COLÓN:  Objection as to form.

13  A.         Say that again.

14  Q.         **You yourself believe that Benzene can**

15  **cause CML, do you not?**

16  A.         No.  I don't believe that.

17  Q.         **You've never believed that, right?**

18  A.         No.

19  Q.         **Okay.  Well, you know, I didn't ask that**

20  **very well.  That was like a double negative.**

21  A.         Yeah.

22  Q.         **Have you ever believed that Benzene causes**

23  **CML?**

24  A.         Not that I can recall.

25  Q.         **Doctor, in order to determine what causes**

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 18

1    or what -- well, strike that.  Let me think this

2    through.

3              You obviously are aware of the Bradford

4    Hill criteria for determining causation, correct?

5    A.        Correct.

6    Q.        Before you would make a statement

7    regarding a particular drug or chemical or solvent

8    being the cause of a particular leukemia, you

9    yourself would go through that exercise of the

10   Bradford Hill, correct?

11   A.        So, Mr. Robb, maybe you haven't read my

12   report, but there's a pretty extensive analysis of

13   this in there.  So the answer is I did it for this

14   case, and I would do that for any other questions

15   around general causation.

16   Q.        That's why I'm asking it.  So if anybody

17   ever asked you in the past about whether or not you

18   felt that CML was caused by Benzene exposure, you

19   would have thought that through under the Bradford

20   Hill criteria and make that determination; is that

21   fair?

22             MS. FORGEY:  Objection.  Form.

23   A.        I -- yeah.  Sure.  That would be fair.

24   Assuming that it was in the right context and I had a

25   chance to think about the Bradford Hill criteria,

99687215-bedc-4ee4-adeb-d7019e51000d

Page 19

1  et cetera.

2  Q.          Well, I mean, have you told people in the

3  past that you believe CML was caused by Benzene

4  exposure?

5  A.          Not that I can recall.

6  Q.          When you give depositions like you do

7  today, you take an oath to tell the truth, correct?

8  A.          Correct.

9  Q.          And can we rely upon what you testify to

10 in depositions as being the truth and what you truly

11 believe?

12 A.          At the time in the context, sure.

13 Q.          Okay.  Well, you would agree that -- this

14 isn't -- obviously, you've been deposed a number of

15 times on the issues of Benzene and exposures and

16 certain leukemias and cancers; is that also fair?

17 A.          Yes.

18 Q.          How many times have you testified on

19 behalf of Safety-Kleen, either in deposition or

20 trials or at hearings?

21 A.          I don't know the exact number.  I would

22 say less than 10, maybe five.

23 Q.          Okay.  And how much have you been paid so

24 far to serve as Safety-Kleen's expert in this

25 particular case?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 20

1  A.          So I have to apologize because I know I

2  was supposed to bring my invoices with me today, and

3  I forget, but maybe, Heather, do you have them?

4             MS. FORGEY:  I believe I do, and I believe

5  there are two of them.

6  A.          Perfect.

7  **Q.          And I don't mind you telling me, Heather,**

8  **what the amounts are or you can hand them to the**

9  **Doctor and he can read them to me since he's under**

10 **oath.**

11            MS. FORGEY:  I'm going to have to dig them

12 out.

13 BY MR. ROBB:

14 **Q.          While she's digging those out, Doctor, how**

15 **much time have you spent, would you estimate -- I'm**

16 **not going to hold you -- because I know it's -- how**

17 **much time have you spent so far on this particular**

18 **matter?**

19 A.          So when she gets the invoices, I'll tell

20 you what I did previously, but this week, I've

21 probably put in maybe 20 hours, but I'm kind of

22 guessing.

23 **Q.          And, what, the 20 hours this week, what**

24 **did you spend doing 20 hours on this week?**

25 A.          Reviewing the file, reviewing my report,

99687215-bedc-4ee4-adeb-d7019e51000d

Page 21

1  reviewing the literature.

2  Q.          Okay.  You would agree with me -- while

3  she's pulling that out -- that there are institutions

4  around the world that recognize that Benzene causes

5  CML?  You recognize that, don't you?

6  A.          Well, I guess I have to ask you which

7  institutions?

8  Q.          Well, let me ask you this.  You're at Ohio

9  State, right?

10 A.          That's correct.

11 Q.          Okay.  The premier medical facility in the

12 State of Ohio, would you agree, is the Cleveland

13 Clinic?

14 A.          Seriously, you didn't just ask that, did

15 you?

16             Which metric are you talking about?

17 Q.          Are you saying that the Cleveland Clinic

18 is not considered to be a leading institution of

19 medicine in the world?

20 A.          No, I didn't say that.  That wasn't your

21 question.

22 Q.          Well, let me reask it then.

23             Would you agree that the Cleveland Clinic

24 is recognized as a leading medical institution

25 throughout the world?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 22

1   A.          Yes, I would.

2   Q.          Okay.  And in front of you -- or the court

3   reporter should have a number of exhibits -- and the

4   first exhibit is information from the Cleveland

5   Clinic regarding CML.

6   A.          Okay.

7   Q.          All right.  And let's turn to page 2 of

8   that Exhibit 1 and "What causes leukemia?"  Do you

9   see that?

10  A.          I do.

11  Q.          All right.  And it says, "For example" --

12  this is in the second paragraph -- "very high doses

13  of radiation."

14              We don't have that, right, in this case,

15  you would agree with me on that?  Mr. Campos wasn't

16  exposed to high doses of radiation; is that fair?

17  A.          Correct.

18  Q.          Okay.  "Exposure to the chemical Benzene."

19  We do have that in this particular case, correct?

20  He's been exposed to Benzene, you don't dispute that?

21  A.          Well, you know, that's a whole other

22  discussion, but I'm not going to just admit the

23  question the way you just asked it.  No.

24  Q.          Doctor, are you saying that he was not

25  exposed to any level of Benzene whatsoever while

99687215-bedc-4ee4-adeb-d7019e51000d

1  **working with this product?**

2  A.          I don't think you have any evidence to

3  show that he was exposed to Benzene above background.

4  **Q.          Okay.  All right.  But the question here,**

5  **Doctor, is he was exposed to Benzene, correct, by**

6  **working with this product?**

7          MS. FORGEY:  Objection.  Form.

8  A.          There were trivial levels of Benzene in

9  Safety-Kleen of which goes away --

10 **Q.          Doctor --**

11 A.          I'm answering the question for you --

12 which goes away as it's being used.

13          I haven't seen any evidence, direct

14 evidence, of Mr. Campos actually getting exposed to

15 Benzene in the workplace.  Just because it's in the

16 mineral spirits doesn't mean it got into his body.

17 **Q.          How does -- Benzene gets into the body by**

18 **a number of ways, correct?**

19 A.          That's right.

20 **Q.          You can absorb it through your skin,**

21 **right?**

22 A.          With difficulty.  It's a very slowly

23 absorbed chemical through the skin.

24 **Q.          Doctor, just please.  Benzene can be**

25 **absorbed through the skin, correct?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 24

1  A.          Very slowly because it's a poorly absorbed

2  compound through the skin.

3  **Q.          And you read the declaration and the**

4  **deposition of my client where he specifically stated**

5  **that he had Benzene -- or I'm sorry -- the**

6  **Safety-Kleen solvent splashed his skin, and, in fact,**

7  **at times he even washed his hands with it, correct?**

8  A.          That's correct.

9  **Q.          All right.  So there's one avenue for**

10 **Benzene to get into his body, would you agree with**

11 **that?**

12 A.          Not necessarily.

13 **Q.          Doctor, within a reasonable degree of**

14 **medical certainty, if you wash your hands with a**

15 **chemical that contains Benzene, you're going to**

16 **expose your skin to that particular product, would**

17 **you agree with that simple premise?**

18          MS. FORGEY:  Objection.  Form.

19 A.          You'll expose the skin, but please don't

20 confuse that with dose and internal absorption.

21 **Q.          All right.  The other way of Benzene**

22 **getting into your body is inhalation, correct?**

23 A.          Correct.

24 **Q.          And there's no question in your mind that**

25 **my client worked in an area where he would have been**

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 25

1  subjected to fumes from this product, correct?

2          MS. FORGEY:  Objection.  Form.

3  A.          I'll accept that.

4  Q.          Okay.  All right.  You will concede, will

5  you not, that Safety-Kleen 105 does contain elements

6  of Benzene?

7  A.          It will contain some molecules of Benzene

8  at trivial levels that are unimportant to risk of

9  disease.

10 Q.          Well, again, Doctor, you don't know of any

11 studies that have been done on Safety-Kleen's

12 solvent -- Virgin Solvent 105 that gives you a number

13 as to how much Benzene is in that product, correct?

14         MS. FORGEY:  Objection.  Form.

15 A.          Wait.  I think I have seen documents of

16 testing of Safety-Kleen 105.

17 Q.          I'm talking about Safety-Kleen Virgin

18 Solvent 105 used in the same type of machines that my

19 client was using at Makita and his other workplaces,

20 have you seen one study that mirrors any of that?

21         MS. FORGEY:  Objection.  Form.

22 A.          I'm sorry.  Are you asking me about

23 Safety-Kleen that specifically went to your client's

24 workplace?

25 Q.          Yes, sir.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 26

1  A.          So, no, I haven't seen anything that went

2  specifically to your client's workplace because it

3  went to your client's workplace, so I'm not sure how

4  it would have been tested.

5  **Q.          Have you seen any test results of**

6  **Safety-Kleen Virgin Solvent 105 --**

7  A.          Yes.

8  **Q.          -- from any source?**

9  A.          Yes.

10 **Q.          Where?**

11 A.          So Safety-Kleen has done studies in the

12 '90s where they were testing mineral spirits from a

13 number of suppliers and there's data --

14 **Q.          Tell me what -- I'm sorry, what study is**

15 **that, Doctor?**

16            MS. FORGEY:  Objection.  Form.

17 A.          Well, I have to pull the documents.  They

18 were documents that were disclosed to you, and

19 they've got Bates.  It will take me a few minutes for

20 me to identify them if you want me to do that.

21 **Q.          Well, Doctor, I want you to assume that**

22 **the testimony we had yesterday from Mr. Breece was**

23 **that all the test results, the empirical data, was**

24 **tossed into a dumpster.  Do you do that when you**

25 **perform scientific testing?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 27

 1              MR. COLÓN:  Objection.

 2              MS. FORGEY:  Objection.  Form.  This is

 3    beyond the scope, Mr. Robb, and you're wasting

 4    everyone's time.

 5              MR. ROBB:  Well, I'm sorry, Heather, that

 6    you feel that way.  But I think when test results are

 7    being testified as being valid, and they're being

 8    thrown into dumpsters, a jury should be allowed to

 9    hear that, as should the judge.

10    BY MR. ROBB:

11    Q.        **So let me go back and reask the question.**

12    **Are you aware that the test results and all the**

13    **empirical data that made up those test results were**

14    **thrown in a dumpster by Safety-Kleen?**

15              MR. COLÓN:  Objection as to form.  Lack of

16    foundation.

17              MS. FORGEY:  Same.

18    A.        You really need to give me some

19    clarification because, first of all, obviously, I

20    don't have the benefit of the testimony or the

21    context or how long they held onto those records and

22    then decided to dispose of them because even we in

23    the federal government after seven years will dispose

24    of our research records.

25    Q.        **Well, Doctor, my question to you is do you**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 28

1  **have any empirical data that supports your contention**

2  **that Safety-Kleen's Virgin Solvent 105 had only trace**

3  **levels of Benzene in it?**

4  A.          I guess I don't understand what you mean

5  by empirical data.  I have the reports that have been

6  disclosed to you.

7  **Q.          You don't have actual peer-reviewed,**

8  **independent laboratory tests that confirm that,**

9  **correct?**

10          MS. FORGEY:  Objection.  Form.

11  A.          So there is reports from things like the

12  American Conference for Governmental Industrial

13  Hygienists that give us levels of Benzene in mineral

14  spirits, published papers that give that.  Whether or

15  not they're the actual suppliers to Safety-Kleen, all

16  I have is the Safety-Kleen data, which is consistent

17  with what's published.

18  **Q.          You would agree that those studies you**

19  **just talked about do not specifically address**

20  **Safety-Kleen Virgin Solvent 105, correct?**

21          MS. FORGEY:  Objection.  Form.

22  A.          No.  That's not what I said.  I said the

23  reports that I have seen are for Safety-Kleen 105

24  Virgin that in the '90s Safety-Kleen was testing.

25  **Q.          Well, those were Safety-Kleen's tests,**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 29

1   **right?**

2              MS. FORGEY:  Objection.  Form.

3   A.         I don't remember whether they contracted

4   it out or they did it themselves.

5   **Q.        Well, Doctor, isn't that kind of like the**

6   **fox watching the henhouse?**

7              MR. COLÓN:  Objection as to form.

8              MS. FORGEY:  Objection.  Form.

9   A.         I just -- you know, I can't answer that.

10  That's kind of a silly question.  Let me finish my

11  answer, please.  Thank you.

12             So to be very clear, it's a company's

13  responsibility, and I'm not an expert on corporate

14  responsibility, but all the time, companies do their

15  testing to make sure that they know what they're

16  dealing with.  That's a very accepted and common

17  practice.  Who else is going to be doing it?  Who

18  else should pay for it?

19  **Q.        Doctor, aren't there independent labs that**

20  **you send stuff out to to evaluate for you?**

21  A.         I don't even know what you're talking

22  about, so you have to be more specific than that.

23  **Q.        Doctor, do you use independent labs to**

24  **confirm test results that you may have conducted as**

25  **part of research that you've done?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 30

1  A.          Again, you know, I collaborate with other

2  laboratories, sometimes we split samples, but, again,

3  I'm not sure what you're talking about.  You have to

4  be more specific.

5  **Q.        You don't understand that it would be**

6  **better for an independent laboratory to do an**

7  **evaluation of a company's product as opposed to the**

8  **company itself?  You don't see that -- the inherent**

9  **conflict there?**

10          MS. FORGEY:  Objection.  Form.  We're

11  getting way beyond the scope, Mr. Robb.

12          MR. ROBB:  Just object to the form,

13  please.

14  A.          So not necessarily.  Suppose the company

15  has the best lab in the world and everyone else

16  doesn't do it nearly as well?  I think you should go

17  ask the cigarette companies those questions.

18  **Q.        Doctor, you yourself have never done a**

19  **study on Benzene exposure in occupational workers**

20  **such as the type of work that Mr. Campos did, you**

21  **would concede that, correct?**

22          MR. COLÓN:  Objection.  Vague.

23  A.          Correct.

24  **Q.        Okay.  You have never been published at**

25  **all in the area of Benzene exposure and workers that**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 31

1   **work with Safety-Kleen 105, correct?**

2   A.          That's correct.

3   **Q.          All right.  Now, are you using -- when I**

4   **say Safety-Kleen 105, are you including in your**

5   **analysis both Virgin Solvent and the Recycled**

6   **Solvent?**

7   A.          I'm not sure what you're asking.  Which

8   analysis are you talking about?  Are you talking

9   about answering the questions here or in my report or

10  have I ever dealt with --

11  **Q.          No.**

12  A.          -- Safety-Kleen 105 Recycled Solvent?

13  **Q.          Well, let's start with in this particular**

14  **case, when you talk about Safety-Kleen 105, are you**

15  **referring to both the components of it, the Recycled**

16  **and the Virgin Solvent?**

17  A.          As I said in my report, my understanding

18  is that Mr. Campos never had the opportunity to work

19  with Recycled Solvent because it wasn't available in

20  Puerto Rico, so in that case, I'm only talking about

21  virgin mineral spirits.

22          However, if he did work with Recycled

23  Solvent, it wouldn't change my opinions in this case.

24  **Q.          Okay.  Can you tell me why Recycled Virgin**

25  **Solvent is banned for sale anywhere in the United**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 32

1   **States but Puerto Rico?**

2              MS. FORGEY:  Objection.  Form.

3   A.         I have no idea what you're talking about.

4   **Q.         Well, I want you to assume, Doctor, that**

5   **Safety-Kleen 105 Recycled Solvent is banned for sale**

6   **anywhere in the United States, and Puerto Rico is the**

7   **only place it can be sold.  Assuming that to be true,**

8   **does that affect your opinion that this product is**

9   **somehow safe?**

10             MR. COLÓN:  Objection as to form.

11             MS. FORGEY:  Join.

12  A.         First of all, I don't think your

13  hypothetical is correct.  Secondly, I would have to

14  know the reasons why it's banned because, for

15  example, maybe it's too explosive or it's too

16  hazardous to transport because of environmental

17  contamination or some other reason.  It may have

18  nothing to do with safety to humans in terms of

19  disease risk.

20  **Q.         Well, to get it to Puerto Rico would**

21  **involve a lot more transportation than bringing it**

22  **from state to state, don't you think?**

23             MS. FORGEY:  Objection.  Form.

24             MR. COLÓN:  Objection.

25  A.         I wonder whether you're getting out of my

99687215-bedc-4ee4-adeb-d7019e51000d

Page 33

1   area of expertise, but I'm pretty sure that that's

2   correct.

3   **Q.        All right.  Doctor, you say you don't know**

4   **anything about it.  Did you read any of the labels**

5   **affixed to either of these products?**

6            MR. COLÓN:  Objection as to form.  Vague.

7   A.        I have seen labels as well as MSDS's.

8   **Q.        Okay.  So then you've seen the label for**

9   **the Recycled Safety-Kleen 105 that says, "This**

10  **product" -- and it's at the top of the page of the**

11  **label in bold print, "This product is only for sale**

12  **and use in Puerto Rico.  Use of this solvent anywhere**

13  **else is strictly prohibited."  Do you remember**

14  **reading that?**

15           MS. FORGEY:  Objection.  Form.  Outside

16  the scope.

17  A.        I don't remember that either way.

18  **Q.        Okay.  You would agree that Recycled S-K**

19  **105 would have less Benzene in it than the Virgin**

20  **Solvent?**

21           MS. FORGEY:  Objection.  Form.  He's

22  already testified that whether or not it was

23  Virgin --

24           MR. ROBB:  Let's hang on.  Stop right

25  there.  Object to the form.  I don't want you

99687215-bedc-4ee4-adeb-d7019e51000d

Page 34

1   coaching the witness.

2           MS. FORGEY:  Mr. Robb, you have been going

3   on and on and on, and I have been giving you a lot of

4   leeway, but he has already said his opinion is the

5   same no matter what kind of solvent it was, Recycled

6   or Virgin, so we need to move on.

7           MR. ROBB:  Ma'am, please let me do my

8   cross-examination.  I didn't interrupt any of your

9   questions of my doctors when -- I made the

10  appropriate objections to form, and I'm asking for

11  the same courtesy be done here.

12          MS. FORGEY:  Well, that's disputable, but

13  you can have a little more leeway.  But I really need

14  to shut this down if you're going to continue asking

15  him questions that are outside the scope of his

16  designation.

17          MR. ROBB:  Well, guess what?  He said he's

18  an expert in exposure, hematology, risk assessment.

19  He's the one who said he's an expert in all these

20  areas.

21          MR. COLÓN:  He didn't say risk assessment.

22          MR. ROBB:  Well, whatever.

23  BY MR. ROBB:

24  **Q.         In any event, Doctor --**

25          MS. FORGEY:  There's an issue with the

99687215-bedc-4ee4-adeb-d7019e51000d

Page 35

1  term exposure I think is where we're getting afield

2  here.

3           MR. ROBB:  Trust me, I know what I'm

4  doing.  Okay?  Please let me continue with my

5  questioning of the Doctor without any interruptions

6  other than objection to form, please.  I'm asking you

7  as a professional.

8  BY MR. ROBB:

9  **Q.        Doctor, would you agree that Recycled**

10 **Solvent would have less Benzene in it than the Virgin**

11 **Solvent?**

12          MS. FORGEY:  Objection.  Form.

13 A.        You have to give me at what point in time?

14 **Q.        Doctor, Recycled -- Virgin -- I'm sorry --**

15 **Recycled S-K 105 is a product that has been used and**

16 **then recycled.  So you would agree that at that**

17 **point, because it's been in circulation longer than**

18 **the Virgin Solvent, that the Benzene levels would**

19 **have dissipated more than in the Virgin Solvent?**

20 A.        So that's not necessarily true because --

21          MR. COLÓN:  Objection as to form.  Lack of

22 foundation.

23 A.        -- the users of Safety-Kleen who's using

24 the Recycled Solvent, because of their use, have the

25 potential of adding things like gasoline and other

99687215-bedc-4ee4-adeb-d7019e51000d

Page 36

1  things that contain Benzene, so the Benzene levels

2  actually in Recycled Solvent can be higher.  It just

3  depends on whether you're talking about

4  post-processing, pre-processing, at the end of the

5  use of four weeks or six weeks, or at the beginning.

6  So you really have to start clarifying it.  And I

7  will tell you that if you start talking about those

8  points in time, it gets kind of murky, and I haven't

9  prepared for those questions here in this case

10 because Mr. Campos didn't use Recycled Solvent.

11 Q.         **Well, but my question to you, Doctor, is**

12 **Virgin Solvent, when you first open that up, the**

13 **Benzene levels in that particular product are going**

14 **to be greater than in a recycled product --**

15          MS. FORGEY:  Objection.  Form.

16 BY MR. ROBB:

17 Q.         **-- do you agree with that?**

18          MR. COLÓN:  Same objection.

19 A.         That's not necessarily true.

20 Q.         **Doctor, within reasonable degree of**

21 **medical certainty, a Virgin Solvent is going to have**

22 **more levels of Benzene in it than a recycled product,**

23 **would you agree with that?**

24          MS. FORGEY:  Objection.  Form.

25          MR. COLÓN:  Same objection.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 37

1   A.          That's not correct.   That's the question

2   you just asked me.

3   **Q.          Can you explain to me then why Dr. Breece,**

4   **who testified yesterday, agreed with that very**

5   **statement, and he works at Safety-Kleen -- or worked**

6   **at Safety-Kleen?**

7               MS. FORGEY:  Objection.   Form.   Asked and

8   answered.   Beyond the scope of the designation.

9   BY MR. ROBB:

10  **Q.          Can you explain to me why Dr. Breece**

11  **testified, and every other expert that Safety-Kleen**

12  **has in this particular case are all in agreement,**

13  **that the longer the chemical is in use, the Benzene**

14  **breaks down and there's less exposure to the worker?**

15              MS. FORGEY:  Objection.   Form.

16  A.          So first of all, you just totally changed

17  the question.   So secondly, if you're asking me

18  whether or not Benzene evaporates faster than mineral

19  spirits, not breaks down, the answer is yes.   But the

20  Recycled Solvent also has the opportunity of the end

21  user to add things to it while they're cleaning their

22  parts.   So some recycled solvents, in fact, can have

23  additional Benzene added to it.   So that's how I

24  would explain it to you.

25  **Q.          Do you have one study that supports what**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 38

1    you just said?

2    A.          Sure.

3                MS. FORGEY:  Objection.  Form.

4    BY MR. ROBB:

5    Q.          Tell me -- name the study and the

6    documents that support that opinion that Recycled

7    Solvent is going to have more Benzene content in it

8    than Virgin Solvent.

9                MR. COLÓN:  Objection as to form.

10   A.          They have been in documents sent to me by

11   Safety-Kleen earlier, again, I didn't prepare for

12   this deposition, since Mr. Campos did not use

13   Recycled Solvent, so they exist, but I'm not going to

14   be able to name them for you from memory.

15   Q.          Well, Doctor, you have your file there in

16   front of you.

17   A.          I have my Campos file in front of me.

18   Those documents are not in here.

19               MS. FORGEY:  Mr. Robb, we need to move on

20   to issues that are within his designation.

21               MR. ROBB:  Listen, counselor, I sat

22   through four-and-a-half hours of depositions on two

23   separate days.  Please don't tell me that I need to

24   move on.  I'm 40 minutes into this deposition.  Okay?

25               MS. FORGEY:  You're asking him questions

99687215-bedc-4ee4-adeb-d7019e51000d

1  outside the scope of his designation.

2  BY MR. ROBB:

3  Q.        Doctor, you're not going to be offering

4  any opinions then on Benzene levels in Recycled

5  Solvent versus Virgin Solvent then; is that correct,

6  based on what counsel just said?

7  A.        What I will tell the jury is that the data

8  that I have seen about -- I'm sorry.  Say that again.

9  Recycled versus Virgin?  I don't really anticipate

10 that in this case.

11 Q.        Okay.  My question to you, because

12 counselor says you're not going to be offering

13 opinions -- well, let me ask you this, Heather, are

14 you going to stipulate that he's not going to testify

15 as to the Benzene levels in Recycled versus Virgin

16 Solvent?  If you tell me that he's not going to

17 testify about that, I will move on.

18         MS. FORGEY:  He is going to testify about

19 everything covered in his designation.

20 BY MR. ROBB:

21 Q.        Well, then, Doctor, where in your report

22 do you talk about Benzene levels and Recycled Solvent

23 versus Virgin S-K 105?

24 A.        So I don't make a specific comparison.  I

25 don't really think the question is relevant, so I

99687215-bedc-4ee4-adeb-d7019e51000d

Page 40

1  wouldn't do that analysis.  On page 25 -- I'm still

2  talking, please.

3  **Q.        I apologize, Doctor.  It's difficult when**

4  **we do it this way, so I apologize for interrupting**

5  **you.**

6  A.        Okay.  So on page 25 under the paragraph

7  of "Mineral spirits," the last sentence says, "The

8  Safety-Kleen Virgin -- 105 Virgin and Recycled

9  Solvents have been studied, and the Benzene levels

10  are trivial, well below levels of federal reporting

11  requirements on MSDS's."

12  **Q.        Okay.  Did you read -- I notice in your**

13  **references -- do you have Dr. Kopstein's analysis of**

14  **Benzene levels in these type of products?**

15  A.        Well, I'm aware of what he's assuming.

16  It's not his analysis.

17  **Q.        My question is do you have his paper cited**

18  **anywhere in your list of references?**

19  A.        His paper?  Can you be more specific?

20  **Q.        Yes.  His peer-reviewed publications on**

21  **these issues that we're talking about, do you have**

22  **those?**

23  A.        I've seen them.  I have not cited them in

24  my report.

25  **Q.        So did you leave them out of your**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 41

1  **references?**

2  A.           Well, I didn't include them in my

3  references.  I don't think I intentionally left them

4  out if that's what you're implying.

5             MS. FORGEY:  Mr. Robb, are you assuming

6  that he's going to do some independent quantification

7  of exposure, some dose assessment, because that's not

8  what he's going to do?

9             MR. ROBB:  I'm not -- I know what I'm

10  doing here, please.  Okay?

11             MS. FORGEY:  I'm just trying to

12  short-circuit it.  You asked me earlier about what

13  he's going to testify about, and if you're asking him

14  if he's going to testify about the Benzene content of

15  products of Safety-Kleen's solvent at any given time,

16  he's not.

17             He's relying on other people, and he's

18  relying on his expertise and other literature in the

19  field about the Benzene content historically of

20  mineral spirits.  So if that short-circuits your

21  questions, then, please, let it short-circuit them.

22             MR. ROBB:  Say what you just said,

23  Heather, in one sentence, that Dr. Shields is not

24  going to be offering any opinions regarding the

25  Benzene content of Virgin Solvent 105 or Recycled

99687215-bedc-4ee4-adeb-d7019e51000d

Page 42

1   Solvent 105.  If you say that on the record --

2              MS. FORGEY:  That's not the case,

3   Mr. Robb.

4              MR. ROBB:  Then just be quiet, and I'll

5   continue with my questions.

6              THE WITNESS:  Mr. Robb, maybe you should

7   ask me what is it that I'm going to say about

8   exposure, that might help you a lot?

9   BY MR. ROBB:

10  Q.         Doctor, again, you know, I know you've

11  been down this road before, and you're here on behalf

12  of Safety-Kleen, but I'm here on behalf of my client,

13  and I'll ask the questions I think I need answers to.

14             MS. FORGEY:  Object to the sidebar.

15  BY MR. ROBB:

16  Q.         Well, Doctor, go back to the Cleveland

17  Clinic exhibit that we were talking about.  All

18  right.  We established my client hasn't been exposed

19  to radiation.  We haven't established that he's been

20  exposed to Benzene.  The next thing we talk about is

21  exposure to certain chemotherapy drugs.  We know that

22  that's not the case with my client, correct?  And he

23  hasn't been exposed to chemotherapy, you would agree

24  with that, right, Doctor?

25  A.         That's correct.

99687215-bedc-4ee4-adeb-d7019e51000d

1  Q.         All right.  And the paragraph goes on and

2  says, "That may increase the risk of developing AML,

3  ALL, or CML," correct?

4  A.         I'm just trying to find where you're

5  reading.

6  Q.         Okay.  I'm on page 2, "What causes

7  leukemia," paragraph 2 under that says "Although the

8  exact cause of the DNA mutation," you see that?

9  A.         Yes.

10  Q.         All right.  And so let me just read this

11  sentence.  "For example, very high doses of

12  radiation, exposure to the chemical Benzene, and

13  exposure to certain chemotherapy drugs may increase

14  the risk of developing AML, ALL, or CML."  Did I read

15  that correctly?

16  A.         You did.

17  Q.         Okay.  Let's go to my next exhibit, which

18  is Johns Hopkins.

19  A.         Okay.  Yep.

20  Q.         And you'll agree that Johns Hopkins is a

21  leading medical institution in this country?

22  A.         I agree.

23  Q.         All right.  You're familiar with the Johns

24  Hopkins Kimmel -- K-i-m-m-e-l for our court

25  reporter -- Cancer Center?

Page 44

1   A.          Yep.

2   Q.          All right.  Very respected cancer center

3   in the northeast?

4   A.          Yep.

5   Q.          All right.  And you see the "Leukemia risk

6   factors," correct?

7   A.          That's right.

8   Q.          All right.  And it says under Benzene, it

9   says, "Exposure to the chemical compound Benzene in

10  the workplace can cause acute myeloid leukemia and

11  chronic myeloid leukemia," right?

12  A.          Are you asking me whether you read that

13  correctly?

14  Q.          That's what Johns Hopkins Kimmel Cancer

15  Center recognizes as being a potential cause of the

16  very leukemia that my client has, correct?

17  A.          That's what they wrote.

18  Q.          All right.  Let's go to No. 3, Exhibit 3,

19  the Children's Leukemia Research Association, do you

20  know Dr. Peter Wiernik?

21              For our court reporter, that's

22  W-i-e-r-n-i-k.

23  A.          I don't.

24  Q.          Okay.  You haven't read any of his

25  textbooks regarding neoplastic diseases and leukemia?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 45

1   A.        I don't read textbooks.

2   Q.        **You don't read -- do you teach?**

3             MS. FORGEY:  Objection.  Form.

4   A.        I sometimes teach.

5   Q.        **Okay.  And you'll agree that on his --**

6   **well, he's an oncologist like yourself, correct?**

7   A.        I don't know that.

8   Q.        **Okay.  I want you to assume that he is an**

9   **oncologist.  All right.  That's the type of work you**

10  **do, right?**

11  A.        I am an oncologist by training.  My

12  expertise is in cancer causation.

13  Q.        **Okay.  Most of your work, though, would**

14  **you agree, has been in lung cancers and breast**

15  **cancers; is that fair?**

16  A.        My primary research area, yes.

17  Q.        **Okay.  Did you -- as far as breast cancer,**

18  **did you ever make the connection between hormone**

19  **therapy and women getting breast cancer?**

20  A.        I don't think I have in my research.

21  Q.        **Okay.  But you do recognize that is an**

22  **area of contention among physicians also that Prempro**

23  **or hormone replacement drugs could cause breast**

24  **cancer in women?**

25  A.        No.  That's not contentious at all.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 46

1   Q.          You think it's an established fact?

2   A.          Yeah.  No one disputes that.  Some people

3   will still want to prescribe the drugs, but everyone

4   understands that it increases the risk of breast

5   cancer.

6   Q.          Okay.  On page 2 of this Children Leukemia

7   Research Association document that you have in front

8   of you, you see where it says "Chronic" -- I can't

9   say the word -- "myelocytic leukemia (CML)."  Do you

10  see that, Doctor?

11  A.          I see that section.

12  Q.          All right.  And it says, I'll read it,

13  "The etiology of CML is unknown for most patients,

14  although it is clear that exposure to ionizing

15  radiation and some chemicals (Benzene) can cause the

16  disease."  Right?

17  A.          That's what it says.

18  Q.          All right.  So there's a physician that

19  feels that there's a link between Benzene and CML,

20  and there's two hospitals, you agree, that feel that

21  there's a connection.  Let's go to page -- Exhibit 4.

22  A.          I'm sorry.  Was there a question?

23              MS. FORGEY:  Object to the sidebar.

24  BY MR. ROBB:

25  Q.          I'm done.  Now I'm on to No. 4, and it's

99687215-bedc-4ee4-adeb-d7019e51000d

Page 47

1  titled "Cancer Council," and that's from New South

2  Wales.  I'll represent to you that's NSW, that's what

3  that stands for.

4  A.        So that's Australia?

5  Q.        I believe it is.

6  A.        So we're going to Australia.

7  Q.        And you cited in your references that you

8  have in your bibliography, or appendix to your

9  report, you cite studies from all over the world,

10 correct?

11 A.        That's correct.

12 Q.        All right.  There's nothing wrong with

13 studies from Australia or China or Africa or any

14 other area of the country -- I'm sorry -- of the

15 world, is there?

16 A.        I guess you're asking me whether geography

17 makes a study particularly unreliable?  No.  There

18 are studies that are reliable and unreliable around

19 the world.

20 Q.        Okay.  And the title of that -- of this

21 paper, No. 4, is "Causes of Chronic Myeloid

22 Leukemia."  Again, that's the leukemia my client has,

23 correct?

24 A.        That's right.

25 Q.        And it says, "Exposure to the chemical

99687215-bedc-4ee4-adeb-d7019e51000d

1  Benzene or high doses of radiation may cause CML,"

2  right?  And it says, in fairness, "However, this

3  doesn't explain the majority of cases," right?

4  A.        You read that correctly.

5  Q.        And then below it, you would agree, that

6  it's been reviewed, the information that's on that

7  particular website, has been reviewed by a bone

8  marrow transplant physician, associate professors, a

9  cancer council, you see all the names there, right, a

10 hematologist?

11 A.        Well, I'm not recognizing any name there

12 or title of anyone that would have a particular

13 expertise in leukemia causation.

14 Q.        Well, sir, what is the -- CML, the -- is

15 bone marrow transplant one way of treating CML?

16 A.        That's right.

17 Q.        All right.  And one of the people that are

18 cited here is a hematologist and a bone marrow

19 transplant physician, correct?

20 A.        Right, which would make it unlikely for

21 that person to have an expertise in cancer causation.

22 Q.        He's a hematologist.  That would certainly

23 give him an expertise in leukemia, would it not?

24 A.        In leukemia, it would; not causation.

25 Q.        All right.  Well, regardless of the fact,

99687215-bedc-4ee4-adeb-d7019e51000d

Page 49

1  you do agree that on this particular page, there's

2  somebody else, or a group of people, that disagree

3  with your opinion that you've given here today that

4  CML is caused by exposure to Benzene, correct?

5  A.         Well, I'm not disputing what they wrote.

6  I would like to know what their methodology is for

7  coming to that conclusion before I would dispute it.

8  Q.         Now, No. 5 is the "Montana Cancer Control

9  Section," which is a division of the State of

10  Montana.  You're aware of the fact, aren't you, that

11  various states have cancer councils or agencies,

12  right?

13  A.         That's right.

14  Q.         Okay.  In Ohio, do they have a state

15  cancer registry or society of some sort?

16  A.         Well, those are two very different things.

17  So I guess you have to tell me what you mean by

18  "sort."

19  Q.         Okay.  Well, I'll tell you what, let's

20  just go to page 4 of this report.  Tell me when you

21  get there.

22  A.         Okay.

23  Q.         On the last paragraph where it starts with

24  "There," do you see where I'm at?

25  A.         Yep.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 50

1   Q.          -- "have been many studies."

2   A.          Yep.

3   Q.          I want you to go down, and I'm going to

4   read this to you.  It says, "The only well-documented

5   association is increased risk of AML or CML with

6   occupational exposure to Benzene."  Do you see that?

7   A.          I do.

8   Q.          All right.  And, again, the words used

9   aren't "there may be; there's possibly."  It says,

10  "There's a well-documented association of an

11  increased risk of AML or CML with occupational

12  exposure to Benzene," correct?

13  A.          So you actually -- so that's what they

14  wrote, but you didn't finish because they cite in

15  footnote 5, which is a website for ATSDR, and I would

16  like to see what ATSDR says for their tox profiles.

17  I don't think ATSDR recognizes Benzene as a

18  well-documented exposure to CML.  So they may have

19  their footnote incorrect.

20  Q.          Okay.  All right.  Let's go to No. 6, and

21  the title of that is "Leukaemia."  Have you ever

22  gotten any funding from the Rockefeller Foundation?

23  A.          No.

24  Q.          You're aware of the Rockefeller

25  Foundation?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 51

1  A.        Sure.

2  Q.        All right.  You recognize that they fund

3  medical research and other -- well, you understand

4  they fund medical research around the world?

5  A.        Yes.

6  Q.        Okay.  Have you ever applied for funding

7  with the Rockefeller Foundation?

8  A.        No.

9  Q.        Okay.  Has The Ohio State University

10  physicians ever applied for funding with the

11  Rockefeller Foundation?

12  A.        I have no idea.  As far as I know, there's

13  no one in our cancer center currently with their

14  funding.

15  Q.        Okay.  But you have been in facilities

16  where they funded those studies, I would assume,

17  given your long, illustrious career and the places

18  you have worked?

19  A.        I don't know that.  You're actually asking

20  an interesting question because I don't know what

21  they fund.  They may not fund cancer research at all.

22  Q.        Okay.  Well, you agree that the title of

23  this paper of No. 6 is called "Leukaemia," correct?

24  A.        That's right.

25  Q.        All right.  And going over to the top

99687215-bedc-4ee4-adeb-d7019e51000d

Page 52

1  right-hand part of that page, it says "Benzene," do

2  you see that?

3  A.        Yes.

4  Q.        And it says, "Exposure to Benzene in the

5  workplace can cause acute myeloid leukaemia, and it

6  may also cause chronic myeloid leukaemia, or acute

7  lymphatic leukaemia," do you see that?

8  A.        It's -- yes.  It's "lymphocytic

9  leukaemia."  I do see that.

10 Q.        I apologize.  And if you turn to page 2,

11 that is a publication of the Africa Cancer

12 Foundation, right?

13 A.        I guess so.  It's not really clear.

14 Q.        All right.  Well, what do you mean it's

15 not clear?  Can you not look at the bottom on the far

16 right side of the second page, it says "Funded by the

17 Rockefeller Foundation, the Africa Cancer

18 Foundation."

19 A.        And I do see now that it says "A

20 publication of the Africa Cancer Foundation."

21 Q.        Okay.  Now, No. 7, I'm going to apologize

22 to you because I know it's going to hurt you because

23 of the fact that you're an Ohio State guy, and this

24 is a Michigan -- University of Michigan professor.

25           Let me ask you, do you know Dale Bixby?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 53

1  A.        I don't.

2  Q.        All right.  He's the Assistant Program

3  Director of the Division of Hematology and Oncology

4  at the Department of Internal Medicine at the

5  University of Michigan.  Right.  All those areas

6  would be dealing with cancer causation, you would

7  agree, right?

8  A.        No.  I totally disagree.  And by the way,

9  he's a clinical assistant professor, but very few of

10 the people in our division of hematology and oncology

11 deal with causation.  They're usually in cancer

12 prevention and control programs.

13 Q.        What's the specialist that -- well, you're

14 an oncologist, right?

15 A.        That's right.

16 Q.        All right.  And you say you're -- you do

17 cancer causation determinations, correct?

18 A.        That's correct.

19 Q.        All right.  And not only is he an

20 assistant professor, he's also the assistant program

21 director at the University of Michigan, correct?

22 A.        That's what it says.

23 Q.        All right.  Now, let's go to -- it's

24 probably page 9 because that's how I got my poor

25 court reporter all mixed up earlier.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 54

```
 1              MR. COLÓN:  Mike, excuse the interruption.
 2   I don't mean to interrupt your questions or your
 3   deposition, just a quick logistical matter.
 4              MR. ROBB:  Yes, sir.
 5              MR. COLÓN:  What time are you thinking of
 6   breaking for lunch?  I need to schedule -- try to
 7   schedule other matters as well during whatever break,
 8   whenever you plan on breaking.
 9              MR. ROBB:  Francisco, I plan on being done
10   probably in an hour.
11              MR. COLÓN:  Okay.  All right.  Sorry.
12              MR. ROBB:  If I feel like I'm going to go
13   longer, I'll let you know, but I'm really not going
14   to be all that much longer, I don't think.
15              MR. COLÓN:  Thank you for that, Mike.
16              MR. ROBB:  Sure.
17              THE WITNESS:  So we've been going for an
18   hour, so whenever you're ready, we can take a break.
19              MR. ROBB:  That's fine.  If you need a
20   break, Doctor, I can get some more water.  We can
21   take a five-minute break.  That's fine by me.
22              THE WITNESS:  Okay.  Great.
23              (Recess taken.)
24   BY MR. ROBB:
25   Q.         **We were talking about the University of**
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 55

1   Michigan.  Are you on page 9 of that?  It says,

2   "Epidemiology."

3   A.        Yes.

4   Q.        All right.  And, again, it says, "Risk

5   factors include exposure to certain organic solvents

6   (Benzene)," right?

7   A.        That's what it says.

8   Q.        So there's another physician that

9   disagrees with your opinion that CML and Benzene have

10  no relation, correct?

11  A.        That's what he wrote.

12  Q.        And that's a direct contrast to what you

13  believe, correct?

14  A.        That's correct.  I never heard of Dale

15  Bixby.  I don't know what expertise he has, but

16  unlikely that he has expertise in cancer causation

17  because I've never heard of him.

18  Q.        Because you have expertise in cancer

19  causation, what you tell us under oath then we can

20  believe, correct?

21  A.        Sure.

22  Q.        Okay.  Let's go to my next one, which

23  is -- which number is that?  I'm all messed up here.

24  No. 7 -- I'm sorry.  We just did 7.

25            No. 8, do you see that, it's titled,

99687215-bedc-4ee4-adeb-d7019e51000d

Page 56

1   again, "Leukaemia, February 22, 2011."  This is a

2   publication from the South Africa -- let me see

3   here -- I've got it somewhere.  It's from the South

4   Africa's Health Information website.  Do you have

5   that?

6   A.        So I have No. 8.  I can't tell where it's

7   from.

8   Q.        Well, yeah.  I just told you where it's on

9   the back, but that's not here nor there.  Go to

10  page 2 of that.

11  A.        Okay.

12  Q.        See where it says, "Cause"?

13  A.        Yeah.

14  Q.        And skip down to bullet points, it talks

15  about radiation, chemotherapy, some previous blood

16  disorders, and then the next one is "Benzene exposure

17  is associated with CML," correct?

18  A.        That's what it says.

19  Q.        All right.  And this -- if you go to --

20  and when it says something is associated with it,

21  that means there is a link, correct?

22            MS. FORGEY:  Objection.  Form.

23  A.        Well, you know, we're getting into jargon,

24  right?  So association statistically means that two

25  things are related to each other.  If it's

99687215-bedc-4ee4-adeb-d7019e51000d

Page 57

1  statistically significant, you make an assumption

2  that it's not due to chance, although it still could

3  be, but association, just to be really clear, is not

4  the same thing as causation.

5  Q.        All right.  But in this one, if you go to

6  page -- if you look in the bottom right-hand corner

7  of these pages as you flip through them, there's a

8  number, you know, they're numbered 1 through 9, I

9  believe.

10  A.        Okay.

11  Q.        Go to page 7.  Do you see that?

12  A.        I'm sorry.  See what?

13  Q.        Page 7 down here, it says 7/9.  Can you

14  get to that page?

15  A.        79?

16  Q.        No.  It says 7, and then there's a slash,

17  9.  It's page 7 of the 9 pages.  That's what I'm

18  trying to get you to.

19  A.        I'm not seeing 1 of 9, 2 of 9, 7 of 9.

20  Q.        Of this Leukaemia thing I just gave to

21  you -- or, I'm sorry, do you have it in front of you?

22  A.        Oh, I see.  I see 7 of 9 looked to me like

23  it was 79.

24  Q.        That's fine.  And this information was

25  reviewed by a hematologist, correct?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 58

1   A.          That's what it says.  It says a --

2   **Q.          Hematologists are the type of physicians**

3   **who deal with leukemia day in and day out, right,**

4   **that's their primary --**

5   A.          That's correct.  This is reviewed by a

6   clinical hematologist, which, again, are usually not

7   the people who are experts in causation.

8   **Q.          Clinical hematologists are ones that are**

9   **actually treating these people that have these**

10  **horrible diseases, correct?**

11              MS. FORGEY:  Objection.  Form.

12  A.          As have I.  That's correct.

13  **Q.          All right.  Well, you would agree that CML**

14  **is not -- is a horrible disease, correct?**

15              MS. FORGEY:  Objection.  Form.

16  A.          Boy, that's a tough question because I

17  have patients, you know, who are alive 10 years on

18  Gleevec with absolutely normal lives, so I'm not sure

19  that they would say that it's horrible.

20  **Q.          They would say that it's good to have CML?**

21  A.          Oh, that's -- please don't twist my words

22  like that.

23              MS. FORGEY:  Objection to form.

24  BY MR. ROBB:

25  **Q.          Well, that's what you're saying, Doctor.**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 59

1   You're trying to say that it's --

2                MR. COLÓN:  Objection to form.

3                MR. ROBB:  I'll rephrase.  I'll move on.

4   BY MR. ROBB:

5   Q.          Doctor, you have the next one is No. 9,

6   University of California Davis Comprehensive Cancer

7   Center.

8   A.          I have that.

9   Q.          You're familiar with that facility?

10  A.          Yes.

11  Q.          Okay.  Another respected facility in the

12  United States for people to go to get cancer care and

13  leukemia care, correct?

14  A.          That's correct.

15  Q.          All right.  Let's go to page 2 of 9 -- or

16  29, as you like to call it.  That's a joke.

17  A.          Yeah.  My eyesight is not as good as it

18  used to be.

19  Q.          Join the club.  Are you with me?

20  A.          Yeah.

21  Q.          See "Risk factors," and you go down, and

22  the third bullet point is, "Exposure to Benzene in

23  the workplace can cause acute myeloid leukemia," and

24  then the next paragraph is, "It may also cause

25  chronic myeloid leukemia," correct, I read that

99687215-bedc-4ee4-adeb-d7019e51000d

Page 60

1  **right?**

2  A.          You did.

3  **Q.          All right.  So here's another leading**

4  **medical institution that recognizes the connection**

5  **between Benzene and CML, correct?**

6  A.          Well, so "may" is a pretty weak term.  So

7  that statement was neither correct nor incorrect.

8  **Q.          It doesn't say it's not related, does it,**

9  **Doctor?**

10  A.          It does not say that it's not related.

11  **Q.          So anybody reading that can infer that**

12  **there is some association between Benzene and CML**

13  **according to the doctors at the University of**

14  **California Davis, correct?**

15          MR. COLÓN:  Objection as to form.

16          MS. FORGEY:  Objection.  Form.

17  A.          I think the word "may" means may, everyone

18  understands that, which means maybe, maybe not.

19  **Q.          Okay.  The next one is No. 10.  It's from**

20  **the Irish Cancer Society.  Do you have that?**

21  A.          I do.

22  **Q.          All right.  And, again, it's talking about**

23  **CML, and it says, "Exposure to chemicals.  Long-time**

24  **exposure to the chemical Benzene can increase your**

25  **risk," right?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 61

1   A.         That's what it says.

2   **Q.         All right.  Do you believe that any**

3   **exposure to Benzene increases the risk of getting**

4   **CML, or there's just no risk at all between Benzene**

5   **and CML?**

6   A.         Well, I think the studies pretty clearly

7   show that at high risk -- I'm sorry -- at high levels

8   of exposure does not increase the risk of CML.  So if

9   high risk -- sorry -- let me say that again.

10           So if high levels can't establish an

11  increased risk through multiple studies, then it's

12  reasonable to assume that lower exposures would not

13  increase the risk of CML.

14  **Q.         So your opinion today is that there's**

15  **absolutely no exposure level to Benzene that would**

16  **cause you to develop CML; is that fair?**

17  A.         Well, what I'm saying is that there's no

18  studies to support that statement.  There's

19  insufficient study to support that statement.  As we

20  talked about, there's one or two studies that

21  provides statistically significant association at

22  higher levels of exposure, although the vast majority

23  of the studies, almost all of them, don't provide

24  statistical associations.

25  **Q.         Okay.  Now, then, let's go to No. 11, and**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 62

1   that's the Cancer Research of the United Kingdom or

2   Great Britain.  That's their cancer society.  Okay.

3   Do you have that?

4   A.          I have that.

5   Q.          All right.  And that talks about CML, the

6   risk and causes.  Do you see that?

7   A.          You're looking at the section -- yes.

8   Q.          All right.  And then you go to the second

9   page, and there's a subheading for Benzene.

10  A.          Yes.

11  Q.          And it says, "Contact with a chemical

12  called Benzene for some years may increase your CML

13  risk."  Do you see that?

14  A.          That's what it says.

15  Q.          Okay.  Doesn't talk about the amount of

16  the exposure but just simply working with the

17  chemical may cause CML.  Do you agree that's what it

18  says?

19          MR. COLÓN:  Objection as to form.

20  A.          I'm sorry.  I'm just looking at the

21  document.

22  Q.          That's fine.

23  A.          Yeah.  So right.  I was just reading the

24  paragraph here which says -- you know, which you read

25  correctly -- some -- "For some years may increase CML

99687215-bedc-4ee4-adeb-d7019e51000d

Page 63

 1  risk."  But you actually didn't give us the last

 2  sentence in that same paragraph, which says, "But

 3  most people in U.K. wouldn't come in contact with

 4  enough Benzene for it to increase their risk at all."

 5  So that specifically speaks to the fact that they are

 6  referring to dose.

 7  **Q.          Well, there they're talking about -- and**

 8  **if you want to be fair, read the paragraph before**

 9  **it -- they're talking about petro or gasoline fumes,**

10  **correct?**

11  A.          That's right.  That's in the middle.

12  **Q.          Yeah.  Okay.  And you would agree that**

13  **Mr. Campos's exposure to Benzene is more than, say,**

14  **you or I that sit in offices -- or, well, you**

15  **probably move around a little more than I do, going**

16  **in and out of hospitals.**

17  **          But you would agree that Mr. Campos is**

18  **exposed to Benzene -- or was exposed to Benzene on a**

19  **more regular basis than normal working people that**

20  **aren't involved in parts cleaning and things like**

21  **that?**

22            MS. FORGEY:  Objection.  Form.

23  A.          So I haven't seen any evidence that

24  Mr. Campos is exposed above background.  There's a

25  wide range of background in the population.  It's

99687215-bedc-4ee4-adeb-d7019e51000d

Page 64

1  different for smokers and nonsmokers.  So, you know,

2  I wouldn't necessarily agree with that.  It depends

3  on the person and depends on where they live, and it

4  depends on their lifestyle.

5  **Q.        Well, did you read the report of**

6  **Dr. Kopstein?**

7  A.        Yes.

8  **Q.        All right.  So you are aware of the fact**

9  **that he was exposed at a much higher level than**

10 **background, according to Dr. Kopstein, you just don't**

11 **agree with it?**

12          MR. COLÓN:  Objection as to form.

13 A.        Right.  So I'm aware that Dr. Kopstein

14 claims that, but that the overwhelming scientific

15 literature disputes what Dr. Kopstein has to say.

16 **Q.        Well, but Dr. Kopstein actually talked to**

17 **my client about his exposure, right?**

18 A.        If you represent that to me, I don't

19 recall that either way, but talking to Mr. Campos

20 will not tell you what level of exposure he actually

21 has.  All it could do is tell you what workplace

22 activities Mr. Campos describes.

23 **Q.        Well, the worker is going to be able to**

24 **tell you approximately how long he's exposed to this**

25 **particular chemical, right?  That's a valid source of**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 65

1   **information, is it not?**

2           MR. COLÓN:  Objection as to form.

3   A.          Sure.  His testimony about how often he

4   uses it, how he uses it, how long he uses it is

5   testimony given under oath, so one would rely on

6   that.

7   **Q.          If a product causes a particular leukemia,**

8   **do you believe that should be included on the label**

9   **of that product?**

10          MS. FORGEY:  Objection.  Form.

11  BY MR. ROBB:

12  **Q.          Let me reask that.**

13          **Do you believe that a company that**

14  **manufacturers a chemical owes it to the people that**

15  **are going to be exposed to that chemical to put on**

16  **the warning label what diseases that chemical may**

17  **produce in their body?**

18          MS. FORGEY:  Objection.  Form.  Beyond the

19  scope.

20  A.          So if you have -- let's be specific --

21  Benzene as a cause of AML, just because coffee or

22  Safety-Kleen or strawberries have Benzene in it, I

23  would think that I would like to see a label if

24  there's a reasonable expectation that the level of

25  Benzene in that product is going to increase your

99687215-bedc-4ee4-adeb-d7019e51000d

1  risk.  Just because it's there doesn't mean that it

2  increases your risk.  It's one of the areas where

3  your experts have it entirely wrong.

4  **Q.        Doctor, you're not trying to equate what**

5  **my client was exposed to to eating strawberries, are**

6  **you?**

7  A.        Well, I don't see the evidence that your

8  client was exposed to Benzene above background.  So

9  we get background sources from a lot of different

10  places; for smokers, a lot of it is smoking; but

11  filling up your gas tank, eating strawberries,

12  drinking coffee.  Benzene is pretty ubiquitous in our

13  environment.

14          So by your question that you ask, we would

15  basically have to have a label of every product sold

16  on the market as being this may cause leukemia.  And

17  that's just absurd.

18  **Q.        Now, my question to you, Doctor, is if**

19  **you're selling a product such as Safety-Kleen 105,**

20  **and you know that it causes CML, the worker should be**

21  **told of that, don't you think?**

22          MS. FORGEY:  Objection.  Form.

23  A.        Well, that's such a complicated question

24  because, first of all, you're asking me to assume

25  that Benzene causes CML.  We've discussed that

99687215-bedc-4ee4-adeb-d7019e51000d

Page 67

1   extensively.  You are asking me to assume that

2   there's enough Benzene in Safety-Kleen 105 to cause

3   CML.  We've discussed that extensively.

4            So the answer is, no, when, in fact, for

5   MSDS's and things like that, my understanding is that

6   there's regulations about how much Benzene needs to

7   be in a product before it gets labeled, and

8   Safety-Kleen didn't meet that.

9   **Q.        Doctor, you have a pattern, don't you,**

10  **when you're hired by Safety-Kleen, or by any**

11  **industry, to defend their practices, to basically**

12  **belittle the other experts that the plaintiffs have**

13  **retained in cases, that's a pattern --**

14            MS. FORGEY:  Objection.  Form.

15            MR. COLÓN:  Objection as to form.

16  BY MR. ROBB:

17  **Q.        -- right?**

18  A.        Can you tell me what you mean by pattern?

19  **Q.        Well --**

20            MR. COLÓN:  Belittle.

21  BY MR. ROBB:

22  **Q.        Did you not in West Virginia belittle the**

23  **methods -- methodology that was used by the experts**

24  **that the plaintiffs had retained in a case involving**

25  **CSX Transportation?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 68

1            MR. COLÓN:  Objection as to form.

2   BY MS. FORGEY:

3   **Q.        The case is Hall.  Do you remember the**

4   **case of Hall?**

5   A.        Hall?

6   **Q.        Yes.  H-a-l-l.**

7   A.        No.

8   **Q.        All right.  Do you recall any West**

9   **Virginia Supreme Court opinion that said that the**

10  **methods that you used to question the validity of the**

11  **opinions of the plaintiff's expert in that case**

12  **should not have been accepted by the trial court?**

13  A.        I have no recollection of this.

14  **Q.        Okay.  Do you know an attorney by the name**

15  **of Dean Hartley?  Do you remember him deposing you?**

16  A.        I know Dean Hartley.

17  **Q.        Okay.  And do you recall the case you had**

18  **with Dean Hartley that went up to the West Virginia**

19  **Supreme Court in regard --**

20  A.        I've had multiple cases with Dean Hartley.

21  I have no idea about what you're talking.

22  **Q.        Well, you've been in West Virginia cases**

23  **before, correct, regarding Benzene and other chemical**

24  **exposures; is that fair?**

25  A.        I believe so.

99687215-bedc-4ee4-adeb-d7019e51000d

1   Q.          Okay.   Are you aware of the fact that the

2   West Virginia Supreme Court has found that CML is

3   caused by exposure to Benzene?

4   A.          I don't ever remember being in a case with

5   CML, so if you're talking about something, it's

6   probably something I'm not involved with.

7               MS. FORGEY:  And I'll object to the form.

8   BY MR. ROBB:

9   Q.          All right.  But this is not the first time

10  that you have criticized the experts on the other

11  side and their methodologies, correct?

12              MS. FORGEY:  Objection.  Form.

13  A.          If you're asking me if I call it like I

14  see it, the answer is yes.  That's what I should be

15  doing.

16  Q.          All right.  You call it as you see it.  So

17  when you're under oath and you're asked a question,

18  you tell the truth, and we can take that to the bank,

19  correct?

20  A.          I'm --

21              MR. COLÓN:  Objection as to form.

22  A.          I certainly do the best I can, and I'm

23  certainly giving my testimony under oath.

24  Q.          Okay.  And when you give your testimony

25  under oath that CML causes -- I mean, that Benzene

99687215-bedc-4ee4-adeb-d7019e51000d

Page 70

1   causes CML, that's something we can rely upon,

2   correct?

3              MS. FORGEY:  Objection.  Form.

4              MR. COLÓN:  Objection as to form.

5              MS. FORGEY:  Misstates testimony.

6   A.         I guess I have to see what you're talking

7   about.

8   Q.         Doctor, I just want you to -- I want you

9   to assume that you've testified that CML is caused by

10  exposure to Benzene under oath.  I can trust that

11  opinion from you, can't I?

12             MS. FORGEY:  Objection.  Form.

13             MR. COLÓN:  Objection as to form.  Lack of

14  foundation.  Confront him.  Show him what you have.

15             MR. ROBB:  I'm not going to tip my Daubert

16  hand.

17  BY MR. ROBB:

18  Q.         Right, if you said it, I can count on it?

19  A.         Again, I have to see the context of what

20  you're talking about.

21  Q.         All right.  If you were asked the

22  question, "Does Benzene cause CML?"  And you said,

23  "Yes," there's no question you answered that the way

24  you believed it to be, correct?

25             MS. FORGEY:  Objection.  Form.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 71

```
 1              MR. COLÓN:  Is that an assumption or are
 2   you telling him that as -- are you asking him to
 3   assume that or is that a fact?  Objection.
 4              MR. ROBB:  Object to the form, please,
 5   Francisco.
 6              I'll move on.  I have what I need, I
 7   think.
 8   BY MR. ROBB:
 9   Q.         Now, have you read Dr. Frank's deposition?
10   A.         I have.
11   Q.         All right.  Do you want to apologize to
12   Dr. Frank to the comments you made about him in your
13   report?
14              MS. FORGEY:  Objection.  Form.
15              Mr. Robb, if you're going to be
16   unprofessional and rude --
17              MR. ROBB:  I'm not being unprofessional.
18   Your doctor said that Dr. Frank didn't know the first
19   thing about CML or AML.  I thought that was
20   unprofessional.
21   BY MR. ROBB:
22   Q.         So I'm simply asking him, did you read
23   Dr. Frank's deposition?
24   A.         I did.
25   Q.         It's clear he has an understanding of CML
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 72

1  **versus AML, isn't it, Doctor?**

2  A.          That's not so clear, although he said he

3  did.

4  **Q.          Well, where in his four hours of testimony**

5  **did he ever present being confused between AML and**

6  **CML?**

7  A.          Well, because he confuses them on

8  etiology.

9  **Q.          Well, what do you mean that he says**

10 **that -- when you say etiology, what do you mean he**

11 **confuses it?**

12 A.          Its causes.  He makes the assumption that

13 something that can cause AML must cause CML.  He

14 admitted that he has no papers to support his

15 opinion, and so he extrapolates from AML to CML and

16 fails to recognize, as my report says -- by the way,

17 I didn't say he doesn't know the first thing about

18 it.  You totally mischaracterized my report.  The

19 sentence speaks for itself.

20          In my report, it says, "Dr. Frank

21 apparently confuses CML with other forms of leukemia

22 and apparently does not recognize the distinct

23 features of the diseases and etiologies."  And I'll

24 stand by that.  And his deposition didn't -- which I

25 didn't have the benefit of when I read -- when I

99687215-bedc-4ee4-adeb-d7019e51000d

1  wrote this report -- his deposition -- I still make

2  the same statement.

3  Q.        Well, you saw that he had a number of

4  reports with him that supported his opinion, did you

5  not?

6            MR. COLÓN:  Objection as to form.

7  A.        I actually went through all the papers

8  that he brought in Exhibit 5, and of the 10 or 12

9  things he cited, or maybe 15, only half of them were

10  actually research studies.  Those half that weren't

11  research studies, most of them didn't support him.

12  Of the research studies, only one-and-a-half of the

13  eight or so supported his opinions.  So let's peel

14  back his opinions and see what he's really talking

15  about.

16  Q.        Well, Bradford Hill doesn't require that

17  there be -- that one study could be enough.  It

18  doesn't require a number of studies, does it?

19            MR. COLÓN:  Objection as to form.

20  A.        I don't know what you mean by criteria,

21  but Bradford Hill is pretty clear.  You look at the

22  available literature, and just because you have one

23  that's positive doesn't mean that you can ignore

24  everything else.

25  Q.        That's right.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 74

1   A.          Consistency is a pretty understood

2   principle by epidemiologists.  And the consistency in

3   this case is that at the levels of exposure of your

4   client, or higher levels of exposure, the evidence is

5   showing that it's not causing CML.  We don't have

6   statistically significant increased risks.

7   **Q.          Well, now you're saying he had a high**

8   **level of exposure, and before you were saying he had**

9   **no exposure greater than background.  So what is it?**

10  A.          I didn't say that.

11  **Q.          Well, didn't you say that his -- There's**

12  **no evidence that his exposure was above background,**

13  **wasn't that your exact testimony probably 15 minutes**

14  **ago?**

15  A.          That's correct.

16  **Q.          All right.  So now you're saying he has**

17  **high exposure?**

18  A.          No.

19  **Q.          Did you rely upon those studies?**

20  A.          No.  What I'm saying is that studies of

21  people with higher levels of exposure than him don't

22  have the associations shown for CML.  And if they

23  don't have it, then Mr. Campos can't have it at

24  background levels.

25  **Q.          Okay.  And your opinion that CML is not**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 75

1  caused by Benzene is an opinion you've held for years

2  and years, right?

3           MR. COLÓN:  Objection as to form.

4  A.       Well, based on the series of questions

5  that you're saying, I guess there may be something

6  that I'm not recalling right now.

7  Q.       Well, hang on, Doc.  When did you -- are

8  you forming new opinions about it now?

9  A.       No.

10  Q.       Okay.  And you would never confuse -- you

11  talked about Dr. Frank and the fact that he confuses

12  his etiologies between the two, but being the highly

13  qualified cancer researcher that you are, you would

14  never fall into that trap, would you?

15           MR. COLÓN:  Objection as to form.

16           MS. FORGEY:  Objection.  Form.

17  A.       It's so vague, I am not even sure how to

18  answer that question.

19  Q.       Doctor, you would never confuse the

20  etiologies of AML and CML, correct?

21           MS. FORGEY:  Objection.  Form.

22  A.       I would hope not in a report.

23  Q.       Well, in -- you know the difference

24  between the two etiologies, correct?

25  A.       I know the difference between the two

99687215-bedc-4ee4-adeb-d7019e51000d

Page 76

1  diseases.

2  Q.          Well, didn't you say etiology is the

3  causes?

4  A.          Correct.

5  Q.          All right.  You do know the difference in

6  the etiologies between AML and CML, correct?

7  A.          Correct.

8  Q.          And you've known that for a long period of

9  time, haven't you?

10  A.          Sure.  During my professional career is

11  when I started thinking about these things.

12  Q.          And your professional career started when?

13  A.          Well, I would say probably late '80s.

14  Q.          Okay.  So from the late '80s, you were

15  familiar with the etiologies of particular leukemias

16  as part of your training and your eventual, you know,

17  continued experience in the workplace; is that fair?

18  A.          I don't recall when I started thinking

19  more about leukemia as opposed to just sort of common

20  hearsay.

21  Q.          Well, I thought you said you knew the

22  difference between the etiologies starting back in

23  the '80s.

24              MR. COLÓN:  No.  That's not what he said,

25  Mike.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 77

```
 1            MR. ROBB:  Well, then, I'm trying to
 2   figure out when he started to determine what the
 3   etiologies were of leukemia.
 4            MR. COLÓN:  That's a different question.
 5   But that's not what he said, and that's not what you
 6   asked him.
 7            MR. ROBB:  Okay.  That's why I'm asking
 8   it.
 9            MS. FORGEY:  And I'm objecting to the
10   form.
11   BY MR. ROBB:
12   Q.        All right.  When did you start considering
13   the etiologies of CML and AML?
14   A.        I don't remember.  Probably sometime in
15   the '90s.  Maybe earlier.  I just don't remember.
16   It's a long time ago.
17   Q.        Okay.  That's fine.  All right.  So in the
18   late '80s, early '90s -- I'm not going to hold you to
19   an exact year -- that's when you started, you know,
20   you considered the etiologies of both of those type
21   of cancers, according to your testimony, right?
22   A.        I guess the problem that I'm having here
23   is it's not like one day I said, Okay, I'm going to
24   sit down and do an exhaustive analysis and, boom,
25   I've had a deep understanding.
```

99687215-bedc-4ee4-adeb-d7019e51000d

1          I mean, these things have grown over time

2     as I have professionally developed and come across

3     questions and issues during my professional career.

4     So it's not like there's some specific date.

5     Q.       How long have you been involved in Benzene

6     type litigation, at least since the '90s, correct?

7     A.       I would guess that's probably more in the

8     2000s.

9     Q.       Okay.  The early 2000s?

10    A.       Probably.

11    Q.       Okay.  And I may have asked you this, and

12    if I did, I apologize.  How many times have you --

13    well, let me ask you.

14          When did you first appear as an expert,

15    either by writing a report, giving a deposition, or

16    appearing in trial on behalf of Safety-Kleen?

17    A.       That would be just in the last few years.

18    Q.       Okay.  And prior to -- obviously, CSX has

19    hired you in the past on exposures of chemicals to

20    railroad workers and things like that, correct?

21    A.       That's right.

22    Q.       And that would include Benzene, right?

23    A.       There was allegations of Benzene and

24    diesel exhaust, maybe some solvents.

25    Q.       Okay.  And those cases go back to the

99687215-bedc-4ee4-adeb-d7019e51000d

Page 79

1    '90s?

2    A.          Probably not.  Probably still the 2000s.

3    Q.          All right.  We're talking early 2000?

4    A.          I might have started around then.

5    Q.          Okay.  And in those particular cases,

6    there are -- you were involved with cases of CML and

7    AML back then too, correct?

8    A.          I don't remember any CML cases.

9    Q.          Okay.  All right.

10   A.          Maybe.  Maybe.  I mean, that's a long time

11   ago.

12   Q.          Okay.  All right.  Let me see what else I

13   have here.

14              You did a lot of training at Georgetown

15   and George Washington.

16   A.          Well, I didn't train at Georgetown.  I

17   trained at George Washington and the National Cancer

18   Institute and the Mount Sinai School of Medicine.

19   Q.          All right.  Did you know -- do you know

20   Dr. Goldsmith, the expert that we have in this case

21   that works at both George Washington University and

22   Georgetown?

23   A.          I don't.  I don't think Dr. Goldsmith

24   actually is employed by Georgetown.  I think he has

25   an adjunct faculty status.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 80

1   Q.          In other words, he teaches at that school,

2   correct?

3   A.          That's what he said.  I didn't

4   independently verify that.

5   Q.          Okay.  Those are two fine institutions,

6   correct?

7   A.          Sure.

8   Q.          All right.  And in your report, you take

9   issue with him, correct?

10  A.          That's correct.

11              MR. COLÓN:  Objection as to form.

12  BY MR. ROBB:

13  Q.          All right.  Do you not take issue with his

14  report?

15  A.          No.  I said that was correct.

16  Q.          All right.  And in this report that you

17  prepared in this particular case, do you have a

18  template you work off of?

19  A.          Well, not particularly.  I will cut and

20  paste from earlier reports if I have something that's

21  related.

22  Q.          Well, in this particular case, you've cut

23  and pasted a number of things, correct?

24              MS. FORGEY:  Objection.  Form.

25              You're getting into the privilege of draft

99687215-bedc-4ee4-adeb-d7019e51000d

Page 81

1   reports, Mr. Robb.

2           MR. ROBB:   No.   I'm not asking him what

3   the lawyers did.   I'm asking what he did.

4           MR. COLÓN:   The privilege is the same.

5   You can't get into his draft reports.

6           MS. FORGEY:   Draft reports are privileged.

7   And you took the position during your causation

8   depositions that we could not get any communications,

9   draft reports, or anything privileged by Rule 26.   We

10  take the same position.

11  BY MR. ROBB:

12  **Q.        Doctor, in other reports that you have**

13  **done, you have used this lung cancer analogy,**

14  **correct?**

15  A.          Correct.

16  **Q.        So that's something that you cut and**

17  **pasted from prior reports in other cases?**

18          MR. COLÓN:   Objection.   Mike, you're

19  asking about the drafting of his report.

20          MR. ROBB:   No.   He said he cut and pasted

21  it.   I have his other reports.   It's no mystery.   But

22  I'll move on.

23  BY MR. ROBB:

24  **Q.        Did you actually type this report**

25  **yourself?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 82

1  A.          Yes.

2  Q.          Okay.  Going back to Dr. Goldsmith, he's

3  an epidemiologist, right?

4  A.          Right.

5  Q.          He's an occupational and environmental

6  epidemiologist.  You're neither of those two things,

7  correct?

8              MR. COLÓN:  Objection.

9  A.          I certainly do a lot of environmental

10 epidemiology.  I've published on occupational

11 epidemiology, so I guess I would say that's not

12 correct.

13 Q.          All right.  So let me go through all of

14 your things you're an expert in then.

15             You are an occupational epidemiologist, in

16 your opinion, correct?

17 A.          I'm an epidemiologist that has done

18 research in both occupational and environmental

19 studies, correct.

20 Q.          All right.  You're an expert in oncology?

21 A.          Yeah.

22 Q.          You're an expert in hematology?

23 A.          Yes.

24 Q.          You're not board certified in hematology

25 though, are you?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 83

1   A.        I was.  I just let them lapse because I'm,

2   obviously, a pretty busy guy and didn't bother to

3   retake the test.

4   **Q.        So the answer is, no, you're not board**

5   **certified?**

6   A.        Well, I think the term is board eligible.

7   **Q.        Okay.  As far as Dr. Goldsmith, what did**

8   **he do wrong in his evaluation of this case?**

9   A.        Boy, you got 20 minutes?  Do you want me

10  to go through all the issues?

11  **Q.        Yeah.  I want you to tell me why a jury**

12  **should believe you over him.**

13          MR. COLÓN:  That's a different question.

14  BY MR. ROBB:

15  **Q.        Well, there's the question.  Why should a**

16  **jury believe you over Dr. Goldsmith?**

17          MS. FORGEY:  Objection.  Form.

18  A.        Well, Dr. Goldsmith is an epidemiologist.

19  I don't see his qualifications or research experience

20  for understanding the causes of cancer generally,

21  which would then apply to the causes of leukemia.

22          I've spent my life in a laboratory and

23  actually conducting the epidemiology studies,

24  Dr. Goldsmith hasn't.

25          And so the types of things I've done is

99687215-bedc-4ee4-adeb-d7019e51000d

Page 84

1   the experiments in people to look at what might cause

2   cancer, what the cancer mechanisms are.  I have an

3   understanding of dose response relationship that I

4   don't see from either of your experts, Dr. Frank or

5   Dr. Goldsmith.

6            I understand the differences in risks and

7   how they actually apply to people.  I have looked at

8   patients in the eye and actually explained to them

9   what are the causes of cancer when they ask.  I've

10  done extensive occupational histories of probably

11  thousands of patients.

12           And I think I could probably look at my CV

13  and talk about even more, but I don't know that

14  Dr. Goldsmith has ever been on an NIH study section

15  panel that looks at grant reviews for people asking

16  for money to study the causes of cancer.  I actually

17  don't see any publications, but maybe he's got one or

18  two on his CV, but certainly nothing recently.  And

19  so I can go on from there, but I think that's a

20  pretty good overview.

21  **Q.        Well, he did work for the National**

22  **Institutes of Health, correct?**

23  A.        Which institute?

24  **Q.        National Institutes of Health.**

25  A.        So which institute?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 85

1  Q.          National Institute for Occupational Safety

2  and Health.  You have his report there, don't you?

3  A.          I can open it up.

4  Q.          He worked for the United States

5  Environmental Protection Agency.

6  A.          So that's not NIH.  Again, you were asking

7  me about qualifications, and he worked in NIOSH.

8  First of all, NIOSH is not a National Institute of

9  Health.  It's part of the CDC.

10          Secondly --

11 Q.          Well --

12 A.          Let me finish.  I'm trying to finish here.

13 Q.          I want you to get to his report so we can

14 go through this a little bit quicker.  That's all I'm

15 going to ask you to do, Doctor.  I apologize for

16 interrupting you, but if you can pull up his report,

17 it will make my next questions easier and get us out

18 of here quicker.  That's all.  Okay?

19 A.          Okay.  So we're finding it.  Okay.

20 Q.          Are you with me?  All right.  Let's go

21 down, like, towards the bottom where he talks about

22 his professional background.  Okay?

23 A.          Yeah.

24 Q.          I have, "Teaching and research experience

25 in the area of occupational and environmental health

99687215-bedc-4ee4-adeb-d7019e51000d

Page 86

1  cancer epidemiology," right?

2  A.          Yeah.

3  Q.          So he's in the laboratory.  You said he

4  wasn't, but that's --

5  A.          Whoa.  Whoa.  Whoa.  Say that again.

6  Q.          He's doing research, right?

7  A.          Yeah.

8  Q.          That's what epidemiologists do, right?

9  A.          Most epidemiologists don't work in

10 laboratories.

11 Q.          All right.  They do research, though,

12 right?

13 A.          They do.

14 Q.          All right.  And you rely upon epidemiology

15 studies in your report, correct?

16 A.          Correct.

17 Q.          All right.  So epidemiologists serve a

18 valuable service in determining cancer causation,

19 right?

20 A.          Yes.

21 Q.          Okay.  In fact, many of the discoveries of

22 causation of cancer have been the result of work that

23 epidemiologists have done on populations, right?

24 A.          That is correct.

25 Q.          All right.  That's how -- going back to

99687215-bedc-4ee4-adeb-d7019e51000d

Page 87

1  our hormone thing -- that Prempro -- epidemiologist

2  Don Austin discovered that connection between hormone

3  use and women developing breast cancer, right?

4  A.        I'm sorry.  Did you give me the name of

5  someone who discovered that?

6  Q.        Yes.  Donald Austin, an epidemiologist out

7  of Oregon.

8  A.        I don't know that either way.

9  Q.        All right.  But you do know that

10 epidemiologists are the ones that brought that to the

11 forefront of the health community's attention, that

12 hormone replacement was causing breast cancer in

13 women, correct?

14 A.        Correct.

15 Q.        All right.  That wasn't done by a

16 hematologist; that wasn't done by an oncologist; that

17 wasn't done by anybody at The Ohio State University,

18 correct?

19 A.        So you're asking me a question I don't

20 know the answer.  I'm an epidemiologist, an

21 oncologist.  It may be that Dr. Austin or anyone else

22 are also oncologists.  So I'm not even sure what

23 you're trying to imply by the question.

24 Q.        Well, Dr. Austin, I'll represent to you

25 since he was an expert in my breast cancer cases, is

99687215-bedc-4ee4-adeb-d7019e51000d

Page 88

1  strictly an epidemiologist.

2          My question to you is epidemiologists are

3  the -- is the discipline that usually uncovers what

4  the causes of cancers are as opposed to an oncologist

5  or a hematologist; is that fair?

6          MR. COLÓN:  Objection as to form.

7  A.        Well, epidemiologists or toxicologists

8  will do that.  There's a lot of disciplines that

9  could do that, of which they may or may not be

10  oncologists.

11  Q.        You've never on your own published what

12  the cause of a particular cancer was; is that fair?

13  A.        Are you kidding me?  Did you look at my

14  CV?

15  Q.        What cancers have you discovered and what

16  causes them?

17  A.        Discovered?  I mean, my entire research

18  career is on the causes of cancer.  You asked me

19  before about lung cancer and breast cancer.  That's

20  all I do.

21  Q.        My question is what publication or where

22  is it that you yourself discovered that smoking

23  causes lung cancer or that hormone replacement

24  therapy caused breast cancer?  Is there any such --

25  what do we want to call it -- an aha moment that

1  **you've had where you've said that?**

2  A.          So epidemiologists never have an aha

3  moment, just to be clear.  So I don't know what

4  you're talking about with Dr. Austin.

5          But epidemiology is all about the

6  consistency of studies.  The aha moment, I guess, is

7  when the 10th study comes out and says the same thing

8  and does it better than the previous nine.  That's

9  not really an aha moment.  We evolve.  We're a

10  dynamic discipline.  There's no, like, discovery,

11  like, boy, I just found that gene in a test tube.

12  **Q.          Well, there are physicians that do that**

13  **though, right?**

14  A.          Do what?

15          MR. COLÓN:  Objection as to form.

16  BY MR. ROBB:

17  **Q.          That discover the one thing that tells you**

18  **what causes a particular disease.**

19          MS. FORGEY:  Objection.  Form.

20  A.          Oh, that's such a vague thing, I'm not

21  going to answer that question.

22  **Q.          Jonas Salk discovered polio, did he not?**

23          MR. COLÓN:  I think he developed the polio

24  vaccine.

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 90

1   BY MR. ROBB:

2   Q.          **Polio vaccine.  I apologize.  Right?**

3   A.          That's right.  He did it, but I don't know

4   whether he had an aha moment.

5   Q.          **All right.  Let's go back to**

6   **Dr. Goldsmith.  You see where he works -- he's worked**

7   **for the National Institute of Health?**

8   A.          Yeah.  I'm pulling up his CV because I

9   think we need to go to the source here.  I would like

10  to know exactly what INH he worked at.

11  Q.          **Why do you cast dispersions on a physician**

12  **that you've never had the opportunity to speak to?**

13              MS. FORGEY:  Objection.  Form.

14              MR. COLÓN:  Objection as to form.

15  BY MR. ROBB:

16  Q.          **I mean, do you think it's correct to say**

17  **he probably -- he doesn't know what he's talking**

18  **about when he puts things down like this?**

19  A.          Well, you know, you keep mischaracterizing

20  what I said.  I think the report speaks for itself.

21  Q.          **Well, but you just said he doesn't -- he**

22  **may not know where he works at the National Institute**

23  **of Health.**

24  A.          No.  I said you don't know.  You don't

25  know, Mr. Robb.

99687215-bedc-4ee4-adeb-d7019e51000d

1  Q.          **So now you're going to turn on me?**

2  A.          No.  I'm trying to --

3               MR. COLÓN:  He's not turning on anyone,

4  Mr. Robb.

5  A.          Mr. Robb, I'm trying to explain to you

6  that the NIH has multiple institutes, and that's

7  important to me because if Dr. Goldsmith worked at

8  the NCI, the National Cancer Institute, that's

9  different than if he worked at some other institute

10 that doesn't deal with cancer.

11              This is a cancer case.  That's what I'm

12 talking about in terms of your experts.  You wouldn't

13 go -- if you had cancer, you wouldn't go to be

14 treated by a primary care doctor, an infectious

15 disease doctor; and you've hired experts that don't

16 have expertise in cancer.

17              MR. ROBB:  Again, I just move to strike as

18 unresponsive.

19 BY MR. ROBB:

20 Q.          **Now, Dr. Frank, you know, deals with**

21 **cancers every day, does he not?**

22 A.          I don't think so.

23 Q.          **Well, have you seen his work with meso --**

24 **meso -- I can't even pronounce the word.  Meso -- say**

25 **it for me.  Meso -- or whatever it is.**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 92

1   A.         I have no idea what you're talking about.

2   **Q.         You know what I'm talking about, silica**

3   **and --**

4              MR. COLÓN:  Mesothelioma.

5              MR. ROBB:  Thank you very much, Francisco.

6   BY MR. ROBB:

7   **Q.         Right?**

8   A.         I'm sorry.  I don't think Dr. Frank treats

9   mesothelioma patients.

10  **Q.         Does he not evaluate those type of**

11  **patients?**

12             MR. COLÓN:  Object as to form.

13  A.         Are you asking me is he extensively

14  involved in litigation as an expert about

15  mesothelioma?  That's my understanding.  I don't

16  think he treats any mesothelioma patients.

17  **Q.         Well, Doctor, that's a cancer, is it not?**

18  A.         That is a cancer.

19  **Q.         All right.  It's a cancer that somebody**

20  **contracts by inhaling particles, correct?**

21  A.         Asbestos, they can, depending upon the

22  dose and the circumstance.

23  **Q.         And that's not too unlike Benzene and**

24  **inhaling Benzene, is it?**

25             MS. FORGEY:  Objection.  Form.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 93

1          MR. COLÓN:  Objection as to form.

2   A.       What's not too -- I guess I just lost the

3   question.

4   **Q.       I'm just saying, you inhale -- you can**

5   **inhale asbestos and end up with a cancer; you can**

6   **inhale Benzene and end up with a cancer also,**

7   **correct?**

8          MS. FORGEY:  Objection.  Form.

9   A.       At sufficient doses, it will increase your

10  risk for AML.

11  **Q.       Doctor, I think we've established, and I**

12  **don't want to go back, but did you not testify that**

13  **Benzene does cause AML?**

14  A.       At sufficient doses, it could do that.

15  **Q.       All right.  So going back now to**

16  **Dr. Goldsmith, have you pulled up his CV?**

17  A.       I have.

18  **Q.       Did he work for the National Institutes of**

19  **Health?**

20  A.       I'm still looking for that.

21  **Q.       While you're looking for that --**

22  A.       See, this is one of those things where,

23  you know, it makes me a little bit concerned because

24  I don't see that, so maybe you need to help me out

25  because I want to make sure you're not

99687215-bedc-4ee4-adeb-d7019e51000d

Page 94

1   misrepresenting the circumstances here.

2   **Q.          Doctor, what I told you to do five minutes**

3   **ago was to go to his report -- okay -- where he talks**

4   **about his professional background and expertise --**

5   **it's dated December 13, 2013 -- where he goes through**

6   **all of his qualifications.**

7   A.          Yeah.

8   **Q.          Do you have that?**

9   A.          I do.

10  **Q.          Okay.  And you see down in the bottom part**

11  **of that first paragraph, he says, "I have acted in a**

12  **professional capacity as adviser to many federal,**

13  **state, and international agencies."  Do you see that?**

14  A.          Yes.

15  **Q.          He then goes on to talk about those**

16  **agencies include the U.S. and California**

17  **Environmental Protection Agency, EPA.**

18  A.          Yes.

19  **Q.          The National Institutes of Health, right?**

20  A.          Yes.  So keep reading that for a second.

21  So it's National Cancer Institutes -- I'm sorry --

22  National Institute of Health, right?  Okay.

23  **Q.          National Institute for Occupational Safety**

24  **and Health.**

25  A.          Yeah.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 95

1   Q.          All right.   Centers for Disease Control

2   and Prevention, CDC, right?

3   A.          That's what he wrote.

4   Q.          They deal with cancer, right, the CDC?

5   A.          They do, to some extent.

6   Q.          Okay.

7   A.          Not the causes of cancer.

8   Q.          Well, let's just go over then to the next

9   page where he talks about where he's worked as a

10  peer-review for --

11  A.          So I just want to be clear here because

12  I'm searching on his -- oh, I see.  So he's talking

13  about on his CV -- I searched on National Institute

14  to see where he is, and what I see here is in 1976,

15  he had a one-year National Institute of Environmental

16  Health Sciences traineeship.  Otherwise, I don't see

17  that.

18  Q.          Where are you looking at?

19  A.          On his CV.

20  Q.          Okay.  Now, go to the second page of that

21  report where he talks about that he's worked at

22  the -- he's been a grant review -- he's been on grant

23  review panels at the National Cancer Institute.  Do

24  you submit documents to the National Cancer

25  Institute?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 96

1   A.        Sure.

2   Q.        **All right.  So he's one of the people**

3   **that's paid by them to review studies presented to**

4   **them by physicians such as yourself --**

5             MS. FORGEY:  Objection.  Form.

6   BY MR. ROBB:

7   Q.        **-- right?**

8   A.        That's correct, I guess.  I don't know.

9   I'm looking for his -- let me finish.

10            I'm taking for face value that's what he's

11  actually done.  What I see on his CV is then 2006 he

12  was a study section member for exploratory grants for

13  NCI Cancer Information Service, and I certainly

14  don't -- that's an information thing.  That's not a

15  research grant sort of thing.  So where I submit

16  grants, he would not be on a review panel.

17  Q.        **Well, he's on a review panel for the**

18  **National Institutes of Health.  Do you submit grant**

19  **proposals to them?**

20  A.        Yeah.  But not to what he does.  He's not

21  doing the type of research on the causes of cancer,

22  and the panels he's been on have nothing to do with

23  the causes of cancer.

24  Q.        **What panel was he on as a grant review for**

25  **the National Institute of Health --**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 97

1           MS. FORGEY:  Objection.  Form.

2   BY MR. ROBB:

3   Q.          -- that allows you to make that comment?

4   A.          He was on a grant review panel for the

5   Cancer Information Service.  Those are the people who

6   run the 1-800 NCI number for people who want to know

7   about cancer.

8   Q.          That's going back to his earlier -- where

9   he talks about where he's an adviser, right?

10  A.          No.  That was the review -- the only

11  review panel that I see on his CV -- I could be

12  wrong -- I'm searching it -- is in -- I'll give you

13  the date -- it's really hard because he put it down

14  as NCI -- that's a lot of words -- I have 2006 Study

15  Section Member for Exploratory Grants for the NCI

16  Cancer Information Service.  So those are the people

17  who give out information to people for public

18  education.  It's nothing to do with causes of cancer.

19  I could be wrong.  Maybe he's on some other panel I'm

20  not seeing.

21  Q.          Those are the people that review the

22  information that comes in from people like yourself

23  and determines what they want to disseminate for the

24  public, correct?

25  A.          Actually, I don't know what they do well

99687215-bedc-4ee4-adeb-d7019e51000d

Page 98

1   enough to answer that question.

2   Q.          All right.  Well, thank you.  You have in

3   your report that you shouldn't rely upon government

4   agencies -- let me see if I can find the language.  I

5   apologize.  I'm shuffling some things around here.

6                You put in your report at one point

7   that -- hold on a second.  I've got to keep flipping

8   around.

9                You put down about Regulatory and Review

10  Agency Classifications.  You have a section of that

11  in your report.  Okay?

12  A.          That's right.

13  Q.          On page 19.  And you basically say that

14  their conclusions focus on protecting public health,

15  but there's limitations to the scientific data, and

16  basically you shouldn't put a whole lot of stock into

17  what they find.  Is that pretty much what you're

18  saying there?

19                MS. FORGEY:  Objection.  Form.

20  A.          No.

21  Q.          Okay.  Well, you're saying that they're

22  not the end-all, right?

23  A.          No.

24                MS. FORGEY:  Objection.  Form.

25  A.          End-all to what end?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 99

1   Q.        Well, I mean, you shouldn't rely upon them

2   solely as proof of one thing or another; is that

3   fair?

4   A.        For what context?

5   Q.        Cancer causation.

6   A.        Again, what context?

7   Q.        Doctor, should you rely upon regulatory

8   and review agency classifications regarding what

9   causes particular leukemias?

10          MS. FORGEY:  Objection.  Form.

11   A.        Again, you have to give me the context.

12   It's too vague.

13   Q.        I can't ask that question any simpler than

14   that, Doctor.

15   A.        So why don't you ask me what are the

16   possible contexts?

17   Q.        My question to you, Doctor, is you in your

18   report say that regulatory and review agency

19   classifications aren't necessarily the final word on

20   what causes a particular disease; is that fair?

21          MS. FORGEY:  Objection.  Form.

22          MR. COLÓN:  Objection as to form.

23   A.        It depends on the context, and I think the

24   report speaks for itself.

25   Q.        Well, what context are you talking about?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 100

1   A.          So the regulatory review agencies have a

2   goal to protect public health.  They review the

3   literature, they assist, and they explicitly state,

4   like IARC does, that they're there to assist

5   governmental agencies' regulators with prioritizing

6   which chemicals to regulate first, harder, look

7   closer, you know, whatever it is that they need to

8   do.  That's an important role for them.  And although

9   I don't agree 100 percent with their determinations,

10  I agree with most of them.  But I also understand the

11  context and understand that in those cases, maybe

12  reasonable people may disagree.

13          The context that's important here is the

14  use of their designations for individual risk

15  assessment is inappropriate, and they state that, so

16  you can't rely on them for that.

17          Having said that, if they review

18  literature and say that something -- there's

19  insufficient data to establish a causal conclusion,

20  that is very helpful because they're following what's

21  called the precautionary principle.  So they're being

22  cautious, and that's what we want -- that's what I

23  would want them to do.  I shouldn't say we because

24  maybe some people would disagree with me.  But we

25  want to protect people.

99687215-bedc-4ee4-adeb-d7019e51000d

1           But in that context, they're going to be

2    more willing to label something as a carcinogen to

3    help with regulation.  So if they say that there's

4    insufficient evidence, that's very important to know.

5           And then -- but then for an individual

6    causation, if they say there's insufficient evidence,

7    that's, you know, that's an expert panel that's

8    looked at this and said, well, we've looked at the

9    data, and we can't even follow precautionary

10   principle and come to a conclusion of causation.  So

11   for that perspective, it's helpful for individual

12   risk assessment.  But because they say that something

13   is a cancer causing agent does not necessarily mean

14   that it will cause cancer in people, and they're

15   pretty explicit on that.

16   **Q.        Doctor, in your report, you say, "It's**

17   **clear that they instruct the reader to not infer**

18   **individual causation from their classification**

19   **assessments," correct?**

20   A.        Exactly.

21   **Q.        All right.  So they don't want anybody to**

22   **do that, including any of the physicians that may be**

23   **looking at this particular case, correct?**

24           MS. FORGEY:  Objection.  Form.

25   A.        Exact -- well, again, in the context that

99687215-bedc-4ee4-adeb-d7019e51000d

Page 102

1   I just said where following the precautionary

2   principle, if they conclude that there's insufficient

3   data, that means you don't have general causation.

4   If you don't have general causation, you don't have

5   individual causation.

6            MR. ROBB:  Let me just move to strike and

7   see if you can answer my question, Doctor.

8   BY MR. ROBB:

9   **Q.        My question is in your report, you agree**

10  **that the regulatory and review agencies, which would**

11  **include IARC and some of the other ones, "It is clear**

12  **that they tell you not to infer individual causation**

13  **from the classification assessments," that's what you**

14  **wrote in your report, correct?**

15  A.        That's what I wrote.

16  **Q.        Okay.  I'm sorry.  We asked you some time**

17  **ago about your invoices.  Do you have them now?**

18           MS. FORGEY:  Yeah.  I have them

19  electronically.  I don't have hard copies, but I can

20  certainly look at them.

21           MR. ROBB:  That's fine.  Just, if you can,

22  show them to the Doctor and have him testify as to

23  how much he's been paid for his opinions in this

24  particular case.

25           THE WITNESS:  Boy, I'm looking at an

99687215-bedc-4ee4-adeb-d7019e51000d

Page 103

1   iPhone here.  So we have one invoice that was dated

2   February 28, 2014.  That bill was for $24,480.  And

3   then --

4   BY MR. ROBB:

5   **Q.        I'm sorry.  How much was that for?  I**

6   **apologize.**

7   A.        $24,480.  Is there a second page?

8            MS. FORGEY:  Second page.

9   A.        How do I do that?

10           Then I have an invoice for April 30, 2014,

11  and that is for $1,750.

12  **Q.        Okay.  All right.  Now, let's see if we**

13  **can just wrap this up -- okay -- so everybody can get**

14  **on their way.  I'm going to go back and ask you a few**

15  **things.**

16           **Doctor, in order to -- in order for you,**

17  **and in your practice and the way you conduct yourself**

18  **when you're trying to determine what the cause of**

19  **something is, you do employ the principles of the**

20  **Bradford Hill criteria, correct?**

21  A.        I generally follow them.  That's correct.

22  **Q.        Okay.  And in the past, when you have**

23  **testified about what the cause of something is, you**

24  **would have, obviously, before you made such a**

25  **determination, considered those factors; is that also**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 104

1  fair?

2  A.        Likely.

3  Q.        Okay.  And in this particular case, you're

4  of the opinion that Benzene does not cause CML no

5  matter what the exposure; is that correct?

6  A.        At the levels of exposure that have been

7  studied across the scientific literature, that's

8  correct.

9  Q.        Okay.  But let me reask it then.  Is there

10  an exposure where Benzene will cause CML?

11  A.        Not that we've identified scientifically.

12  Q.        And in this particular case, you'll agree

13  that there are institutions, well-respected

14  institutions, that recognize an association of

15  Benzene to CML; you recognize that, right?

16            MS. FORGEY:  Objection.  Form.

17  A.        Well, I recognize that there's websites

18  that report that that come from those institutions

19  that we've gone through for 11 different websites.

20  Q.        Okay.  And we've established that many of

21  those websites, you know, you are aware of those

22  institutions, and they're fine institutions, correct?

23  A.        Not necessarily.  There's many there that

24  I didn't recognize.

25  Q.        Well, okay.  The Cleveland Clinic, you

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 105

1    recognize that?

2    A.          I know them.

3    Q.          Johns Hopkins, you recognize that?

4    A.          I know of them.

5    Q.          You acknowledged the fact that states have

6    cancer registries or agencies, correct?

7    A.          Sure.   States have registries.   I have no

8    idea what you're talking about for the first part of

9    that question.

10   Q.          Well, Montana, the State of Montana's

11   determination that CML and Benzene are associated,

12   that there's a well-documented association, we went

13   over that, right?

14              MS. FORGEY:   Objection.   Form.

15   A.          I don't know whether they stated

16   well-documented, and I don't know what the role of

17   that group is within the State of Montana.   I've

18   never heard of them before.

19   Q.          All right.   Well, you don't do any work in

20   Montana, right?

21              So you agree though that there is evidence

22   or literature outside of -- well, strike that.

23              You would agree that there's literature

24   and evidence outside of litigation that CML is

25   associated with Benzene exposure?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 106

1   A.          We've talked about this before.  The only,

2   you know, I could be off by one, but I only know of

3   about one-and-a-half studies that report a

4   statistical association.  Maybe there's one or two

5   more among the dozens of studies that one could look

6   at to inform your question.

7   **Q.          I understand that, Doctor.  But my**

8   **question was beyond studies.  There's literature and**

9   **there's informational websites, there's hospital**

10  **websites that all stand for the proposition that I**

11  **presented to you today, that CML is associated with**

12  **Benzene exposure?**

13          MS. FORGEY:  Objection.  Form.

14  BY MR. ROBB:

15  **Q.          You concede that, right?**

16  A.          That's such a broad question when you said

17  "all."

18  **Q.          Let me --**

19  A.          Let me finish.  Excuse me.  Let me finish.

20  No.  I've got to finish the question.  You've got a

21  question pending.  You can ask the question

22  afterwards.

23  **Q.          I withdrew the question, Doctor.**

24          **My question to you is I have shown you at**

25  **least 11 examples of institutions that -- and doctors**

99687215-bedc-4ee4-adeb-d7019e51000d

1  **that disagree with your opinion that CML has nothing**

2  **to do with Benzene, correct?**

3          MS. FORGEY:  Objection.  Form.

4          MR. COLÓN:  Objection as to form.

5  A.        So there's a number of them that use the

6  word "may."  One of them specifically stated that

7  most people are not even exposed to the dose levels

8  of Benzene that would trigger a response.  So some of

9  them don't support the question you just asked.

10 Q.        **Doctor, have I shown you a number of**

11 **studies today -- and I'm sorry.  Let me rephrase.**

12         **Doctor, I've shown you 11 exhibits today**

13 **that all discuss CML and Benzene exposure, correct?**

14 A.        Correct.

15         MR. COLÓN:  Objection as to form.

16 BY MR. ROBB:

17 Q.        **And in not one of those, of the 11**

18 **exhibits that I showed you, do they specifically say**

19 **that Benzene is not associated in any shape or form**

20 **with CML, does it?**

21 A.        I'm sorry.  You're asking me whether or

22 not these 11, whether or not any of them say that

23 Benzene is not associated in any shape or form with

24 CML?  Correct.  Those 11 websites that you picked off

25 out of a Google search or whatever don't say that.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 108

1   Q.        Okay.  You didn't include any of those in

2   your references, correct?

3   A.        I didn't include any websites from cancer

4   centers or associations in my references.

5   Q.        You also didn't include Dr. Kopstein's

6   peer-reviewed articles about exposure in your

7   references either, correct?

8             MR. COLÓN:  Objection as to form.

9   A.        That's correct.  I did not include his

10  references.

11  Q.        All right.  You didn't include in your

12  references the study that was done by Dr. Savitz and

13  Dr. Andrews at the North California School of Health

14  that concluded that Benzene was linked to chronic

15  myeloid leukemia?  And that's in the "Review of

16  Epidemiological Evidence on Benzene and Lymphatic" --

17  and, again, I'm going to spell this for the court

18  reporter just because I can't say it --

19  H-e-m-a-t-o-p-o-i-e-t-i-c -- Cancers" in the American

20  Journal of Industrial Health.  You don't have that

21  cite anywhere either, do you?

22  A.        I don't recall that publication.  It's not

23  cited in my report.

24  Q.        Okay.  But there's another study out there

25  that was done that you didn't take the time to locate

99687215-bedc-4ee4-adeb-d7019e51000d

Page 109

1  **or include in your list of references; is that**

2  **correct?**

3           MS. FORGEY:  Objection.  Form.

4  A.          I don't think you can assume that.  I

5  guess I need to see the article to see if it brings

6  anything to bear on this case at all and whether it's

7  going to ring any bells.

8  **Q.          Well, it specifically talks about CML, and**

9  **it's in the American Journal of Industrial Health.**

10 **You didn't --**

11 A.          I can't rely -- I can't rely on what

12 you're saying about the title.  I need to see the

13 paper.

14          MS. FORGEY:  Do you want to e-mail it to

15 us?

16          MR. ROBB:  No.  I'm not going to provide

17 the Doctor with papers that he didn't bother to look

18 at.

19          MS. FORGEY:  I thought you wanted to ask

20 him about it.

21          THE WITNESS:  And just for the record,

22 that just totally misclassified and grossly -- boy, I

23 don't even know how to finish that sentence -- but

24 that was just really bad what you just said.

25

99687215-bedc-4ee4-adeb-d7019e51000d

Page 110

1  BY MR. ROBB:

2  **Q.        Well, Doctor, you're saying that there's**

3  **only two or three studies, yet you're not aware of**

4  **all the studies that have addressed this issue; isn't**

5  **that fair?**

6  A.        I've done a pretty exhaustive search on

7  this, and I would bet that I've probably read

8  everything; but, you know, there actually are a lot

9  of papers out there on CML and Benzene, and they're

10 pretty consistent, but I can't promise you that I

11 haven't missed one, nor as I sit here, you should not

12 infer that I'm not familiar with the paper you're

13 saying.  You're reading me a title.  It's not ringing

14 any bells.

15 **Q.        Doctor, look on your list of references**

16 **and tell me if you see the last name of Savitz,**

17 **S-a-v-i-t-z, or Andrews anywhere in your references.**

18 A.        I did not cite that particular paper.

19 That's all I could tell you.  But you should not

20 infer that I haven't seen it, I haven't reviewed it,

21 that I haven't discounted it; I didn't forget I was

22 writing this report, and if there's something in

23 there that's going to change my opinion, I'll be glad

24 to see the paper, so show me the paper.

25 **Q.        Well, if the paper says that Benzene**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 111

1  **exposure is associated with CML, are you going to**

2  **change your opinion?**

3          MS. FORGEY:  Objection.  Form.

4  A.         You know, if that's the definitive study

5  out there, then I would certainly consider it.  If

6  it's a review article or a badly designed study, then

7  no.  There may be a very good reason why I didn't

8  cite it.  I just don't remember the paper.

9  **Q.         So this paper could change your whole way**

10 **of thinking that you've had from the 19 -- late '80s**

11 **and early '90s that Benzene doesn't cause CML, is**

12 **that what you're telling me this paper could**

13 **potentially do?**

14 A.         No, Mr. Robb.  It's highly unlikely that

15 that would be the case.  I just need to see the

16 paper.

17         MR. COLÓN:  Objection as to form.

18         Mr. Robb, that's not what he said.  You're

19 mischaracterizing his testimony.

20         MS. FORGEY:  It's patently unfair to ask

21 him about what a paper would or would not do to his

22 opinion when he doesn't have it in front of him.

23         MR. ROBB:  Well, again --

24         MR. COLÓN:  He gave a very thorough answer

25 as to, you know, what the paper may or may not say,

99687215-bedc-4ee4-adeb-d7019e51000d

Page 112

1   what he may or may not have considered, why he may or

2   may not have not cited it.

3   BY MR. ROBB:

4   **Q.        Doctor, I guess my point is there are**

5   **papers that deal with chronic myeloid leukemia that**

6   **you may not have reviewed in reaching your opinions**

7   **in this case.**

8   A.        I think that that's unlikely, but I can't

9   promise you that I have seen everything out there in

10  the world's literature.  But I will tell you that

11  it's likely that I have seen virtually everything out

12  there in the world's literature.

13  **Q.        Those 11 things I sent to you that are**

14  **part of the exhibits today, did you see them at all**

15  **before?**

16  A.        You gave me websites, dude.  I have no

17  stock or credibility --

18  **Q.        Dude?**

19  A.        -- in these -- in these websites that

20  you're giving.

21           You haven't asked me how cancer centers

22  put these websites together, which I know.  They're

23  not credible.  Whether they say they do cause CML or

24  don't, they really don't have much bearing on my

25  opinions as an expert in cancer causation.  They're

99687215-bedc-4ee4-adeb-d7019e51000d

Page 113

1  not done by people who are experts in cancer

2  causation.  And, again, if you had lung cancer, you

3  would not go to a dermatologist to get treated.

4  **Q.        Doctor, are you saying that the Cleveland**

5  **Clinic is putting out false information to their**

6  **potential patients?**

7  A.        Now that I see this, I need to e-mail some

8  of my friends at the Cleveland Clinic and ask them

9  how is it that they put this together.

10            I need to -- you have to give me a break

11  for one second.

12  **Q.        Sure.**

13            **(Off the record.)**

14  BY MR. ROBB:

15  **Q.        All right.  Doctor, you say you have**

16  **colleagues at the Cleveland Clinic?**

17  A.        Sure.

18  **Q.        All right.  You've never designed a**

19  **hospital or a facility's website, correct?**

20  A.        Well, I don't know what you mean by

21  designed.  I occasionally contribute to website

22  content.

23  **Q.        So doctors then contribute to the website**

24  **content, right?**

25  A.        Sometimes, sometimes not.

99687215-bedc-4ee4-adeb-d7019e51000d

1  Q.         Okay.  But in your instance, have you

2  contributed content to any websites?

3  A.         I have.

4  Q.         Which ones?

5  A.         We've had websites on tobacco at

6  Georgetown, occasionally our marketing -- so the

7  websites are usually done through marketing, and

8  sometimes the marketing people ask physicians for

9  content and sometimes they don't.  I can't remember

10  any other ones offhand.  But I know that I've

11  certainly designed a number -- or not designed -- but

12  contributed to a number of different websites over

13  time.

14  Q.         When you do contribute to a website, as a

15  physician, you want to make sure that the information

16  that goes on that website is accurate, correct?

17  A.         Sure.

18             MR. COLÓN:  Objection as to form.

19  A.         If I'm asked.  It doesn't mean -- we can't

20  assume that they've asked.

21  Q.         Well, after you give them the information,

22  don't you go back and check to see what they are

23  citing that you gave to them?

24  A.         Actually, interestingly enough, I guess I

25  haven't.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 115

1  Q.          All right.  You work at the Lombardi

2  Cancer Center?

3  A.          No.

4  Q.          Is it the Lombard Cancer Center?

5  A.          No.  I don't work at the Lombardi Cancer

6  Center.  If you're asking me did I in the past, the

7  answer is yes.

8  Q.          That was my question, and I probably

9  mumbled it.  You have worked there in the past,

10  right?

11  A.          Correct.

12  Q.          And how often do you see patients

13  currently?

14  A.          One day a week.

15  Q.          You don't have a private practice, do you?

16  A.          Well, my practices as it has always been

17  is part of the University.

18  Q.          And the work that you're doing here, it

19  goes to you, right; it doesn't go to the University?

20  A.          That's correct.  I'm independent.  It's

21  declared as an outside activity.

22  Q.          Okay.  Did you see where Dr. Frank's

23  compensation actually goes to his University?

24  A.          That's what he stated.

25  Q.          But you've set up a separate entity to get

99687215-bedc-4ee4-adeb-d7019e51000d

Page 116

1  paid when you serve as an expert witness; is that

2  fair?

3  A.          I haven't set up a separate entity.

4  Q.          All right.  So it's just made out to you.

5  How should I make this check out that I'm going to

6  have to write to you when I get done today?

7  A.          It's to me.

8  Q.          Okay.  Again, just wrapping up, we've

9  talked about things.  There's the -- you do agree

10 with me that there are statistically relevant studies

11 that show a connection between CML and Benzene

12 exposure, correct?

13          MR. COLÓN:  Objection as to form.

14 A.          Like I've said many times, offhand, I can

15 only think of one-and-a-half.  Maybe I'm forgetting

16 about something.  But among dozens of studies that

17 assess this, I've got one-and-a-half where I could

18 agree with your question.

19 Q.          Okay.  So the simple answer to my question

20 would be, yes, there are studies that show a -- that

21 are statistically significant that show an increased

22 risk of somebody developing CML by being exposed to

23 Benzene; is that fair?

24          MR. COLÓN:  Objection.

25 A.          Well, I guess if you are looking for that

99687215-bedc-4ee4-adeb-d7019e51000d

Page 117

1  simple answer, I would say there are study, so one.

2  Q.        Okay.  And can you point to any of the

3  studies that you relied upon that dealt strictly with

4  solvent -- Safety-Kleen's Virgin Solvent 105?

5  A.        Well, Virgin Solvent 105 is mineral

6  spirits, and mineral spirits are cited in my report.

7  Q.        Doctor, my question to you is of any of

8  the studies that you are relying upon, are any of

9  those -- is the product Safety-Kleen Virgin Solvent

10  105 mentioned?

11        MS. FORGEY:  Objection.  Form.

12  A.        So among the mineral spirits studied, I

13  haven't seen them mentioning Safety-Kleen Solvent

14  105.  That's usually not what publications do.  They

15  don't name individual products.

16  Q.        Well, Doctor, you don't know what mineral

17  spirits that they tested in any of those studies

18  then, correct?

19  A.        I would not know the origin of the mineral

20  spirits in those studies.

21  Q.        You wouldn't know if it was Safety-Kleen

22  or some other solvent that was manufactured by

23  somebody else, correct?

24  A.        Well, I have no reason to believe that.

25  Mineral spirits are so different.  Safety-Kleen 105

99687215-bedc-4ee4-adeb-d7019e51000d

Page 118

 1  looks to me like it's mineral spirits as anyone would

 2  use, but they don't usually put that information in

 3  the publication.

 4  **Q.        Doctor, are you aware of any mineral**

 5  **spirits that are banned in all 50 states?**

 6  A.        Mineral spirits are widely used by, I

 7  don't know, maybe more than 100,000 workers every

 8  day, so I have no idea what you're talking about.

 9  **Q.        Doctor, are you aware of any product,**

10  **other than the Safety-Kleen product, that is banned**

11  **for sale in all 50 states here in the U.S.?**

12          MS. FORGEY:  Objection.  Form.

13  A.        You're asking me to assume that there's a

14  ban for the sale of Safety-Kleen.  We've been through

15  that before.  That's not ringing any bells to me, so

16  I'm not aware of any such bans.

17  **Q.        Okay.  Doctor, I'm going to tell you that**

18  **we have the Material Safety Data Sheet on -- that**

19  **Safety-Kleen has provided to us in this particular**

20  **case, and I'll read it to you again because we did**

21  **talk about this.**

22          **It says, "As of June of 2011, this product**

23  **is only for sale and use in Puerto Rico.  Use of this**

24  **solvent anywhere else is strictly prohibited."  Okay.**

25  **That means you can't use it anywhere else but**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 119

1   **Puerto Rico.**

2           **Do you know of any other mineral spirits**

3   **that you have seen a study on that's been banned for**

4   **sale anywhere but Puerto Rico?**

5           MS. FORGEY:  Objection.  Form.

6   A.          I think you're asking me a legal question.

7   So prohibited doesn't mean that it's banned, at least

8   as far as I know, but I'm not a lawyer.

9           Secondly, I don't know why that is

10  prohibited to be used.  Like I said, there could be a

11  lot of reasons, and so I wouldn't necessarily know

12  about bans or not.  But, again, mineral spirits are

13  widely used every day all over our country.

14  **Q.          Doctor, my question -- what does strictly**

15  **prohibited mean to you?**

16  A.          It means that the manufacturer is telling

17  us not to use it somewhere else.

18  **Q.          Okay.  All right.**

19  A.          So but it's actually kind of funny.  If it

20  was a safety issue, why would it be it's okay to use

21  in Puerto Rico, but we don't want to risk people in

22  Mississippi?  I guess your question is just making no

23  sense to me.

24  **Q.          Yeah.  It doesn't make much sense to my**

25  **client either in Puerto Rico.**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 120

1    A.        Maybe it's that, you know, Puerto Ricans

2    are more healthy and so they can handle these types

3    of exposures.  Obviously, that's absurd, and so I

4    just -- I don't even know how to answer your

5    questions because --

6    Q.        Well, my --

7    A.        -- it's not my expertise.

8    Q.        My question was pretty simple, Doctor.  My

9    question is are you aware of any other mineral spirit

10   product that cannot be used anywhere but

11   Puerto Rico --

12             MS. FORGEY:  Objection.  Form.

13   BY MR. ROBB:

14   Q.        -- other than the Safety-Kleen products?

15   A.        I don't follow this.  It's not my

16   expertise.  I wouldn't be aware of it either way.

17   Q.        Let's see if we can use common sense

18   because, again, Doctor, a product that is banned for

19   use anywhere in the United States but can only be

20   used in Puerto Rico, does that indicate to you that

21   that's a product that is harmless to the rest of the

22   population?

23             MS. FORGEY:  Objection.  Form.

24             MR. COLÓN:  Objection as to form.  Asked

25   and answered.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 121

1  A.           I've answered that question already.  You

2  want me to answer it again?

3  **Q.           No, because I won't get the answer.**

4  **Do you know of any mineral spirit that is**

5  **banned in the State of California because -- other**

6  **than Safety-Kleen for causing cancer?**

7               MS. FORGEY:  Objection.  Form.

8  A.           You're making the assumption -- I'm

9  telling you that I don't know anything about the ban.

10 I don't know anything about the circumstances of the

11 ban, if there is such a ban, it's not certainly

12 ringing any bells for California or anywhere else,

13 but I wouldn't follow that.  And so you're asking me

14 a question that's actually not common sense because

15 it's so vague, I can't answer it.

16 **Q.           California Environmental Protection Agency**

17 **has banned Safety-Kleen 105 Virgin Solvent from being**

18 **used in their state.  Okay.  Does that indicate to**

19 **you that that's a safe product if an environmental**

20 **protection agency bans its sale?**

21              MR. COLÓN:  Objection as to form.

22              MS. FORGEY:  Objection.  Form.  And object

23 to the sidebar.

24 A.           So can you tell me why they "banned" it?

25 **Q.           Do you think they banned it because it was**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 122

1  **safe?**

2  A.          Could be transportation issues, if it's

3  banned at all.  So I don't know.  There could be a

4  lot of reasons that are outside my area of expertise

5  for them to not use the product.

6  **Q.          The reason it's banned, sir, is because it**

7  **causes cancer.**

8            MS. FORGEY:  Objection.  Form.  And object

9  to the sidebar.

10  BY MR. ROBB:

11  **Q.          Right?  I mean, that's what it says right**

12  **here.  The reason it's not sold in California is**

13  **because it causes cancer.**

14  A.          What are you reading?

15  **Q.          I'm reading from the MSDS.**

16  A.          And the MSDS says that this can't be sold

17  in California because it causes cancer?  I find that

18  pretty highly unlikely.  Maybe you should e-mail the

19  document.

20  **Q.          All right.  It's Section 15.**

21  A.          Can you e-mail the document?

22            MR. ROBB:  No.  I'm through.  Okay.  I'm

23  through asking you questions.

24            THE WITNESS:  Okay.  Thank you.

25            MS. FORGEY:  Are you passing the witness?

99687215-bedc-4ee4-adeb-d7019e51000d

Page 123

```
 1            MR. ROBB:  I am passing this witness.

 2            MS. FORGEY:  Francisco, do you have

 3   anything?

 4            MR. COLÓN:  No.

 5            MS. FORGEY:  Okay.  Dr. Shields, I just

 6   have a few questions.

 7                    EXAMINATION

 8   BY MS. FORGEY:

 9   Q.        First of all, you were asked what fields

10   you have expertise in.  One of the fields that you

11   mentioned was exposure.  Do you recall that?

12   A.        Yes.

13   Q.        What do you mean by saying that you were

14   an expert in exposure?

15   A.        So as an expert in cancer causation and

16   someone who has done epidemiologic studies over many,

17   many years, critical to understanding risks is levels

18   of exposure, so every study that I approach we

19   consider the level of exposure.

20            In this case in particular, for me to be

21   able to say whether or not -- let's assume

22   hypothetically we had a person with AML that's caused

23   by Benzene.  First question in general causation is

24   can it cause leukemia?  Can Benzene cause AML at any

25   level of exposure?  Because if the answer is no, then
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 124

1    you're done.

2            And if the answer is yes, the next most

3    important thing is what are those relevant human

4    exposures?  Okay.  Because if someone is not exposed

5    to that level, it's not relevant for them.  So that's

6    your second part of general causation.

7            And that's kind of in -- now you could

8    actually say that's also part of individual risk

9    assessment, but someone's got to do it.

10           So as my expertise as trying to understand

11   the causes of cancer generally in individuals, I have

12   to understand how much Benzene is in Safety-Kleen.

13   How do I relate that to the general literature?  What

14   are the circumstances out in the workplace that give

15   more exposure or potential exposure levels than

16   alleged by even Dr. Kopstein for Safety-Kleen?

17           If I find those industries, those workers,

18   I can look at their disease risk, in this case CML,

19   and if they're not getting disease risk, then

20   Mr. Campos is not at an increased disease risk from

21   working with Safety-Kleen.  But I have to have that

22   level of exposure.  So I have to understand that and

23   relate it to the epidemiologic literature.

24   **Q.         And so when you're evaluating -- when**

25   **you're making that causation evaluation, is it**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 125

1  **correct that you have to have some basic**

2  **understanding of the products that a class of worker**

3  **or a particular worker used?**

4           MR. ROBB:  Object to the form.

5  A.           Absolutely.  You can't make an individual

6  risk assessment without considering dose.  This is a

7  fundamental tenet of toxicology.  So we talk about

8  the amount of Benzene in Safety-Kleen.  We talk about

9  the amount of Benzene in gasoline.

10           In my report, it's pretty clear about

11  people who are working with gasoline and what we know

12  about CML risk and what gas station workers who are

13  pumping gas with 20,000 ppm compared to

14  Dr. Kopstein's hypothetical speculative incorrect

15  1,000 ppm.  So this is --

16           MR. ROBB:  Move to strike.

17  A.           I'm still talking.  Thank you.

18           MR. ROBB:  Moving to strike your answer.

19  A.           So you have, what is it, 1,000 versus

20  20,000, so you have 20 times the amount of exposure.

21  We know what the level of the Benzene is in gas

22  station workers.  There are biomarker studies that

23  demonstrate that these people are not being exposed

24  above the OSHA permissible limits.  And so if gas

25  station workers aren't, Mr. Campos wasn't.  These are

99687215-bedc-4ee4-adeb-d7019e51000d

Page 126

1  all application of epidemiologic principles

2  understanding dose that's critical to understanding

3  this case.

4          MR. ROBB:  Objection.  Move to strike.

5  BY MS. FORGEY:

6  **Q.        So even though you're not an industrial**

7  **hygienist and your area of expertise in this case is**

8  **not to sit there and look at data and make the**

9  **precise quantifications, like experts in those fields**

10 **do, you have a basic understanding of the Benzene**

11 **content of the product that we're talking about or**

12 **the substance that we're talking about, correct?**

13         MR. ROBB:  Object to the form.

14 A.        Yeah.  You have to for this type of case,

15 because if you want to relate Mr. Campos's risk to

16 something, you have to go to the epidemiologic

17 literature.  So you have to understand what his

18 workplace activities are and the potential levels of

19 exposure are and whether or not he's doing something

20 different than other mechanics or other people who

21 are working with mineral spirits.  And unless there's

22 not something really unusual, the epidemiologic

23 literature is going to apply and apply well.

24 **Q.        You've never worked at Safety-Kleen,**

25 **right?**

99687215-bedc-4ee4-adeb-d7019e51000d

Page 127

1   A.       No.

2   Q.       And Dr. Breece's deposition in this case,

3   I'll represent to you, was taken yesterday.  You've

4   not seen that deposition, have you?

5   A.       That's correct.  I haven't.

6   Q.       Okay.  So you don't have any -- you don't

7   have any expertise in what may or may not have

8   happened with Safety-Kleen surrounding these

9   allegations that plaintiff's counsel is making about

10  trashing logbooks?

11          MR. ROBB:  Object to the form.

12  A.       Yeah.  I don't know anything about this.

13  Q.       You were asked about a statement in an

14  MSDS.  You don't have that MSDS in front of you, do

15  you?

16  A.       Well, I may have it in my folder, but not

17  the particular one that Mr. Robb is talking about.

18  Q.       Sure.  And you don't know the basis of

19  that statement in the MSDS, do you?

20  A.       No.

21  Q.       You don't know what that statement means?

22  A.       No.  I mean, it's out of context.  I have

23  no idea.  I did ask the question what exactly do they

24  mean?

25          MS. FORGEY:  I think that's all I have.

99687215-bedc-4ee4-adeb-d7019e51000d

Page 128

1    Thank you.

2              MR. ROBB:  I have nothing further.

3              THE WITNESS:  Thank you.

4              THE COURT REPORTER:  Mr. Robb, would you

5    like me to transcribe this deposition?

6              MR. ROBB:  I would.  There's no rush on

7    it.  I need an index, obviously.  I don't take the

8    minis anymore.  I can't read them.  My eyes are

9    going.

10             THE COURT REPORTER:  Do you want just

11   e-mail version or do you need a hard copy?

12             MR. ROBB:  An e-mail.  I guess why don't

13   you e-mail it to me, and then if I decide on a hard

14   copy, we'll decide.  Okay?

15             THE COURT REPORTER:  Okay.

16             MS. FORGEY:  And we will attach as

17   Exhibit 12 the objections to the deposition notice

18   and document request, and we will also ask to be

19   given the opportunity to read and sign pursuant to

20   Federal Rule 30.

21             MR. ROBB:  And obviously, Miss Court

22   Reporter, you're going to attach all the exhibits.

23   Okay?

24             THE COURT REPORTER:  Okay.

25             Mr. Colón, do you want a copy of the

99687215-bedc-4ee4-adeb-d7019e51000d

```
                                              Page 129
 1   deposition?

 2              MR. COLÓN:  No, thank you.

 3                       - - -

 4         And, thereupon, Exhibit No. 12 was marked

 5   for purposes of identification.

 6                       - - -

 7              (Signature not waived.)

 8                       - - -

 9         And, thereupon, the deposition was

10   concluded at approximately 11:40 a.m.

11                       - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

99687215-bedc-4ee4-adeb-d7019e51000d

Page 130

1  State of Ohio     :
                        SS:
2  County of Franklin:

3          I, PETER G. SHIELDS, M.D., do hereby

4  certify that I have read the foregoing transcript of

5  my deposition given on May 9, 2014; that together

6  with the correction page attached hereto noting

7  changes in form or substance, if any, it is true and

8  correct.

9

10                     _____

                       PETER G. SHIELDS, M.D.

11

12          I do hereby certify that the foregoing

13  transcript of the deposition of PETER G. SHIELDS,

14  M.D., was submitted to the witness for reading and

15  signing; that after he had stated to the undersigned

16  Notary Public that he had read and examined his

17  deposition, he signed the same in my presence on the

18  _____  day of _____, _____.

19

20                     _____

                       Notary Public

21  My commission expires _____
                            - - -

22

23

24

25

United Reporting, Inc.
(954) 525-2221

99687215-bedc-4ee4-adeb-d7019e51000d

Page 131

1                        CERTIFICATE
State of Ohio      :
2                            SS:
County of Knox     :
3            I, Ann Ford, Notary Public in and for the

4   State of Ohio, duly commissioned and qualified,

5   certify that the within named witness was by me duly

6   sworn to testify to the whole truth in the cause

7   aforesaid; that the testimony was taken down by me in

8   stenotypy in the presence of said witness, afterwards

9   transcribed upon a computer; that the foregoing is a

10  true and correct transcript of the testimony given by

11  said witness taken at the time and place in the

12  foregoing caption specified.

13            I certify that I am not a relative,

14  employee, or attorney of any of the parties hereto,

15  or of any attorney or counsel employed by the

16  parties, or financially interested in the action.

17            IN WITNESS WHEREOF, I have set my hand and

18  affixed my seal of office at Columbus, Ohio, on this

19  _____ day of _____, _____.

20                    _____
                      ANN FORD, Notary Public
21                    in and for the State of Ohio
                      and Registered Professional
22                    Reporter

23

24   My Commission expires:  April 18, 2016.

25

99687215-bedc-4ee4-adeb-d7019e51000d

## A

**able** 38:14 64:23
  123:21
**absolutely** 15:9 58:18
  61:15 125:5
**absorb** 23:20
**absorbed** 23:23,25
  24:1
**absorption** 24:20
**absurd** 66:17 120:3
**accept** 25:3
**acceptable** 14:24
**accepted** 29:16 68:12
**accurate** 114:16
**acknowledged** 105:5
**acted** 94:11
**action** 131:16
**activities** 6:15 64:22
  126:18
**activity** 115:21
**actual** 28:7,15
**acute** 6:24 44:10 52:5
  52:6 59:23
**add** 37:21
**added** 37:23
**adding** 35:25
**additional** 37:23
**address** 6:12,14
  12:12 14:12 28:19
**addressed** 110:4
**adjunct** 79:25
**admit** 22:22
**admitted** 72:14
**adviser** 94:12 97:9
**affect** 11:13 32:8
**affixed** 33:5 131:18
**afield** 12:25 35:1
**aforesaid** 131:7
**Africa** 47:13 52:11
  52:17,20 56:2
**Africa's** 56:4
**agencies** 49:11 94:13
  94:16 98:4 100:1,5
  102:10 105:6
**agency** 85:5 94:17
  98:10 99:8,18
  121:16,20
**agent** 101:13
**ago** 74:14 77:16
  79:11 94:3 102:17
**agree** 7:22 13:11 14:1

  14:5 15:14,18 17:4
  19:13 21:2,12,23
  22:15 24:10,17
  28:18 33:18 35:9
  35:16 36:17,23
  42:23 43:20,22
  45:5,14 46:20 48:5
  49:1 51:22 53:7
  58:13 62:17 63:12
  63:17 64:2,11
  100:9,10 102:9
  104:12 105:21,23
  116:9,18
**agreed** 37:4
**agreement** 15:7
  37:12
**aha** 88:25 89:2,6,9
  90:4
**al** 1:3,7
**alive** 58:17
**allegations** 78:23
  127:9
**alleged** 124:16
**allowed** 11:20 27:8
**allows** 97:3
**American** 28:12
  108:19 109:9
**AML** 7:1,16,20 43:2
  43:14 50:5,11
  65:21 71:19 72:1,5
  72:13,15 75:20
  76:6 77:13 79:7
  93:10,13 123:22,24
**amount** 62:15 125:8
  125:9,20
**amounts** 20:8
**analogy** 81:13
**analysis** 14:25 18:12
  31:5,8 40:1,13,16
  77:24
**Andrews** 108:13
  110:17
**Ann** 1:17 131:3,20
**answer** 10:4 13:6
  14:20 18:13 29:9
  29:11 37:19 67:4
  69:14 75:18 83:4
  87:20 89:21 98:1
  102:7 111:24 115:7
  116:19 117:1 120:4
  121:2,3,15 123:25
  124:2 125:18

**answered** 37:8 70:23
  120:25 121:1
**answering** 23:11
  31:9
**answers** 42:13
**anticipate** 39:9
**anybody** 18:16 60:11
  87:17 101:21
**anymore** 128:8
**apologize** 20:1 40:3,4
  52:10,21 71:11
  78:12 85:15 90:2
  98:5 103:6
**apparently** 72:21,22
**appear** 78:14
**APPEARANCES**
  2:1
**appearing** 2:2,15
  78:16
**appendix** 47:8
**application** 126:1
**applied** 51:6,10
**apply** 83:21 84:7
  126:23,23
**approach** 11:12
  123:18
**appropriate** 34:10
**approximately** 64:24
  129:10
**April** 103:10 131:24
**area** 13:14 24:25
  30:25 33:1 45:16
  45:22 47:14 85:25
  122:4 126:7
**areas** 9:2 34:20 53:5
  66:2
**article** 109:5 111:6
**articles** 108:6
**asbestos** 92:21 93:5
**asked** 10:22 18:17
  22:23 37:2,7 41:12
  69:17 70:21 77:6
  78:11 88:18 102:16
  107:9 112:21
  114:19,20 120:24
  123:9 127:13
**asking** 12:17 14:25
  15:1 18:16 25:22
  31:7 34:10,14 35:6
  37:17 38:25 41:13
  44:12 47:16 51:19
  66:24 67:1 69:13

  71:2,22 77:7 81:2,3
  81:19 84:15 85:6
  87:19 92:13 107:21
  115:6 118:13 119:6
  121:13 122:23
**assess** 116:17
**assessment** 9:12
  34:18,21 41:7
  100:15 101:12
  124:9 125:6
**assessments** 11:24
  12:20 13:21 101:19
  102:13
**assist** 100:3,4
**assistant** 53:2,9,20
  53:20
**Assoc** 4:14
**associate** 48:8
**associated** 17:6 56:17
  56:20 105:11,25
  106:11 107:19,23
  111:1
**association** 44:19
  46:7 50:5,10 56:24
  57:3 60:12 61:21
  104:14 105:12
  106:4
**associations** 61:24
  74:22 108:4
**assume** 26:21 32:4
  45:8 51:16 61:12
  66:24 67:1 70:9
  71:3 109:4 114:20
  118:13 123:21
**assuming** 18:24 32:7
  40:15 41:5
**assumption** 57:1
  71:1 72:12 121:8
**Atigoke** 15:23
**ATSDR** 50:15,16,17
**attach** 128:16,22
**attached** 130:6
**attention** 87:11
**attorney** 2:2,8,15
  68:14 131:14,15
**Austin** 87:2,6,21,24
  89:4
**Australia** 47:4,6,13
**available** 31:19 73:22
**avenue** 24:9
**aware** 7:6 18:3 27:12
  40:15 49:10 50:24

  64:8,13 69:1
  104:21 110:3 118:4
  118:9,16 120:9,16
**a.m** 1:12 3:2 129:10

## B

**back** 12:16 13:25
  27:11 42:16 56:9
  73:14 76:22 78:25
  79:7 82:2 86:25
  90:5 93:12,15 97:8
  103:14 114:22
**background** 23:3
  63:24,25 64:10
  66:8,9 74:9,12,24
  85:22 94:4
**bad** 109:24
**badly** 111:6
**ban** 118:14 121:9,11
  121:11
**bank** 69:18
**banned** 31:25 32:5
  32:14 118:5,10
  119:3,7 120:18
  121:5,17,24,25
  122:3,6
**bans** 118:16 119:12
  121:20
**based** 10:15 15:3
  39:6 75:4
**basic** 125:1 126:10
**basically** 12:19 66:15
  67:11 98:13,16
**basis** 63:19 127:18
**Bates** 26:19
**bear** 106:6
**bearing** 112:24
**beginning** 36:5
**behalf** 2:7,13,19
  19:19 42:11,12
  78:16
**believe** 6:19 7:16
  9:18 17:10,14,16
  19:3,11 20:4,4 47:5
  55:13,20 57:9 61:2
  65:8,13 68:25
  83:12,16 117:24
**believed** 17:17,22
  70:24
**belittle** 67:12,20,22
**bells** 109:7 110:14
  118:15 121:12

**benefit** 27:20 72:25
**Benzene** 6:19 7:16
  14:2,7 15:2,14,21
  17:5,11,14,22
  18:18 19:3,15 21:4
  22:18,20,25 23:3,5
  23:8,15,17,24 24:5
  24:10,15,21 25:6,7
  25:13 28:3,13
  30:19,25 33:19
  35:10,18 36:1,1,13
  36:22 37:13,18,23
  38:7 39:4,15,22
  40:9,14 41:14,19
  41:25 42:20 43:12
  44:8,9 46:15,19
  48:1 49:4 50:6,12
  50:17 52:1,4 55:6,9
  56:16 59:22 60:5
  60:12,24 61:3,4,15
  62:9,12 63:4,13,18
  63:18 65:21,22,25
  66:8,12,25 67:2,6
  68:23 69:3,25
  70:10,22 75:1 78:5
  78:22,23 92:23,24
  93:6,13 104:4,10
  104:15 105:11,25
  106:12 107:2,8,13
  107:19,23 108:14
  108:16 110:9,25
  111:11 116:11,23
  123:23,24 124:12
  125:8,9,21 126:10
**best** 30:15 69:22
**bet** 110:7
**better** 30:6 89:8
**beyond** 27:3 30:11
  37:8 65:18 106:8
**bibliography** 47:8
**bill** 103:2
**biochemistry** 7:24
**biomarker** 125:22
**bit** 13:6 85:14 93:23
**Bixby** 4:23 52:25
  55:15
**blood** 56:15
**board** 82:24 83:4,6
**body** 23:16,17 24:10
  24:22 65:17
**bold** 33:11
**bone** 48:7,15,18

**boom** 77:24
**bother** 83:2 109:17
**bottom** 52:15 57:6
  85:21 94:10
**boy** 58:16 83:9 89:11
**Bradford** 18:3,10,19
  18:25 73:16,21
  103:20
**break** 54:7,18,20,21
  113:10
**breaking** 54:6,8
**breaks** 37:14,19
**breast** 45:14,17,19
  45:23 46:4 87:3,12
  87:25 88:19,24
**Breece** 26:22 37:3,10
**Breece's** 127:2
**bring** 20:2
**bringing** 32:21
**brings** 109:5
**Britain** 62:2
**broad** 106:16
**brought** 73:8 87:10
**Brown** 1:13
**Building** 2:4
**bullet** 56:14 59:22
**Buschman** 2:3
**busy** 83:2

———————
                   **C**
**C** 6:1
**California** 59:6
  60:14 94:16 108:13
  121:5,12,16 122:12
  122:17
**call** 59:16 69:13,16
  88:25
**called** 3:9 6:24 51:23
  62:12 100:21
**Campos** 1:3 10:18,23
  22:15 23:14 30:20
  31:18 36:10 38:12
  38:17 63:17,24
  64:19,22 74:23
  124:20 125:25
**Campos's** 63:13
  126:15
**cancer** 4:16,18 5:4,6
  5:9 6:16,17 43:25
  44:2,14 45:12,17
  45:19,24 46:5 47:1

  48:9,21 49:8,11,15
  51:13,21 52:11,17
  52:20 53:6,11,17
  55:16,18 59:6,12
  60:20 62:1,2 75:13
  79:17 81:13 83:20
  84:2,2,9,16 86:1,18
  86:22 87:3,12,25
  88:12,18,19,19,23
  88:24 91:8,10,11
  91:13,16 92:17,18
  92:19 93:5,6 94:21
  95:4,7,23,24 96:13
  96:21,23 97:5,7,16
  97:18 99:5 101:13
  101:14 105:6 108:3
  112:21,25 113:1,2
  115:2,4,5 121:6
  122:7,13,17 123:15
  124:11
**cancers** 19:16 45:14
  45:15 77:21 88:4
  88:15 91:21 108:19
**capacity** 94:12
**caption** 131:12
**carcinogen** 101:2
**care** 59:12,13 91:14
**career** 51:17 76:10
  76:12 78:3 88:18
**Carr** 2:8
**case** 1:5 7:21 8:10,24
  9:11,20,23 10:15
  10:20 11:3 12:19
  14:7,8 18:14 19:25
  22:14,19 31:14,20
  31:23 36:9 37:12
  39:10 42:2,22
  67:24 68:3,4,11,17
  69:4 74:3 79:20
  80:17,22 83:8
  91:11 101:23
  102:24 104:3,12
  109:6 111:15 112:7
  118:20 123:20
  124:18 126:3,7,14
  127:2
**cases** 7:1,2 48:3
  67:13 68:20,22
  78:25 79:5,6,8
  81:17 87:25 100:11
**cast** 90:11
**causal** 100:19

**causation** 8:15 12:25
  18:4,15 45:12
  48:13,21,24 53:6
  53:11,17 55:16,19
  57:4 58:7 81:7
  86:18,22 99:5
  101:6,10,18 102:3
  102:4,5,12 112:25
  113:2 123:15,23
  124:6,25
**cause** 6:22 7:9 14:7
  17:15 18:8 43:8
  44:10,15 45:23
  46:15 48:1 52:5,6
  56:12 59:23,24
  61:16 62:17 65:21
  66:16 67:2 70:22
  72:13,13 84:1
  88:12 93:13 101:14
  103:18,23 104:4,10
  111:11 112:23
  123:24,24 131:6
**caused** 17:11 18:18
  19:3 49:4 69:3 70:9
  75:1 88:24 123:22
**causes** 4:16 5:7,10
  6:19,23 7:16,20
  17:22,25 21:4 22:8
  43:6 47:21 62:6
  65:7 66:20,25
  69:25 70:1 72:12
  76:3 83:20,21 84:9
  84:16 88:4,16,18
  88:23 89:18 95:7
  96:21,23 97:18
  99:9,20 122:7,13
  122:17 124:11
**causing** 74:5 87:12
  101:13 121:6
**cautious** 100:22
**CDC** 85:9 95:2,4
**center** 5:4 6:16,17
  43:25 44:2,15
  51:13 59:7 115:2,4
  115:6
**centers** 95:1 108:4
  112:21
**Central** 2:9
**certain** 19:16 42:21
  43:13 55:5
**certainly** 48:22 69:22
  69:23 82:9 84:18

  96:13 102:20 111:5
  114:11 121:11
**certainty** 24:14 36:21
**CERTIFICATE**
  131:1
**certified** 6:8 82:24
  83:5
**certify** 130:4,12
  131:5,13
**cetera** 19:1
**chance** 18:25 57:2
**change** 31:23 110:23
  111:2,9
**changed** 37:16
**changes** 130:7
**character** 3:13
**Charbonnet** 2:3
**check** 114:22 116:5
**chemical** 16:11 16:7
  22:18 23:23 24:15
  37:13 43:12 44:9
  47:25 60:24 62:11
  62:17 64:25 65:14
  65:15,16 68:23
**chemicals** 46:15
  60:23 78:19 100:6
**chemist** 7:22
**chemistry** 8:2,5
**chemotherapy** 42:21
  42:23 43:13 56:15
**Children** 46:6
**Children's** 4:14
  44:19
**China** 47:13
**chronic** 4:17 5:7,9
  44:11 46:8 47:21
  52:6 59:25 108:14
  112:5
**cigarette** 30:17
**circulation** 35:17
**circumstance** 92:22
**circumstances** 94:1
  121:10 124:14
**cite** 47:9 50:14
  108:21 110:18
  111:8
**cited** 40:17,23 47:7
  48:18 73:9 108:23
  112:2 117:6
**citing** 114:23
**claims** 64:14
**clarification** 27:19

**clarify** 8:8 9:25 10:3
**clarifying** 36:6
**Clark** 2:3
**class** 125:2
**classification** 101:18
102:13
**classifications** 98:10
99:8,19
**cleaning** 37:21 63:20
**clear** 29:12 46:14
52:13,15 57:3
71:25 72:2 73:21
89:3 95:11 101:17
102:11 125:10
**clearly** 7:19 61:6
**Cleveland** 4:10 21:12
21:17,23 22:4
42:16 104:25 113:4
113:8,16
**client** 8:11 24:4,25
25:19 42:12,18,22
44:16 47:22 64:17
66:5,8 74:4 119:25
**client's** 25:23 26:2,3
**Clinic** 4:10 21:13,17
21:23 22:5 42:17
104:25 113:5,8,16
**clinical** 53:9 58:6,8
**closer** 100:7
**club** 59:19
**CML** 5:7,9 14:3,7
15:2,14,21 17:6,11
17:15,23 18:18
19:3 21:5 22:5 43:3
43:14 46:9,13,19
48:1,14,15 49:4
50:5,11,18 55:9
56:17 58:13,20
60:5,12,23 61:4,5,8
61:13,16 62:5,12
62:17,25 66:20,25
67:3 69:2,5,25 70:1
70:9,22 71:19,25
72:6,13,15,21 74:5
74:22,25 75:20
76:6 77:13 79:6,8
104:4,10,15 105:11
105:24 106:11
107:1,13,20,24
109:8 110:9 111:1
111:11 112:23
116:11,22 124:18

125:12
**coaching** 34:1
**coffee** 65:21 66:12
**collaborate** 30:1
**colleagues** 113:16
**Columbus** 1:14 6:18
131:18
**COLÓN** 2:15 9:6
12:6,22 13:23 14:9
14:18,23 15:5
17:12 27:1,15 29:7
30:22 32:10,24
33:6 34:21 35:21
36:18,25 38:9 54:1
54:5,11,15 59:2
60:15 62:19 64:12
65:2 67:15,20 68:1
69:21 70:4,13 71:1
73:6,19 75:3,15
76:24 77:4 80:11
81:4,18 82:8 83:13
88:6 89:15,23
90:14 91:3 92:4,12
93:1 99:22 107:4
107:15 108:8
111:17,24 114:18
116:13,24 120:24
121:21 123:4 129:2
**Colón** 2:16,16 128:25
**come** 13:1 63:3 78:2
101:10 104:18
**comes** 89:7 97:22
**coming** 49:7
**comment** 11:18
12:18 97:3
**commented** 11:9
**commenting** 12:3
**comments** 71:12
**commission** 130:21
131:24
**commissioned** 131:4
**common** 29:16 76:19
120:17 121:14
**communications**
81:8
**community's** 87:11
**companies** 29:14
30:17
**company** 30:8,14
65:13
**company's** 29:12
30:7

**compared** 125:13
**comparison** 39:24
**compensation** 115:23
**complicated** 66:23
**components** 31:15
**compound** 24:2 44:9
**Comprehensive** 5:4
6:16 59:6
**computer** 131:9
**concede** 25:4 30:21
106:15
**concerned** 93:23
**conclude** 102:2
**concluded** 108:14
129:10
**conclusion** 49:7
100:19 101:10
**conclusions** 98:14
**Conditions** 4:11
**conduct** 103:17
**conducted** 29:24
**conducting** 83:23
**Conference** 28:12
**confirm** 28:8 29:24
**conflict** 30:9
**Confront** 70:14
**confuse** 24:20 75:10
75:19
**confused** 72:5
**confuses** 72:7,11,21
75:11
**connection** 16:25
45:18 46:21 60:4
87:2 116:11
**consider** 8:9 111:5
123:19
**considered** 21:18
77:20 103:25 112:1
**considering** 77:12
125:6
**consistency** 74:1,2
89:6
**consistent** 28:16
110:10
**contact** 62:11 63:3
**contain** 25:5,7 36:1
**contains** 24:15
**contamination** 32:17
**content** 38:7 41:14
41:19,25 113:22,24
114:2,9 126:11
**contention** 14:14

28:1 45:22
**contentious** 45:25
**context** 18:24 19:12
27:21 70:19 99:4,6
99:11,23,25 100:11
100:13 101:1,25
127:22
**contexts** 99:16
**continue** 34:14 35:4
42:5
**continued** 76:17
**contracted** 29:3
**contracts** 92:20
**contrast** 55:12
**contribute** 113:21,23
114:14
**contributed** 114:2,12
**control** 4:18 49:8
53:12 95:1
**copies** 102:19
**copy** 128:11,14,25
**Coral** 2:5
**corner** 57:6
**corporate** 29:13
**Corporation** 2:14
**correct** 7:10,19,22,23
8:2,7,11,12,18,20
8:25 10:10,11,23
10:24 13:13 15:4
16:11,13,25 17:9
17:11 18:4,5,10
19:7,8 21:10 22:17
22:19 23:5,18,25
24:7,8,22,23 25:1
25:13 28:9,20
30:21,23 31:1,2
32:13 33:2 37:1
39:5 42:22,25 43:3
44:6,16 45:6 47:10
47:11,23 48:19
49:4 50:12 51:23
53:17,18,21 55:10
55:13,14,20 56:17
56:21 57:25 58:5
58:10,12,14 59:13
59:14,25 60:5,7,14
63:10 68:23 69:11
69:19 70:2,24
74:15 75:20,24
76:4,6,7 78:6,20
79:7 80:2,6,9,10,15
80:23 81:14,15

82:7,12,16,19
84:22 86:15,16,24
87:13,14,18 90:16
92:20 93:7 96:8
97:24 101:19,23
102:14 103:20,21
104:5,8,22 105:6
107:2,13,14,24
108:2,7,9 109:2
113:19 114:16
115:11,20 116:12
117:18,23 125:1
126:12 127:5 130:8
131:10
**correction** 130:6
**correctly** 43:15 44:13
48:4 62:25
**Coulombe** 2:3
**council** 4:16 47:1
48:9
**councils** 49:11
**counsel** 3:6 39:6
127:9 131:15
**counselor** 13:2 38:21
39:12
**count** 70:18
**country** 43:21 47:14
119:13
**County** 130:2 131:2
**court** 1:1 9:15 15:10
22:2 43:24 44:21
53:25 68:9,12,19
69:2 108:17 128:4
128:10,15,21,24
**courtesy** 34:11
**covered** 39:19
**Crabbe** 1:13
**credibility** 112:17
**credible** 112:23
**criteria** 18:4,20,25
73:20 103:20
**critical** 123:17 126:2
**criticisms** 11:5,11
**criticized** 69:10
**criticizing** 13:9
**cross-examination**
34:8
**CSX** 67:25 78:18
**currently** 51:13
115:13
**cut** 80:19,22 81:16,20
**CV** 84:12,18 88:14

90:8 93:16 95:13
95:19 96:11 97:11

**D**

**D** 4:1 5:1 6:1
**Dale** 4:23 52:25
55:14
**Dallas** 2:10
**data** 26:13,23 27:13
28:1,5,16 39:7
98:15 100:19 101:9
102:3 118:18 126:8
**date** 78:4 97:13
**dated** 94:5 103:1
**Daubert** 70:15
**Davis** 5:4 59:6 60:14
**day** 58:3,3 77:23
91:21 115:14 118:8
119:13 130:18
131:19
**days** 38:23
**deal** 53:11 58:3 91:10
95:4 112:5
**dealing** 29:16 53:6
**deals** 91:20
**dealt** 31:10 117:3
**Dean** 68:15,16,18,20
**December** 94:5
**decide** 128:13,14
**decided** 27:22
**declaration** 24:3
**declared** 115:21
**deep** 77:25
**defend** 67:11
**Defendant** 2:19
**defendants** 1:8 2:13
5:11 15:8
**defending** 11:24
**definitive** 111:4
**degree** 24:13 36:20
**demonstrate** 125:23
**Department** 53:4
**depending** 92:21
**depends** 36:3 64:2,3
64:4 99:23
**deposed** 11:18 19:14
**deposing** 68:15
**deposition** 1:10 3:8
10:25 11:18 19:19
24:4 38:12,24 54:3
71:9,23 72:24 73:1
78:15 127:2,4

128:5,17 129:1,9
130:5,13,17
**depositions** 19:6,10
38:22 81:8
**dermatologist** 113:3
**describes** 64:22
**designation** 34:16
37:8 38:20 39:1,19
**designations** 100:14
**designed** 111:6
113:18,21 114:11
114:11
**determination** 18:20
103:25 105:11
**determinations**
53:17 100:9
**determine** 17:25 77:2
103:18
**determines** 97:23
**determining** 18:4
86:18
**develop** 61:16
**developed** 13:13,19
78:2 89:23
**developing** 43:2,14
87:3 116:22
**diesel** 78:24
**difference** 75:23,25
76:5,22
**differences** 84:6
**different** 14:19 49:16
64:1 66:9 77:4
83:13 91:9 104:19
114:12 117:25
126:20
**difficult** 40:3
**difficulty** 23:22
**dig** 20:11
**digging** 20:14
**direct** 23:13 55:12
**director** 53:3,21
**disagree** 42:2 53:8
100:12,24 107:1
**disagrees** 55:9
**discipline** 88:3 89:10
**disciplines** 88:8
**disclosed** 26:18 28:6
**discounted** 110:21
**discover** 89:17
**discovered** 87:2,5
88:15,17,22 89:22
**discoveries** 86:21

**discovery** 89:10
**discuss** 107:13
**discussed** 66:25 67:3
**discussion** 22:22
**discussions** 7:7
**disease** 25:9 32:19
46:16 58:14 89:18
91:15 95:1 99:20
124:18,19,20
**diseases** 4:11 44:25
58:10 65:16 72:23
76:1
**disorders** 56:16
**dispersions** 90:11
**dispose** 27:22,23
**disputable** 34:12
**dispute** 22:20 49:7
**disputes** 46:2 64:15
**disputing** 49:5
**disseminate** 97:23
**dissipated** 35:19
**distinct** 72:22
**DISTRICT** 1:1,1
**division** 49:9 53:3,10
**DNA** 43:8
**Doc** 75:7
**doctor** 6:11,19,22
7:15 8:9 10:9,9
11:23 14:1,22 15:1
15:13 17:25 20:9
20:14 22:24 23:5
23:10,24 24:13
25:10 26:15,21
27:25 29:5,19,23
30:18 32:4 33:3
34:24 35:5,9,14
36:11,20 38:15
39:3,21 40:3 42:10
42:16,24 46:10
54:20 58:25 59:5
60:9 66:4,18 67:9
70:8 71:18 72:1
75:19 81:12 85:15
91:14,15 92:17
93:11 94:2 99:7,14
99:17 101:16 102:7
102:22 103:16
106:7,23 107:10,12
109:17 110:2,15
112:4 113:4,15
117:7,16 118:4,9
118:17 119:14

120:8,18
**doctors** 34:9 60:13
106:25 113:23
**document** 4:21,22
46:7 62:21 122:19
122:21 128:18
**documents** 25:15
26:17,18 38:6,10
38:18 95:24
**doing** 13:20 20:24
29:17 35:4 41:10
69:15 86:6 96:21
115:18 126:19
**Don** 87:2
**Donald** 87:6
**dose** 8:7 24:20 41:7
63:6 84:3 92:22
107:7 125:6 126:2
**doses** 7:20 22:12,16
43:11 48:1 93:9,14
**double** 17:20
**dozens** 14:12 106:5
116:16
**Dr** 9:8,11 11:2,10,12
11:12,17,25 12:4
12:12,13,18,20,25
13:13,18,20,20
37:3,10 40:13
41:23 44:20 64:6
64:10,13,15,16
71:9,12,18,23
72:20 75:11 79:20
79:23 82:2 83:7,16
83:18,24 84:4,5,14
87:21,24 89:4 90:6
91:7,20 92:8 93:16
108:5,12,13 115:22
123:5 124:16
125:14 127:2
**draft** 80:25 81:5,6,9
**drafting** 81:19
**drinking** 66:12
**drops** 16:21
**drug** 18:7
**drugs** 42:21 43:13
45:23 46:3
**dude** 112:16,18
**due** 57:2
**duly** 6:7 131:4,5
**dumpster** 26:24
27:14
**dumpsters** 27:8

**dynamic** 89:10

**E**

**E** 4:1 5:1 6:1,1
**earlier** 38:11 41:12
53:25 77:15 80:20
97:8
**early** 77:18 78:9 79:3
111:11
**easier** 85:17
**eating** 66:5,11
**education** 97:18
**eight** 73:13
**either** 7:5 8:3 11:13
19:19 33:5,17
64:19 78:15 84:4
87:8 108:7,21
119:25 120:16
**electronically** 102:19
**elements** 25:5
**eligible** 83:6
**empirical** 26:23
27:13 28:1,5
**employ** 103:19
**employed** 79:24
131:15
**employee** 131:14
**end-all** 98:22,25
**entire** 88:17
**entirely** 66:3
**entity** 115:25 116:3
**environment** 66:13
**environmental** 32:16
82:5,9,18 85:5,25
94:17 95:15 121:16
121:19
**EPA** 94:17
**epidemiologic** 123:16
124:23 126:1,16,22
**Epidemiological**
108:16
**epidemiologist** 82:3
82:6,15,17 83:18
87:1,6,20 88:1
**epidemiologists** 74:2
86:8,9,17,23 87:10
88:2,7 89:2
**epidemiology** 8:17
55:2 82:10,11
83:23 86:1,14 89:5
**equate** 66:4
**establish** 16:25 61:10

100:19
**established** 42:18,19
46:1 93:11 104:20
**estimate** 20:15
**estimating** 10:17
**et** 1:3,7 19:1
**etiologies** 72:23
75:12,20,24 76:6
76:15,22 77:3,13
77:20
**etiology** 46:13 72:8
72:10 76:2
**evaluate** 29:20 92:10
**evaluating** 124:24
**evaluation** 30:7 83:8
124:25
**evaporates** 37:18
**event** 34:24
**eventual** 76:16
**everybody** 103:13
**everyone's** 27:4
**evidence** 23:2,13,14
63:23 66:7 74:4,12
101:4,6 105:21,24
108:16
**evolve** 89:9
**exact** 19:21 43:8
74:13 77:19 101:25
**exactly** 16:13 90:10
101:20 127:23
**Examination** 4:4,6
6:9 123:7
**examined** 130:16
**example** 22:11 32:15
43:11
**examples** 106:25
**excuse** 10:2 13:2 54:1
106:19
**exercise** 18:9
**exhaust** 78:24
**exhaustive** 77:24
110:6
**exhibit** 4:10,12,14,16
4:18,20,22,24 5:4,6
5:8,11 6:3 22:4,8
42:17 43:17 44:18
46:21 73:8 128:17
129:4
**exhibits** 4:9 5:3 22:3
107:12,18 112:14
128:22
**exist** 38:13

**expectation** 65:24
**experience** 16:11
76:17 83:19 85:24
**experiments** 84:1
**expert** 8:2,5,7,10,13
8:15,17,19,21 9:22
19:24 29:13 34:18
34:19 37:11 68:11
78:14 79:20 82:14
82:20,22 87:25
92:14 101:7 112:25
116:1 123:14,15
**expertise** 13:14 33:1
41:18 45:12 48:13
48:21,23 55:15,16
55:18 91:16 94:4
120:7,16 122:4
123:10 124:10
126:7 127:7
**experts** 9:1 58:7 66:3
67:12,23 69:10
84:4 91:12,15
113:1 126:9
**expires** 130:21
131:24
**explain** 37:3,10,24
48:3 91:5
**explained** 84:8
**explicit** 101:15
**explicitly** 100:3
**exploratory** 96:12
97:15
**explosive** 32:15
**expose** 24:16,19
**exposed** 22:16,20,25
23:3,5,14 42:18,20
42:23 63:18,18,24
64:9,24 65:15 66:5
66:8 107:7 116:22
124:4 125:23
**exposure** 8:7,11,13
9:12,22,25 10:6,17
11:24 13:21 14:2
15:3,14,21 16:14
17:11 18:18 19:4
22:18 30:19,25
34:18 35:1 37:14
41:7 42:8,21 43:12
43:13 44:9 46:14
47:25 49:4 50:6,12
50:18 52:4 55:5
56:16 59:22 60:23

60:24 61:3,8,15,22
62:16 63:13 64:17
64:20 69:3 70:10
74:3,4,8,9,12,17,21
104:5,6,10 105:25
106:12 107:13
108:6 111:1 116:12
123:11,14,18,19,25
124:15,15,22
125:20 126:19
**exposures** 11:14
19:15 61:12 68:24
78:19 120:3 124:4
**Expressway** 2:9
**extensive** 18:12 84:10
**extensively** 67:1,3
92:13
**extent** 11:17 95:5
**extrapolates** 72:15
**eye** 84:8
**eyes** 128:8
**eyesight** 59:17
**e-mail** 109:14 113:7
122:18,21 128:11
128:12,13

---

**F**

**face** 96:10
**facilities** 51:15
**facility** 21:11 59:9,11
**facility's** 113:19
**fact** 7:2,6 12:5,14
17:10 24:6 37:22
46:1 48:25 49:10
52:23 63:5 64:8
67:4 69:1 71:3
75:11 86:21 105:5
**factors** 4:13 44:6
55:5 59:21 103:25
**faculty** 79:25
**fails** 72:16
**fair** 13:3 18:21,23
19:16 22:16 45:15
61:16 63:8 68:24
76:17 88:5,12 99:3
99:20 104:1 110:5
116:2,23
**fairness** 48:2
**fall** 75:14
**false** 113:5
**familiar** 43:23 59:9
76:15 110:12

**far** 12:24 19:24 20:17
45:17 51:12 52:15
83:7 119:8
**faster** 37:18
**fax** 2:18
**features** 72:23
**February** 56:1 103:2
**fecolon@colonlaw....**
2:18
**federal** 27:23 40:10
94:12 128:20
**feel** 27:6 46:20 54:12
**feels** 46:19
**felt** 18:18
**field** 41:19
**fields** 123:9,10 126:9
**figure** 77:2
**file** 20:25 38:15,17
**filling** 66:11
**final** 99:19
**financially** 131:16
**find** 43:4 98:4,17
122:17 124:17
**finding** 85:19
**fine** 54:19,21 57:24
62:22 77:17 80:5
102:21 104:22
**finish** 29:10 50:14
85:12,12 96:9
106:19,19,20
109:23
**first** 6:7 22:4 27:19
32:12 36:12 37:16
66:24 69:9 71:18
72:17 78:14 85:8
94:11 100:6 105:8
123:9,23
**five** 19:22 94:2
**five-minute** 54:21
**flip** 57:7
**flipping** 98:7
**Florida** 2:5
**focus** 98:14
**folder** 127:16
**follow** 101:9 103:21
120:15 121:13
**following** 100:20
102:1
**follows** 6:8
**footnote** 50:15,19
**Ford** 1:17 131:3,20
**forefront** 87:11

**foregoing** 130:4,12
131:9,12
**forget** 20:3 110:21
**forgetting** 116:15
**Forgey** 2:8 4:6 7:13
10:6 11:15 12:24
13:15,22 15:6,17
15:22 17:7 18:22
20:4,11 23:7 24:18
25:2,14,21 26:16
27:2,17 28:10,21
29:2,8 30:10 32:2
32:11,23 33:15,21
34:2,12,25 35:12
36:15,24 37:7,15
38:3,19,25 39:18
41:5,11 42:2,14
45:3 46:23 56:22
58:11,15,23 60:16
63:22 65:10,18
66:22 67:14 68:2
69:7,12 70:3,5,12
70:25 71:14 75:16
75:21 77:9 80:24
81:6 83:17 89:19
90:13 92:25 93:8
96:5 97:1 98:19,24
99:10,21 101:24
102:18 103:8
104:16 105:14
106:13 107:3 109:3
109:14,19 111:3,20
117:11 118:12
119:5 120:12,23
121:7,22 122:8,25
123:2,5,8 126:5
127:25 128:16
**form** 7:13 9:6 11:19
12:6,22 13:4,15,22
14:9,18 15:5,6,17
15:22 17:7,12
18:22 23:7 24:18
25:2,14,21 26:16
27:2,15 28:10,21
29:2,7,8 30:10,12
32:2,10,23 33:6,15
33:21,25 34:10
35:6,12,21 36:15
36:24 37:7,15 38:3
38:9 45:3 56:22
58:11,15,23 59:2
60:15,16 62:19

63:22 64:12 65:2
65:10,18 66:22
67:14,15 68:1 69:7
69:12,21 70:3,4,12
70:13,25 71:4,14
73:6,19 75:3,15,16
75:21 77:10 80:11
80:24 83:17 88:6
89:15,19 90:13,14
92:12,25 93:1,8
96:5 97:1 98:19,24
99:10,21,22 101:24
104:16 105:14
106:13 107:3,4,15
107:19,23 108:8
109:3 111:3,17
114:18 116:13
117:11 118:12
119:5 120:12,23,24
121:7,21,22 122:8
125:4 126:13
127:11 130:7
**forming** 75:8
**forms** 72:21
**found** 69:2 89:11
**foundation** 27:16
35:22 50:22,25
51:7,11 52:12,17
52:18,20 70:14
**four** 36:5 72:4
**four-and-a-half**
38:22
**fox** 29:6
**Francisco** 2:15 54:9
71:5 92:5 123:2
**Frank** 71:12,18
72:20 75:11 84:4
91:20 92:8
**Franklin** 130:2
**Frank's** 71:9,23
115:22
**Friday** 1:12 3:1
**friends** 113:8
**front** 1:13 22:2 38:16
38:17 46:7 57:21
111:22 127:14
**fumes** 25:1 63:9
**fund** 51:2,4,21,21
**fundamental** 125:7
**funded** 51:16 52:16
**funding** 50:22 51:6
51:10,14

**funny** 119:19
**further** 128:2

### G

**G** 1:10 3:8 4:3 6:1,6
130:3,10,13
**game** 13:3
**Gary** 6:13
**gas** 66:11 125:12,13
125:21,24
**gasoline** 35:25 63:9
125:9,11
**gene** 89:11
**general** 6:22 18:15
102:3,4 123:23
124:6,13
**generally** 83:20
103:21 124:11
**geography** 47:16
**George** 79:15,17,21
**Georgetown** 79:14
79:16,22,24 114:6
**Gerardo** 1:3
**getting** 7:11 23:14
24:22 30:11 32:25
35:1 45:19 56:23
61:3 80:25 124:19
**give** 19:6 27:18 28:13
28:14 35:13 48:23
63:1 69:24 87:4
97:12,17 99:11
113:10 114:21
124:14
**given** 41:15 49:3
51:17 65:5 128:19
130:5 131:10
**gives** 25:12
**giving** 34:3 69:23
78:15 112:20
**glad** 110:23
**Glass** 16:3,3,14
**Gleevec** 58:18
**go** 13:24 18:9 27:11
30:16 42:16 43:17
44:18 46:21 49:20
50:3,20 53:23
54:12 55:22 56:9
56:19 57:5,11
59:12,15,21 61:25
62:8 78:25 82:13
83:10 84:19 85:14
85:20 90:5,9 91:13

91:13 93:12 94:3
95:8,20 103:14
113:3 114:22
115:19 126:16
**goal** 100:2
**goes** 23:9,12 43:1
94:5,15 114:16
115:19,23
**going** 10:19,21 12:24
20:11,16 22:22
24:15 29:17 34:2
34:14 36:13,21
38:7,13 39:3,12,14
39:14,16,18 41:6,8
41:13,14,24 42:7
47:6 50:3 51:25
52:21,22 54:12,13
54:17 63:15 64:23
65:15,25 70:15
71:15 77:18,23
82:2 85:15 86:25
89:21 91:1 93:15
97:8 101:1 103:14
108:17 109:7,16
110:23 111:1 116:5
118:17 126:23
128:9,22
**Goldsmith** 79:20,23
82:2 83:7,16,18,24
84:5,14 90:6 91:7
93:16
**good** 6:11 7:18 15:8
58:20 59:17 84:20
111:7
**Google** 107:25
**gotten** 50:22
**government** 27:23
98:3
**governmental** 28:12
100:5
**grant** 84:15 95:22,22
96:15,18,24 97:4
**grants** 96:12,16
97:15
**Great** 54:22 62:2
**greater** 16:17 17:6
36:14 74:9
**grossly** 109:22
**group** 49:2 105:17
**grown** 78:1
**guess** 7:18 12:15 17:1
21:6 28:4 34:17

47:16 49:17 52:13
70:6 75:5 77:22
78:7 82:11 89:6
93:2 96:8 109:5
112:4 114:24
116:25 119:22
128:12
**guessing** 20:22
**guy** 52:23 83:2

### H

**H** 4:15
**half** 16:1 73:9,10
**Hall** 68:3,4,5
**hand** 20:8 70:16
131:17
**handle** 120:2
**hands** 24:7,14
**hang** 33:24 75:7
**happened** 127:8
**hard** 97:13 102:19
128:11,13
**harder** 100:6
**harmless** 120:21
**Hartley** 68:15,16,18
68:20
**hazardous** 32:16
**health** 56:4 84:22,24
85:2,9,25 87:11
90:7,23 93:19
94:19,22,24 95:16
96:18,25 98:14
100:2 108:13,20
109:9
**healthy** 120:2
**Health24** 4:24
**hear** 27:9
**heard** 55:14,17
105:18
**hearings** 19:20
**hearsay** 76:20
**Heather** 2:8 20:3,7
27:5 39:13 41:23
**Heather.Forgey@...**
2:12
**held** 27:21 75:1
**help** 42:8 93:24
101:3
**helpful** 100:20
101:11
**hematologist** 48:10
48:18,22 57:25

58:6 87:16 88:5
**hematologists** 58:2,8
**hematology** 8:21
34:18 53:3,10
82:22,24
**henhouse** 29:6
**hereinafter** 6:7
**hereto** 130:6 131:14
**high** 22:12,16 43:11
48:1 61:7,7,9,10
74:7,17
**higher** 16:6,20 36:2
61:22 64:9 74:4,21
**highly** 75:12 111:14
122:18
**Hill** 18:4,10,20,25
73:16,21 103:20
**hired** 9:1,11 67:10
78:19 91:15
**historically** 41:19
**histories** 84:10
**hold** 8:1,4,6 20:16
77:18 98:7
**hope** 75:22
**Hopkins** 4:12 43:18
43:20,24 44:14
105:3
**hormone** 45:18,23
87:1,2,12 88:23
**horrible** 58:10,14,19
**hospital** 106:9
113:19
**hospitals** 46:20 63:16
**hour** 54:10,18
**hours** 20:21,23,24
38:22 72:4
**human** 124:3
**humans** 32:18
**hurt** 52:22
**hygienist** 126:7
**Hygienists** 28:13
**hypothetical** 32:13
125:14
**hypothetically**
123:22
**H-a-l-l** 68:6
**H-e-m-a-t-o-p-o-i-e-...**
108:19

### I

**IARC** 100:4 102:11
**idea** 32:3 51:12 68:21

92:1 105:8 118:8
127:23
**identification** 6:4
129:5
**identified** 104:11
**identify** 26:20
**ignore** 73:23
**illustrious** 51:17
**imply** 87:23
**implying** 41:4
**important** 91:7 100:8
100:13 101:4 124:3
**inappropriate**
100:15
**include** 41:2 55:5
78:22 94:16 102:11
108:1,3,5,9,11
109:1
**included** 65:8
**including** 31:4
101:22
**incorrect** 50:19 60:7
125:14
**increase** 43:2,13
60:24 61:8,13
62:12,25 63:4
65:25 93:9
**increased** 50:5,11
61:11 74:6 116:21
124:20
**increases** 46:4 61:3
66:2
**independent** 28:8
29:19,23 30:6 41:6
115:20
**independently** 80:4
**index** 128:7
**indicate** 120:20
121:18
**individual** 100:14
101:5,11,18 102:5
102:12 117:15
124:8 125:5
**individuals** 124:11
**industrial** 28:12
108:20 109:9 126:6
**industries** 124:17
**industry** 67:11
**infectious** 91:14
**infer** 60:11 101:17
102:12 110:12,20
**Info** 4:10,12,15,16,24

5:5,6,9
**inform** 106:6
**information** 22:4
48:6 56:4 57:24
65:1 96:13,14 97:5
97:16,17,22 113:5
114:15,21 118:2
**informational** 106:9
**INH** 90:10
**inhalation** 24:22
**inhale** 93:4,5,6
**inhaling** 92:20,24
**inherent** 30:8
**instance** 114:1
**institute** 79:18 84:23
84:25 85:1,8 90:7
90:22 91:8,9 94:22
94:23 95:13,15,23
95:25 96:25
**institutes** 84:22,24
91:6 93:18 94:19
94:21 96:18
**institution** 21:18,24
43:21 60:4
**institutions** 21:3,7
80:5 104:13,14,18
104:22,22 106:25
**instruct** 101:17
**insufficient** 61:19
100:19 101:4,6
102:2
**intentionally** 41:3
**interested** 131:16
**interesting** 51:20
**interestingly** 114:24
**interject** 11:16
**intermediate** 16:5
**internal** 24:20 53:4
**international** 94:13
**interrupt** 34:8 54:2
**interrupting** 40:4
85:16
**interruption** 54:1
**interruptions** 35:5
**invoice** 103:1,10
**invoices** 20:2,19
102:17
**involve** 32:21
**involved** 13:18 63:20
69:6 78:5 79:6
92:14
**involvement** 12:18

**involving** 67:24
**ionizing** 46:14
**iPhone** 103:1
**Irish** 5:6 60:20
**issue** 7:10 34:25 80:9
80:13 110:4 119:20
**issues** 8:10 12:25
15:25 19:15 38:20
40:21 78:3 83:10
122:2

_____

**J**

**J** 2:8
**James** 1:13 6:15
**jargon** 56:23
**Johns** 4:12 43:18,20
43:23 44:14 105:3
**Join** 13:23 32:11
59:19
**joke** 59:16
**Jonas** 89:22
**Jones** 2:8
**Journal** 108:20 109:9
**Juan** 2:17
**judge** 27:9
**June** 118:22
**jury** 27:8 39:7 83:11
83:16

_____

**K**

**keep** 90:19 94:20
98:7
**kidding** 88:13
**Kimmel** 43:24 44:14
**kind** 20:21 29:5,10
34:5 36:8 119:19
124:7
**Kingdom** 62:1
**knew** 76:21
**know** 9:1 10:12
13:18 17:19 19:21
20:1,16 22:21
25:10 29:9,15,21
30:1 32:14 33:3
35:3 41:9 42:10,10
42:21 44:20 45:7
49:6 51:12,19,20
52:22,25 54:13
55:15 56:23 57:8
58:17 62:24 64:1
66:20 68:14,16
71:18 72:17 73:20

75:23,25 76:5,16
77:19 79:19,19
84:13 87:8,9,20
89:3 90:3,10,17,19
90:22,24,25 91:20
92:9 93:23 96:8
97:6,25 100:7
101:4,7 104:21
105:2,4,15,16
106:2,2 109:23
110:8 111:4,25
112:22 113:20
114:10 117:16,19
117:21 118:7 119:2
119:8,9,11 120:1,4
121:4,9,10 122:3
125:11,21 127:12
127:18,21
**known** 76:8
**Knox** 131:2
**Kopstein** 11:10,25
12:4,13 13:9 64:6
64:10,13,15,16
124:16
**Kopstein's** 11:12
12:20 40:13 108:5
125:14
**K-i-m-m-e-l** 43:24

_____

**L**

**lab** 30:15
**label** 33:8,11 65:8,16
65:23 66:15 101:2
**labeled** 67:7
**labels** 33:4,7
**laboratories** 30:2
86:10
**laboratory** 28:8 30:6
83:22 86:3
**labs** 29:19,23
**Lack** 27:15 35:21
70:13
**language** 98:4
**lapse** 83:1
**late** 76:13,14 77:18
111:10
**Law** 2:2,8,15
**lawyer** 119:8
**lawyers** 81:3
**leading** 21:18,24
43:21 60:3
**leave** 40:25

**leeway** 34:4,13
**left** 41:3
**legal** 119:6
**let's** 22:7 31:13 33:24
43:17 44:18 46:21
49:19 50:20 53:23
55:22 59:15 61:25
65:20 73:13 85:20
90:5 95:8 103:12
120:17 123:21
**leukaemia** 4:17,21,25
5:7,9 50:21 51:23
52:5,6,7,9 56:1
57:20
**leukemia** 4:11,13,14
4:19 5:5 6:20,21,22
6:23,24 7:10 18:8
22:8 43:7 44:5,10
44:11,16,19,25
46:6,9 47:22,22
48:13,23,24 58:3
59:13,23,25 65:7
66:16 72:21 76:19
77:3 83:21 108:15
112:5 123:24
**leukemias** 19:16
76:15 99:9
**level** 16:7,20 22:25
61:15 64:9,20
65:24 74:8 123:19
123:25 124:5,22
125:21
**levels** 16:5,5,17,18
23:8 25:8 28:3,13
35:18 36:1,13,22
39:4,15,22 40:9,10
40:14 61:7,10,22
74:3,4,21,24 104:6
107:7 123:17
124:15 126:18
**life** 83:22
**lifestyle** 64:4
**limitations** 98:15
**limits** 125:24
**link** 14:2 15:2,14,21
46:19 56:21
**linked** 108:14
**list** 40:18 109:1
110:15
**listen** 7:15 38:21
**literature** 21:1 41:18
64:15 73:22 100:3

100:18 104:7
105:22,23 106:8
112:10,12 124:13
124:23 126:17,23
**litigation** 78:6 92:14
105:24
**little** 13:6 34:13
63:15 85:14 93:23
**live** 64:3
**lives** 58:18
**locate** 108:25
**logbooks** 127:10
**logistical** 54:3
**Lombard** 115:4
**Lombardi** 115:1,5
**long** 27:21 51:17
64:24 65:4 76:8
77:16 78:5 79:10
**longer** 16:21 35:17
37:13 54:13,14
**Long-time** 60:23
**look** 9:9 10:13 16:4
52:15 57:6 73:21
84:1,12 88:13
100:6 102:20 106:5
109:17 110:15
124:18 126:8
**looked** 12:12 57:22
84:7 101:8,8
**looking** 12:10 62:7
62:20 93:20,21
95:18 96:9 101:23
102:25 116:25
**looks** 84:15 118:1
**lost** 93:2
**lot** 15:25 32:21 34:3
42:8 66:9,10 79:14
82:9 88:8 97:14
98:16 110:8 119:11
122:4
**lower** 16:4 61:12
**lunch** 54:6
**lung** 45:14 81:13
88:19,23 113:2
**lymphatic** 52:7
108:16
**lymphocytic** 52:8
**Lymphoma** 4:19

**M**

**machines** 25:18
**major** 7:23

**majority** 48:3 61:22
**making** 119:22 121:8
124:25 127:9
**Makita** 2:19 25:19
**manufactured**
117:22
**manufacturer**
119:16
**manufacturers** 65:14
**Mark** 13:7,13
**marked** 4:9 5:3 129:4
**market** 66:16
**marketing** 114:6,7,8
**marrow** 48:8,15,18
**Mason** 2:3
**Material** 118:18
**matter** 20:18 34:5
54:3 104:5
**matters** 54:7
**Ma'am** 34:7
**McGoldrick** 2:8
**mean** 17:2 19:2
23:16 28:4 49:17
52:14 54:2 66:1
67:18 69:25 72:9
72:10 73:20,23
78:1 79:10 88:17
90:16 99:1 101:13
113:20 114:19
119:7,15 122:11
123:13 127:22,24
**means** 56:21,24
60:17,18 102:3
118:25 119:16
127:21
**mechanics** 126:20
**mechanisms** 84:2
**medical** 21:11,24
24:14 36:21 43:21
51:3,4 60:4
**medicine** 21:19 53:4
79:18
**meet** 67:8
**member** 96:12 97:15
**memory** 38:14
**mentioned** 13:19
117:10 123:11
**mentioning** 117:13
**meso** 91:23,24,24,25
**mesothelioma** 92:4,9
92:15,16
**messed** 55:23

**methodologies** 69:11
**methodology** 49:6
67:23
**methods** 67:23 68:10
**metric** 21:16
**MICHAEL** 2:2
**Michigan** 4:22 52:24
52:24 53:5,21 55:1
**middle** 63:11
**mid-level** 16:9,14
**Mike** 10:7 11:15 54:1
54:15 76:25 81:18
**mind** 7:7 24:24
**mineral** 23:16 26:12
28:13 31:21 37:18
40:7 41:20 117:5,6
117:12,16,19,25
118:1,4,6 119:2,12
120:9 121:4 126:21
**minis** 128:8
**minutes** 26:19 38:24
74:13 83:9 94:2
**mirrors** 25:20
**mischaracterized**
72:18
**mischaracterizing**
90:19 111:19
**misclassified** 109:22
**misrepresenting** 94:1
**missed** 110:11
**Mississippi** 119:22
**Misstates** 12:7,23
70:5
**mixed** 53:25
**molecules** 25:7
**moment** 88:25 89:3,6
89:9 90:4
**money** 84:16
**Montana** 4:18 49:8
49:10 105:10,17,20
**Montana's** 105:10
**morning** 3:1 6:11
**Mount** 79:18
**move** 34:6 38:19,24
39:17 59:3 63:15
71:6 81:22 91:17
102:6 125:16 126:4
**Moving** 125:18
**mrobb@clarkrobb...**
2:6
**MSDS** 122:15,16
127:14,14,19

**MSDS's** 33:7 40:11
67:5
**multiple** 61:11 68:20
91:6
**mumbled** 115:9
**murky** 36:8
**mutation** 43:8
**myelocytic** 46:9
**myelogenous** 6:24
**myeloid** 4:17 5:7,9
44:10,11 47:21
52:5,6 59:23,25
108:15 112:5
**Myeloma** 4:19
**mystery** 81:21
**M.D** 1:10 3:8 4:3,15
4:23 6:6 130:3,10
130:14

**N**

**N** 4:1 5:1 6:1
**name** 6:12 38:5,14
48:11 68:14 87:4
110:16 117:15
**named** 131:5
**names** 48:9
**National** 79:17 84:21
84:24 85:1,8 90:7
90:22 91:8 93:18
94:19,21,22,23
95:13,15,23,24
96:18,25
**NCI** 91:8 96:13 97:6
97:14,15
**nearly** 30:16
**necessarily** 24:12
30:14 35:20 36:19
64:2 99:19 101:13
104:23 119:11
**need** 27:18 34:6,13
38:19,23 42:13
54:6,19 71:6 90:9
93:24 100:7 109:5
109:12 111:15
113:7,10 128:7,11
**needs** 67:6
**negative** 17:20
**neither** 60:7 82:6
**neoplastic** 44:25
**never** 10:22 17:17
30:18,24 31:18
55:14,17 75:10,14

**MSDS's** ...
75:19 88:11 89:2
90:12 105:18
113:18 126:24
**new** 47:1 75:8
**Nicas** 11:17,23 13:7
13:13,13,18
**Nicas's** 11:2,12 12:12
12:18
**NIH** 84:14 85:6 91:6
**nine** 89:8
**NIOSH** 85:7,8
**nonsmokers** 64:1
**normal** 58:18 63:19
**North** 2:9 108:13
**northeast** 44:3
**Nos** 6:3
**Notary** 3:11,14
130:16,20 131:3,20
**notes** 3:11
**notice** 40:12 128:17
**noting** 130:6
**NSW** 47:2
**number** 19:14,21
22:3 23:18 25:12
26:13 55:23 57:8
73:3,18 80:23 97:6
107:5,10 114:11,12
**numbered** 57:8

**O**

**O** 6:1
**oath** 12:4,18 19:7
20:10 55:19 65:5
69:17,23,25 70:10
**object** 7:13 11:19
13:15 30:12 33:25
42:14 46:23 69:7
71:4 92:12 121:22
122:8 125:4 126:13
127:11
**objecting** 77:9
**objection** 9:6 11:16
12:6,22 13:22 14:9
14:18,23 15:5,6,8
15:17,22 17:7,12
18:22 23:7 24:18
25:2,14,21 26:16
27:1,2,15 28:10,21
29:2,7,8 30:10,22
32:2,10,23,24 33:6
33:15,21 35:6,12
35:21 36:15,18,24

36:25 37:7,15 38:3
38:9 45:3 56:22
58:11,15,23 59:2
60:15,16 62:19
63:22 64:12 65:2
65:10,18 66:22
67:14,15 68:1
69:12,21 70:3,4,12
70:13,25 71:3,14
73:6,19 75:3,15,16
75:21 80:11,24
81:18 82:8 83:17
88:6 89:15,19
90:13,14 92:25
93:1,8 96:5 97:1
98:19,24 99:10,21
99:22 101:24
104:16 105:14
106:13 107:3,4,15
108:8 109:3 111:3
111:17 114:18
116:13,24 117:11
118:12 119:5
120:12,23,24 121:7
121:21,22 122:8
126:4
**objections** 5:11 11:21
13:4 34:10 128:17
**obviously** 10:22 18:3
19:14 27:19 78:18
83:2 103:24 120:3
128:7,21
**occasionally** 113:21
114:6
**occupational** 30:19
50:6,11 82:5,10,15
82:18 84:10 85:1
85:25 94:23
**offering** 39:3,12
41:24
**offhand** 10:14
114:10 116:14
**office** 131:18
**offices** 63:14
**official** 3:13
**oh** 9:13 57:22 58:21
89:20 95:12
**Ohio** 1:14 6:15,16,17
6:18 21:8,12 49:14
51:9 52:23 87:17
130:1 131:1,4,18
131:21

**okay** 6:25 7:6,21 8:6
9:17,19 10:15,19
10:22 11:21 13:3,4
13:5,17 14:1 15:19
16:8 17:10,19
19:13,23 21:2,11
22:2,6,18 23:4 25:4
30:24 31:24 33:8
33:18 35:4 38:24
39:11 40:6,12
41:10 43:6,17,19
44:24 45:5,8,13,17
45:21 46:6 47:20
49:14,19,22 50:20
51:6,9,15,22 52:21
54:11,22 55:22
56:11 57:10 59:11
60:19 61:25 62:2
62:15 63:12 68:14
68:17 69:1,24
74:25 75:10 76:14
77:7,17,23 78:9,11
78:18,25 79:5,9,12
80:5 82:2 83:7
85:18,19,19,22
86:21 94:3,10,22
95:6,20 98:11,21
102:16 103:12,13
103:22 104:3,9,20
104:25 108:1,24
114:1 115:22 116:8
116:19 117:2
118:17,24 119:18
119:20 121:18
122:22,24 123:5
124:4 127:6 128:14
128:15,23,24
**oncologist** 45:6,9,11
53:14 87:16,21
88:4
**oncologists** 87:22
88:10
**oncology** 8:19 53:3
53:10 82:20
**ones** 58:8 87:10
102:11 114:4,10
**one-and-a-half** 14:13
73:12 106:3 116:15
116:17
**one-year** 95:15
**open** 12:1 36:12 85:3
**opinion** 11:13,14

32:8 34:4 38:6 49:3
55:9 61:14 68:9
70:11 72:15 73:4
74:25 75:1 82:16
104:4 107:1 110:23
112:1,22
**opinions** 31:23 39:4
39:13 41:24 68:11
73:13,14 75:8
102:23 112:6,25
**opportunity** 31:18
37:20 90:12 128:19
**opposed** 30:7 76:19
88:4
**order** 17:25 103:16
103:16
**Oregon** 87:7
**organic** 55:5
**origin** 117:19
**OSHA** 125:24
**outside** 33:15 34:15
39:1 105:22,24
115:21 122:4
**overview** 84:20
**overwhelming** 64:14
**owes** 65:14
**o'clock** 1:12 3:2
**O'Neill** 2:16

**P**

**P** 6:1
**page** 4:2 22:7 33:10
40:1,6 43:6 46:6,21
49:1,20 52:1,10,16
53:24 55:1 56:10
57:6,11,13,14,17
59:15 62:9 95:9,20
98:13 103:7,8
130:6
**pages** 57:7,17
**paid** 19:23 96:3
102:23 116:1
**panel** 84:15 96:16,17
96:24 97:4,11,19
101:7
**panels** 95:23 96:22
**Panko** 9:8,11 13:8,8
13:11,20
**Panko's** 10:10
**paper** 40:17,19 47:21
51:23 109:13
110:12,18,24,24,25

111:8,9,12,16,21
111:25
**papers** 16:12 28:14
72:14 73:7 109:17
110:9 112:5
**paragraph** 22:12
40:6 43:1,7 49:23
59:24 62:24 63:2,8
94:11
**part** 6:14 29:25 52:1
76:16 85:9 94:10
105:8 112:14
115:17 124:6,8
**particles** 92:20
**particular** 7:21 8:10
8:23 9:23 11:3 14:6
14:8 18:7,8 19:25
20:17 22:19 24:16
31:13 36:13 37:12
48:7,12 49:1 64:25
65:7 76:15 79:5
80:17,22 88:12
89:18 99:9,20
101:23 102:24
104:3,12 110:18
118:19 123:20
125:3 127:17
**particularly** 47:17
80:19
**parties** 3:7 131:14,16
**parts** 37:22 63:20
**passing** 122:25 123:1
**paste** 80:20
**pasted** 80:23 81:17
81:20
**patently** 111:20
**patients** 46:13 58:17
84:8,11 92:9,11,16
113:6 115:12
**pattern** 67:9,13,18
**pay** 29:18
**peel** 73:13
**peer-review** 95:10
**peer-reviewed** 28:7
40:20 108:6
**pending** 106:21
**people** 19:2 41:17
46:2 48:17 49:2
53:10 58:7,9 59:12
63:3,19 65:14
74:21 84:1,7,15
96:2 97:5,6,16,17

97:21,22 100:12,24
100:25 101:14
107:7 113:1 114:8
119:21 125:11,23
126:20
**percent** 100:9
**Perfect** 20:6
**perform** 26:25
**period** 76:8
**permissible** 125:24
**permission** 10:23
**person** 48:21 64:3
123:22
**personnel** 7:8
**perspective** 101:11
**Peter** 1:10 3:8 4:3,15
6:6,13,14 44:20 130:3
130:10,13
**petro** 63:9
**physician** 46:18 48:8
48:19 55:8 90:11
114:15
**physicians** 45:22
51:10 58:2 89:12
96:4 101:22 114:8
**Ph.D** 4:23
**picked** 107:24
**place** 2:9 32:7 131:11
**places** 51:17 66:10
**plaintiffs** 1:4 2:7 3:9
67:12,24
**plaintiff's** 14:6 68:11
127:9
**plan** 54:8,9
**please** 6:11,12 11:19
13:3 23:24 24:19
29:11 30:13 34:7
35:4,6 38:23 40:2
41:10,21 58:21
71:4
**point** 7:19 35:13,17
59:22 98:6 112:4
117:2
**points** 36:8 56:14
**polio** 89:22,23 90:2
**poor** 53:24
**poorly** 24:1
**population** 63:25
120:22
**populations** 86:23
**position** 7:8 14:6
81:7,10

**positive** 73:23
**possible** 99:16
**possibly** 50:9
**post-processing** 36:4
**potential** 35:25 44:15
  113:6 124:15
  126:18
**potentially** 111:13
**ppm** 16:18,19 125:13
  125:15
**practice** 29:17
  103:17 115:15
**practices** 67:11
  115:16
**precautionary**
  100:21 101:9 102:1
**precise** 126:9
**premarked** 6:4
**premier** 2:9 21:11
**premise** 24:17
**Prempro** 45:22 87:1
**prepare** 38:11
**prepared** 36:9 80:17
**prescribe** 46:3
**presence** 3:12 130:17
  131:8
**present** 72:5
**presented** 96:3
  106:11
**pretty** 18:12 33:1
  60:6 61:6 66:12
  73:21 74:1 83:2
  84:20 98:17 101:15
  110:6,10 120:8
  122:18 125:10
**prevention** 5:7 53:12
  95:2
**previous** 56:15 89:8
**previously** 20:20
**pre-processing** 36:4
**primary** 45:16 58:4
  91:14
**principle** 74:2 100:21
  101:10 102:2
**principles** 15:3
  103:19 126:1
**print** 33:11
**prior** 78:18 81:17
**prioritizing** 100:5
**private** 115:15
**privilege** 80:25 81:4
**privileged** 81:6,9

**probably** 9:24 10:4
  20:21 53:24 54:10
  63:15 69:6 74:13
  76:13 77:14 78:7
  78:10 79:2,2 84:10
  84:12 90:17 110:7
  115:8
**problem** 77:22
**produce** 65:17
**product** 8:11 23:1,6
  24:16 25:1,13 30:7
  32:8 33:10,11
  35:15 36:13,14,22
  65:7,9,25 66:15,19
  67:7 117:9 118:9
  118:10,22 120:10
  120:18,21 121:19
  122:5 126:11
**products** 7:9 10:18
  33:5 40:14 41:15
  117:15 120:14
  125:2
**professional** 1:17
  6:12,13,14 35:7
  76:10,12 78:3
  85:22 94:4,12
  131:21
**professionally** 78:2
**professor** 52:24 53:9
  53:20
**professors** 48:8
**profiles** 50:16
**program** 53:2,20
**programs** 53:12
**prohibited** 33:13
  118:24 119:7,10,15
**promise** 110:10
  112:9
**pronounce** 91:24
**proof** 3:13 99:2
**proposals** 96:19
**proposition** 106:10
**protect** 100:2,25
**protecting** 98:14
**protection** 85:5
  94:17 121:16,20
**provide** 61:23 109:16
**provided** 118:19
**provides** 61:21
**PSC** 2:16
**public** 97:17,24
  98:14 100:2 130:16

130:20 131:3,20
**publication** 52:11,20
  56:2 88:21 108:22
  118:3
**publications** 40:20
  84:17 117:14
**published** 28:14,17
  30:24 82:10 88:11
**Puerto** 1:1 2:17
  31:20 32:1,6,20
  33:12 118:23 119:1
  119:4,21,25 120:1
  120:11,20
**pull** 11:7 26:17 85:16
**pulled** 93:16
**pulling** 16:12 21:3
  90:8
**pumping** 125:13
**purposes** 6:4 129:5
**pursuant** 128:19
**put** 20:21 65:15
  97:13 98:6,9,16
  112:22 113:9 118:2
**puts** 90:18
**putting** 113:5
**P-a-n-k-o** 9:15
**P.A** 2:3

**Q**

**qualifications** 3:14
  10:12 83:19 85:7
  94:6
**qualified** 75:13 131:4
**quantification** 41:6
**quantifications** 126:9
**Quarterly** 4:19
**question** 7:15 10:4,5
  11:20 13:6 14:13
  14:19 17:1 21:21
  22:23 23:4,11
  24:24 27:11,25
  29:10 36:11 37:1
  37:17 39:11,25
  40:17 46:22 51:20
  58:16 66:14,18,23
  68:10 69:17 70:22
  70:23 75:18 77:4
  83:13,15 87:19,23
  88:2,21 89:21 93:3
  98:1 99:13,17
  102:7,9 105:9
  106:6,8,16,20,21

106:21,23,24 107:9
  115:8 116:18,19
  117:7 119:6,14,22
  120:8,9 121:1,14
  123:23 127:23
**questioning** 35:5
**questions** 18:14
  30:17 31:9 34:9,15
  36:9 38:25 41:21
  42:5,13 54:2 75:4
  78:3 85:17 120:5
  122:23 123:6
**quick** 54:3
**quicker** 13:6 85:14
  85:18
**quiet** 42:4

**R**

**R** 6:1
**radiation** 22:13,16
  42:19 43:12 46:15
  48:1 56:15
**railroad** 78:20
**raising** 7:18
**range** 63:25
**Rare** 14:4
**ratios** 8:7
**reaching** 112:6
**read** 9:17 10:9,9,16
  12:16,21 13:17
  18:11 20:9 24:3
  33:4 40:12 43:10
  43:14 44:12,24
  45:1,2 46:12 48:4
  50:4 59:25 62:24
  63:8 64:5 71:9,22
  72:25 110:7 118:20
  128:8,19 130:4,16
**reader** 101:17
**reading** 33:14 43:5
  60:11 62:23 94:20
  110:13 122:14,15
  130:14
**ready** 54:18
**really** 11:13 27:18
  34:13 36:6 39:9,25
  52:13 54:13 57:3
  73:14 89:9 97:13
  109:24 112:24
  126:22
**reask** 21:22 27:11
  65:12 104:9

**reason** 32:17 111:7
  117:24 122:6,12
**reasonable** 24:13
  36:20 61:12 65:24
  100:12
**reasons** 32:14 119:11
  122:4
**rebut** 12:19
**rebuttal** 11:9
**recall** 7:3 8:3 13:24
  17:24 19:5 64:19
  68:8,17 76:18
  108:22 123:11
**recalled** 13:9
**recalling** 75:6
**Recess** 54:23
**recognize** 21:4,5
  45:21 51:2 72:16
  72:22 104:14,15,17
  104:24 105:1,3
**recognized** 21:24
**recognizes** 44:15
  50:17 60:4
**recognizing** 48:11
**recollection** 11:8
  68:13
**record** 12:15,16 42:1
  109:21 113:13
**records** 27:21,24
**recycled** 31:5,12,15
  31:19,22,24 32:5
  33:9,18 34:5 35:9
  35:14,15,16,24
  36:2,10,14,22
  37:20,22 38:6,13
  39:4,9,15,22 40:8
  41:25
**reduced** 3:10
**references** 40:13,18
  41:1,3 47:7 108:2,4
  108:7,10,12 109:1
  110:15,17
**referring** 16:14
  31:15 63:6
**regard** 68:19
**regarding** 18:7 22:5
  41:24 44:25 68:23
  99:8
**regardless** 48:25
**Registered** 1:17
  131:21
**registries** 105:6,7

**registry** 49:15
**regular** 63:19
**regulate** 100:6
**regulation** 101:3
**regulations** 67:6
**regulators** 100:5
**regulatory** 98:9 99:7
  99:18 100:1 102:10
**relate** 124:13,23
  126:15
**related** 56:25 60:8,10
  80:21
**relation** 55:10
**relationship** 16:6,7,9
  84:3
**relative** 16:24 17:5
  131:13
**relevant** 14:15,19
  39:25 116:10 124:3
  124:5
**reliable** 47:18
**relied** 117:3
**rely** 19:9 65:5 70:1
  74:19 86:14 98:3
  99:1,7 100:16
  109:11,11
**relying** 41:17,18
  117:8
**remember** 7:5 10:14
  29:3 33:13,17 68:3
  68:15 69:4 77:14
  77:15 79:8 111:8
  114:9
**rephrase** 59:3 107:11
**replacement** 45:23
  87:12 88:23
**report** 4:19 7:19 9:11
  9:17 10:10,13 11:2
  11:6 12:1,2,5,10,12
  12:13,21 13:7
  18:12 20:25 31:9
  31:17 39:21 40:24
  47:9 49:20 64:5
  71:13 72:16,18,20
  73:1 75:22 78:15
  80:8,14,16 81:19
  81:24 85:2,13,16
  86:15 90:20 94:3
  95:21 98:3,6,11
  99:18,24 101:16
  102:9,14 104:18
  106:3 108:23

**110:22 117:6**
  125:10
**reporter** 1:17 9:15
  15:10 22:3 43:25
  44:21 53:25 108:18
  128:4,10,15,22,24
  131:22
**reporting** 40:10
**reports** 9:8 13:8,18
  13:25 28:5,11,23
  73:4 80:20 81:1,5,6
  81:9,12,17,21
**represent** 47:2 64:18
  87:24 127:3
**request** 128:18
**require** 73:16,18
**requirements** 40:11
**research** 4:14 5:9
  27:24 29:25 44:19
  45:16,20 46:7 51:3
  51:4,21 62:1 73:10
  73:11,12 82:18
  83:19 85:24 86:6
  86:11 88:17 96:15
  96:21
**researcher** 75:13
**respected** 44:2 59:11
**respective** 3:7
**respond** 13:7
**response** 8:7 11:8
  84:3 107:8
**responsibility** 29:13
  29:14
**rest** 120:21
**result** 86:22
**results** 26:5,23 27:6
  27:12,13 29:24
**retained** 7:1 67:13,24
**retake** 83:3
**review** 95:22,23 96:3
  96:16,17,24 97:4
  97:10,11,21 98:9
  99:8,18 100:1,2,17
  102:10 108:15
  111:6
**reviewed** 10:25 11:2
  13:3 48:6,7 57:25
  58:5 110:20 112:6
**reviewing** 20:25,25
  21:1
**reviews** 84:15
**Ricans** 120:1

**Rico** 1:1 2:17 31:20
  32:1,6,20 33:12
  118:23 119:1,4,21
  119:25 120:11,20
**right** 7:17 9:22,23
  11:5 12:9 13:11,21
  14:11 17:17 18:24
  21:9 22:7,11,14
  23:4,19,21 24:9,21
  25:4 29:1 31:3 33:3
  33:24 42:18,24
  43:1,10,23 44:2,5,7
  44:8,11,18 45:9,10
  46:12,16,18 47:12
  47:24 48:2,3,9,16
  48:17,20,25 49:12
  49:13 50:8,20 51:2
  51:24,25 52:12,14
  52:16 53:2,5,7,14
  53:15,16,19,23
  54:11 55:4,6 56:19
  56:24 57:5 58:3,13
  59:15 60:1,3,22,25
  61:2 62:5,8,23
  63:11 64:8,13,17
  64:25 67:17 68:8
  69:9,16 70:18,21
  71:11 73:25 74:16
  75:2,6 76:5 77:12
  77:17,21 78:21,22
  79:3,9,12,19 80:8
  80:13,16 82:3,4,13
  82:20 85:20 86:1,6
  86:8,11,12,14,17
  86:19,23,25 87:3,9
  87:15 89:13 90:2,3
  90:5 92:7,19 93:15
  94:19,22 95:1,2,4
  96:2,7 97:9 98:2,12
  98:22 101:21
  103:12 104:15
  105:13,19,20
  106:15 108:11
  113:15,18,24 115:1
  115:10,19 116:4
  119:18 122:11,11
  122:20 126:25
**right-hand** 52:1 57:6
**ring** 109:7
**ringing** 110:13
  118:15 121:12
**risk** 4:13 16:19,21,24

**17:5 25:8 32:19
  34:18,21 43:2,14
  44:5 46:4 50:5,11
  55:4 59:21 60:25
  61:3,4,7,8,9,11,13
  62:6,13 63:1,4 66:1
  66:2 93:10 100:14
  101:12 116:22
  119:21 124:8,18,19
  124:20 125:6,12
  126:15
**risks** 5:10 74:6 84:6
  123:17
**road** 2:4 42:11
**Robb** 2:2,3 4:5 6:10
  7:14 9:7 10:8 11:19
  11:22 12:8,24 13:2
  13:16 14:10 15:7,9
  18:11 20:13 27:3,5
  27:10 30:11,12
  33:24 34:2,7,17,22
  34:23 35:3,8 36:16
  37:9 38:4,19,21
  39:2,20 41:5,9,22
  42:3,4,6,9,15 46:24
  54:4,9,12,16,19,24
  58:24 59:3,4 65:11
  67:16,21 69:8
  70:15,17 71:4,8,15
  71:17,21 77:1,7,11
  80:12 81:1,2,11,20
  81:23 83:14 89:16
  90:1,15,25 91:4,5
  91:17,19 92:5,6
  96:6 97:2 102:6,8
  102:21 103:4
  106:14 107:16
  109:16 110:1
  111:14,18,23 112:3
  113:14 120:13
  122:10,22 123:1
  125:4,16,18 126:4
  126:13 127:11,17
  128:2,4,6,12,21
**Rockefeller** 50:22,24
  51:7,11 52:17
**role** 9:20 10:1,15
  100:8 105:16
**room** 15:10
**rude** 71:16
**Rule** 81:9 128:20
**run** 15:10 97:6

**rush** 128:6

---

**S**

**S** 6:1
**safe** 32:9 121:19
  122:1
**safety** 32:18 85:1
  94:23 118:18
  119:20
**Safety-Kleen** 1:6
  2:13,13 5:11 7:1,4
  7:8 9:1 19:19 23:9
  24:6 25:5,16,17,23
  26:6,11 27:14
  28:15,16,20,23,24
  31:1,4,12,14 32:5
  33:9 35:23 37:5,6
  37:11 38:11 40:8
  42:12 65:22 66:19
  67:2,8,10 78:16
  117:9,13,21,25
  118:10,14,19
  120:14 121:6,17
  124:12,16,21 125:8
  126:24 127:8
**Safety-Kleen's** 19:24
  25:11 28:2,25
  41:15 117:4
**sale** 31:25 32:5 33:11
  118:11,14,23 119:4
  121:20
**Salk** 89:22
**samples** 30:2
**San** 2:17
**sat** 38:21
**Savitz** 108:12 110:16
**saw** 73:3
**saying** 21:17 22:24
  58:25 61:17 74:7,8
  74:16,20 75:5 93:4
  98:18,21 109:12
  110:2,13 113:4
  123:13
**says** 6:8 12:2 22:11
  33:9 39:12 40:7
  43:2,7 44:8,9 46:8
  46:12,17 47:25
  48:2 50:4,9,16 52:1
  52:4,16,19 53:22
  55:1,4,7 56:12,18
  56:20 57:13,16
  58:1,1 60:23 61:1

62:11,14,18,24
63:2 72:9,16,20
89:7 94:11 110:25
118:22 122:11,16
**schedule** 54:6,7
**school** 79:18 80:1
108:13
**Sciences** 95:16
**scientific** 26:25 64:14
98:15 104:7
**scientifically** 104:11
**scope** 27:3 30:11
33:16 34:15 37:8
39:1 65:19
**screaming** 15:10
**se** 11:11
**seal** 131:18
**search** 4:24 107:25
110:6
**searched** 95:13
**searching** 95:12
97:12
**second** 9:10 22:12
52:16 62:8 94:20
95:20 98:7 103:7,8
113:11 124:6
**secondly** 32:13 37:17
85:10 119:9
**section** 4:18 46:11
49:9 62:7 84:14
96:12 97:15 98:10
122:20
**see** 9:10 12:1 22:9
30:8 43:8 44:5 46:8
46:10,11 48:9
49:24 50:6,16 52:2
52:7,9,19 55:25
56:2,12 57:11,12
57:22,22 59:21
62:6,13 65:23 66:7
69:14,16 70:6,19
73:14 79:12 83:19
84:4,17 90:6 93:22
93:24 94:10,13
95:12,14,14,16
96:11 97:11 98:4
102:7 103:12 109:5
109:5,12 110:16,24
111:15 112:14
113:7 114:22
115:12,22 120:17
**seeing** 57:19 97:20

**seen** 23:13 25:15,20
26:1,5 28:23 33:7,8
39:8 40:23 63:23
91:23 110:20 112:9
112:11 117:13
119:3 127:4
**selling** 66:19
**send** 29:20
**sense** 119:23,24
120:17 121:14
**sent** 38:10 112:13
**sentence** 40:7 41:23
43:11 63:2 72:19
109:23
**separate** 38:23
115:25 116:3
**series** 75:4
**Seriously** 21:14
**serve** 19:24 86:17
116:1
**service** 86:18 96:13
97:5,16
**SESSION** 3:1
**set** 115:25 116:3
131:17
**seven** 27:23
**shape** 107:19,23
**Sheet** 118:18
**Shields** 1:10 3:8 4:3
6:6,13 12:25 41:23
123:5 130:3,10,13
**short-circuit** 41:12
41:21
**short-circuits** 41:20
**show** 12:16 15:2 23:3
61:7 70:14 102:22
110:24 116:11,20
116:21
**showed** 107:18
**showing** 74:5
**shown** 74:22 106:24
107:10,12
**shuffling** 98:5
**shut** 34:14
**side** 52:16 69:11
**sidebar** 42:14 46:23
121:23 122:9
**sign** 128:19
**Signature** 129:7
**signed** 130:17
**significant** 16:20,22
16:23,23 57:1

61:21 74:6 116:21
**signing** 130:15
**silica** 92:2
**silly** 29:10
**simple** 24:17 116:19
117:1 120:8
**simpler** 99:13
**simply** 62:16 71:22
**Sinai** 79:18
**sir** 12:17 15:24 16:16
25:25 48:14 54:4
122:6
**sit** 63:14 77:24
110:11 126:8
**sitting** 8:4
**six** 36:5
**skin** 23:20,23,25 24:2
24:6,16,19
**skip** 56:14
**slash** 57:16
**slowly** 23:22 24:1
**smokers** 64:1 66:10
**smoking** 66:10 88:22
**society** 5:6 49:15
60:20 62:2
**sold** 32:7 66:15
122:12,16
**solely** 99:2
**solid** 16:24
**solvent** 18:7 24:6
25:12,12,18 26:6
28:2,20 31:5,6,12
31:16,19,23,25
32:5 33:12,20 34:5
35:10,11,18,19,24
36:2,10,12,21
37:20 38:7,8,13
39:5,5,16,22 41:15
41:25 42:1 117:4,4
117:5,9,13,22
118:24 121:17
**solvents** 37:22 40:9
55:5 78:24
**somebody** 16:10 49:2
92:19 116:22
117:23
**someone's** 124:9
**sorry** 16:18 24:5
25:22 26:14 27:5
35:14 39:8 46:22
47:14 54:11 55:24
57:12,21 61:7,9

62:20 87:4 92:8
94:21 102:16 103:5
107:11,21
**sort** 49:15,18 76:19
96:15
**sound** 15:3
**source** 26:8 64:25
90:9
**sources** 66:9
**South** 1:13 47:1 56:2
56:3
**speak** 9:5 10:23
90:12
**speaking** 11:21
**speaks** 63:5 72:19
90:20 99:24
**specialist** 53:13
**specific** 6:23 7:20
11:9,11 29:22 30:4
39:24 40:19 65:20
78:4
**specifically** 10:4 12:2
14:15 15:11 24:4
25:23 26:2 28:19
63:5 107:6,18
109:8
**specified** 131:12
**speculative** 125:14
**spell** 108:17
**spelled** 9:14
**Spencer** 13:8,8,12,20
**spend** 20:24
**spent** 20:15,17 83:22
**spirit** 120:9 121:4
**spirits** 23:16 26:12
28:14 31:21 37:19
40:7 41:20 117:6,6
117:12,17,20,25
118:1,5,6 119:2,12
126:21
**spite** 9:4
**splashed** 24:6
**split** 30:2
**Springs** 2:5
**SS** 130:1 131:2
**stand** 72:24 106:10
**stands** 47:3
**start** 31:13 36:6,7
77:12
**started** 76:11,12,18
77:2,19 79:4
**starting** 76:22

**starts** 49:23
**state** 6:11,15,16,17
21:9,12 32:22,22
49:9,14 51:9 52:23
87:17 94:13 100:3
100:15 105:10,17
121:5,18 130:1
131:1,4,21
**stated** 24:4 105:15
107:6 115:24
130:15
**statement** 18:6 37:5
60:7 61:18,19 73:2
127:13,19,21
**states** 1:1 7:19 32:1,6
49:11 59:12 83:4
105:5,7 118:5,11
120:19
**station** 125:12,22,25
**statistical** 14:24 15:3
16:6,7,9,24 17:3
61:24 106:4
**statistically** 14:2,21
16:19,21 56:24
57:1 61:21 74:6
116:10,21
**status** 79:25
**statute** 3:9
**stenotypy** 3:11 131:8
**stipulate** 39:14
**stipulated** 3:6
**STIPULATIONS**
3:4
**stock** 98:16 112:17
**Stop** 33:24
**strawberries** 65:22
66:5,11
**Street** 1:13 2:16 6:18
**strictly** 33:13 88:1
117:3 118:24
119:14
**strike** 17:3 18:1
91:17 102:6 105:22
125:16,18 126:4
**studied** 40:9 104:7
117:12
**studies** 14:2,4,5,12
14:16,21 15:2,12
15:13,19,20 17:5,8
25:11 26:11 28:18
47:9,13,18 50:1
51:16 61:6,11,18

61:20,23 73:10,11
73:12,18 74:19,20
82:19 83:23 86:15
89:6 96:3 106:3,5,8
107:11 110:3,4
116:10,16,20 117:3
117:8,17,20 123:16
125:22
**study** 13:12,19 16:2,3
16:4,8 25:20 26:14
30:19 37:25 38:5
47:17 61:19 73:17
84:14,16 89:7
96:12 97:14 108:12
108:24 111:4,6
117:1 119:3 123:18
**stuff** 29:20
**subheading** 62:9
**subjected** 25:1
**submit** 95:24 96:15
96:18
**submitted** 130:14
**substance** 126:12
130:7
**sufficient** 7:20 93:9
93:14
**Suite** 1:14 2:4,10
**supplement** 11:12
**suppliers** 26:13
28:15
**support** 11:10 12:20
14:6,14 38:6 61:18
61:19 72:14 73:11
107:9
**supported** 73:4,13
**supports** 28:1 37:25
**Suppose** 30:14
**supposed** 20:2
**Supreme** 68:9,19
69:2
**sure** 7:11 18:23 19:12
26:3 29:15 30:3
31:7 33:1 38:2 51:1
54:16 55:21 58:18
65:3 75:17 76:10
80:7 87:22 93:25
96:1 105:7 113:12
113:17 114:15,17
127:18
**surrounding** 127:8
**Surveillance** 4:19
**sworn** 6:7 131:6

**Systems** 1:6 2:13
**S-a-v-i-t-z** 110:17
**S-K** 33:18 35:15
39:23

---

**T**

**take** 7:8,10 9:10 19:7
26:19 54:18,21
69:18 80:8,13
81:10 108:25 128:7
**taken** 3:10 54:23
127:3 131:7,11
**talk** 13:1 31:14 39:22
42:20 62:15 84:13
94:15 118:21 125:7
125:8
**talked** 16:8 28:19
61:20 64:16 75:11
106:1 116:9
**talking** 10:2 15:11
16:12 21:16 25:17
29:21 30:3 31:8,8
31:20 32:3 36:3,7
40:2,21 42:17
54:25 60:22 63:7,9
64:19 68:21 69:5
70:6,20 73:14 79:3
89:4 90:17 91:12
92:1,2 95:12 99:25
105:8 118:8 125:17
126:11,12 127:17
**talks** 56:14 62:5
85:21 94:3 95:9,21
97:9 109:8
**tank** 66:11
**teach** 45:2,4
**teaches** 80:1
**Teaching** 85:24
**technique** 13:12
**Telephonically** 2:2
2:15
**tell** 8:4 19:7 20:19
26:14 31:24 36:7
38:5,23 39:7,16
49:17,19,20 55:19
56:6 64:20,21,24
67:18 69:18 83:11
102:12 110:16,19
112:10 118:17
121:24
**telling** 20:7 71:2
111:12 119:16

121:9
**tells** 89:17
**template** 80:18
**tenet** 125:7
**term** 10:6 35:1 60:6
83:6
**terms** 32:18 91:12
**test** 16:22 26:5,23
27:6,12,13 29:24
83:3 89:11
**tested** 26:4 117:17
**testified** 6:25 8:1
11:23 19:18 27:7
33:22 37:4,11 70:9
103:23
**testifies** 6:8
**testify** 12:11 19:9
39:14,17,18 41:13
41:14 93:12 102:22
131:6
**testifying** 7:4
**testimony** 12:7,23
26:22 27:20 65:3,5
69:23,24 70:5 72:4
74:13 77:21 111:19
131:7,10
**testing** 25:16 26:12
26:25 28:24 29:15
**tests** 28:8,25
**Texas** 2:10
**textbooks** 44:25 45:1
**thank** 29:11 54:15
92:5 98:2 122:24
125:17 128:1,3
129:2
**therapy** 45:19 88:24
**thing** 42:20 57:4,20
71:19 72:17 87:1
89:7,17,20 96:14
96:15 99:2 124:3
**things** 11:9 12:13,19
28:11 35:25 36:1
37:21 49:16 56:25
63:20 67:5 73:9
76:11 78:1,20
80:23 82:6,14
83:25 90:18 93:22
98:5 103:15 112:13
116:9
**think** 9:24 10:6 16:3
18:1,25 23:2 25:15
27:6 30:16 32:12

32:22 35:1 39:25
41:3 42:13 45:20
46:1 50:17 54:14
60:17 61:6 65:23
66:21 71:7 79:23
79:24 83:6 84:12
84:19 89:23 90:9
90:16,20 91:22
92:8,16 93:11
99:23 109:4 112:8
116:15 119:6
121:25 127:25
**thinking** 54:5 76:11
76:18 111:10
**third** 59:22
**thorough** 111:24
**thought** 18:19 71:19
76:21 109:19
**thousands** 84:11
**three** 16:10 110:3
**thrown** 27:8,14
**time** 3:10 19:12
20:15,17 27:4
29:14 35:13 36:8
41:15 54:5 69:9
76:9 77:16 78:1
79:10 102:16
108:25 114:13
131:11
**times** 16:10 19:15,18
24:7 78:12 116:14
125:20
**tip** 70:15
**title** 47:20 48:12
50:21 51:22 109:12
110:13
**titled** 47:1 55:25
**tobacco** 114:5
**today** 8:4 19:7 20:2
49:3 61:14 106:11
107:11,12 112:14
116:6
**told** 12:4 19:2 56:8
66:21 94:2
**top** 33:10 51:25
**tossed** 26:24
**totally** 37:16 53:8
72:18 109:22
**tough** 58:16
**tox** 50:16
**toxicologists** 88:7
**toxicology** 125:7

**trace** 28:2
**train** 79:16
**trained** 79:17
**traineeship** 95:16
**training** 45:11 76:16
79:14
**transcribe** 128:5
**transcribed** 3:12
131:9
**transcript** 130:4,13
131:10
**transplant** 48:8,15
48:19
**transport** 32:16
**transportation** 32:21
67:25 122:2
**trap** 75:14
**trashing** 127:10
**treated** 91:14 113:3
**treating** 48:15 58:9
**treats** 92:8,16
**trend** 16:22
**trial** 68:12 78:16
**trials** 19:20
**trigger** 107:8
**trivial** 23:8 25:8
40:10
**true** 32:7 35:20 36:19
130:7 131:10
**truly** 19:10
**trust** 35:3 70:10
**truth** 19:7,10 69:18
131:6
**try** 11:10 13:5 54:6
**trying** 41:11 43:4
57:18 59:1 66:4
77:1 85:12 87:23
91:2,5 103:18
124:10
**tube** 89:11
**turn** 22:7 52:10 91:1
**turning** 91:3
**twist** 58:21
**two** 15:11,13,19,20
17:8 20:5 38:22
46:20 49:16 56:24
61:20 75:12,24,25
80:5 82:6 84:18
106:4 110:3
**type** 6:21,23 7:9
25:18 30:20 40:14
45:9 58:2 77:20

78:6 81:24 92:10
96:21 126:14
**types** 83:25 120:2

---

**U**

**ubiquitous** 66:12
**UC** 5:4
**UK** 5:9
**uncovers** 88:3
**undersigned** 130:15
**understand** 7:25
9:19,20,24 17:1
28:4 30:5 51:3 84:6
100:10,11 106:7
124:10,12,22
126:17
**understanding** 31:17
67:5 71:25 77:25
83:20 84:3 92:15
123:17 125:2 126:2
126:2,10
**understands** 46:4
60:18
**understood** 74:1
**unexposed** 16:10
**unfair** 111:20
**unimportant** 25:8
**United** 1:1 31:25
32:6 59:12 62:1
85:4 120:19
**University** 4:22 6:15
6:16,17 51:9 52:24
53:5,21 54:25 59:6
60:13 79:21 87:17
115:17,19,23
**unknown** 46:13
**unprofessional** 71:16
71:17,20
**unreliable** 47:17,18
**unresponsive** 91:18
**unusual** 126:22
**use** 29:23 33:12,12
35:24 36:5,10
37:13 38:12 87:3
100:14 107:5 118:2
118:23,23,25
119:17,20 120:17
120:19 122:5
**user** 37:21
**users** 35:23
**uses** 65:4,4,4
**usually** 53:11 58:6

88:3 114:7 117:14
118:2
**U.K** 63:3
**U.S** 94:16 118:11
**U.S.A** 2:20

---

**V**

**vaccine** 89:24 90:2
**vague** 10:5,7 30:22
33:6 75:17 89:20
99:12 121:15
**valid** 14:21 27:7
64:25
**validity** 68:10
**valuable** 86:18
**value** 96:10
**various** 49:11
**vast** 61:22
**verify** 80:4
**version** 128:11
**versus** 39:5,9,15,23
72:1 125:19
**virgin** 25:12,17 26:6
28:2,20,24 31:5,16
31:21,24 33:19,23
34:6 35:10,14,18
35:19 36:12,21
38:8 39:5,9,15,23
40:8,8 41:25 117:4
117:5,9 121:17
**Virginia** 67:22 68:9
68:18,22 69:2
**virtually** 112:11
**Vlaanderen** 16:3
**vs** 1:5

---

**W**

**wait** 9:13 16:2 25:15
**waived** 3:14 129:7
**Wales** 47:2
**want** 15:9 26:20,21
32:4 33:25 45:8
46:3 50:3 63:8 70:8
70:8 71:11 83:9,11
85:13 88:25 93:12
93:25 95:11 97:6
97:23 100:22,23,25
101:21 109:14
114:15 119:21
121:2 126:15
128:10,25
**wanted** 109:19

**warning** 65:16
**wash** 24:14
**washed** 24:7
**Washington** 79:15
79:17,21
**wasn't** 21:20 22:15
31:19 74:13 86:4
87:15,16,17 125:25
**wasting** 27:3
**watching** 29:6
**water** 54:20
**way** 7:5 8:3 11:13
13:10 22:23 24:21
27:6 30:11 33:17
40:4 48:15 53:8
64:19 70:23 72:16
87:8 103:14,17
111:9 120:16
**ways** 23:18
**weak** 60:6
**website** 4:10,12,15
4:16,24 5:5,6,9
48:7 50:15 56:4
113:19,21,23
114:14,16
**websites** 104:17,19
104:21 106:9,10
107:24 108:3
112:16,19,22 114:2
114:5,7,12
**week** 20:20,23,24
115:14
**weeks** 36:5,5
**well-documented**
50:4,10,18 105:12
105:16
**well-respected**
104:13
**went** 25:23 26:1,3
68:18 73:7 105:12
**weren't** 73:10
**West** 6:17 67:22 68:8
68:18,22 69:2
**we'll** 128:14
**we're** 12:24 16:12
30:10 35:1 40:21
47:6 56:23 79:3
85:19 89:9 126:11
126:12
**we've** 54:17 66:25
67:3 93:11 101:8
104:11,19,20 106:1

114:5 116:8 118:14
**whatsoever** 22:25
**WHEREOF** 131:17
**Whoa** 86:5,5,5
**wide** 63:25
**widely** 118:6 119:13
**Wiernick** 4:15
**Wiernik** 44:20
**Wiles** 2:4
**willing** 101:2
**withdrew** 106:23
**witness** 3:8,12 4:2
34:1 42:6 54:17,22
102:25 109:21
116:1 122:24,25
123:1 128:3 130:14
131:5,8,11,17
**women** 45:19,24 87:3
87:13
**wonder** 32:25
**word** 46:9 60:17
91:24 99:19 107:6
**words** 50:8 58:21
80:1 97:14
**work** 7:3 30:20 31:1
31:18,22 45:9,13
80:18 84:21 86:9
86:22 91:23 93:18
105:19 115:1,5,18
**worked** 24:25 37:5
51:18 85:4,7 90:6
90:10 91:7,9 95:9
95:21 115:9 126:24
**worker** 37:14 64:23
66:20 125:2,3
**workers** 30:19,25
78:20 118:7 124:17
125:12,22,25
**working** 23:1,6 62:16
63:19 124:21
125:11 126:21
**workplace** 23:15
25:24 26:2,3 44:10
52:5 59:23 64:21
76:17 124:14
126:18
**workplaces** 25:19
**works** 37:5 79:21
90:6,22
**world** 15:20 21:4,19
21:25 30:15 47:9
47:15,19 51:4

**world's** 112:10,12
**wouldn't** 31:23 40:1
63:3 64:2 91:12,13
117:21 119:11
120:16 121:13
**wrap** 103:13
**wrapping** 116:8
**write** 116:6
**writing** 3:10 78:15
110:22
**wrong** 9:14 47:12
66:3 83:8 97:12,19
**wrote** 13:7 44:17
49:5 50:14 55:11
73:1 95:3 102:14
102:15
**W-i-e-r-n-i-k** 44:22

---

**X**

**X** 4:1 5:1

---

**Y**

**yeah** 17:21 18:23
46:2 56:8,13 59:17
59:20 62:23 63:12
82:21 83:11 85:23
86:2,7 90:8 94:7,25
96:20 102:18
119:24 126:14
127:12
**year** 77:19
**years** 27:23 58:17
62:12,25 75:1,2
78:17 123:17
**Yep** 8:22 9:21 43:19
44:1,4 49:25 50:2
**yesterday** 26:22 37:4
127:3

---

**$**

**$1,750** 103:11
**$24,480** 103:2,7

---

**0**

**00918-2404** 2:17

---

**1**

**1** 4:10 6:3 22:8 57:8
57:19
**1,000** 125:15,19
**1-800** 97:6
**1.0** 17:3

**10** 5:6 19:22 58:17
   60:19 73:8
**10th** 6:18 89:7
**100** 100:9
**100,000** 118:7
**105** 25:5,12,16,18
   26:6 28:2,20,23
   31:1,4,12,14 32:5
   33:9,19 35:15
   39:23 40:8 41:25
   42:1 66:19 67:2
   117:4,5,10,14,25
   121:17
**11** 5:8 6:3 61:25
   104:19 106:25
   107:12,17,22,24
   112:13
**11:40** 129:10
**12** 5:11 73:8 128:17
   129:4
**1200** 1:14
**123** 4:6
**129** 5:11
**13** 94:5
**15** 73:9 74:13 122:20
**1700** 2:10
**173** 2:16
**18** 131:24
**19** 98:13 111:10
**1976** 95:14

**2**

**2** 4:12 22:7 43:6,7
   46:6 52:10 56:10
   57:19 59:15
**2.0** 17:2,6
**2.93** 16:19
**2.933** 16:18
**20** 20:21,23,24 83:9
   125:20
**20,000** 125:13,20
**2000** 79:3
**2000s** 78:8,9 79:2
**2006** 96:11 97:14
**2009** 4:23
**2011** 56:1 118:22
**2013** 94:5
**2014** 1:12 3:1 16:15
   103:2,10 130:5
**2016** 131:24
**207** 2:4
**214)828-9200** 2:11

**214)828-9229** 2:11
**22** 56:1
**25** 40:1,6
**26** 81:9
**28** 103:2
**29** 59:16

**3**

**3** 2:4 4:14 44:18,18
**3:12-cv-01529-ADC**
   1:6
**30** 103:10 128:20
**300** 6:17
**33067** 2:5
**348** 16:18

**4**

**4** 4:16 46:21,25 47:21
   49:20
**40** 38:24
**43210** 6:18
**43215** 1:14

**5**

**5** 4:18 49:8 50:15
   73:8
**5.04** 16:20,24
**50** 118:5,11
**500** 1:13
**5910** 2:9

**6**

**6** 4:4,10,12,14,16,18
   4:20,20,22,24 5:4,6
   5:8 50:20 51:23

**7**

**7** 4:22 52:21 55:24,24
   57:11,13,16,17,19
   57:22
**7/9** 57:13
**7501** 2:4
**75206** 2:10
**787)753-1656** 2:18
**787)758-6060** 2:17
**79** 57:15,23

**8**

**8** 4:24 55:25 56:6
**80s** 76:13,14,23
   77:18 111:10

**9**

**9** 1:12 3:1 5:4 53:24
   55:1 57:8,17,17,19
   57:19,19,22 59:5
   59:15 130:5
**9:19** 1:12 3:2
**90s** 26:12 28:24
   77:15,18 78:6 79:1
   111:11
**954)753-3902** 2:5