# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GERARDO CAMPOS, ET AL., | : |
| Plaintiffs, | : CASE NO. 3:12-cv-01529-ADC-BJM |
| v. | : |
| SAFETY-KLEEN SYSTEMS, INC., ET AL., | : |
| Defendants. | : |

**DEFENDANT SAFETY-KLEEN SYSTEMS, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF EVIDENTIARY OBJECTIONS TO EVIDENCE AND MOTION TO STRIKE EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (ECF No. 139)**

TO THE HONORABLE COURT:

COMES NOW, DEFENDANT SAFETY-KLEEN SYSTEMS, INC. ("Safety-Kleen"), through the undersigned attorneys, and respectfully requests leave to file its Reply to Plaintiffs' Response in Opposition (160) to Defendant Safety-Kleen Systems, Inc.'s Evidentiary Objections to Evidence and Motion to Strike Evidence (139) in Support of Plaintiffs' Motion for Summary Judgment, filed simultaneously herewith, and states as follows:

1. On July 16, 2014, Safety-Kleen filed its Evidentiary Objections to Evidence and Motion to Strike Evidence in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 139; hereinafter "Objections to Plaintiffs' Evidence").

2. On August 11, 2014, Plaintiffs filed their Response in Opposition to Safety-Kleen's Objections to Plaintiffs' Evidence (ECF No. 160), which sets forth arguments requiring clarification and rebuttal. In order to ensure a full and accurate record, Safety-Kleen hereby requests leave to file a Reply to Plaintiffs' Opposition.

WHEREFORE, for the reasons states herein, Safety-Kleen respectfully requests that leave be granted to file a Reply to Plaintiffs' Response in Opposition (160) to Defendant Safety-

Kleen Systems, Inc.'s Evidentiary Objections to Evidence and Motion to Strike Evidence (139) in Support of Plaintiff's Response in Opposition to Safety-Kleen's Motion for Summary Judgment and for all just and other relief this Court deems necessary.

**RESPECTFULLY SUBMITTED**, this 20th day of August, 2014.

    Respectfully submitted,

    JONES CARR M<sup>c</sup>GOLDRICK, L.L.P.

    /s/ Amanda M. Koch
    James J. M<sup>c</sup> Goldrick
    Texas State Bar No. 00797044
    Jeffrey F. Wood
    Texas State Bar No. 24025725
    Amanda M. Koch
    Texas State Bar No. 24051089
    Heather J. Forgey
    Texas State Bar No. 24048628
    5910 N. Central Expy., Ste. 1700
    Dallas, TX  75206
    Phone:  (214) 828-9200
    Fax:     (214) 828-9229
    James.mcgoldrick@jcmfirm.com
    Jeff.wood@jcmfirm.com
    Amanda.koch@jcmfirm.com
    Heather.forgey@jcmfirm.com

    and

    Giancarlo Font-García
    RIVERA-CARRASQUILLO, MARTÍNEZ & FONT
    P.O. Box 9024081
    San Juan, PR 00902-4081
    Phone:  (787) 622-6999

    ATTORNEYS FOR DEFENDANT
    SAFETY-KLEEN SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

On August 20, 2014, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, District of Puerto Rico, using the ECF system.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another

manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By:     */s/ Amanda M. Koch*  
**Amanda M. Koch**