# EXHIBIT 23

PETER G. SHIELDS, M.D.

Page 1

STATE OF NORTH CAROLINA          IN THE GENERAL
NEW HANOVER COUNTY               COURT OF JUSTICE
                                 SUPERIOR COURT
                                 DIVISION
                                 FILE NO. 07CVS 4453

CATHY BATTON, Executrix      *
of the Estate of Dewey       *
Batton, Deceased             *
        Plaintiff            *
        vs.                  *
CSX TRANSPORTATION, INC.     *
        Defendant            *

- - - - - - - - -

    Deposition of PETER G. SHIELDS, M.D., taken on Friday, September 26, 2008, beginning at 9:00 a.m., at Lombardi Comprehensive Cancer Center, Georgetown University Medical Center, 3800 Reservoir Road. N.W., Washington, D.C., before Linda Ann Crockett, a Notary Public.

- - - - - - - - -

Reported by:
  Linda A. Crockett

PETER G. SHIELDS, M.D.

Page 2

1  APPEARANCES:
2
3        SCOTT R. FRIELING, ESQUIRE
         Allen Stewart, P.C.
4        Republic Center
         325 North St. Paul Street
5        Suite 2750
         Dallas, Texas 75201
6        (214) 965-8703
              On behalf of the Plaintiff
7
8
         FRANK GORDON, ESQUIRE
9        Millberg, Gordon & Stewart
         1101 Haynes Street, Suite 104
10       Raleigh, North Carolina 27604
         (919) 836-0090
11            On behalf of the Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PETER G. SHIELDS, M.D.

Page 3

1          T H E   P R O C E E D I N G S
2          - - - - - - - - - - - - - -
3                  STIPULATIONS
4  It is stipulated and agreed by and between
5  counsel for the respective parties that the
6  reading and signing of this deposition by the
7  witness is hereby not waived.
8          - - - - - - - - - - - - - -
9              PETER G. SHIELDS, M.D.,
10 first duly sworn to tell the truth, the whole
11 truth, and nothing but the truth, testified as
12 follows:
13          EXAMINATION BY MR. FRIELING:
14     Q.  Good morning.
15     A.  Good morning.
16     Q.  My name is Scott Frieling.  We met off
17 the record.  We have not met before; is that
18 true?
19     A.  That's correct.
20     Q.  Have you been deposed before, Doctor?
21     A.  Yes.
22     Q.  How many times, roughly?
23     A.  Somewhere between 10 and 20.
24     Q.  Just so you know, if you need a break
25 at any time, just let me know.  If you don't

Case 3:12-cv-01529-PAD   Document 225-23   Filed 11/17/15   Page 5 of 5



PETER G. SHIELDS, M.D.

Page 39

1  remember. I think it's the refractory anemia
2  with ringed sideroblasts, it either does or
3  doesn't. That's the category standing out in
4  my mind.
5      Q. Have you reached a conclusion, Doctor,
6  whether benzene can cause all forms of MDS in
7  humans?
8      A. I'm aware -- I do believe that
9  sufficient exposure to benzene can cause at
10 least some types of MDS, maybe all types of
11 MDS. I think it just has not been studied well
12 enough to know whether or not there are some
13 types that it doesn't. But there is certainly
14 some thought that it is the case.
15     Q. Does benzene cause any forms of
16 leukemia in humans?
17     A. Yes, benzene can cause AML, acute
18 myologic leukemia as well as chronic myologic
19 leukemia in humans.
20     Q. AML and CML?
21     A. That's right.
22     Q. Do you know what the position is of
23 IARC on whether benzene can cause MDS in
24 humans?
25     A. IARC usually doesn't take positions of